# EXHIBIT 6

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C.  20549**

**SCHEDULE 13D**
**(RULE 13D - 101)**

**INFORMATION TO BE INCLUDED IN STATEMENTS FILED PURSUANT TO 13d- 1(a) AND AMENDMENTS THERETO FILED PURSUANT TO 13d-2(a)**

**(Amendment No. )\***

Citrix Systems, Inc.
(Name of Issuer)

Common Stock, $.001 par value per share
(Title of Class of Securities)

177376 10 0
(CUSIP Number)

Stephen M. Schultz, Esq.
Kleinberg, Kaplan, Wolff & Cohen, P.C.
**551 Fifth Avenue, New York, New York 10176**
(212) 986-6000
(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)

June 1, 2015
(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition which is the subject of this Schedule 13D, and is filing this schedule because of Rule 13d-1(e), 13d-1(f) or 13d-1(g), check the following box [ ].

Note:  Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits.  See Rule 13d-7 for other parties to whom copies are to be sent.

\*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "**filed**" for the purpose of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

1.       NAMES OF REPORTING PERSONS
          I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)

               Elliott Associates, L.P.

2.       CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP

          (a)   [x]
          (b)   [ ]

3.       SEC USE ONLY

4.       SOURCE OF FUNDS

               WC

5.       CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)    [ ]

6.       CITIZENSHIP OR PLACE OF ORGANIZATION

               Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7.       SOLE VOTING POWER

               1,860,800

8.       SHARED VOTING POWER

                0

9.       SOLE DISPOSITIVE POWER

               1,860,800

10.     SHARED DISPOSITIVE POWER

                0

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

               1,860,800

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11)
          EXCLUDES CERTAIN SHARES   [ ]

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

               1.2%

14.     TYPE OF REPORTING PERSON

               PN

1.      NAMES OF REPORTING PERSONS
        I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)

                Elliott International, L.P.

2.      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP

        (a)   [x]
        (b)   [ ]

3.      SEC USE ONLY

4.      SOURCE OF FUNDS

                WC

5.      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)      [ ]

6.      CITIZENSHIP OR PLACE OF ORGANIZATION

                Cayman Islands, British West Indies

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7.      SOLE VOTING POWER

                0

8.      SHARED VOTING POWER

                3,612,300

9.      SOLE DISPOSITIVE POWER

                0

10.     SHARED DISPOSITIVE POWER

                3,612,300

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

                3,612,300

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11)
        EXCLUDES CERTAIN SHARES   [ ]

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

                2.3%

14.     TYPE OF REPORTING PERSON

                PN

1.      NAMES OF REPORTING PERSONS
        I.R.S. IDENTIFICATION NOS. OF ABOVE PERSONS (ENTITIES ONLY)

            Elliott International Capital Advisors Inc.

2.      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP

        (a)   [x]
        (b)   [ ]

3.      SEC USE ONLY

4.      SOURCE OF FUNDS

            OO

5.      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e)     [ ]

6.      CITIZENSHIP OR PLACE OF ORGANIZATION

            Delaware

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH:

7.      SOLE VOTING POWER

            0

8.      SHARED VOTING POWER

            3,612,300

9.      SOLE DISPOSITIVE POWER

            0

10.     SHARED DISPOSITIVE POWER

            3,612,300

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

            3,612,300

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11)
        EXCLUDES CERTAIN SHARES   [ ]

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

            2.3%

14.     TYPE OF REPORTING PERSON

            CO

**Item 1.**       **Security and Issuer.**

This statement relates to the shares of Common Stock, $.001 par value per share (the "Common Stock"), of Citrix Systems, Inc. (the "Issuer"). The Issuer's principal executive office is located at 851 West Cypress Creek Road, Fort Lauderdale, Florida 33309.

**Item 2.**       **Identity and Background.**

**(a)**-(c)       This statement is being filed by Elliott Associates, L.P., a Delaware limited partnership, and its wholly-owned subsidiaries (collectively, "**Elliott**" or "we"), Elliott International, L.P., a Cayman Islands limited partnership ("Elliott International"), and Elliott International Capital Advisors Inc., a Delaware corporation ("**EICA**" and collectively with Elliott and Elliott International, the "Reporting Persons"). **Paul E.** Singer ("Singer"), Elliott Capital Advisors, L.P., a Delaware limited partnership ("Capital Advisors"), which is controlled by Singer, and Elliott **Special GP, LLC, a Delaware limited liability company ("Special GP"),** which is controlled by Singer, are the general partners of Elliott.  Hambledon, Inc., a Cayman Islands corporation ("Hambledon"), which is also controlled by Singer, is the sole general partner of Elliott International. EICA is the investment manager for Elliott International.  EICA expressly disclaims equitable ownership of and pecuniary interest in any shares of Common Stock.

**ELLIOTT**

The business address of Elliott is 40 West 57th Street, New York, New York 10019.

The principal business of Elliott is to purchase, sell, trade and invest in securities.

**SINGER**

Singer's business address is 40 West 57th Street, New York, New York 10019.

Singer's principal business is to serve as a general partner of Elliott and Capital Advisors, as the president of EICA, and as a managing member of Special GP.

**CAPITAL ADVISORS**

The business address of Capital Advisors is 40 West 57th Street, New York, New York 10019.

