# EXHIBIT 1

**Emmanuel Brochier**

Member of the Paris Bar since 1979, former "*Secrétaire de la Conférence du Stage*", Emmanuel Brochier is one of the founders of Darrois Villey Maillot Brochier.

Brochier mainly operates in mergers and acquisitions as well as in litigation and arbitration. He is also one of the founders of HEAD, a private law school, where he teaches.

**Main areas of expertise**

Corporate, mergers and acquisitions
Stock Exchange regulations
Civil and commercial litigation
Criminal law
Litigation relating to stock-exchange regulations
Arbitration

**Education**

Masters degree in Law (Sorbonne University -Paris)
Post graduate degree in Civil law (Sorbonne University – Paris)

**Languages**

French / English