# EXHIBIT 1

**Bertrand Cardi**

Bertrand Cardi is a partner at Darrois Villey Maillot Brochier. He joined the firm early 2010, after having been a partner at Linklaters since 2004.

He is a leading expert in mergers and acquisitions, securities as well as capital market laws (and also has experience in related litigation, arbitration and regulatory investigations). He has acted for industrial clients or investment funds in numerous major French or cross-border transactions.

Finally, Bertrand Cardi advises a number of listed companies on their governance and their strategic developments abroad.

Bertrand Cardi, in addition to his Assas University law diploma, is a graduate of *Ecole des Hautes Etudes Commerciales* ("HEC"). He is ranked in the top tier in various legal guides (including Chambers and Legal 500), speaks at legal conferences on governance as well as M&A and Capital Market issues and is a member of the M&A Committee of the International Bar Association.

**Main areas of expertise**

Corporate, mergers and acquisitions
Stock exchange regulations
Private equity
Litigation relating to stock-exchange regulations

**Education**

Admitted to Paris Bar School (1997)
University of Paris II – Assas, law degree (*Maîtrise*) *cum laude* (1996 – 1997)
University of Paris XI – Jean Monnet, law degree (*Licence*) *cum laude* (1995 – 1996)
*École des Hautes Études Commerciales* (HEC/MBA Equivalent) (1993 – 1996)

**Languages**

French / English

997504.1