# EXHIBIT 2



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA )
                    )
                    )
COUNTY OF SAN FRANCISCO ) ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from French into English of the attached document with Bates No.

215C0977-AV401.


Jennifer Allen, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8th day of July , 20 15 ,

by      Jennifer Allen ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: Kurt Adam Shulberg

KURT ADAM SHULENBERGER
Commission No. 2039095
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires AUGUST 27, 2017

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143



215C0977
AV401

<u>July 6, 2015</u>

<u>Disclosure of purchases and sales made in a public offering</u>
<u>(Article 231-46 of the General Regulations)</u>

**NORBERT DENTRESSANGLE**

(Euronext Paris)

| Transaction conducted by | Transaction date and type | Securities concerned | Price (€) | Total number of securities held following the transaction |
|---|---|---|---|---|
| Elliott Capital Advisors, L.P* | purchase on 7/2/2015 | 724,910 shares code FR0000052870 | 217.50 | 743,186 shares and voting rights |
| | sale on 7/2/2015 | 724,099 CFDs code FR0000052870 | 217.50 | 0 CFDs |

* Acting on behalf of The Liverpool Limited Partnership, Elliott International L.P., and Elliott Associates, L.P. funds.

———————

215C0977-AV401



215C0977
AV401

<u>6 juillet 2015</u>

<u>**Déclaration des achats et des ventes effectués pendant une offre publique**</u>
<u>**(article 231-46 du règlement général)**</u>

**NORBERT DENTRESSANGLE**

(Euronext Paris)

| Opérateur | Nature et date de l'opération | Titres concernés | Cours (€) | Nombre total de titres possédés à l'issue de la transaction |
|---|---|---|---|---|
| Elliott Capital Advisors, L.P* | achat le 02/07/2015 | 724 910 actions code FR0000052870 | 217,50 | 743 186 actions et droits de vote |
| | vente le 02/07/2015 | 724 099 CFD code FR0000052870 | 217,50 | 0 CFD |

\* Agissant pour le compte de fonds The Liverpool Limited Partnership, Elliott International L.P. et Elliott Associates, L.P.

———————