# EXHIBIT 3



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO ) ss

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached document with Bates No. 215C1001-AV408.

Jennifer Allen, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me on this 8th day of July, 2015, by Jennifer Allen, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

KURT ADAM SHULENBERGER
Commission No. 2039095
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires AUGUST 27, 2017

New York                Washington, D.C.        Chicago                Houston                San Francisco
t: +1.212.631.7432      t: +1.202.828.1267      t: +1.312.242.3756     t: +1.713.353.3909     t: +1.415.576.9500

London                  Paris                   Stockholm              Frankfurt              Hong Kong
t: +44.20.7553.4100     t: +33.1.42.68.51.47    t: +46.8.463.11.87     t: +49.69.7593.8434    t: +852.2159.9143



215C1001
AV408

July 8, 2015

## Disclosure of purchases and sales made in a public offering
### (Article 231-46 of the General Regulations)

### NORBERT DENTRESSANGLE

(Euronext Paris)

| Transaction conducted by | Transaction date and type | Securities concerned | Price (€) | Total number of securities held following the transaction |
|---|---|---|---|---|
| Elliott Capital Advisors, L.P* | purchase on 7/6/2015 | 3,170 shares code FR0000052870 | 217.50 | 746,356 shares and voting rights |

* Acting on behalf of The Liverpool Limited Partnership, Elliott International L.P. and Elliott Associates, L.P. funds.

215C1001-AV408



215C1001
AV408

8 juillet 2015

## Déclaration des achats et des ventes effectués pendant une offre publique
## (article 231-46 du règlement général)

### NORBERT DENTRESSANGLE

(Euronext Paris)

| Opérateur | Nature et date de l'opération | Titres concernés | Cours (€) | Nombre total de titres possédés à l'issue de la transaction |
|---|---|---|---|---|
| Elliott Capital Advisors, L.P* | achat le 06/07/2015 | 3 170 actions code FR0000052870 | 217,50 | 746 356 actions et droits de vote |

* Agissant pour le compte de fonds The Liverpool Limited Partnership, Elliott International L.P. et Elliott Associates, L.P.

215C1001-AV408