# EXHIBIT 13



translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA     )
    )
    )
COUNTY OF SAN FRANCISCO )     SS

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from French into English of the attached Order of the Paris Commercial

Court, dated July 8, 2015.

Carmen Ibarra, Project Manager
Geotext Translations, Inc.

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8ᵗʰ day of July , 20 15 ,

by Carmen Ibarra ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____

KURT ADAM SHULENBERGER
Commission No. 2039095
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires AUGUST 27, 2017
NCC1

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

15-1228
15-30367

**I, the President of the Paris Commercial Court,**

**Having regard to the foregoing petition, the grounds described therein and the exhibits produced;**

**Having regard to Article 858 of the Code of Civil Procedure;**

**Whereas there is urgency;**

Order that the petitioners, XPO Logistics Inc. and XPO Logistics France, may file a summons and complaint against:

- Elliott Capital Advisors, L.P., a Delaware limited partnership whose registered office is located c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, U.S.A.,

- The Liverpool Limited Partnership, a Bermuda limited partnership whose registered office is located c/o Appleby Corporate Services (Bermuda) Ltd., Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda,

- Elliott International, L.P., a Cayman Islands limited partnership whose registered office is located c/o Maples & Calder, P.O. Box 309, Ugland House, South Church Street, George Town, Cayman Islands, British West Indies,

- Elliott Associates, L.P., a Delaware limited partnership whose registered office is located c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, U.S.A.,

in this Court for the 7th chamber public hearing of September 29, 2015, at 2 p.m., to rule on said petition;

Appoint one of the Court Ushers in this Court to serve the summons and complaint and to do so no later than September 15, 2015, at 4 p.m.;

Order that the petitioners submit the served summons and complaint to the clerk of the court for said hearing prior to September 21, 2015, at 4 p.m.;

Order that a copy of the exhibits appended to the petition be served together with the summons and complaint;

Order that the matter be assigned for review by the pre-trial judge or that a date be set for arguments before a judicial panel, that the case may only be remanded once and upon reasoned application of the respondent, no remand being allowed on motion of the petitioner and that, alternatively, the case will be remanded to the Preliminary Docket and will follow the normal course thereof, with no option to shorten the time for notices to appear;

Order that the same apply where the case is not ready for trial and where the proceedings have not been closed at the end of the first hearing by the so appointed pre-trial judge or at the end of the hearing before a judicial panel;

Order this Order be filed with the Office of the Clerk of this Court.

|  |  |
|---|---|
| | **Paris, July 8, 2015** |
| [seal:] | **For the President of the Court** |
| Paris Commercial | The Vice-President |
| [stamp:] Clerk of the Court, | Court | [signature] |
| C. MASSON | | |
| [signature] | | Jean-François Reignier |

15-1208
15-30367

**Nous, Président du Tribunal de Commerce de Paris,**

**Vu la requête qui précède, les motifs exposés et les pièces produites ;**

**Vu l'article 858 du code de procédure civile ;**

**Attendu qu'il y a urgence ;**

Disons que les requérants, les sociétés XPO Logistics, Inc. et XPO Logistics France pourront assigner :

-Elliott Capital Advisors, L.P., un limited partnership du Delaware, dont le siège social est situé c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington DE 19801, Etats-Unis d'Amérique,

-The Liverpool Limited Partnership, un limited partnership des Bermudes, dont le siège social est situé c/o Appleby Corporate Services (Bermuda) Ltd., Canon's Court, 22 Victoria Street, Hamilton HM12, Bermuda,

-Elliott International, L.P., un limited partnership des Iles Cayman, dont le siège social est situé c/o Maples & Calder, P.O. Box 309, Ugland House, South Church Street, George Town, Cayman Islands, British West Indies,

-Elliott Associates, L.P., un limited partnership du Delaware, dont le siège social est situé c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington DE 19801, Etats-Unis d'Amérique

devant ce Tribunal pour l'audience publique de la 7ème chambre du 29 septembre 2015 à 14 heures, afin de statuer sur les fins de ladite requête ;

Commettons l'un des Huissiers Audienciers de ce Tribunal pour délivrer l'assignation, et ce, au plus tard le 15 septembre 2015 à 16 heures ;

Disons que les requérants devront remettre au greffe l'assignation délivrée pour ladite audience avant le 21 septembre 2015 à 16 heures ;

Disons que la copie des pièces jointes à la requête, devra être notifiée avec l'assignation ;

Disons que l'affaire devra être confiée à l'examen d'un juge chargé d'instruire l'affaire ou qu'une date de plaidoiries devant une formation collégiale devra être fixée ; que l'affaire ne pourra être renvoyée qu'une seule fois et à la demande motivée du défendeur, aucun renvoi n'étant accordé à la demande du requérant et, qu'à défaut, l'affaire sera renvoyée au Rôle de la Mise en Etat dont elle suivra le cours normal, sans pouvoir bénéficier d'une réduction de délais de comparution ;

Disons qu'il en sera de même, si l'affaire n'est pas en état d'être jugée et que les débats ne sont pas clos à l'issue de la première audience du juge chargé d'instruire l'affaire ainsi désigné ou à l'issue de l'audience devant une formation collégiale ;

Disons que la présente ordonnance sera déposée au greffe de ce Tribunal.

Le Greffier,
C. MASSON

Fait à Paris, le 8 juillet 2015
Pour le Président du Tribunal
Le Vice-Président

M. Jean-François REIGNIER