# EXHIBIT 3

Subject:                    XPO Document Discovery

**From:** Serio, Robert F.
**Sent:** Friday, July 17, 2015 3:00 PM
**To:** Michael S. Shuster (mshuster@hsgllp.com); Vincent Levy (vlevy@hsgllp.com); Jayme Jonat (jjonat@hsgllp.com)
**Cc:** McGill, Matthew D.; Stamelman, Jeremy W.; David Parker (dparker@kkwc.com); Joshua K. Bromberg (JBromberg@kkwc.com)
**Subject:** XPO Document Discovery

Dear Counsel:

As discussed in our meet and confer calls earlier this week, we believe Section 1782 discovery in aid of our respective clients' French proceedings should be mutual.

In this regard, it is pertinent to note, as I alluded to on yesterday's call with the Court, that Elliott yesterday obtained an Order from the President of the Paris Commercial Court for XPO Logistics France SAS and ND to appear in summary proceedings and obtained an injunction barring XPO from carrying out any of its contemplated transactions with ND until issuance of the order rendered following the summary proceedings hearing.  We will provide you with copies of translations of the writ and order by separate email when available.

We previously discussed with you our priority requests of documents that we believe XPO should have readily accessible.

As discussed, please begin to collect the following documents for production on an expedited schedule:

•       Documents concerning XPO's acquisition of its interest in ND, including memoranda, presentations, reports, research and analyses with respect to its rationale and valuation, synergies, post-acquisition integration, and strategy.  These would include:

-       reports and presentations to XPO's Board of Directors or its committees (e.g., audit, strategic or investments); and
-       reports, including structure memos, valuation reports and fairness opinions from financial advisors, and reports from consultants on market dynamics and competitors;
-       any tax memos prepared for the purpose of evaluating the impact of the contemplated transaction; and
-       correspondence with ND, and its management board, supervisory board, its shareholders, and financial advisors; and
-       any documents filed pursuant to item 4(c) or 4(d) in the Hart-Scott-Rodino Act notification form or French Foreign investment notification and/or authorization

-       any document relating to the financial of the transaction.

•       Documents concerning any actual or contemplated transactions or arrangements between ND or its affiliates and/or subsidiaries, on the one hand, and XPO and its affiliates and/or subsidiaries, on the other hand, including:

-       mergers, spin off, transfers of business, companies or assets;
-       providing products or services to customers of the other party;
-       transfers of employees; and
-       use of the XPO trademark, trade name or brand name by ND
-       any related party transactions.


Please let us know promptly if your client does not consent to providing Section 1782 discovery to Elliott.   In that case, we will seek our own 1782 order.  Please begin your document collection efforts now to avoid a time crunch.

Your cooperation is appreciated.


**Robert F. Serio**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3917 • Fax +1 212.351.5246
RSerio@gibsondunn.com • www.gibsondunn.com