# EXHIBIT 4

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 15, 2015.

|  |  |
|---|---|
| Selected Entity Name: | UX SPECIALIZED LOGISTICS, LLC |

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | XPO COURIER, LLC |
| **DOS ID #:** | 4719409 |
| **Initial DOS Filing Date:** | MARCH 03, 2015 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C/O XPO LOGISTICS
ATTN. LEGAL DEPT., SUITE 200
11231 PHILLIPS INDUSTRIAL BLVD
JACKSONVILLE, FLORIDA, 32216

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 09, 2015 | Actual | XPO COURIER, LLC |

MAR 03, 2015  Actual         UX SPECIALIZED LOGISTICS, LLC

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.