# Exhibit 1

Case 1:15-mc-00205-LGS-SN   Document 19-1   Filed 07/24/15   Page 2 of 13

7/19/2015    NEWS XPO Logistics to Acquire Norbert Dentressangle SA, a Leading Global Provider of Contract Logistics; Freight Brokerage and Transportation; and ...

Services    Carriers    News    Careers    Investors    About Us    Contact    Login

NEWS/

# XPO LOGISTICS TO ACQUIRE NORBERT DENTRESSANGLE SA, A LEADING GLOBAL PROVIDER OF CONTRACT LOGISTICS; FREIGH BROKERAGE AND TRANSPORTATION; AND GLOBAL FORWARDIN SERVICES

**Category:**
Uncategorized

**Date:**
April 28, 2015

*XPO to become a top ten worldwide logistics company and leading European outsourced e-fulfillment provider*

*The acquisition will more than triple XPO's EBITDA run rate to approximately $545 million, and increase its revenue to approximately $8.5 billion, nearly achieving the company's 2017 targets two years ahead of plan*

*Complementary service offerings and geographies will enable widespread cross-selling to an established base of multinatic companies*

*The transaction is valued at €3.24 billion ($3.53 billion USD) and is expected to close in the second quarter of 2015*

*Norbert Dentressangle's supervisory board has unanimously approved entry into a tender offer support agreement*

*Conference call scheduled for April 29, 2015 at 8:00 AM Eastern Time / 14:00 Central European Time*

**GREENWICH, Conn. USA and LYON, France - April 28, 2015 -** XPO Logistics, Inc. ("XPO Logistics" or "XPO") (NYSE: XPO) ; Norbert Dentressangle SA ("Norbert Dentressangle") (Euronext: GND) today announced that they have entered into a defini agreement for XPO Logistics to acquire a majority interest in Norbert Dentressangle and launch a tender offer for the remaining shares. Norbert Dentressangle is a leading global provider of contract logistics, including e-commerce fulfillmer freight brokerage and transportation; and global forwarding services.

Headquartered in Lyon, France, Norbert Dentressangle has 662 locations and approximately 42,350 employees, and serve blue chip customer base that includes some of the world's largest companies. Norbert Dentressangle's transportation anc logistics services complement XPO's offerings in contract logistics, freight brokerage and global forwarding. The compan €5.1 billion ($5.5 billion USD) in pro-forma trailing 12-month revenue for the year-ended December 31, 2014.

### Highlights of the Proposed Transaction

- The market value of the transaction for Norbert Dentressangle shareholders is €2.17 billion, based on 9.9 million fully-diluted outstanding shares. The total transaction value is approximately €3.24 billion, including €1.08 billion of net debt. The board of directors of XPO and the supervisory board of Norbert Dentressangle have unanimously approved the transaction.

- XPO has entered into a binding agreement to purchase from Mr. Norbert Dentressangle and his family all of their shares in Norbert Dentressangle, representing 67% of the company's outstanding shares. The agreed price per share is €217.50, excluding €1.80 dividend per share to be paid prior to the close of the transaction. The transaction is subject only to receipt of antitrust clearances in the United States and Germany. Following receipt of such clearances, XPO will launch an all-cash simplified tender offer to acquire the remaining outstanding shares of Norbert Dentressangle. Shareholders of Norbert Dentressangle will receive €217.50 of cash for each ordinary share of Norbert Dentressangle, assuming the offer is launched after the payment of the dividend. If the tender

Case 1:15-mc-00205-LGS-SN   Document 19-1   Filed 07/24/15   Page 3 of 13

7/19/2015   NEWS XPO Logistics to Acquire Norbert Dentressangle SA, a Leading Global Provider of Contract Logistics; Freight Brokerage and Transportation; and …

results in XPO holding more than 95% of Norbert Dentressangle's ordinary shares and voting rights, XPO intends to squeeze out minority shareholders and delist the shares. The proposed transactions are structured in accordance with the General Regulation of the French securities regulator, the *Autorité des marchés financiers,* and all applicable securities laws and regulations in the United States.

- The purchase price represents an aggregate consideration of 9.1 times consensus 2015 EBITDA of €357 million (approximately $388 million USD). The per-share cash price represents a premium of approximately 34 percent compared to the closing price of Norbert Dentressangle ordinary shares on April 27, 2015.

- The transaction is not conditioned on financing. Morgan Stanley has provided a financing commitment for up to $2.6 billion. XPO has over $1 billion in cash and an undrawn $415 million ABL revolver.

- Hervé Montjotin, chairman of the executive board and chief executive officer of Norbert Dentressangle, will serve as chief executive officer of XPO's European business and president of the parent company.

- XPO intends not to reduce the total number of full-time employees in France for a period of at least 18 months from closing. Additionally, XPO intends to maintain the European headquarters of Norbert Dentressangle in Lyon, and also intends to maintain the headquarters and center of decision of Norbert Dentressangle's European logistics business in France, as well as Norbert Dentressangle's transportation business in the department of Drôme.

