# Exhibit 4

Elliott Capital Advisors, L.P
40 West 57th Street
New York, NY 10019
United States of America

Norbert Dentressangle
192 avenue Thiers
69006 Lyon
France

For the attention of Mr. Hervé
Montjotin, président du
directoire

New-York, June 24, 2015

**Certified letter with acknowledgment of receipt requested**

RE: Notification of major holding

Dear Sir:

Pursuant to Article L. 233-7 I of the French Commercial Code, we hereby inform you that, based on the number of shares and voting rights disclosed by the company, i.e. 9,836,241 shares and 9,885,798 voting rights, The Liverpool Limited Partnership, Elliott International, L.P. and Elliott Associates L.P., managed by Elliott Capital Advisors, L.P (for itself and related general partners and investment managers) have crossed, on June 18, 2015, the threshold of 5% of the share capital and voting rights of Norbert Dentressangle under the form (i) of shares held and (ii) *contracts for difference* (CFD) (assimilation pursuant to 4° bis of Article L. 233-9 of the French *Code de commerce*) and that the underlying Norbert Dentressangle shares which are subject to these CFD amount to 530,438, as follows:

|  | Number of shares held | Number of CFDs held | Number of owned or underlying shares | % of share capital (based on 9,836,241 shares) | % of voting rights (based on 9,885,798 voting rights) |
|---|---|---|---|---|---|
| The Liverpool Limited Partnership et Elliott International, L.P. | 100 | - | 100 | | |
| Elliott International, L.P. et Elliott Associates, L.P. | - | 530,438 | 530,438 | | |
| Total | | | 530,538 | 5.39% | 5,37% |

You will find attached to this letter a copy of the notification filed with the Autorité des marchés financiers pursuant to Article L. 233-7 II of the French Commercial Code.

Sincerely yours,

Elliott Capital Advisors, L.P

By: Elliot Greenberg
Its: Vice President

Encl.