The principal business of Capital Advisors is the furnishing of investment advisory services.  Capital Advisors also serves as a managing member of Special GP.

The names, business addresses, and present principal occupation or employment of the general partners of Capital Advisors are as follows:

| NAME | ADDRESS | OCCUPATION |
|---|---|---|
| Paul E. Singer | 40 West 57th St. **New York, New York 10019** | General partner of Elliott and Capital Advisors; President of EICA; and a managing member of **Special GP** |
| Braxton Associates, Inc. | 40 West 57th St. **New York, New York 10019** | The principal business of Braxton Associates, Inc. is serving as general partner of Capital Advisors |
| Elliott Asset Management LLC | 40 West 57th St. **New York, New York 10019** | General Partner of Capital Advisors |

The name, business address, and present principal occupation or employment of the sole director and executive officer of Braxton Associates, Inc. are as follows:

| NAME | ADDRESS | OCCUPATION |
|------|---------|------------|
| Paul E. Singer | 40 West 57th St.<br>**New York, New York 10019** | General partner of Elliott and Capital Advisors and President of EICA |

### ELLIOTT SPECIAL GP, LLC

The business address of Special GP is 40 West 57th Street, New York, New York 10019.

The principal business of Special GP is serving as a general partner of Elliott.

The names, business address, and present principal occupation or employment of the managing members of Special GP are as follows:

| NAME | ADDRESS | OCCUPATION |
|------|---------|------------|
| Paul E. Singer | 40 West 57th St.<br>**New York, New York 10019** | General partner of Elliott and Capital Advisors; President of EICA; and a managing member of **Special GP** |
| Braxton Associates, Inc. | 40 West 57th St.<br>**New York, New York 10019** | The principal business of Braxton Associates, Inc. is serving as general partner of Capital Advisors |
| Elliott Asset Management LLC | 40 West 57th St.<br>**New York, New York 10019** | General Partner of Capital Advisors |

### ELLIOTT INTERNATIONAL

The business address of Elliott International is c/o Maples & Calder, P.O. Box 309, Ugland House, South Church Street, George Town, Cayman Islands, British West Indies.

The principal business of Elliott International is to purchase, sell, trade and invest in securities.

The name, business address, and present principal occupation or employment of the general partner of Elliott International is as follows:

| NAME | ADDRESS | OCCUPATION |
|------|---------|------------|
| Hambledon, Inc. | c/o Maples & Calder<br>**P.O. Box 309**<br>Ugland House<br>South Church Street George Town, Cayman Islands<br>British West Indies | General partner of Elliott International |

### HAMBLEDON

The name, business address, and present principal occupation or employment of the sole director and executive officer of Hambledon are as follows:

| NAME | ADDRESS | OCCUPATION |
|------|---------|------------|
| Paul E. Singer | 40 West 57th St.<br>**New York, New York 10019** | General partner of Elliott and Capital Advisors and President of EICA; and a managing member **of Special GP** |

**EICA**

The business address of EICA is 40 West 57th Street New York, New York 10019.

The principal business of EICA is to act as investment manager for Elliott International.

The name, business address, and present principal occupation or employment of the sole director and executive officer of EICA is as follows:

| NAME | ADDRESS | OCCUPATION |
|------|---------|------------|
| Paul E. Singer | 40 West 57th St.<br>**New York, New York 10019** | General partner of Elliott and Capital Advisors and President of EICA; and a managing member of Special GP |

(d) and (e) During the last five years, none of the persons or entities listed above  has been (i) convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors); or (ii) a party to a civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to, federal or state securities laws or finding any violation with respect to such laws.

(f)        Mr. Singer is a citizen of the United States of America.

**Item 3.        Source and Amount of Funds or Other Consideration.**

| Elliott Working Capital | The aggregate purchase price of the shares of Common Stock owned by Elliott is approximately $31,892,406. The aggregate purchase price of the call options owned by Elliott is approximately $51,666,178. |
|---|---|
| Elliott International Working Capital | The aggregate purchase price of the shares of Common Stock owned by Elliott International is approximately $61,908,789. The aggregate purchase price of the call options owned by Elliott International is approximately $100,299,839. |

**Item 4.        Purpose of Transaction.**

On June 11, 2015, the Reporting Persons delivered a letter to the Issuer calling for fundamental change at the Issuer and outlining a strategic and operating plan for the Issuer that the Reporting Persons believe, if implemented, could lead to a stock price of $90 to $100+ per share by the end of 2016.

In the letter, the Reporting Persons expressed their belief that the Issuer has leading technology franchises in attractive markets but has struggled operationally for years and consequently missed a profound value creation opportunity to capitalize on those franchises. As a result, the Issuer's operations and product portfolio represent an opportunity for improvement of uniquely significant magnitude. As explained in the letter, the Reporting Persons have developed an operational plan for the Issuer designed to maximize this opportunity through fundamental changes to key components of the Issuer, including implementation of operational best practices, evaluation of high-value non-core assets and capital allocation.

It is the Reporting Persons' belief that by implementing their strategic and operating plan and providing the oversight necessary to ensure its execution, the Issuer can achieve a stock price of $90 – $100+ per share by the end of 2016. The Reporting Persons have requested a meeting with the Board of Directors of the Issuer to share the details of their plan. A copy of the letter is attached as Exhibit 99.1 hereto and incorporated herein by reference.