Bradley Jacobs, chairman and chief executive officer of XPO Logistics, said, "This is a defining moment in the growth of XP Our planned acquisition of Norbert Dentressangle will catapult XPO to a top ten global logistics company. It will more than triple our EBITDA to $545 million and increase our revenue to about $8.5 billion upon completion of the tender offer, nearly achieving our 2017 financial targets two years ahead of plan. The acquisition of Norbert Dentressangle is a major leap forward, but we're still in the early innings of our long-term growth plan."

Jacobs continued, "In Norbert Dentressangle, we are acquiring a company that has been meticulously built over the last fo decades. I am extremely pleased that Norbert Dentressangle's executive leader, Hervé Montjotin, will serve as chief execut officer of our European business and president of the parent company. I look forward to working closely with Hervé as we execute XPO's global strategy."

Hervé Montjotin, chairman of the executive board and chief executive officer of Norbert Dentressangle, said, "By joining XF we will become part of an organization that shares the ambition that has guided us since the creation of Norbert Dentressangle 36 years ago: to become a global partner able to effectively support our customers in the management of t supply chains. As XPO's platform for growth in Europe, we can continue to pursue this goal on an even larger scale, to the benefit of our customers and employees. I am proud to lead this growth for XPO, together with the current management board."

**Compelling Rationale and Commercial Synergies**

- Norbert Dentressangle offers services that strongly mirror XPO's portfolio: contract logistics, including e-fulfillment; freight brokerage; an asset-light palletized network; freight management; dedicated and owned truckload; and global freight forwarding. XPO intends to use the acquired operations as a platform to grow its business in Europe.

- XPO expects to realize substantial, company-wide cross-selling opportunities from the combination. For 36 years, Norbert Dentressangle has built a loyal base of blue chip customers that includes multinational companies, many of which are not currently served by XPO. These customers will have an opportunity to consolidate their supply chain relationships with XPO and benefit from a single source with a global footprint. Norbert Dentressangle serves customers in retail, food and beverage, manufacturing, chemicals, agriculture, e-commerce and high tech. The company's largest customer represents less than 4% of revenue.

- Norbert Dentressangle's Red Online service leads the €5 billion outsourced e-fulfillment market in Europe, with

Case 1:15-mc-00205-LGS-SN   Document 19-1   Filed 07/24/15   Page 4 of 13

7/19/2015    NEWS XPO Logistics to Acquire Norbert Dentressangle SA, a Leading Global Provider of Contract Logistics; Freight Brokerage and Transportation; and …

€242 million revenue in 2014 and 31% organic growth. It serves both B2B and B2C customers in the United Kingdom, Spain and France. Norbert Dentressangle has leading capabilities in high-growth reverse logistics.

- XPO will gain global scale in freight brokerage and managed transportation, two of its core services, with the ability to employ technology and best practices. XPO intends to deploy its proprietary Freight Optimizer platform in Europe to facilitate best-in-class carrier sourcing and customer service. Norbert Dentressangle currently generates over €1 billion of freight brokerage revenue annually. Road transport in its primary markets of the United Kingdom, Spain and France is an estimated €95 billion opportunity.

- The transaction will give XPO access to Europe's largest fleet network through a mix of 7,700 owned trucks, 3,200 trucks contracted through owner-operators and access to an additional 12,000 independent carriers. XPO will gain lane density covering approximately 90% of the eurozone's GDP-producing regions. Norbert's transportation business includes €250 million of revenue from dedicated carriage.

- Asset intensity in Norbert Dentressangle's business is low, with annual net capex of approximately 2.5% of revenue on average.

- The transaction will create a top ten worldwide contract logistics company based on combined revenue and 129 million square feet of facility space. Most of the facilities are leased and dedicated to high-value-added warehousing operations, including cold chain and reverse logistics. Norbert Dentressangle's €2.6 billion contract logistics business has deep customer relationships as evidenced by a 97% customer renewal rate. Approximately 26% of contract logistics revenues are generated in the United States.

- The combination will increase XPO's global freight forwarding revenue to approximately $425 million annually and provide greater access to Euro-Asia trade lanes. XPO expects the added volume to improve its air and sea transportation buy rates for its customers.

- XPO intends to make substantial investments in the growth of its acquired European operations, in part through the application of technology. XPO expects its combined annual spend on technology to be approximately $225 million after closing.

- XPO has looked beyond North America to capitalize on three favorable dynamics: the timing of its investment in the eurozone as the economy begins to rebound from the trough; a strong U.S. dollar relative to the euro; and the acquisition opportunities presented by a fragmented European transportation and logistics industry where Norbert Dentressangle holds leadership positions.

- Substantially all of the management team of Norbert Dentressangle is expected to join XPO upon completion of the transaction.