Depending upon overall market conditions, other investment opportunities available to the Reporting Persons, and the availability of securities of the Issuer at prices that would make the purchase or sale of such securities desirable, the Reporting Persons may endeavor (i) to increase or decrease their respective positions in the Issuer through, among other things, the purchase or sale of securities of the Issuer on the open market or in private transactions or otherwise, on such terms and at such times as the Reporting Persons may deem advisable and/or (ii) to enter into transactions that increase or hedge their economic exposure to the Common Stock without affecting their beneficial ownership of shares of Common Stock.

No Reporting Person has any present plan or proposal which would relate to or result in any of the matters set forth in subparagraphs (a) - (j) of Item 4 of Schedule 13D except as set forth herein or such as would occur upon or in connection with completion of, or following, any of the actions discussed herein. The Reporting Persons may take positions or make proposals with respect to potential changes in the operations, management, the certificate of incorporation and bylaws, Board of Directors composition, ownership, capital or corporate structure, dividend policy, strategy and plans of the Issuer as a means of enhancing shareholder value or may change their intention with respect to any and all matters referred to in Item 4. Although the Reporting Persons had no plans or proposals at the time of their various purchases and do not have plans or proposals at present, the Reporting Persons intend to review their investment in the Issuer on a continuing basis and may from time to time in the future express their views to and/or meet with management, the Board of Directors of the Issuer, other shareholders or third parties, including, potential acquirers, service providers and financing sources, and/or formulate plans or proposals regarding the Issuer, its assets or its securities. Such proposals or positions may include one or more plans that relate to or would result in any of the actions required to be reported herein.

**ITEM 5.**       **Interest in Securities of the Issuer.**

(a)       **As of the date hereof, Elliott, Elliott International and EICA collectively have combined economic exposure and voting power in the Issuer of approximately 7.1% of the shares of Common Stock outstanding.**

The aggregate percentage of Common Stock reported owned by each person named herein is based upon 160,287,615 shares of Common Stock outstanding as of April 30, 2015, which is the total number of shares of Common Stock outstanding as reported in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on May 8, 2015.

As of the date hereof, Elliott beneficially owned 1,860,800 shares of Common Stock, including 1,359,300 shares of Common Stock underlying options that are currently exercisable, constituting approximately 1.2% of the shares of Common Stock outstanding.

As of the date hereof, Elliott International beneficially owned 3,612,300 shares of Common Stock, including 2,638,800 shares of Common Stock underlying options that are currently exercisable, constituting approximately 2.3% of the shares of Common Stock outstanding. EICA, as the investment manager of Elliott International may be deemed to beneficially own the 3,612,300 shares of Common Stock beneficially owned by Elliott International, constituting approximately 2.3% of the shares of Common Stock outstanding.

Collectively, Elliott, Elliott International and EICA beneficially own 5,473,100 shares of Common Stock, including 3,998,100 shares of Common Stock underlying currently exercisable options, constituting approximately 3.4% of the shares of Common Stock outstanding.

Collectively, Elliott, Elliott International and EICA have economic exposure to approximately 3.7% of the shares of Common Stock outstanding pursuant to Derivative Agreements, as disclosed in Item 6.

(b)       Elliott has the power to vote or direct the vote of, and to dispose or direct the disposition of, the shares of Common Stock owned directly by it.

Elliott International has the shared power with EICA to vote or direct the vote of, and to dispose or direct the disposition of, the shares of Common Stock owned directly by Elliott International.  Information regarding each of Elliott International and EICA is set forth in Item 2 of this Schedule 13D and is expressly incorporated by reference herein.

(c)       The transactions effected by the Reporting Persons during the past 60 days are set forth on Schedule 1 attached hereto.

(d)        No person other than Elliott has the right to receive or the power to direct the receipt of dividends from, or the proceeds from the sale of, the shares of Common Stock beneficially owned by Elliott.

No person other than Elliott International and EICA has the right to receive or the power to direct the receipt of dividends from, or the proceeds from the sale of, the shares of Common Stock beneficially owned by Elliott International and EICA.

(e)        Not applicable.

**Item 6.        Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer.**

Elliott, through The Liverpool Limited Partnership, a Bermuda limited partnership and a wholly-owned subsidiary of Elliott "Liverpool"), and Elliott International have entered into notional principal amount derivative agreements (the "Derivative Agreements") in the form of cash settled swaps with respect to 2,000,240 and 3,882,820 shares of Common Stock of the Issuer, respectively (representing economic exposure to approximately 1.2% and 2.4% of the shares of Common Stock of the Issuer, respectively). Collectively, the Derivative Agreements held by the Reporting Persons represent the economic exposure to an interest in approximately 3.7% of the shares of Common Stock. The Derivative Agreements provide Elliott and Elliott International with economic results that are comparable to the economic results of ownership but do not provide them with the power to vote or direct the voting or dispose of or direct the disposition of the shares that are referenced in the Derivative Agreements (such shares, the "Subject Shares"). The Reporting Persons disclaim beneficial ownership in the Subject Shares. The counterparties to the Derivative Agreements are unaffiliated third party financial institutions.

Elliott has purchased from counterparties call options that carry the right to call from such counterparties up to 1,359,300 shares of Common Stock at a price of $25 per share, if such right is exercised prior to or on July 18, 2015.