- XPO's multinational operations will further enhance the company's position as an employer of choice that facilitates the worldwide sharing of best practices in support of operational excellence. The combination will create numerous opportunities for its employees to move within Europe and between North America and Europe.

- Following the closing, XPO will rebrand the acquired operations under the single global name XPO Logistics. The company expects to have combined scale of approximately 52,350 employees at 863 locations in 27 countries.

### Advisors

Morgan Stanley is serving as financial advisor to XPO Logistics, and Wachtell, Lipton, Rosen & Katz and Darrois Villey Maill Brochier are acting as legal advisors. Rothschild and JP Morgan are serving as financial advisors to Norbert Dentressangle and Bredin Prat is acting as legal advisor.

### Conference Call

XPO Logistics will hold a conference call to discuss the proposed transaction on Wednesday, April 29, 2015, at 8:00 a.m. Eastern Time / 14:00 Central European Time. Participants can call toll-free (from U.S./Canada) 1-800-708-4539; internatior

Case 1:15-mc-00205-LGS-SN   Document 19-1   Filed 07/24/15   Page 5 of 13

7/19/2015    NEWS XPO Logistics to Acquire Norbert Dentressangle SA, a Leading Global Provider of Contract Logistics; Freight Brokerage and Transportation; and ...

callers dial +1-847-619-6396. A live webcast of the conference will be available on the investor relations area of the compa website, www.xpo.com/investors. The conference will be archived until May 29, 2015. To access the replay by phone, call free (from U.S./Canada) 1-888-843-7419; international callers dial +1-630-652-3042. Use participant passcode 39598058.

### About XPO Logistics, Inc.

XPO Logistics, Inc. (NYSE: XPO) facilitates more than 37,000 deliveries a day as one of the fastest growing providers of transportation logistics services in North America. XPO is a leading provider of highly engineered, technology-enabled con logistics, the second largest freight brokerage firm, the third largest provider of intermodal services, the largest provider of mile logistics for heavy goods, and the largest manager of expedited shipments. Additionally, the company has growing positions in managed transportation, global freight forwarding and less-than-truckload brokerage.

XPO, with headquarters in Greenwich, Conn., USA, has 201 locations and approximately 10,000 employees. Its two busines segments - transportation and logistics - utilize relationships with ground, rail, sea and air carriers and other suppliers to se over 15,000 customers in the manufacturing, industrial, retail, technology, aerospace, commercial, life sciences and government sectors. The company has more than 4,900 independently owned trucks under contract to its drayage, exped and last mile subsidiaries, and has access to additional capacity through its relationships with over 30,000 other carriers. www.xpo.com

### About Norbert Dentressangle

Norbert Dentressangle, with headquarters in Lyon, France, is a leading global provider of contract logistics, including e-commerce fulfillment; freight brokerage and transportation; and global forwarding services. The company had pro-forma 2 revenue of €5.1 billion. Norbert Dentressangle has approximately 42,350 employees and 662 locations in 24 countries. The company provides supply chain solutions to a diverse base of approximately 20,000 customers, including many of the wor largest companies. Norbert Dentressangle is traded under the code GND (Isin FR0000052870) on Euronext Paris (categor and Euronext London. www.norbert-dentressangle.com.

### *Forward-Looking Statements*

*This press release includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and within the meaning of French stock exchange regulations, and Section 21E of the Securities Exchange Act of 1934, as amended, including the expected closing dates for the transactions, the expected impact of the acquisition and the related financing, including the expected impact on XPO Logistics' results of operations and EBITDA, the retention of the Nor Dentressangle management team, the expected ability to integrate operations and technology platforms and to cross-sell services, and the expected ability to retain Norbert Dentressangle's businesses and to grow XPO's and Norbert Dentressangl businesses. All statements other than statements of historical fact are, or may be deemed to be, forward-looking statements some cases, forward-looking statements can be identified by the use of forward-looking terms such as "anticipate," "estimate "believe," "continue," "could," "intend," "may," "plan," "potential," "predict," "should," "will," "expect," "objective," "projection," "foreca "goal," "guidance," "outlook," "effort," "target" or the negative of these terms or other comparable terms. However, the absence these words does not mean that the statements are not forward-looking. These forward-looking statements are based on ce assumptions and analyses made by us in light of our experience and our perception of historical trends, current conditions a expected future developments, as well as other factors we believe are appropriate in the circumstances.*

*These forward-looking statements are subject to known and unknown risks, uncertainties and assumptions that may cause actual results, levels of activity, performance or achievements to be materially different from any future results, levels of acti performance or achievements expressed or implied by such forward-looking statements. Factors that might cause or contrit to a material difference include those discussed in XPO's filings with the SEC and the following: economic conditions genera competition; XPO's ability to find suitable acquisition candidates and execute its acquisition strategy; the expected impact of Norbert Dentressangle acquisition, including the expected impact on XPO's results of operations; the ability to obtain the requisite regulatory approvals; XPO's ability to successfully complete the contemplated tender offer and the squeeze out of Norbert Dentressangle's publicly held shares; the ability to successfully integrate and realize anticipated synergies and cost savings with respect to Norbert Dentressangle and other acquired companies; XPO's ability to raise debt and equity capital; XPO's ability to attract and retain key employees to execute its growth strategy, including retention of Norbert Dentressangle*

7/19/2015    NEWS XPO Logistics to Acquire Norbert Dentressangle SA, a Leading Global Provider of Contract Logistics; Freight Brokerage and Transportation; and ...