Elliott, itself and through Liverpool, has sold to counterparties put options that provide the counterparty the right to put to Elliott up to 476,000 shares of Common Stock at a price of $67.5 per share, if such right is exercised prior to or on June 20, 2015.

Elliott, through Liverpool, has sold to counterparties put options that provide the counterparty the right to put to Elliott up to 241,400 shares of Common Stock at a price of $65 per share, if such right is exercised prior to or on June 20, 2015.

Elliott International has purchased from counterparties call options that carry the right to call from such counterparties up to 2,638,800 shares of Common Stock at a price of $25 per share, if such right is exercised prior to or on July 18, 2015.

Elliott International has sold to counterparties put options that provide the counterparty the right to put to Elliott International up to 924,000 shares of Common Stock at a price of $67.5 per share, if such right is exercised prior to or on June 20, 2015.

Elliott International has sold to counterparties put options that provide the counterparty the right to put to Elliott International up to 468,600 shares of Common Stock at a price of $65 per share, if such right is exercised prior to or on June 20, 2015.

Except as described above in this Item 6, none of the Reporting Persons has any contracts, arrangements, understandings or relationships with respect to the securities of the Issuer.

**Item 7.        Material to be Filed as Exhibits.**

**Exhibit 99.1** – Letter dated June 11, 2015

**Exhibit 99.2** – Joint Filing Agreement

Schedule 1 – Transactions of the Reporting Persons Effected During the Past 60 Days

**SIGNATURES**

After reasonable inquiry and to the best of its knowledge and belief, each of the undersigned certifies that the information with respect to it set forth in this statement is true, complete, and correct.

Dated:  June 11, 2015

**ELLIOTT ASSOCIATES, L.P.**
By: Elliott Capital Advisors, L.P., as General Partner
By: Braxton Associates, Inc., as General Partner

**By:**  /s/ Elliot Greenberg
       **Elliot Greenberg,**
       Vice President

**ELLIOTT INTERNATIONAL, L.P.**
By: Elliott International Capital Advisors Inc.,
as Attorney-in-Fact

**By:**  /s/ Elliot Greenberg
       **Elliot Greenberg,**
       Vice President

**ELLIOTT INTERNATIONAL CAPITAL ADVISORS INC.**

**By:**    /s/ Elliot Greenberg
       **Elliot Greenberg,**
       Vice President

**SCHEDULE 1**

Transactions of the Reporting Persons Effected
During the Past 60 Days

The following transactions were effected by Elliott Associates, L.P. in the Common Stock during the past 60 days:

| Date | Security | Amount of Shs. Bought | Approx. price ($) per Share |
|---|---|---|---|
| 06/10/15 | Common Stock | 8,500 | 66.0356 |
| 06/10/15 | Common Stock | 12,580 | 65.7502 |
| 06/10/15 | Common Stock | 21,420 | 65.8003 |
| 04/13/15 | Common Stock | 12,609 | 63.4921 |
| 04/10/15 | Common Stock | 3,740 | 60.5864 |
| 04/10/15 | Common Stock | 6,120 | 60.5800 |
| 04/09/15 | Common Stock | 91,201 | 63.8952 |
| 04/08/15 | Common Stock | 39,895 | 64.0650 |
| 04/07/15 | Common Stock | 86,141 | 63.7963 |
| 04/06/15 | Common Stock | 32,294 | 63.1407 |
| 04/06/15 | Common Stock | 85,000 | 62.7313 |

All of the above transactions were effected in the open market.

Transactions Effected by Elliott Associates, L.P. in Call Options at $25 Expiring on July 18, 2015:

| Date of transaction | Amount of securities Bought | Price ($) per share or unit (excluding commissions) | Where and how the transaction was effected |
|---|---|---|---|
| 04/17/15 | 816 | 39.4091 | OTC |
| 04/16/15 | 715 | 40.4767 | OTC |
| 04/15/15 | 357 | 40.7745 | OTC |
| 04/10/15 | 3,485 | 37.5302 | OTC |

The following transactions were effected by Elliott Associates, L.P. (through Liverpool) in the Common Stock during the past 60 days:

| Date | Security | Amount of Shs. Bought | Approx. price ($) per Share |
|---|---|---|---|
| 05/15/15 | Common Stock | 17,000 | 67.5000 |

The above transaction was effected in the open market.

Transactions Effected by Elliott Associates, L.P. (through Liverpool) in Call Options at $67.5 Expiring on June 20, 2015:

| Date of transaction | Amount of securities Bought / (Sold) | Price ($) per share or unit (excluding commissions) | Where and how the transaction was effected |
|---|---|---|---|
| 06/09/15 | (1,020) | 0.4000 | OTC |
| 06/09/15 | 514 | 0.5500 | OTC |
| 06/09/15 | 34 | 0.5500 | OTC |
| 06/08/15 | 238 | 0.8955 | OTC |
| 06/08/15 | 204 | 0.7603 | OTC |
| 06/05/15 | 27 | 0.7500 | OTC |
| 06/04/15 | 3 | 0.8500 | OTC |
| 06/01/15 | (170) | 0.5000 | OTC |
| 05/29/15 | 170 | 0.5000 | OTC |
| 05/18/15 | (170) | 0.8500 | OTC |
| 05/13/15 | 170 | 1.3500 | OTC |
| 05/08/15 | (34) | 1.7500 | OTC |
| 05/05/15 | 34 | 1.5000 | OTC |