*management team; litigation, including litigation related to alleged misclassification of independent contractors; the ability to develop and implement a suitable information technology system; the ability to maintain positive relationships with XPO's and Norbert Dentressangle's networks of third-party transportation providers; the ability to retain XPO's, Norbert Dentressangle's other acquired companies' largest customers; rail and other network changes; weather and other service disruptions; and governmental regulation. All forward-looking statements set forth in this press release are qualified by these cautionary statements and there can be no assurance that the actual results or developments anticipated will be realized or, even if substantially realized, that they will have the expected consequences to, or effects on, XPO, Norbert Dentressangle or their respective businesses or operations. Forward-looking statements set forth in this document speak only as of the date hereof, and neither XPO nor Norbert Dentressangle undertakes any obligation to update forward-looking statements to reflect subsequent events or circumstances, changes in expectations or the occurrence of unanticipated events except to the extent required by law.*

*In accordance with French law, the documentation relating to the simplified public offer targeting Norbert Dentressangle, which if it is filed, will include the terms and conditions of the offer, will be subject to review by the AMF. The offer will only be opened once the AMF has granted its clearance. Information concerning Norbert Dentressangle contained in this press release has been elaborated based on publicly available sources.*

**Contacts:**

XPO Logistics, Inc.
Tavio Headley, +1-203-930-1602
tavio.headley@xpo.com

Norbert Dentressangle SA
Thierry Leduc, +33 4 72 83 66 00
thierry.leduc@norbert-dentressangle.com
Clémence Choutet, +33 4 72 83 66 00
clemence.choutet@norbert-dentressangle.com

Brunswick Group
Gemma Hart, +1-212-333-3810
Laurent Perpere, +33 1 53 96 83 83

DGM
Olivier Labesse, +33 1 40 70 11 89
ol@dgm-conseil.fr
Hugues Schmitt +33 1 40 70 11 89
h.schmitt@dgm-conseil.fr
Thomas de Climens +33 1 40 70 11 89
thomasdeclimens@dgm-conseil.fr

XPO to Acquire ND

Office Locator    Useful Links    Privacy Policy    Website Terms of Use    Business Terms    Forward-Looking Statements    Contact    

© 2015 XPO Logistics, Inc. All rights reserved.

 

## XPO Logistics acquiert Norbert Dentressangle SA, leader en logistique, transport et freight-forwarding

*XPO intègre le top 10 mondial de la logistique et devient un leader européen dans la logistique E-commerce.*

*L'acquisition permettra à XPO de tripler son EBITDA annualisé en le portant à 545 millions de dollars, pour un chiffre d'affaires d'environ 8,5 milliards de dollars. XPO atteint quasiment les objectifs 2017 de son business plan avec deux ans d'avance.*

*La complémentarité des offres de services et des implantations géographiques permettra de générer des synergies commerciales auprès d'un large portefeuille de clients internationaux.*

*La transaction s'établit au total à 3,24 milliards d'euros (3,53 milliards de dollars), et sa réalisation est attendue au deuxième trimestre 2015.*

*Le Conseil de surveillance de Norbert Dentressangle SA a approuvé à l'unanimité le protocole d'accord relatif à l'offre publique d'achat.*

*Une conférence téléphonique à l'intention des investisseurs se tiendra le 29 avril 2015 à 14h00 heure française.*

**Greenwich, USA et Lyon, France, le 28 avril 2015**, XPO Logistics Inc. (« XPO Logistics » ou « XPO ») (NYSE : XPO), et Norbert Dentressangle SA (« Norbert Dentressangle ») (Euronext : GND) ont annoncé aujourd'hui avoir signé un accord définitif prévoyant l'acquisition par XPO Logistics de la majorité des actions Norbert Dentressangle SA et le lancement d'une offre publique d'achat sur le capital restant.

Norbert Dentressangle est un leader mondial de la logistique (notamment dans l'e-commerce), du transport, de l'affrètement, ainsi que du freight-forwarding. La société, dont le siège social se situe à Lyon, compte 662 sites et 42 350 collaborateurs. Ses clients, de tout premier rang, figurent parmi les plus grands groupes internationaux. Les activités de transport et affrètement, de logistique et de freight-forwarding de Norbert Dentressangle et de XPO sont très complémentaires. Au 31 décembre 2014, Norbert Dentressangle a réalisé un chiffre d'affaires annuel pro forma, de 5,1 milliards d'euros (5,5 milliards de dollars).