The following transactions were effected by Elliott International, L.P. in the Common Stock during the past 60 days:

| Date | Security | Amount of Shs. Bought | Approx. price ($) per Share |
|---|---|---|---|
| 06/10/15 | Common Stock | 24,420 | 65.7502 |
| 06/10/15 | Common Stock | 41,580 | 65.8003 |
| 06/10/15 | Common Stock | 16,500 | 66.0356 |
| 05/15/15 | Common Stock | 33,000 | 67.5000 |
| 04/13/15 | Common Stock | 24,476 | 63.4921 |
| 04/10/15 | Common Stock | 7,260 | 60.5864 |
| 04/10/15 | Common Stock | 11,880 | 60.5800 |
| 04/09/15 | Common Stock | 177,037 | 63.8952 |
| 04/08/15 | Common Stock | 77,444 | 64.0650 |
| 04/07/15 | Common Stock | 167,216 | 63.7963 |
| 04/06/15 | Common Stock | 62,687 | 63.1407 |
| 04/06/15 | Common Stock | 165,000 | 62.7313 |

All of the above transactions were effected on the open market.

Transactions Effected by Elliott International, L.P. in Call Options at $25 Expiring on July 18, 2015:

| Date of transaction | Amount of securities Bought | Price ($) per share or unit (excluding commissions) | Where and how the transaction was effected |
|---|---|---|---|
| 04/17/15 | 1,584 | 39.4091 | OTC |
| 04/16/15 | 1,388 | 40.4767 | OTC |
| 04/15/15 | 694 | 40.7745 | OTC |
| 04/10/15 | 6,765 | 37.5302 | OTC |

Transactions Effected by Elliott International, L.P. in Call Options at $67.5 Expiring on June 20, 2015:

| Date of transaction | Amount of securities Bought / (Sold) | Price ($) per share or unit (excluding commissions) | Where and how the transaction was effected |
|---|---|---|---|
| 06/09/15 | 66 | 0.5500 | OTC |
| 06/09/15 | (1,980) | 0.4000 | OTC |
| 06/09/15 | 998 | 0.5500 | OTC |
| 06/08/15 | 462 | 0.8955 | OTC |
| 06/08/15 | 396 | 0.7603 | OTC |
| 06/05/15 | 53 | 0.7500 | OTC |
| 06/04/15 | 5 | 0.8500 | OTC |
| 06/01/15 | (330) | 0.5000 | OTC |
| 05/29/15 | 330 | 0.5000 | OTC |
| 05/18/15 | (330) | 0.8500 | OTC |
| 05/13/15 | 330 | 1.3500 | OTC |
| 05/08/15 | (66) | 1.7500 | OTC |
| 05/05/15 | 66 | 1.5000 | OTC |

**EXHIBIT 99.1**

ELLIOTT MANAGEMENT CORP.
40 WEST 57TH STREET
NEW YORK, NEW YORK 10019
——
TEL. (212) 974-6000
FAX: (212) 974-2092

June 11, 2015

The Board of Directors
Citrix Systems, Inc.
851 West Cypress Creek Road
**Fort Lauderdale, FL 33309**
Attn: Thomas Bogan, Chairman
Attn: Mark Templeton, CEO

Dear Thomas, Mark and Members of the Board:

I am writing to you on behalf of Elliott Associates, L.P. and Elliott International, L.P. (together, "<u>Elliott</u>" or "<u>we</u>"**),** which together own 7.1% of the common stock and equivalents of Citrix Systems, Inc. (NASDAQ: CTXS) (the "<u>Company</u>" or, "<u>Citrix</u>"**),** making us one of your largest stockholders.

<u>**We believe that Citrix can achieve a stock price of $90 – $100+ per share by the end of 2016**</u>.  This outcome – which represents an increase in stockholder value of approximately 50% – is achievable because Citrix has leading technology franchises in attractive markets but has struggled operationally for years.  As a result, today Citrix**'**s operations and product portfolio represent an opportunity for improvement of uniquely significant magnitude.

The purpose of today**'**s letter is to a) introduce ourselves, b) preview some of the extensive work we have done to validate the $90 – **$100+ per** share opportunity, and c) respectfully request a meeting with the Company**'**s board of directors (the "<u>Board</u>"**)** to share our detailed thoughts about how to improve Citrix for the benefit of stockholders, employees and customers.

Today**'**s letter is being made public primarily because Elliott has become a 13D filer.  We want to be clear about our intentions and avoid undue speculation.

To be clear, we approach this opportunity with tremendous respect for the work Mark and the entire Citrix team have done to achieve technological leadership, particularly in the high**-**quality markets in which Citrix participates.  Without their vision, the enormous opportunity outlined below would not exist today.

**About Elliott**

Elliott is an investment firm founded in 1977 that today manages more than $26 billion of capital for both institutional and individual investors.  We **are a multi-**strategy firm active in debt, equities, commodities, currencies and various other asset classes across a range of industries.  Investing in the technology sector is one of our most active efforts at Elliott and one in which we have built a long track record.