**Caractéristiques de la transaction**

- La valeur offerte aux actionnaires de Norbert Dentressangle la totalité des actions est de 2,17 milliards d'euros, sur une base pleinement diluée de 9,9 millions d'actions en circulation. La valeur totale de la transaction s'établit à environ 3,24 milliards d'euros, incluant une dette nette de 1,08 milliard d'euros. Le Directoire de XPO et le Conseil de Surveillance de Norbert Dentressangle ont unanimement approuvé la transaction.

- XPO s'est engagé irrévocablement à acquérir l'intégralité des titres détenus par M. Norbert Dentressangle et sa famille dans Norbert Dentressangle SA, représentant 67% des actions en circulation. Le prix d'offre par action a été fixé à 217,5 euros, coupon de 1,80 euros par action détaché. Après l'obtention des autorisations réglementaires usuelles, XPO lancera une offre publique d'achat simplifiée entièrement en numéraire visant le reste des actions de Norbert Dentressangle. Les

1

- actionnaires de Norbert Dentressangle recevront 217,5 euros en numéraire pour chaque action ordinaire détenue, en supposant que l'offre soit lancée postérieurement au détachement du dividende. Si à l'issue de l'offre publique d'achat les actionnaires n'ayant pas apporté leurs titres à l'offre ne représentent pas plus de 5% du capital et des droits de vote de Norbert Dentressangle, XPO a l'intention de procéder à un retrait obligatoire et de retirer de la cote les actions de Norbert Dentressangle. Ces transactions sont structurées conformément à la réglementation de l'Autorité des marchés financiers et aux lois gouvernant les marchés financiers applicables aux Etats-Unis.

- La valeur totale de la transaction induite par le prix d'offre représente un multiple de 9.1 fois l'EBITDA 2015 de 357 millions d'euros tel qu'estimé par le consensus des analystes (environ 388 millions de dollars). Le prix d'achat par action représente une prime d'environ 34% (35% coupon attaché) par rapport au cours de clôture de Norbert Dentressangle au 27 avril 2015.

- La transaction n'est pas conditionnée à son financement. Un engagement de financement a été obtenu auprès de Morgan Stanley pour un montant maximum de 2,6 milliards de dollars (2,4 milliards d'euros). XPO dispose de liquidités disponibles d'un montant supérieur à 1 milliard de dollars et d'une ligne de crédit *ABL revolver* non tirée de 415 millions de dollars. La réalisation de la transaction n'est conditionnée qu'à l'obtention des autorisations des autorités en charge du contrôle des concentrations aux Etats-Unis et en Allemagne.

- Hervé Montjotin, Président du Directoire de Norbert Dentressangle deviendra CEO des activités européennes de XPO Logistics et « *President* » du Groupe.

- XPO entend maintenir à son niveau actuel le nombre d'employés à temps plein en France, sur une période minimum de 18 mois à compter de la clôture de l'acquisition. Les centres de décision européens de Norbert Dentressangle resteront situés en France, à Lyon pour le siège social, Malakoff (Hauts-de-Seine) pour la Logistique et Beausemblant (Drôme) pour le Transport.

Bradley Jacobs, Chairman et CEO de XPO Logistics a déclaré : « *Il s'agit d'un moment clé dans la croissance de XPO. L'acquisition prévue de Norbert Dentressangle va propulser XPO parmi les 10 premiers groupes de logistique dans le monde. Elle nous permettra de tripler notre EBITDA ajusté en le portant à 545 millions de dollars, et d'atteindre un chiffre d'affaires d'environ 8.5 milliards de dollars une fois l'offre publique finalisée, nous donnant ainsi près de deux ans d'avance sur les objectifs fixés dans notre business plan. L'acquisition de Norbert Dentressangle est un important bond en avant, mais nous sommes toujours dans les premières étapes de notre plan de croissance à long terme.*

*Acquérir Norbert Dentressangle, c'est acquérir une entreprise construite pierre par pierre pendant quatre décennies. Je me réjouis que le Président du Directoire de Norbert Dentressangle, Hervé Montjotin, ait accepté de prendre la tête de nos activités européennes et de devenir « President » de XPO Logistics. Je suis impatient de pouvoir travailler avec Hervé à la mise en œuvre de notre stratégie de déploiement international.* »

Hervé Montjotin, Président du Directoire de Norbert Dentressangle, a déclaré : « *En rejoignant XPO, nous nous inscrivons dans un projet de développement conforme à l'ambition qui nous a guidés depuis la création de Norbert Dentressangle il y a 36 ans : devenir un partenaire mondial capable d'accompagner nos clients dans la gestion globale de leur supply-chain, au plan local comme à l'échelle internationale et en soutien de leur propre développement. Fortes de leur bonne dynamique, les activités de Norbert Dentressangle deviennent la plateforme de croissance du nouveau Groupe XPO en Europe au bénéfice de*