Within the technology sector, we have made approximately three dozen active investments and have successfully identified value-creating opportunities at companies such as BMC, Informatica, Brocade, Riverbed, Juniper, Novell/Attachmate, Blue Coat and many others.

One key differentiating factor in Elliott's active investments, especially in the technology sector, is our deep focus on operations. Our team includes experienced and proven C-level executives with technical and operational capabilities from software and technology companies. These executives evaluate operations, products and markets within our investments and work to develop strategies to streamline operations, grow revenue and create value. We also have long-lasting engagements with leading operations consulting firms, sales and marketing specialists, and technical consulting firms that we deploy on our investments. Finally, in addition to our public portfolio, we have significant investments in private technology companies, which provide important insights into operating best practices, market trends and general industry knowledge.

## The Citrix Opportunity

Citrix has great products in strong markets. However, Citrix has struggled operationally and has consequently missed a profound value creation opportunity to capitalize on these products and markets. Despite Citrix's strong products, the Company's stock price performance tells the story of deep underperformance across every relevant benchmark, including its closest peers, over every time period during the last six years:

|  | Ending June 10, 2015 | | | | | |
|---|---|---|---|---|---|---|
| Citrix's TSR Relative to: | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years |
| 1. S&P 500 Index | (7%) | (29%) | (84%) | (98%) | (65%) | (56%) |
| 2. NASDAQ Composite | (16%) | (46%) | (100%) | (120%) | (93%) | (96%) |
| 3. S&P 500 IT Index | (13%) | (42%) | (80%) | (111%) | (71%) | (70%) |
| 4. Proxy Peer Group | (15%) | (44%) | (85%) | (116%) | (56%) | (74%) |

Over the years, Citrix has recognized that operational changes are needed and that its product portfolio requires rationalization. In 2010, Citrix made promises of "efficiency" and "focus" with the goal of achieving margin targets and rationalizing the portfolio. Unfortunately, these promises were followed by a period of nearly 400 basis points of margin contraction and an expansion into several non-core product categories.

In early 2014, Citrix again made a series of promises to address the operational and share price underperformance. Despite the fact that these promises were nearly identical to the promises made in 2010, many investors and analysts hoped that this time Citrix was finally going to remedy the serious deficiencies in its cost structure. However, operating expenses have continued to outpace revenue growth, and both profit margins and profit dollars have declined over the last 12 months.

2

It is perhaps because Citrix's promises have uniformly been followed by increased costs and greater product breadth that the research community maintains a skeptical approach to Citrix and continues to call for organizational change, as the quotes below illustrate:

- "We maintain our Buy rating, although we stress that significant changes are needed to help drive value for shareholders, which would include rationalizing business lines as well as further cost reductions" – Goldman Sachs, April 2015

- "We have found that it takes the same time, if not longer, to explain the businesses that Citrix is in as to explain Microsoft.  We believe divestitures would help clarify the business for investors, which would help the stock price" – Sanford Bernstein, April 2015

- "The Company's execution has been terribly poor for more than 2 years, and we believe management will be compelled to make more organizational changes going forward – beyond those already announced" – Credit Suisse, April 2015

This is just a small sampling of commentary, but it provides a highly accurate picture of analyst sentiment toward Citrix and is consistent with other well-respected software analysts.  Furthermore, based on numerous conversations with your stockholder base, we believe these quotes are representative of stockholder sentiment as well.  Unfulfilled announcements of expense rebalancing and incremental, recurring restructurings are damaging to companies and destabilizing to their employees and customer relationships.  In Citrix's case, these announcements have also impaired the Company's credibility with stockholders.  We believe that Citrix today has a far superior opportunity to make serious and lasting changes and to create sustainable value for stockholders.

## New Citrix Operating Plan

Today, Elliott is formally requesting a meeting with the Board to share the details of an operational plan that we believe will create tremendous value for stockholders.  What we call the "**New Citrix**" Operating Plan (the "**New Citrix Plan**") was developed through exhaustive research and with the help of a full team of operating partners with proven experience turning around software companies.  That team includes the following:

- **Senior Software Executives:**  We have assembled a team of senior software executives to evaluate Citrix and the opportunity for value creation.  These are C-level software executives who have assisted us in understanding the operating and strategic possibilities at Citrix and who have helped diagnose issues at, and develop solutions for, other software and technology companies in which we have invested.

- **Top-Tier Consulting Firm:** We retained a leading consulting firm to aid in our in-depth diligence on Citrix's products and markets, conducting a survey of more than 400 customers and channel partners, enabling us to better understand the competitive landscape from a customer's perspective and identify key factors in purchase decisions.

- **Sales and Marketing Specialist Firm:** We engaged with a leading salesforce consulting firm to analyze Citrix's go-to-market strategy and its efficiency. We evaluated Citrix's salesforce organization structure, typical deal team composition, channel ecosystem and compensation methodology to determine what steps are needed to conform Citrix's go-to-market strategy to the industry's best practices.

- **Operations Consultant:** We worked with a major operations consulting firm to conduct a "deep-dive" on Citrix's operations in product development, professional services and various support and corporate functions, which provided important insight into Citrix's geographic footprint, utilization of its international workforce and efficiency of its product development organization.

- **IT Specialists and Data Center Engineers:** We worked with highly experienced technical experts with deep knowledge of Citrix's product portfolio to better understand how it evolved, including understanding perspectives on product roadmaps, critical features / functionality and how these products integrate into broader IT solutions.