2

*nos clients et de nos collaborateurs. C'est avec fierté que je continuerai à en assurer la responsabilité avec l'ensemble du Directoire de Norbert Dentressangle.* »

**Logique du rapprochement et synergies commerciales**

- Norbert Dentressangle propose une gamme de services similaires à celle de XPO : logistique contractuelle, notamment en e-commerce ; affrètement ; réseau de distribution à la palette ; pilotage et gestion de fret ; parc de véhicules poids lourds dédié et détenu en propre ; freight-forwarding à l'international. Norbert Dentressangle sera la plateforme de croissance de XPO en Europe.

- XPO prévoit que ce rapprochement générera d'importantes opportunités de ventes croisées à l'échelle du Groupe.

- En 36 ans, Norbert Dentressangle a construit un portefeuille de clients fidèles, parmi lesquelles figurent des entreprises internationales leaders dans leurs secteurs et qui ne sont pas encore, pour la plupart d'entre elles, clientes de XPO. Celles-ci auront la possibilité de renforcer leurs liens avec le nouveau Groupe XPO, bénéficiant d'un point d'entrée unique pour les accompagner à l'échelle mondiale dans la gestion de leur supply-chain. Dentressangle est notamment présent dans les secteurs suivants : grande distribution, industrie alimentaire, fabrication, chimie, agriculture, e-commerce et technologie. Son principal client représente moins de 4% des ventes.

- Avec un chiffre d'affaires de 242 millions d'euros et une croissance organique de 31%, l'offre *Red Online* de Norbert Dentressangle est leader sur le marché européen des services à destination de l'e-commerce, qui représente dans son ensemble 5 milliards d'euros. Elle s'adresse à la fois à des clients B2B et B2C au Royaume Uni, en Espagne et en France. Norbert Dentressangle dispose d'une expertise et de ressources reconnus en reverse logistics, un marché en forte croissance.

- Les services transport de XPO en affrètement et gestion de flottes, deux de ses activités-clés, atteindront une taille mondiale, s'appuyant sur des technologies et des expertises propres. XPO déploiera en Europe sa plateforme propriétaire d'optimisation du fret pour améliorer le sourçage des transporteurs et le service client. Norbert Dentressangle réalise actuellement plus d'1 milliard d'euros de chiffre d'affaires annuel en affrètement et pilotage de flux (asset-light transportation). Les marchés anglais, espagnol et français du transport routier représentent environ 95 milliards d'euros.

- L'opération donnera à XPO accès au plus grand réseau de transport en Europe, avec une flotte de 7 700 camions en propre et 3 200 camions affrétés, et l'accès à 12 000 transporteurs indépendants. XPO bénéficiera d'un maillage couvrant environ 90% des régions productrices en Europe. Les activités de transport de Norbert Dentressangle incluent 250 millions d'euros de chiffres d'affaire provenant du transport dédié.

- Les activités de Norbert Dentressangle ont un faible niveau d'intensité capitalistique, les investissements annuels se montant en moyenne à 2,5% du chiffre d'affaires.

- La transaction permettra la création d'un des dix premiers groupes mondiaux en logistique en termes de chiffre d'affaires et de surface d'entreposage, avec 12 millions de mètres carrés. La plupart des implantations font l'objet d'un crédit-bail et sont dédiées à des opérations d'entreposage à forte valeur ajoutée, parmi lesquelles la logistique de la chaîne du froid ou la *reverse logistic*. Générant 2,6 milliards d'euros de chiffre d'affaires, l'activité de logistique contractuelle de Norbert Dentressangle repose sur de solides relations clients, comme en témoigne son taux de renouvellement client de 97%. Environ 26% des ventes de logistique contractuelle sont réalisées aux Etats-Unis.

3

- L'alliance des deux entreprises permettra à XPO d'augmenter le chiffre d'affaires de ses activités de freight-forwarding à l'international de près de 425 millions de dollars par an et de développer les lignes Asie - Europe. XPO compte sur les volumes additionnels ainsi générés pour proposer une offre Air & Sea plus compétitive à ses clients.
- XPO envisage de réaliser d'importants investissements de croissance dans ses nouvelles activités européennes, notamment dans le développement technologique. XPO prévoit un montant total d'investissement dans les technologies d'environ 225 millions de dollars par an à l'échelle du nouveau Groupe.
- XPO se projette hors de l'Amérique du Nord afin de tirer parti d'un contexte porteur : un rebond de l'économie dans la zone Euro qui en fait un moment opportun ; un dollar fort par rapport à l'euro ; et des opportunités d'acquisitions sur le marché européen du transport et de la logistique, très fragmenté, sur lequel Norbert Dentressangle a bâti des positions de premier plan.
- L'ensemble de l'équipe de direction devrait rejoindre XPO après finalisation de la transaction.
- La dimension internationale acquise par les opérations de XPO renforceront l'attractivité du Groupe en tant qu'employeur de choix, animé par l'excellence opérationnelle et le partage du savoir-faire, et offriront à ses collaborateurs de nombreuses opportunités de mobilité en Europe et entre l'Europe et l'Amérique du Nord.
- Après la clôture de l'opération, l'ensemble des activités acquises rejoindra la marque XPO Logistics. Le nouveau Groupe réunira 52 350 collaborateurs et comptera 863 sites dans 27 pays.