- **Investment Banking Firms:** We engaged with two leading investment banks to ensure our understanding of capital return options, as well as strategic options for the GoTo and NetScaler divisions.

The New Citrix Plan is based upon two driving principles: the need for i) **fundamental change** and ii) **effective oversight**. The key components for fundamental change are as follows:

1) **Implementation of Operational Best Practices:** Citrix's cost structure is the result of years of layered complexity and expenses. The structure has become highly inefficient in terms of actual cost and is also ineffective at generating revenue growth. We have identified numerous opportunities throughout the organization for significant improvement, which we believe will result in both superior revenue performance and a more efficient use of resources. In total, our New Citrix operating model target for operating expense is a range of **54.5% – 55.0% of revenue by 2017** relative to 63% over the last 12 months. Our team has identified the major areas for improvement as follows:

   - **Sales & Marketing:** Citrix's sales & marketing organization is operating well below industry benchmarks on efficiency and effectiveness, with the weakest metrics among its peers. This is primarily the result of a highly cumbersome and ineffective go-to-market strategy. Critical operational metrics, including the ratios of management positions to quota-carrying reps and sales engineers to field reps, remain out of line with industry best practices. This inefficiency has led to weak productivity per sales FTE and is exacerbated by poor alignment between performance and compensation. In addition, Citrix's channel strategy is stretched across too many channel partners, with important channel-enablement resources being directed to sub-scale partners. We are confident all of these issues are fixable through a full realignment to implement best practices in the areas of deal team composition, sales management span of control, channel management and compensation structure.

4

- **Research & Development:** Citrix's product development effort needs a full operational review with strong cross-functional participation. The recent product-release issues in both XenApp and XenDesktop, marred by critical feature gaps from prior versions, had a deep impact on execution over the last several years and demonstrated a disconnect between customer requirements and development roadmaps. In addition, Citrix's recent history of funding speculative R&D initiatives without clear route-to-market or tangible competitive advantage must be reevaluated immediately. These speculative or non-core projects need to be scaled back or eliminated and resources reallocated to the product categories where Citrix has the greatest likelihood of success. Return-on-investment project tracking with a focus on risk-adjusted returns needs to be implemented and strictly followed.

- **Product Portfolio:** Citrix's product portfolio is too broad for its scale and contains far too many underperforming product lines that consume valuable resources, have low or negative (i.e., loss-making) return profiles, and serve as distractions. For example, we believe CloudBridge, CloudPlatform and ByteMobile are non-core, are underperforming and are distractions to the management team. We believe these businesses, particularly ByteMobile, should be sold or realigned.

2) **Evaluation of High-Value Non-Core Assets:** Citrix possesses high-value, strategic assets that we believe can be separated from the core Workspace Services segment: the GoTo franchise and NetScaler. Such separations would not only be meaningfully accretive to value but also would enable Citrix management to focus on improving the Company's core operational execution.

- **Spin or Sale of the GoTo Franchise:** While we recognize the broad notion of empowering a mobile workforce, this business's go-to-market strategy, product development roadmap and end-market are absolutely <u>distinct</u> from the core of Citrix. GoTo is an attractive business with scale in its market, and we have confidence that it can realize significant value through several alternative transaction structures, including a sale or a spin. We also further believe that core Citrix's management can create significantly more value for stockholders by focusing on operational execution rather than attempting to oversee the GoTo franchise.

- **Exploration of Strategic Alternatives for NetScaler:** We are not explicitly advocating for a sale of NetScaler, but we believe the sale option should be seriously explored to assess potential strategic buyer interest and valuation, which we believe may be robust. NetScaler is an excellent business, and its ADC technology is an industry-leader; however, we believe Citrix has overly relied on the virtualization cross-sell, resulting in significant under-penetration in non-virtualization use-cases and within the telco vertical. We believe other strategic owners can accelerate NetScaler's growth through greater scale and unique customer relationships. It is critical for the Board to consider whether Citrix is the parent company best positioned to <u>**maximize NetScaler's value.**</u>

3) **Capital Allocation:** If effectively executed, the New Citrix Plan will result in tremendous value creation over the next several years. As a **result, Citrix**'s stock is deeply undervalued today. Furthermore, Citrix's balance sheet is being under-utilized given its strong cash flow profile, even at today's level of inefficiency. At a more appropriate 1.5x – 2.0x target net leverage ratio, Citrix would have $4.5 – **$5.3 billion** of buyback capacity through 2017 while maintaining an investment grade rating. Debt financing remains at historically attractive levels, and we believe Citrix should take advantage of this opportunity to repurchase 56 – 61 million shares from now through 2017.

4) **Management**: Over the past two years, Citrix has suffered a wave of senior-level management departures, which have introduced uncertainty and instability into the organization. In several cases (e.g., Sumit Dhawan and Bob Schultz), these valuable managers have **left to join Citrix**'s direct competitors. Citrix requires stable and confident leadership of its business units and, under the New Citrix Plan, will also require proven operational skillsets to drive fundamental change. Elliott is looking forward to working with Citrix to address its ability to retain and recruit top talent.