**Conseils**

Morgan Stanley agit en qualité de conseil financier de XPO Logistics. Wachtell, Lipton, Rosen & Katz et Darrois Villey Maillot Brochier agissent en tant que conseil juridique de XPO Logistics.

Rothschild et JP Morgan sont les conseils financiers de Norbert Dentressangle et Bredin Prat agit en tant que conseil juridique.

**Conférence téléphonique**

XPO Logistics tiendra une conférence téléphonique pour présenter l'opération envisagée, mercredi 29 avril à 14h00 (heure de Paris). Les participants pourront se connecter au 1-800-708-4539 (numéro vert) depuis les Etats-Unis et le Canada et au +1-847-619-6396 pour les participants internationaux. Un webcast de la conférence sera également accessible en direct sur la page Relations Investisseurs de la société, www.xpologistics.com/investors.
Un replay vidéo sera disponible jusqu'au 29 mai 2015. Un replay audio sera également disponible au 1-888-843-7419 (numéro vert) depuis les États-Unis et le Canada et au +1-630-652-3042 pour les audiences internationales. Le code d'accès participant est le suivant : 39598058.

**À propos de XPO Logistics, Inc.**

Avec plus de 37 000 livraisons effectuées chaque jour, XPO Logistics, Inc. (NYSE: XPO) est l'un des acteurs de la logistique les plus actifs d'Amérique du Nord. XPO est un leader international de la logistique contractuelle de haute technologie, le deuxième opérateur de

4

courtage de fret, le troisième fournisseur de services intermodaux, le premier fournisseur de logistique sur le dernier kilomètre pour les marchandises lourdes et le premier opérateur d'envois accélérés. En outre, le Groupe connait une forte croissance dans les activités de transports gérés, de freight-forwarding et de courtage de marchandises légères.

XPO, dont le siège est situé à Greenwich, Connecticut, USA, dispose de 201 agences et compte environ 10 000 salariés. Ses deux activités - le transport et la logistique – offrent des solutions multimodales associant des partenaires dans le transport routier, ferroviaire, maritime et aérien, pour servir plus de 15 000 clients opérant dans les secteurs du textile, de l'industrie, de la grande distribution, des technologies, de l'aéronautique, de la santé ou encore des services publics.

XPO Logistics s'appuie sur une flotte de plus de 4 900 camions affrétés pour déployer ses activités de camionnage et d'expédition-livraison sur le dernier kilomètre. Le Groupe dispose de capacités additionnelles grâce à plus de 30 000 autres transporteurs partenaires.

Pour plus d'informations : www.xpo.com

**A propos de Norbert Dentressangle**

Norbert Dentressangle est un acteur international de la Logistique, du Transport et de l'Air & Sea avec au 31 décembre 2014, un chiffre d'affaires pro forma de 5.1 Mds € dont 64% produits hors de France, 42 350 collaborateurs et une présence dans 24 pays. La société propose des solutions de gestion de la supply chain à environ 20 000 clients, parmi lesquels figurent certains des plus grands groupes mondiaux.
Norbert Dentressangle fait partie des indices CAC Small et CAC All Tradable.

Euronext Paris (catégorie A) / Euronext London, Code GND – Isin FR0000052870

Pour plus d'informations : www.norbert-dentressangle.com

**Déclarations prospectives**

*Ce communiqué de presse contient des déclarations prospectives au sens de la Section 27A du U.S. Securities Act de 1933, tel que modifié, et au sens de la règlementation boursière française et de la Section 21E du U.S. Securities Exchange Act de 1934, tel que modifié, notamment les dates de réalisation anticipées des transactions, l'impact anticipé de l'acquisition et du financement lié, y compris l'impact anticipé sur le résultat opérationnel et l'EBITDA de XPO Logistics, le maintien de l'équipe de direction de Norbert Dentressangle, la capacité projetée à intégrer les opérations et les plateformes technologiques et à réaliser des ventes croisées de services, et la capacité projetée à préserver l'activité de Norbert Dentressangle et faire croitre l'activité de XPO et de Norbert Dentressangle. Toutes les déclarations autres que des déclarations se rapportant à des faits historiques sont, ou pourraient constituer, des déclarations prospectives. Dans certains cas, les déclarations prospectives peuvent être identifiées par l'utilisation de termes prospectifs tels que « anticiper », « estimer », « croire », « continuer », « pourrait », « avoir l'intention de », « prévoir », « potentiel », « prédire », « devrait », « sera », « s'attendre à », « objectif », « projection », « prévision », « but », « indication », « perspective », « s'efforcer », « viser », de leur forme négative ou d'autres termes similaires. Cependant, l'absence de ces termes ne signifie pas que les déclarations ne sont pas prospectives. Ces déclarations prospectives sont basées sur certaines hypothèses et analyses que nous avons formulées ou réalisées à la lumière de notre expérience et de notre perception des tendances historiques, de l'environnement actuel et des développements futurs anticipés, ainsi que d'autres facteurs que nous estimons adéquats compte tenu des circonstances.*