This high-level summary is a brief overview of the details supporting the New Citrix Plan. Though significant in magnitude, changes of this kind are relatively common in the software sector. Nonetheless, a key differentiator, and the second tenet of the New Citrix Plan, is <u>effective oversight</u>. **<u>A strong and capable Board that oversees and holds management accountable is critical</u>** . We look forward to discussing our recommendations regarding proper oversight of the New Citrix Plan's execution.

**New Citrix Plan Results**

By implementing the New Citrix Plan and providing the oversight necessary to ensure its execution, we believe Citrix can achieve a stock price of $90 – $100+ per share by the end of 2016, underline excluding the impact of separating NetScaler and GoTo. We believe there is potentially significant upside from these price targets if Citrix executes on the separation of these high-value strategic assets. The table below details Elliott's model scenarios supporting our stock price targets.

| | Elliott Base Case | Elliott Upside Case |
|---|---|---|
| '14A – '17E Revenue CAGR [1] | 4.0% | 5.5% |
| 2017E Operating Expense % of Revenue | 55.0% | 54.5% |
| 2017E Operating Margin | 30.0% | 30.5% |
| 2017E Leverage (Net Debt / EBITDA) [2] | 1.5x | 2.0x |
| 2017E EPS [3] | $6.20 | $6.70 |
| NTM P/E Multiple [4] | 14.5x | 15.5x |
| 2016 Price Target [5] | $90.00 | $103.75 |
| % Gain to Unaffected Price [6] | 41% | 63% |

As this table demonstrates, reasonable revenue growth and P/E multiple assumptions can achieve tremendous results under the New Citrix Plan. Moreover, the vast majority of the value creation of approximately $26 in the Base Case is driven by operational improvements, as margin expansion drives approximately $20[7] per share of value increase and improved capital allocation drives approximately $6 per share of value increase.

[1] Elliott estimates, based on Company filings and Wall Street estimates. Analysis performed as of June 10, 2015

[2] Share repurchase plan assumes a mix of accelerated share repurchases and recurring quarterly buybacks between 2015 and 2017 to target the stated net leverage levels. Share repurchases are assumed to be funded by available US cash ($250 million minimum US cash balance) and the issuance of US debt financing at a 4.5% annual rate. Incremental interest expense from new debt issuance netted against US taxable income at the US statutory rate of 35%. Share repurchases executed at a price per share implied by similar valuation multiples as the assumptions above. The Elliott Base Case and Elliott Upside Case assume an average share repurchase price per share of $80.25 and $87.75, respectively, for the 2015-2017 repurchase plan (round to the nearest $0.25 per share)

[3] EPS metrics round to the nearest $0.05

[4] Elliott estimates, based on a conservative valuation relative to the Company's peer group

[5] Price targets round to the nearest $0.25. The impact of the convertible note conversion at $90 per share assumed to be mitigated by the existing note hedge

[6] Unaffected price assumed to be $63.80 as of April 10, 2015, which was the day following Citrix's Q1 2015 earnings preannouncement and when significant speculation of potential activist interest in Citrix's stock began

[7] Elliott estimates, based on a constant unlevered valuation multiple and assumes Citrix's status quo share repurchase plan of approximately $400 million per year

**Next Steps**

As is always the case, we look forward to a collaborative and positive dialogue with Citrix's Board and management.  To that end, we respectfully request a meeting in the next few weeks with the full Board during which we can share a detailed presentation of the New Citrix Plan and discuss what we believe are the necessary steps for its implementation.  It is our sincere hope that we can work together to implement the New Citrix Plan, which we are confident will create real and lasting value for your stockholders.

Elliott hopes that the Board also sees the need for fundamental change and oversight and will therefore be excited to embrace this opportunity.  We would be remiss if we failed to note that, to date and as recently as last month, the Company has repeatedly resisted public calls for real change from the broader investment community.  We hope that the Company can move on from that position and work together with us to realize the profound opportunity to create value that is undeniably before us.  Elliott is prepared to push for change directly, but **the far better course is for Citrix to embrace this offer of cooperation and for us to proceed collaboratively, and quickly, together.**

Thank you very much for your time and consideration.  I look forward to our meeting.

Best regards,

Jesse Cohn
Senior Portfolio Manager

8

**EXHIBIT 99.2**

**JOINT FILING AGREEMENT**

The undersigned hereby agree that the statement on Schedule 13D with respect to the Common Stock, $.001 par value per share, of Citrix Systems, Inc. dated as of the date hereof is, and any further amendments thereto signed by each of the undersigned shall be, filed on behalf of each of the undersigned pursuant to and in accordance with the provisions of Rule 13d-1(f) under the Securities Exchange Act of 1934, as amended.

Dated:  June 11, 2015

**ELLIOTT ASSOCIATES, L.P.**
By: Elliott Capital Advisors, L.P., as General Partner
By: Braxton Associates, Inc., as General Partner

**By:**  /s/ Elliot Greenberg
       **Elliot Greenberg,**
       Vice President

**ELLIOTT INTERNATIONAL, L.P.**
By: Elliott International Capital Advisors Inc.,
as Attorney-in-Fact

**By:**  /s/ Elliot Greenberg
       **Elliot Greenberg,**
       Vice President

**ELLIOTT INTERNATIONAL CAPITAL ADVISORS INC.**

**By:**  /s/ Elliot Greenberg
       **Elliot Greenberg,**
       Vice President