5

*Ces déclarations prospectives sont sujettes à des risques connus et inconnus, des incertitudes et des hypothèses qui peuvent avoir pour conséquence que les résultats, niveaux d'activité, performances ou réalisations réelles s'écartent significativement des résultats, niveaux d'activité, performances ou réalisations exprimés ou découlant de ces déclarations prospectives. Les facteurs susceptibles de causer ou de contribuer à un écart comprennent ceux évoqués dans les dpcuments déposés par XPO auprès de la SEC et ce qui suit : les conditions économiques en général ; la situation concurrentielle ; la capacité de XPO d'identifier des opportunités d'acquisitions et d'exécuter sa stratégie d'acquisition ; les effets attendus de l'acquisition de Norbert Dentressangle, y compris celui sur le résultat des opérations de XPO ; la capacité à obtenir les autorisations réglementaires requises ; la capacité de XPO à achever avec succès l'offre publique et le retrait obligatoire envisagés sur les actions de Norbert Dentressangle ; la capacité à intégrer avec succès et à réaliser les synergies et économies en rapport tant avec Norbert Dentressangle qu'avec les autres entreprises acquises ; la capacité de XPO à lever de la dette et du capital ; la capacité de XPO à attirer et fidéliser des dirigeants et salariés à même d'exécuter sa stratégie de croissance, en ce compris la fidélisation de l'équipe de direction de Norbert Dentressangle ; des litiges, en ce compris celui relatif à d'éventuelles requalifications de sous-traitants indépendants ; la capacité à développer et mettre en œuvre un système d'information performant ; la capacité à maintenir des relations de qualité avec le réseau de transporteurs indépendants de XPO et de Norbert Dentressangle ; la capacité à retenir les principaux clients de XPO, Norbert Dentressangle et des autres entreprises acquises ; les changements affectant les réseaux ferroviaires et autres; les conditions climatiques et les autres motifs d'interruption de services; et l'environnement réglementaire. Toutes les déclarations prospectives figurant dans ce communiqué de presse sont formulées sous ces réserves et il ne peut être donnée aucune garantie que les résultats ou développements projetés seront réalisés ou, même s'ils sont réalisées en grande partie, qu'ils auront les conséquences ou effets attendus sur XPO, Norbert Dentressangle ou leurs activités ou opérations respectives. Les déclarations prospectives figurant dans ce document ne valent qu'à la date des présentes et ni XPO ni Norbert Dentressangle ne s'engage à mettre à jour ces déclarations prospectives pour tenir compte de nouveaux événements ou de nouvelles circonstances, d'évolutions dans les anticipations ou de la survenance d'événements imprévus sauf si la loi l'exige.*

*Conformément au droit français, la documentation relative à l'offre publique simplifiée visant la société Norbert Dentressangle qui, si elle est déposée, comportera les termes et conditions de l'offre, sera soumise à l'AMF. L'Offre ne pourra être ouverte qu'une fois déclarée conforme par l'AMF. Les informations concernant Norbert Dentressangle figurant dans ce communiqué de presse sont basées sur des sources publiques.*

**Contacts:**

| XPO Logistics, Inc. | Norbert Dentressangle SA |
|---|---|
| Tavio Headley, +1-203-930-1602 | Thierry Leduc, +33 4 72 83 66 00 |
| tavio.headley@xpo.com | thierry.leduc@norbert-dentressangle.com |
|  | Clémence Choutet, +33 4 72 83 65 94 |
|  | clemence.choutet@norbert-dentressangle.com |
| **Brunswick Group - New-York** | **DGM Conseil** |
| Gemma Hart, +1-212-333-3810 | Paris – Olivier Labesse, +33 1 40 70 11 89 |
| xpo@brunswickgroup.com | ol@dgm-conseil.fr |
| **Brunswick Group - Paris** | Hugues Schmitt +33 1 40 70 11 89 |
| Laurent Perpere, +33 1 53 96 83 83 | h.schmitt@dgm-conseil.fr |
| Aurélia de Lapeyrouse, +33 1 53 96 83 83 | Thomas de Climens +33 1 40 70 11 89 |
| xpoparis@brunswickgroup.com | thomasdeclimens@dgm-conseil.fr |