Dans la perspective de l'Offre Publique d'Achat Simplifiée suivie d'un Retrait Obligatoire (« l'Offre » ou « l'Opération ») initiée par XPO Logistics France SAS[1] (« XPO » ou « l'Initiateur ») sur les actions Norbert Dentressangle SA (« Norbert Dentressangle », « la Société » ou « la Cible »), Ledouble SAS (« Ledouble ») a été chargé, en qualité d'expert indépendant désigné par le Conseil de Surveillance de la Société du 27 avril 2015, de se prononcer sur le caractère équitable du prix d'Offre de 217,50 € par action (coupon de 1,80 € détaché).

### Cadre réglementaire

La désignation de Ledouble s'inscrit dans le cadre des dispositions de l'article 261.1 1 1[2] et 2[3] et II[4] du Règlement Général de l'AMF et de son instruction d'application n°2006-08, elle-même complétée des recommandations AMF du 28 septembre 2006[5].

La présente attestation d'équité s'entend au sens de l'article 262-1.I[6] du Règlement Général de l'AMF.

### Indépendance

Ledouble est indépendant de la Société, de l'Initiateur, de l'établissement présentateur de l'Offre[7] et des conseils juridiques[8] et financiers[9] des parties (les conseils juridiques de la Société et de l'Initiateur et le conseil financier de la Société sont désignés ci-après « les Conseils ») :

---

[1] Filiale à 100 % de XPO Logistics, Inc. (« XPO Logistics »), société immatriculée au Delaware, dont le siège social est à Five Greenwich Office Park, Greenwich, Connecticut 06831 (Etats-Unis) et dont les actions sont négociées sur le New York Stock Exchange (NYSE : XPO).

[2] La Cible sera contrôlée par l'Initiateur, au sens de l'article L. 233-3 du Code de commerce, avant le lancement de l'Opération.

[3] En présence d'accords conclus entre les dirigeants de la Cible et l'Initiateur.

[4] Dans la perspective de la mise en œuvre d'un retrait obligatoire.

[5] Recommandations modifiées le 19 octobre 2006 et le 27 juillet 2010.

[6] Extrait de l'article 262-1.I du règlement général de l'AMF : « L'expert indépendant établit un rapport sur les conditions financières de l'offre ou de l'opération dont le contenu est précisé par une instruction de l'AMF. Ce rapport contient notamment la déclaration d'indépendance …, une description des diligences effectuées et une évaluation de la société concernée. La conclusion du rapport est présentée sous la forme d'une attestation d'équité ».

[7] Morgan Stanley.

[8] Bredin Prat en tant que conseil juridique de la Société, et Wachtell, Lipton, Rosen & Katz et Darrois Villey Maillot Brochier en tant que conseils juridiques de l'Initiateur.

[9] Rothschild et JP Morgan en qualité de conseils financiers de la Société.

2

- Ledouble n'a aucun lien juridique ou financier avec les parties susmentionnées ;

- nous ne nous trouvons dans aucune des situations de conflit d'intérêt au sens des articles 261-4 du Règlement Général de l'AMF et de l'instruction AMF n° 2006-08 susmentionnée ; à titre informatif, figure en **annexe 6** la liste des expertises et analyses financières indépendantes les plus récentes réalisées par Ledouble, avec l'indication des établissements présentateurs des opérations concernées[10] ;

- nous considérons que la mission qui nous est confiée ne nous conduit pas à intervenir de façon récurrente avec l'établissement présentateur et les Conseils[11].

Conformément à l'article 261-4 du Règlement Général de l'AMF, nous attestons donc de l'absence de tout lien passé, présent ou futur connu avec les personnes concernées par l'Offre et les Conseils, susceptible d'affecter notre indépendance et l'objectivité de notre jugement lors de l'exercice de notre mission ; nous avons donc été en mesure d'accomplir cette mission en toute indépendance.

Les compétences de l'équipe qui a réalisé l'expertise sont mentionnées en **annexe 5**.

## Diligences effectuées

Nous avons effectué nos diligences conformément aux dispositions des articles 262-1 et suivants du Règlement Général de l'AMF, de son instruction d'application n°2006-08 du 25 juillet 2006 relative à l'expertise indépendante et des recommandations de l'AMF du 28 septembre 2006[12]. Le programme de travail mis en œuvre et le montant des honoraires perçus dans le cadre de la présente mission sont indiqués en **annexe 1** et le calendrier d'intervention en **annexe 2**.

La base documentaire ayant servi de support à nos travaux figure en **annexe 4**.

Pour l'essentiel, nos diligences ont consisté en la prise de connaissance de l'activité et de l'environnement de la Société et de ses filiales (le « **Groupe** ») et, au terme d'un diagnostic à partir de ces informations, en une valorisation multicritères du Groupe, ainsi qu'en une analyse de la prime induite par le prix d'Offre de 217,50 € par action de la Société (coupon de 1,80 € détaché) sur les différents critères d'évaluation.

---

[10] Cette déclaration d'indépendance vaut pour l'ensemble des intervenants au sein de Ledouble, dont les profils figurent en **annexe 5**.
[11] Au sens de l'article 261-1 du règlement général de l'AMF.
[12] Recommandation AMF n°2006-15 « Expertise indépendante dans le cadre d'opérations financières » ; document créé le 28 septembre 2006, modifié le 19 octobre 2006 et le 27 juillet 2010.

- 3 -

Ces diligences ont comporté notamment :

- des contacts et réunions avec les personnes en charge de l'Opération au sein du Groupe, des membres du Directoire et du Conseil de surveillance de la Société, ainsi qu'avec les Conseils et des représentants de l'Initiateur et de l'établissement présentateur ; la liste de nos contacts figure en **annexe 3** ;

- l'analyse des modalités de déroulement de l'Offre, sur la base de ces entretiens et des projets de note d'information de l'Initiateur et de note d'information en réponse de la Cible destinées à l'AMF ;

- la revue des accords conclus dans le cadre de l'Offre[13] ;

- l'examen du dispositif de financement du Bloc de Contrôle[14] et de l'Offre ;

- l'exploitation de l'information publique et réglementée de la Société et de XPO Logistics ;

- le recensement des faits ayant marqué la vie sociale de la Société au cours des derniers exercices écoulés et de l'exercice en cours ;

- l'exploitation des études de marché et sectorielles récentes dans le domaine d'activité du Groupe ;

- l'analyse des notes de *brokers* en charge du suivi du titre Norbert Dentressangle et du titre de XPO Logistics ;

- l'analyse des autres informations concernant le Groupe issues de nos propres bases de données, notamment des notes et consensus d'analystes, ainsi que des multiples boursiers et transactionnels ressortant d'un échantillon de sociétés réputées comparables présentées en **annexe 7** et en **annexe 8** ;

- l'intégration dans nos modèles de valorisation intrinsèque[15] et analogique[16] des données prévisionnelles issues du plan d'affaires établi par le management de la Société, que nous avons examiné de façon détaillée et contradictoire, en relation avec nos interlocuteurs au sein du Groupe ;

---

[13] Notamment le *Share Purchase Agreement* (« **SPA** ») conclu le 28 avril 2015, portant cession à XPO des actions de la Société détenues par M. Norbert Dentressangle et sa famille, et le *Tender Offer Agreement* (« **TOA** ») conclu le 28 avril 2015 entre la Société et l'Initiateur.
[14] Le terme de Bloc de Contrôle est défini au § 1.7.1.
[15] Actualisation des flux prévisionnels de trésorerie ou *Discounted Cash Flows* (DCF).
[16] Application de multiples boursiers et transactionnels aux agrégats du plan d'affaires.

4

- l'étude des conditions des transactions réalisées par la Société antérieurement à l'Offre et des multiples de valorisation qui en découlent ;

- la revue des travaux de l'établissement présentateur et la confrontation avec nos propres travaux de son évaluation multicritères.

**Affirmations obtenues et limites de la mission**

Nous avons obtenu des confirmations du management de la Cible et des représentants de l'Initiateur, sur l'absence :

- d'éléments de nature à porter atteinte à l'objectivité du prix d'Offre et à modifier substantiellement la valeur des actions visées par l'Offre ;
- de tout dispositif pouvant s'assimiler à un complément de prix qui pourrait ne pas bénéficier aux actionnaires minoritaires, et qui aurait pu avoir été conclu lors de l'acquisition du Bloc de Contrôle préalable à l'Offre.

Il nous a été confirmé que la documentation recensée dans les notes d'information destinées à l'AMF reflète l'intégralité des engagements pris à l'égard de l'ensemble des actionnaires au titre de l'Offre.

Conformément à la pratique usuelle en matière d'expertise indépendante, nos travaux d'évaluation n'avaient pas pour objet de valider les informations historiques et prévisionnelles utilisées, dont nous nous sommes limités à vérifier la vraisemblance et la cohérence. A cet égard, nous avons considéré que l'ensemble des informations qui nous ont été communiquées dans le cadre de notre mission était fiable et transmis de bonne foi, en particulier les données budgétaires et prévisionnelles.

Le présent rapport n'a pas valeur de recommandation à l'Offre.

**Plan du rapport**

Nous présenterons successivement :

- le dispositif de l'Offre (§ 1) ;
- l'activité et l'environnement du Groupe (§ 2) ;
- notre évaluation multicritères de l'action Norbert Dentressangle (§ 3) ;
- notre analyse des accords conclus dans le cadre de l'Offre (§ 4) ;
- nos observations sur les éléments de valorisation de l'établissement présentateur (§ 5).

La conclusion constitue l'attestation d'équité pour les actionnaires visés par l'Offre (§ 6).

5

**Conventions de présentation**

Les montants présentés ci-après sont susceptibles d'être exprimés en :

- euros (€ / devise) ;
- milliers d'euros (K€ / devise) ;
- millions d'euros (M€ / devise) ;
- milliards d'euros (Md€ / devise).

Les renvois entre parties et chapitres du rapport sont matérialisés entre parenthèses par le signe §.

6

# 1   PRESENTATION DE L'OFFRE

## 1.1   Sociétés prenant part à l'Offre

### 1.1.1   Cible

Norbert Dentressangle, dont les actions sont visées par l'Offre, est une société anonyme au capital de 19.672.482 € divisé en 9.836.241 actions d'une valeur nominale unitaire de 2 €, sise 192 avenue Thiers à Lyon (69006).

La Société, dont les actions sont admises aux négociations sur le marché Euronext Paris (compartiment A)[17] et Euronext Londres[18], est représentée par M. Hervé Montjotin, Président du Directoire.

Avec un effectif de plus de 42.000 collaborateurs et un chiffre d'affaires réalisé en 2014 de 4,7 Md€, principalement en France et au Royaume-Uni, le groupe, dont Norbert Dentressangle est la société faîtière (le « **Groupe** »), est un *leader* mondial dans la logistique, le transport, l'affrètement ainsi que le *freight forwarding*.

Depuis sa création en 1979, le Groupe s'est progressivement développé en partie *via* de nombreuses opérations de croissance externe, dont l'acquisition aux États-Unis, en juillet 2014, de l'opérateur de logistique et de transport Jacobson Companies (« **Jacobson** ») ; il gère actuellement l'un des principaux réseaux de transport en Europe.

### 1.1.2   Initiateur

XPO est filiale à 100 % de XPO Logistics, société mère du Groupe XPO[19], un des *leaders* américains du secteur du transport et de la logistique en Amérique du Nord, et dont le développement s'est appuyé ces dernières années sur des opérations de croissance externe.

Avec un effectif d'environ 10.000 employés, le Groupe XPO a réalisé en 2014 un chiffre d'affaires de 2,4 MdUSD, principalement aux États-Unis, dont 2,1 MdUSD imputables au segment opérationnel *Transportation*[20].

---

[17] Sous le code FR0000052870.
[18] Code mnémonique : GND.
[19] Le « Groupe XPO » se compose de XPO Logistics et ses filiales.
[20] Le segment opérationnel *Logistics*, dont le chiffre d'affaires s'établit en 2014 à 0,2 MdUSD, n'a été créé que récemment suite à l'acquisition de la société *New Breed* en septembre 2014.

7

**1.2   Objectifs de l'Offre et intentions de l'Initiateur**

L'opération de rapprochement, rendue publique le 28 avril 2015 par le Groupe XPO[21] et la Société[22], doit permettre, en raison d'une complémentarité des offres de services et des implantations géographiques du Groupe et de l'Initiateur, de générer des synergies commerciales auprès d'un large portefeuille de clients internationaux.

Le potentiel synergétique de ce rapprochement n'a cependant fait l'objet d'aucune estimation par l'Initiateur.

**1.3   Répartition du capital et des droits de vote avant l'Offre**

*1.3.1   Nombre d'actions et de droits de vote*

Au 31 mai 2015, suite aux opérations d'apports préalables de titres décrites *infra* (§ 1.7.3), le nombre d'actions en circulation et le nombre de droits de vote théoriques de Norbert Dentressangle se répartissent comme suit :

| Structure du capital et des droits de vote | | | | |
|---|---|---|---|---|
| | Nombre d'actions | % capital | Droits de vote théoriques | % droits de vote |
| Dentressangle Initiatives | 6 321 294 | 64,27% | 12 366 694 | 76,26% |
| Pierre-Henri Dentressangle | 120 241 | 1,22% | 240 472 | 1,48% |
| Marine Dentressangle | 120 241 | 1,22% | 240 472 | 1,48% |
| **Famille Dentressangle** | **6 561 776** | **66,71%** | **12 847 638** | **79,22%** |
| Salariés et public | 3 230 018 | 32,84% | 3 325 298 | 20,50% |
| Actions propres #1 (a) | 38 578 | 0,39% | 38 578 | 0,24% |
| Actions propres #2 (b) | 5 869 | 0,06% | 5 869 | 0,04% |
| **Total** | **9 836 241** | **100%** | **16 217 383** | **100%** |

*(a)  Affectés à la couverture d'options d'achats ou d'actions gratuites.*

*(b)  Au titre du contrat de liquidité.*

---

[21] Communiqué de XPO Logistics. [En ligne], http://investors.xpologistics.com/phoenix.zhtml?c=204615&p-irol-newsArticle_print&ID=2041131
[22] Communiqué de Norbert Dentressangle. [En ligne], http://www.norbert-dentressangle.fr/Actualites-en-France/Acquisition-de-Norbert-Dentressangle-par-XPO-Logistics

*8*

### 1.3.2  Instruments donnant accès au capital

Les instruments donnant accès au capital sont constitués (i) des bons de souscription d'actions détenus par des membres du Directoire et (ii) des plans d'actions de performance attribués aux *managers* européens de Norbert Dentressangle et aux anciens *managers* américains de Jacobson.

### 1.3.2.1  Bons de souscription d'actions (« BSA »)

Au 31 mai 2015, les 110.000 BSA de la Société en circulation, émis le 29 juillet 2013, se composent de 80.000 BSA dits « BSA 2013 A » et 30.000 BSA dits « BSA 2013 B » et se répartissent comme suit entre les différents bénéficiaires, membres du Directoire[23]:

| Répartition des BSA 2013 | | | |
|---|---|---|---|
| | BSA A | BSA B | Total |
| M. Hervé Montjotin et famille | 30 000 | 20 000 | 50 000 |
| M. Patrick Bataillard et famille | 20 000 | 10 000 | 30 000 |
| M. Malcom Wilson | 15 000 | - | 15 000 |
| M. Luis Angel Gomez | 15 000 | - | 15 000 |
| **Total** | **80 000** | **30 000** | **110 000** |

L'assemblée générale des actionnaires du 21 mai 2015, dans sa 19ème résolution, a modifié les termes et conditions de ces BSA définis lors de leur émission, conduisant ainsi à :

-   la levée de la double condition d'exercice : à la date d'exercice, le titulaire des BSA n'est plus soumis à l'obligation, (i) d'une part, d'exercer un mandat de membre du Directoire dans la Société et, (ii) d'autre part, de n'être ni partie, ni en demande ni en défense, à une instance arbitrale ou juridictionnelle avec la Société ou l'une de ses filiales ;

-   l'anticipation de l'ouverture de la période d'exercice des « BSA 2013 A » et « BSA 2013 B » au 21 mai 2015[24] ; la date de fin d'exercice prévue lors de leur émission reste inchangée, soit respectivement le 31 mai 2019 et le 31 mai 2021 ;

-   les rendre immédiatement cessibles.

---

[23] Préalablement à l'Opération, une partie des BSA détenus par Monsieur Bataillard et par Monsieur Montjotin ont fait l'objet d'apport à des holdings patrimoniales leur appartenant et de donations-partages au profit de leurs enfants respectifs.

[24] A leur émission, les « BSA 2013 A » et « BSA 2013 B » devaient être exerçables respectivement à partir du 1er juin 2016 et du 1er juin 2019.

### 1.3.2.2  Plans d'actions de performance

Au 31 mai 2015, les plans d'actions de performance en vigueur se ventilent comme suit :

| Actions de performance | | | |
|---|---|---|---|
| Plans | 31-déc.-14 | Variation | 31-mai-15 |
| Avril 2013 | 52 300 | (2 200) | 50 100 |
| Avril 2014 | 21 500 | (500) | 21 000 |
| Octobre 2014 | 37 663 | (6 666) | 30 997 |
| **Total** | **111 463** | **(9 366)** | **102 097** |

Les plans d'avril 2013[25] et d'avril 2014[26] sont les deux tranches d'un plan d'intéressement à long terme visant le personnel européen, mis en place afin d'accompagner la réalisation du *business plan* triennal 2013-2015 du Groupe :

-   le plan d'avril 2013 s'adresse à environ 200 *managers* et collaborateurs clés du Groupe, avec comme objectif l'attribution d'actions à chacun des bénéficiaires à l'issue d'une période d'acquisition de trois ans (du 1er mai 2013 au 30 avril 2016), et ce sous réserve de l'atteinte d'un objectif de ratio moyen d'EBITA[27] Groupe rapporté au chiffre d'affaires, sur la période 2013 à 2015, supérieur ou égal à 3,25 % ;

-   le plan d'avril 2014 concerne environ 40 personnes, les actions étant attribuables à l'issue d'une période d'acquisition de deux ans (du 1er mai 2014 au 30 avril 2016) et ce, sous réserve de l'atteinte d'un objectif d'EBITA Groupe en 2015 supérieur ou égal à 213 M€ ; pour une réalisation de l'objectif comprise entre 80% et 100%, le nombre d'actions attribuées est proportionnellement et linéairement ajusté.

Pour les seuls bénéficiaires résidant en France, la période d'acquisition est suivie d'une période de conservation de deux ans (du 1er mai 2016 au 30 avril 2018).

Les réalisations historiques 2013 et 2014 et les dernières prévisions 2015 permettent de considérer que les conditions de performances attachées aux plans d'avril 2013 et d'avril 2014 devraient être respectées.

Suite à l'acquisition de Jacobson, la Société a décidé d'étendre en octobre 2014[28] le plan d'intéressement à 12 *managers* américains de Jacobson, avec l'attribution à l'issue d'une période de quatre années, soit le 21 octobre 2018, et ce sous conditions de performance,

---

[25] Décision du Directoire du 24 avril 2013.
[26] Décision du Directoire du 23 avril 2014.
[27] Résultat opérationnel avant amortissement des écarts d'acquisition et des relations clientèle.
[28] Décision du Directoire du 20 octobre 2014.

d'un maximum de 3.333 actions gratuites de la Société dont 1.333 au titre de la tranche A et 2.000 au titre de la tranche B :

- la tranche A est soumise à la réalisation par les activités américaines de Jacobson d'un résultat opérationnel annuel supérieur ou égal à 84,7 MUSD sur la période 2015-2017 ;

- la tranche B est soumise à une double condition de performance, (i) d'une part, la réalisation de la condition de performance de la tranche A pour chacune des années 2015 à 2017 et, (ii) d'autre part, la réalisation par les activités américaines de Jacobson d'un résultat opérationnel annuel 2017 supérieur ou égal à 92,2 MUSD ; pour une réalisation de cet objectif comprise entre 90% et 100%, le nombre d'actions attribuées est proportionnellement et linéairement ajusté.

L'attribution des actions de performance au titre des différents plans est soumise à une condition de présence à la date d'attribution.

### 1.3.2.3   *Traitement spécifique des instruments dilutifs avant l'Offre*

Un accord conclu entre XPO Logistics[29] et l'ensemble des membres du Directoire[30] (« **Plan d'Intéressement** »), annexé au TOA décrit *infra* (§ 1.7.2), prévoit que d'ici l'Offre, les instruments dilutifs susmentionnés soient traités comme suit :

- pour les BSA, XPO s'est engagé à acquérir, dans les cinq jours ouvrés suivant le changement de contrôle de la Société, et en tout état de cause préalablement à l'Offre, l'ensemble des « BSA 2013 A » et « BSA 2013 B » encore en circulation, et ce au prix de 157,95 €, soit le prix d'Offre de 217,50 € (coupon de 1,80 € détaché) minoré de leur prix d'exercice de 59,55 € ; l'acquisition de ces BSA est prévue le 8 juin 2015 ;

- pour les actions de performance, la Société demandera aux bénéficiaires des différents plans d'y renoncer et accordera en compensation (i) pour les *managers* européens des plans d'avril 2013 et d'avril 2014, le versement d'un bonus en numéraire de 217,50 € par action[31] et (ii) pour les *managers* américains du plan d'octobre 2014, l'attribution d'instruments d'intéressement (*restricted stock units*) ayant pour sous-jacent l'action XPO Logistics, sur la base d'un rapport d'échange fondé sur une valeur de l'action de la Société équivalente au

---

[29] Représentée par M. Bradley S. Jacobs, en sa qualité de *Chairman* et *Chief Executive Officer*.
[30] MM. Hervé Montjotin, Patrick Bataillard, Luis Angel Gomez, Malcom Wilson et Ludovic Oster.
[31] La somme sera versée dans les 3 ans de l'acquisition du Bloc de Contrôle dont 50% dans les 18 mois.

prix d'Offre et une valeur de marché de l'action XPO Logistics appréciée *via* son cours de bourse ; l'horizon de ce nouveau plan sera au moins égal à celui du plan de la Société qu'il est amené à remplacer[32].

### 1.4 Périmètre de l'Offre

L'Offre porte sur un nombre maximum de 3.230.018 actions correspondant à l'ensemble des actions composant le capital de la Société, soit 9.836.241 actions (§ 1.3.1), exception faite (i) des 6.561.776 actions représentatives du Bloc de Contrôle (§ 1.7.1) acquises le 8 juin 2015 par XPO et (ii) des 44.447[33] actions d'autocontrôle (§ 1.3.1) non apportées à l'Offre.

*A contrario*, l'Offre ne porte pas sur les 110.000 BSA 2013 (§ 1.3.2.1) qui seront acquis par XPO préalablement à l'Offre, ni sur les 102.097 actions de performance de la Société dès lors que celles-ci sont encore en période d'acquisition (§ 1.3.2.2).

### 1.5 Retrait obligatoire, intentions en matière de fusion et d'intégration

Les conditions de retrait obligatoire et les intentions en matière de fusion et d'intégration sont définies aux chapitres 1.3.5. et 1.3.6. du projet de note d'information établie par XPO. Si les conditions nécessaires à la mise en œuvre d'un retrait obligatoire ne sont pas réunies, l'Initiateur :

- n'envisage pas de retirer de la cote parisienne[34] les actions de la Société dans les douze mois suivant l'Offre, mais se réserve la possibilité d'étudier leur retrait de la cote londonienne[35] ;

- réfléchira aux meilleurs moyens d'intégrer la Société dans le nouveau groupe, notamment *via* la réalisation d'opérations de fusion ou d'apports.

---

[32] Plan d'octobre 2014.
[33] 38.578 actions affectées à la couverture d'options d'achats ou d'actions gratuites et 5.869 actions au titre du contrat de liquidité.
[34] Euronext Paris (compartiment A).
[35] Euronext Londres.

12

### 1.6   Financement de l'Offre

XPO financera l'Opération sur ses fonds propres et au moyen de prêts d'actionnaires ; XPO Logistics ayant notamment fait appel récemment au marché *via* une augmentation de capital de 1,26 MdUSD[36] et l'émission d'une dette obligataire de l'ordre de 2 MdUSD[37].

### 1.7   Accords conclus dans le cadre de l'Offre

#### 1.7.1   *SPA*

Au titre de ce protocole d'accord conclu le 28 avril 2015 avec Dentressangle Initiatives (« **DI SAS** »)[38] et les membres de la famille Dentressangle[39], XPO Logistics *via* sa filiale XPO, s'est engagé à acquérir irrévocablement l'intégralité des 6.561.776 titres de la Société (« le **Bloc de Contrôle** ») détenus directement et indirectement par la famille Dentressangle, représentatifs de 66,71 % du capital et de 79,22 % des droits de vote de la Société (§ 1.3.1).

Conformément au SPA, l'acquisition du Bloc de Contrôle prévue au prix de 217,50 € par action (coupon de 1,80 € détaché), devra être réalisée dans les cinq jours ouvrés suivant l'obtention de l'accord des autorités de la concurrence américaine et allemande[40], mais ne pourra en tout état de cause être antérieure au 2 juin 2015, date de mise en paiement du dividende de 1,80 € proposé à l'assemblée générale du 21 mai 2015.

Les accords des autorités américaines et allemandes ont été obtenus le 11 mai 2015 ; l'accord des autorités russes, qui n'était pas une condition suspensive à l'acquisition du Bloc de Contrôle, a été obtenu le 20 mai 2015.

Le SPA prévoit, à compter de la date d'acquisition du Bloc de Contrôle, soit le 8 juin 2015 :

---

[36] Communiqué de XPO Logistics, 1er juin 2015. [En ligne]. http://www.xpologistics.com/content/xpo-logistics-raises-126-billion-equity

[37] Communiqué de XPO Logistics, 1er juin 2015. [En ligne]. http://www.xpologistics.com/content/xpo-logistics-announces-proposed-20-billion-us-dollar-equivalent-senior-notes-offering
Communiqué de XPO Logistics, 4 juin 2015. [En ligne]. http://www.xpologistics.com/content/xpo-logistics-announces-pricing-private-placement-notes-offering

[38] Société détenue à 100 % par la famille Dentressangle.

[39] M. Norbert Dentressangle, Mme Evelyne Dentressangle, M. Pierre-Henri Dentressangle et Mme Marine Dentressangle (« les Parties »).

[40] La date limite d'obtention de ces autorisations est prévue au 31 octobre 2015.

- l'obligation pour le Groupe XPO de s'assurer que la Société cesse progressivement d'exploiter la marque Norbert Dentressangle, au plus tard dans une période de trois ans ;

- un engagement de la part des Parties (i) pour une période de trois ans, de non-concurrence, de non-dénigrement de la Société et d'absence de démarchage de son personnel et (ii) pour une période de vingt ans, de non-utilisation de la marque Norbert Dentressangle dans le cadre d'une activité similaire à celle de la Société.

### 1.7.2   TOA

Concomitamment au SPA, la Société[41] et XPO Logistics[42] ont également conclu le 28 avril 2015 un accord en vue de déterminer les principales caractéristiques de l'Offre et les principes que les parties se doivent de respecter dans ce cadre.

Le TOA prévoit notamment que l'Offre Publique d'Achat Simplifiée qui sera déposée par XPO suite à l'acquisition du Bloc de Contrôle (i) sera entièrement en numéraire pour un prix équivalent à celui payé pour l'acquisition du Bloc de Contrôle, soit 217,50 € par action (coupon de 1,80 € détaché) et (ii) visera le solde des actions de la Société en circulation à la date de l'Offre, à l'exception des actions propres, ainsi que les actions de performance dont les périodes d'acquisition et de conservation seraient terminées[43].

Le TOA présente également l'intention de l'Initiateur de ne pas réduire les emplois à temps plein de la Société en France dans les dix-huit mois suivant l'acquisition du Bloc de Contrôle et son intention de maintenir le siège social des activités européennes du Groupe à Lyon, et au moins pendant cinq ans les centres de décision européens actuels[44].

Par ailleurs, le Plan d'Intéressement annexé au TOA :

- précise les modalités de traitement, préalablement à l'Offre, des « BSA 2013 A », des « BSA 2013 B » et des plans d'actions de performance ; celles-ci sont détaillées *supra* (§ 1.3.2.3) ;

---

[41] Représentée par M. Hervé Montjotin, en sa qualité de Président du Directoire.
[42] Représentée par M. Bradley S. Jacobs, en sa qualité de *Chairman* et *Chief Executive Officer*.
[43] A la date de l'Offre, aucune action de performance ne répondra à ces critères.
[44] Pour la logistique, centre de Malakoff (Hauts-de-Seine) et pour le transport, centre de Beausemblant (Drôme).

14

- envisage la souscription par la Société d'un contrat d'assurance chômage au profit des membres du Directoire salariés garantissant une couverture identique à celle dont bénéficie actuellement le Président du Directoire, M. Hervé Montjotin ;

- prévoit la mise en place par l'Initiateur d'un programme d'intéressement d'un montant global de 18 M€, attribuable aux membres du Directoire de la Société et à d'autres managers, sous la forme d'actions gratuites ou de *phantom shares*, et ce en fonction des performances réalisées.

### 1.7.3   Apports à DI SAS

En date du 26 mai 2015, les associés de DI SAS ont approuvé l'opération d'apport réalisé à cette société par M. Norbert Dentressangle et Mme Evelyne Dentressangle, de respectivement 257.474 et 688 actions de la Société, soit un total de 258.162 actions ; cette opération d'apport, qui revêt un caractère technique, a donné lieu à l'établissement d'un traité d'apport et d'un rapport du commissaire aux apports en date du 15 mai 2015.

Ces apports ont été réalisés en valeur réelle, conforme à celle retenue dans le cadre du SPA, soit 219,30 € par action (coupon de 1,80 € attaché).

- 15 -

## 2   PRESENTATION DE L'ACTIVITE ET DE L'ENVIRONNEMENT DU GROUPE

Nous nous sommes attachés, préalablement à l'évaluation multicritères du Groupe et du titre Norbert Dentressangle, à établir un diagnostic à partir d'informations sectorielles, de marché et financières, afin de dégager les principales forces et faiblesses du Groupe, ainsi que les opportunités et menaces auxquelles il est confronté sur son marché[45].

### 2.1   Positionnement du Groupe sur son secteur

Le Groupe se positionne aujourd'hui comme un *leader* mondial de la logistique, du transport, de l'affrètement ainsi que du *freight forwarding* ; il emploie environ 42.500 collaborateurs répartis dans 25 pays, avec un fort ancrage des activités en Europe.

Les activités du Groupe sont structurées autour de trois divisions métier que sont le Transport, la Logistique et l'*Air & Sea* :

- **Transport** : les sociétés de la division Transport exploitent un parc de véhicules poids lourds et fournissent des prestations de transports routiers nationaux et internationaux ;

- **Logistique** : l'activité Logistique consiste en la gestion des stocks de marchandises pour le compte de clients à partir d'entrepôts dédiés ou multi-clients ; la gestion recouvre notamment des prestations d'entreposage, de conditionnement, de distribution et de mise sur le marché des produits ;

- *Air & Sea* : les sociétés de l'activité de commissionnement de transport international (ou *freight forwarding*) fournissent des prestations d'organisation de transport de marchandises à travers le monde et prennent en charge les formalités douanières associées.

Sur l'exercice 2014, le chiffre d'affaires par métier et par zone géographique s'est réparti comme suit :

---

[45] L'analyse est résumée à la fin de cette partie du rapport sous la forme d'une matrice *Swot* (§ 2.4).

16




Le développement du Groupe résulte d'une croissance organique et d'une politique de croissance externe ; au cours des dix dernières années, le Groupe a notamment réalisé les acquisitions suivantes :

- **en 2007**, il consolide sa position au Royaume-Uni et double quasiment de taille en réalisant une OPA amicale sur le transporteur et opérateur logistique britannique Christian Salvesen, *leader* européen dans le secteur de la température contrôlée ;

- **en 2010**, il se dote de l'activité *Air & Sea* en prenant le contrôle du groupe américain Schneider National implanté à la fois aux Etats-Unis et en Chine ;

- **en 2011**, il acquiert le groupe britannique TDG, acteur européen majeur du transport, de la logistique et du *freight forwarding* ; la même année est finalisée l'acquisition de la société chinoise de *freight forwarding* APC Beijing International ;

- **en 2013**, il fait l'acquisition des activités *Air & Sea* du groupe Daher en France et en Russie ainsi que des activités de logistique et de transport du groupe Fiege en Espagne, en Italie et au Portugal ;

- **en 2014**, il étend sa présence géographique sur le marché américain en réalisant l'acquisition stratégique aux Etats-Unis de Jacobson, cinquième opérateur de logistique et de transport outre-Atlantique.

D'envergure internationale, le Groupe s'efforce d'être un partenaire économique local au travers de ses agences de transport ou de ses sites logistiques[46]. Il propose une large gamme de services à ses clients répartis sur l'ensemble des grands secteurs industriels :



## 2.2 Caractéristiques des marchés Transport, Logistique et *Air & Sea*

Nous présentons ci-après les caractéristiques des marchés français et européen, sur lesquels le Groupe réalise la majeure partie de son chiffre d'affaires.

### 2.2.1 *Le marché Transport*

Le transport de marchandises peut être segmenté selon (i) le mode de transport utilisé (routier, ferroviaire, maritime, aérien), (ii) le caractère domestique ou transfrontalier du transport, (iii) la nature de l'offre proposée (messagerie palettisée domestique, transport par camions complets, transport par lot ou groupe de lots), (iv) le mode de conditionnement (transport de marchandises en vrac ou conditionnées) ou encore (v) le type de produits transportés (matières dangereuses, marchandises sous température contrôlée).

En France et au Royaume-Uni, principaux marchés du Groupe, le transport routier s'impose comme le principal mode d'acheminement des marchandises et représente plus de 80 % du trafic total de fret (hors aérien)[47].

D'après l'organisme statistique officiel de l'Union Européenne Eurostat, « *la croissance rapide du commerce mondial jusqu'au début de la crise économique et financière et l'approfondissement de l'intégration dans une Union Européenne élargie, parallèlement à une série de pratiques économiques (dont la concentration de la production sur un nombre réduit de sites afin de tirer profit des économies d'échelle, la délocalisation et les livraisons «juste à* 

---

[46] 662 sites au 31 décembre 2014.
[47] Source : Eurostat. [En ligne]. http://ec.europa.eu/eurostat/web/transport/data/main-tables.

*temps»), peuvent expliquer la croissance relativement rapide du transport de marchandises au sein de l'Union européenne ».*

Le transport de marchandises a cependant été fortement affecté par l'éclatement de la crise économique et financière mondiale ayant conduit à une phase de consolidation[48] qui a permis à certains acteurs d'accéder à de nouveaux débouchés, de tirer profit d'économies d'échelles et de renforcer leur maillage territorial. Malgré le phénomène de concentrations observé depuis quelques années, le marché du Transport demeure particulièrement atomisé.

Sur longue période, le marché français du Transport a surperformé l'économie nationale[49] :



Le coût du transport est affecté par les évolutions réglementaires et par le cours du pétrole. Les revalorisations tarifaires restent limitées en raison d'une concurrence à la fois intra-sectorielle, intersectorielle et en provenance de l'étranger, qui pénalise les nombreuses TPE-PME du marché. Les opérateurs français doivent par ailleurs composer avec une fiscalité et une législation salariale moins favorable que celle de leurs homologues et concurrents européens.

Gefco, Geodis, STEF et Transalliance font partie des principaux concurrents du Groupe sur ce marché.

---

[48] Source : Xerfi, « Le transport routier de marchandises », février 2014 ; « *Profitant des opportunités offertes, les transporteurs ayant une assise financière suffisante ont multiplié les opérations de croissance externe pour sécuriser leurs périmètres d'activités ou pour accéder à de nouveaux débouchés* ».
[49] Appréciée au regard du critère du PIB.

19

### 2.2.2   *Le marché Logistique*

Le développement et la complexification des réseaux commerciaux conduisent les entreprises à externaliser une part croissante des activités logistiques à des fournisseurs de services extérieurs.

Les acteurs de la logistique interviennent à différents stades du processus de distribution, en amont de l'activité des chargeurs (assemblage, *co-manufacturing*, contrôle qualité, stockage, conditionnement, préparation de commandes) et en aval (organisation du transport des marchandises, service après-vente, gestion des retours de marchandises).

Les prestations logistiques ainsi que les relations nouées entre le prestataire et l'entreprise cliente sont qualifiées en fonction du degré d'externalisation, de la simple sous-traitance du transport (« 1PL[50] ») jusqu'à l'externalisation complète de la *supply chain*[51] (5PL). Il est également d'usage de distinguer le marché de la logistique à température ambiante de celui de la logistique sous température dirigée[52].

Le marché de la Logistique, davantage concentré[53] que celui du Transport, est segmenté entre d'une part, l'offre des prestataires généralistes (parmi lesquels Geodis, Kuehne Nagel et Norbert Dentressangle, qui dominent le marché) et, d'autre part, les spécialistes de la logistique (parmi lesquels FM Logistic et ID Logistics). A l'instar du Transport, le métier de la Logistique est caractérisé par une forte intensité capitalistique (liée au coût d'acquisition des entrepôts et du matériel) constituant une barrière à l'entrée.

Bien que les activités de Logistique soient, au même titre que le Transport, dépendantes de la conjoncture économique, l'externalisation accrue des services logistiques des chargeurs[54] permet de limiter l'impact d'un retournement conjoncturel[55].

Sur longue période, le marché français de la Logistique a évolué dans les mêmes proportions que l'économie nationale[56]:

---

[50] *First Party Logistics.*

[51] Chaîne de valeur de la Logistique.

[52] Source : Xerfi, « L'entreposage frigorifique et non frigorifique », février 2014 : le segment frigorifique représente en France environ 8 % du marché total.

[53] En particulier sur le segment de la logistique sous température dirigée, largement dominé en France par le groupe STEF.

[54] Au sein de l'Union Européenne, le Royaume-Uni et la France sont les pays ayant le plus externalisé la fonction Logistique. Il ressort des études sectorielles un taux d'externalisation moyen d'environ 50 % en Europe ; aux Etats-Unis, ce taux est généralement estimé à 30 %.

[55] La recherche par les entreprises d'une flexibilité opérationnelle dans un contexte économique fragile fait partie des facteurs d'externalisation.

[56] Appréciée au regard du critère du PIB.

20



Activité Logistique en France *(Source : INSEE)*

------- Chiffre d'affaires Logistique (France - base 100 en janvier 2000)
◻ PIB à prix courants (France - base 100 en 2000)
▽ Indice de la Production Industrielle (France - base 100 en 2000)

Certains secteurs comme le e-commerce, offrent également des débouchés dynamiques pour les acteurs ayant su adapter leur offre.

Le marché est également sujet aux mouvements de concentration : « *les opérations de croissance externe sont notamment motivées par la volonté d'intégrer de nouvelles activités, d'optimiser le maillage territorial, de proposer de nouveaux services ou encore de pénétrer de nouveaux marchés* »[57]. Sur un marché fortement concurrentiel, les acteurs trouvent des relais de croissance en s'implantant à l'international[58] et en intégrant des services en amont ou en aval de la *supply chain*.

### 2.2.3   Le marché Air & Sea

Le commissionnement de transport consiste pour le prestataire à « *[étudier] les meilleures combinaisons aériennes, maritimes et terrestres et [maîtriser] les formalités administratives, notamment douanières* »[59]. Du fait de sa connexité avec le métier de la Logistique, le *freight forwarding* est pratiqué par les acteurs *leaders* DHL, Kuehne Nagel et Geodis intégrés sur l'ensemble de la chaîne logistique. Des spécialistes comme Panalpina et SDV interviennent également sur cette activité.

Particulièrement sensibles à la conjoncture internationale, les commissionnaires subissent également une concurrence intra-sectorielle intense, qui résulte notamment de barrières à l'entrée limitées ; le commissionnement de transport requiert en effet peu d'investissements et se caractérise par une structure de coûts essentiellement variables.

---

[57] Source : Xerfi, « L'entreposage frigorifique et non frigorifique », février 2014.
[58] Source : Xerfi, "*Logistics Groups – World, Market Analysis - 2014-2019 Trends*", août 2014; "*To tap into growth opportunities, logistics groups will therefore position themselves in emerging economies to ensure that they benefit from this change in trade patterns. Such moves are typically orchestrated through joint ventures and mergers and acquisitions, leading to some industry consolidation*".
[59] Source : Xerfi, « Le *Freight forwarding* », août 2014.

21

L'activité de fret est également sensible aux fluctuations du cours du pétrole :



## 2.3   Analyse historique de la performance du Groupe

### 2.3.1   *Analyse de l'activité et de la profitabilité*

L'activité et la profitabilité du Groupe sur la période 2009-2014 se présentent comme suit :



Les opérations de croissance externe, en particulier celles de TDG et de Jacobson finalisées respectivement en 2011 et 2014, ont permis au Groupe d'enregistrer une croissance annuelle moyenne globale de 11,4 % sur la période 2009-2014.

En 2014, année d'intégration du groupe Jacobson, le pôle Logistique représente la première activité du Groupe et contribue au chiffre d'affaires consolidé à hauteur de 50 %.

22



Après une année 2009 où des efforts de réduction des coûts ont dû être consentis dans un contexte de détérioration significative de l'activité[60], le Groupe est parvenu à stabiliser son taux de marge d'EBITA. En 2011, l'acquisition du Groupe TDG permet au Groupe d'atteindre l'équilibre financier sur la division *Air & Sea* ; l'activité Logistique demeure historiquement la plus profitable.



---

[60] Pour mémoire, l'activité Transport du Groupe a été la plus affectée en 2009, avec une baisse de 14,8% du chiffre d'affaires consolidé en données publiées.

- 21 -

### 2.3.2   *Structure bilancielle*

Nous présentons ci-après l'évolution de la structure bilancielle simplifiée du Groupe depuis 2009 :



### 2.3.2.1   *Emplois*

Les opérations stratégiques de croissance externe réalisées par le Groupe au cours des dernières années se traduisent par une part croissante des écarts d'acquisition dans le bilan comptable consolidé.

L'actif immobilisé consolidé se compose essentiellement du matériel roulant[1] utilisé pour l'activité Transport, détenu en pleine propriété ou *via* des contrats de location-financement[2]. Les entrepôts exploités par l'activité Logistique sont principalement loués.

Historiquement, le Groupe clôture ses comptes en position de ressource de financement (BFR négatif). L'acquisition de Jacobson a entraîné la reconnaissance d'un besoin en fonds de roulement positif au 31 décembre 2014, dont le montant demeure toutefois non significatif au regard de la structure bilancielle du Groupe.

---

[1] Tracteurs, porteurs et remorques (citernes spécialisées).
[2] La Société a également recours dans le cadre de son activité Transport à de la location simple de matériel roulant ; conformément aux principes comptables ces actifs ne sont pas immobilisés.

#### 2.3.2.2   Ressources

Le passif du Groupe est essentiellement constitué des capitaux propres et des dettes financières. Au 31 décembre 2014, le multiple de l'endettement net financier consolidé (*Leverage ratio*), rapporté à l'EBITDA consolidé retraité de l'EBITDA *pro forma* de Jacobson sur les 12 mois de l'année 2014, s'établit à 3,0x.



La part accrue de l'endettement net à la clôture 2014 résulte (i) d'une part, du tirage de 431 MUSD utilisé pour financer l'acquisition de Jacobson et (ii) d'autre part, d'un effet change qui se traduit par une appréciation comptable du montant de la dette.

La diminution à la clôture de l'exercice 2014 des provisions, majoritairement constituées des avantages au personnel, est essentiellement liée à la réduction actuarielle des déficits des deux fonds de pension britanniques.

## 2.4   Matrice *SWOT*

En synthèse, la matrice ci-dessous résume les forces et faiblesses du Groupe, ainsi que les menaces et opportunités auxquelles il est confronté sur son marché :

| Forces |
| --- |
| - Acteur multi-spécialiste proposant une offre intégrée sur l'ensemble de la chaîne de valeur du Transport et de la Logistique<br>- Exploitation en propre du premier parc de poids lourds en Europe<br>- Capacité du *management* à identifier les cibles de croissance externe et à intégrer les activités acquises<br>- Génération de *cash flow* qui permet de financer le développement du Groupe<br>- Position stratégique aux Etats-Unis où le Groupe se positionne désormais comme le 4ème opérateur logistique du marché<br>- *Leadership* sur les marchés France, UK et Espagne |

| Faiblesses |
| --- |
| - Chiffre d'affaires du Groupe encore fortement concentré sur le marché européen<br>- Maturité des principaux marchés géographiques du Groupe (France, UK) où un nombre important d'entreprises ont déjà externalisé la fonction Logistique<br>- Détention en propre d'une part importante du parc de véhicules et recours limité à la sous-traitance augmentant la part des coûts fixes supportés par le Groupe<br>- Position d'*outsider* sur le marché du *freight forwarding* |

| Opportunités |
| --- |
| - Opportunités de croissance sur le marché des Etats-Unis, caractérisé par un taux d'externalisation plus faible qu'en Europe<br>- Développement et amélioration de la marge opérationnelle de la division *Air & Sea*<br>- Dynamisme de l'activité e-commerce qui représente environ 10 % du chiffre d'affaires de la division Logistique<br>- Evolution vers un modèle plus « *asset light* » en Transport |

| Menaces |
| --- |
| - Risque de dégradation de la conjoncture économique, en particulier sur les marchés français et britannique qui représentent plus de la moitié du chiffre d'affaires consolidé<br>- Marchés fragmentés et caractérisés par une forte intensité concurrentielle entraînant un risque d'érosion des taux de marge<br>- Evolution réglementaire défavorable, notamment en matière de fiscalité et de régime salarial, susceptible de réduire les marges du Groupe<br>- Exposition au risque de change, en particulier sur les devises USD et GBP |

- 26 -

## 3  EVALUATION DE L'ACTION NORBERT DENTRESSANGLE

Conformément aux recommandations de l'AMF, nous avons mis en œuvre une approche d'évaluation multicritères. Ainsi, après avoir recensé les principales caractéristiques comptables, financières et fiscales du Groupe (§ 3.1), nous exposons ci-après les méthodes d'évaluation écartées (§ 3.2) puis les approches de valorisation qui nous sont apparues les plus pertinentes afin d'apprécier le caractère équitable du prix de l'action proposé dans le cadre de l'Offre (§ 3.3 et suivants).

La date que nous avons retenue pour la référence au cours de bourse de l'action Norbert Dentressangle est le 28 avril 2015, dernière journée de cotation avant l'annonce de l'Opération.

Les données de marché utilisées pour l'évaluation multicritères du titre Norbert Dentressangle, telles que les multiples des comparables (§ 3.5) et le taux d'actualisation du plan d'affaires (§ 3.4.3) sont arrêtées à fin mai 2015.

Le prix d'Offre de 217,50 € s'entend coupon de 1,80 € détaché. Afin d'être homogène avec l'approche retenue par l'établissement présentateur, nous ne tenons pas compte dans nos travaux de l'impact du décaissement de dividendes du 2 juin 2015. La valeur de l'action de la Société obtenue selon les différentes approches de valorisation mises en œuvre est donc présentée coupon attaché et comparée à 219,30 €, soit le prix d'Offre de 217,50 € majoré du coupon de 1,80 €.

### 3.1  Caractéristiques comptables, financières et fiscales

#### 3.1.1  *Référentiel comptable*

Le Groupe établit ses comptes consolidés selon le référentiel des normes comptables internationales (IFRS) s'imposant aux sociétés cotées.

Les comptes consolidés au titre du dernier exercice clos le 31 décembre 2014 ont été certifiés sans réserve par les commissaires aux comptes.

#### 3.1.2  *Date d'évaluation*

L'évaluation multicritères du titre Norbert Dentressangle a été réalisée en date du 31 décembre 2014.

### 3.1.3   Nombre d'actions

Nous avons retenu pour le calcul de la valeur unitaire du titre Norbert Dentressangle un volant de **10.003.891 actions**, calculé sur une base totalement diluée à la date la plus récente, soit le 31 mai 2015 qui intègre :

- les 9.836.241 titres en circulation ;

- les 110.000 actions susceptibles d'être émises en cas d'exercice des BSA 2013 ;

- les 102.097 actions de performance ;

- sous déduction des 44.447 actions propres.

| Nombre d'actions dilué | |
|---|---|
| 31-mai-15 | Nombre |
| Actions en circulation | 9 836 241 |
| Bons de souscription d'actions | 110 000 |
| Actions de performance | 102 097 |
| Actions propres | (44 447) |
| **Total** | **10 003 891** |

A titre d'information, nous présenterons en synthèse de chacune des méthodes d'évaluation retenues, la valeur unitaire du titre de la Société après et avant impact de la dilution théorique résultant de l'exercice des BSA et de l'attribution des actions de performance ; l'impact dilutif de 2,1%[63], calculé en nombre d'actions, reste néanmoins marginal[64].

### 3.1.4   Déficits fiscaux

Norbert Dentressangle dispose d'un stock de déficits reportables d'environ 169 M€ à fin 2014. Conformément à IAS 12, un impôt différé actif de 27,4 M€ a été reconnu dans les comptes consolidés sur une base réduite à 84 M€.

Dans nos travaux de valorisation, nous avons tenu compte de l'économie d'impôt attachée à l'imputation de l'ensemble des déficits reportables sur les résultats dégagés par le plan d'affaires (§ 3.4.2) après prise en compte de l'effet d'actualisation.

---

[63] (110.000 + 102.097) / 10.003.891.

[64] Au 31 mai 2015, le nombre d'actions non dilué est de 9.791.794 actions soit 9.836.241 actions composant le capital social déduction faite des 44.447 actions propres.

### 3.1.5   Endettement net

Nos travaux de valorisation se fondent sur un endettement net au 31 décembre 2014[46].

Nous avons différencié le calcul de l'endettement net à déduire de la valeur d'entreprise obtenue, selon la méthode de valorisation intrinsèque par l'actualisation des flux prévisionnels de trésorerie ou les méthodes de valorisation analogique, pour aboutir à la valeur des capitaux propres.

### 3.1.5.1   Endettement net en valorisation intrinsèque

L'endettement financier consolidé retraité que nous retenons pour la valorisation intrinsèque, d'un montant de 1.162 M€, est détaillé ci-après :

| Endettement net financier - DCF | |
| --- | --- |
| Nature | M€ |
| **Endettement net comptable** | **1 017** |
| Provisions avantages au personnel | 93,7 |
| Actifs de retraite | (5,8) |
| IDA sur engagements de retraite | (14,8) |
| **Engagements de retraite** | **73,1** |
| **Intérêts minoritaires (JV)** | **36,7** |
| **Compléments de prix** | **28,7** |
| Juste valeur des instruments dérivés | 13,6 |
| IDA sur instruments dérivés | (5,1) |
| **Instruments dérivés** | **8,5** |
| Provisions pour restructuration | 5,5 |
| IDA sur provisions pour restructuration | (1,7) |
| Put sur intérêts minoritaires | 2,5 |
| Participations dans les entreprises associées (JV) | (1,6) |
| Titres de sociétés non consolidées | (0,1) |
| **Autres actifs et passifs** | **4,7** |
| **Exercice BSA** | **(6,6)** |
| **Endettement net financier - DCF** | **1 162** |

Il est constitué de l'endettement net comptable publié au 31 décembre 2014 corrigé :

- des provisions liées aux avantages au personnel, nettes d'actifs de retraite et des impôts différés attachés comptabilisés ;

---

[46] Dans nos travaux, nous n'avons pas ajusté l'endettement net comptable du 31 décembre 2014 de l'impact de trésorerie attaché à la variation du nombre d'actions d'autocontrôle entre le 31 décembre 2014 et le 31 mai 2015, celui-ci étant peu significatif.

- de la valeur de marché des intérêts minoritaires déterminée sur la base d'une estimation de la valeur de la principale filiale Salvesen Logistica par l'application du multiple médian de résultat opérationnel issu de notre panel de sociétés cotées comparables (§ 3.5.2) et après prise en compte d'une décote au titre d'une moindre liquidité ; les autres participations ne donnant pas le contrôle étant non significatives, nous avons assimilé leur valeur nette comptable à leur valeur de marché ;

- des engagements du Groupe relatifs aux compléments de prix des dernières acquisitions ;

- de la juste valeur des instruments dérivés souscrits par le Groupe en couverture des dettes financières[46], nette des impôts différés attachés comptabilisés ;

- d'autres éléments d'actifs et de passifs intégrant (i) les provisions pour restructuration nettes d'impôts différés estimés[47], (ii) la valeur des *puts* sur des participations ne donnant pas le contrôle et (iii) la juste valeur des titres non consolidés et des participations dans les entreprises associées ;

- de la trésorerie qui résulterait de l'exercice des BSA 2013[48].

L'économie d'impôt attachée aux déficits reportables est intégrée par ailleurs dans les flux du modèle DCF.

### 3.1.5.2   *Endettement net en valorisation analogique*

Par souci d'homogénéité avec la construction de l'endettement net des comparables issu de nos bases de données, la dette financière que nous retenons en valorisation analogique se compose de l'endettement net comptable consolidé au 31 décembre 2014 majoré de la valeur nette comptable des intérêts minoritaires et minoré de l'impact de l'exercice des BSA[49].

Nous avons par ailleurs ajusté la dette financière d'une estimation de la valeur actualisée de l'économie d'impôt attachée aux déficits reportables selon la consommation prise en compte dans l'approche DCF ; afin d'extérioriser le maximum de valeur sur le titre de la Société, nous n'avons pas tenu compte de la situation particulière de chacun des comparables en termes de reports déficitaires.

L'endettement net en valorisation analogique est ainsi estimé à 991 M€.

---

[46] Contrats de swap de taux d'intérêts.
[47] Sur la base d'un taux d'impôt société de 30% (§ 3.4.2.2).
[48] Soit 110.000 BSA au prix d'exercice de 59,55 €.
[49] Les valeurs présentées sur une base non diluée au titre des différentes approches de valorisation ne tiennent pas compte de l'impact de l'exercice des BSA.

| Endettement net financier - analogique | |
| --- | --- |
| Nature | M€ |
| **Endettement net comptable** | **1 017** |
| Intérêts minoritaires (VNC) | 27,2 |
| Valeur actualisée déficits reportables | (47,0) |
| Exercice BSA | (6,6) |
| **Endettement net financier - analogique** | **991** |

## 3.2   Méthodes d'évaluation écartées

Nous justifions, ci-après, l'absence de prise en compte, en tant que méthodes d'évaluation, de l'actualisation des dividendes et de l'actif net comptable, rappelé pour mémoire.

### 3.2.1   *Actualisation des dividendes (DDM)*

La méthode d'actualisation des dividendes permet d'apprécier la valeur de rendement de titres minoritaires. Sa mise en œuvre conduirait à une valeur inférieure à celle obtenue par la méthode des *Discounted Cash-Flows* (DCF).

### 3.2.2   *Actif Net Réévalué*

La méthode de l'Actif Net Réévalué (ANR) consisterait à corriger l'Actif Net Comptable (ANC) des plus ou moins-values latentes identifiées à l'actif ou au passif à ce jour.

Les actifs immobilisés de la Société sont essentiellement affectés à l'exploitation et se composent principalement au 31 décembre 2014 :

- des écarts d'acquisition[70] : en tant qu'actif incorporel à durée de vie indéfinie, ceux-ci font l'objet de tests de dépréciation au moins une fois par an et les éventuelles pertes de valeurs constatées sont ainsi comptabilisés ;

- des relations clientèle[71] : ces actifs sont amortis linéairement[72] et les contrats spécifiques à durée de vie indéfinie font l'objet de tests de dépréciation au moins une fois par an ;

---

[70] VNC = 975,1 M€.
[71] VNC = 342,3 M€.
[72] Sur une durée de 11 à 20 ans.

- d'actifs immobiliers[73] : ceux-ci correspondent principalement aux entrepôts détenus par la Société, affectés entièrement à l'exploitation, et pour lesquels aucune cession à court terme n'est envisagée ; à ce titre, aucune réévaluation potentielle significative n'a été portée à notre connaissance[74] ;

- du matériel roulant[75] : celui-ci est amorti sur la durée d'utilisation estimée des véhicules avec prise en compte des conditions de reprise accordées par les constructeurs[76] ; à ce titre aucune réévaluation potentielle significative n'est attendue ;

Sur la base de ces éléments, nous n'avons pas envisagé de procéder à la réévaluation de l'ANC qui ressort au 31 décembre 2014, sur une base non diluée, à environ 67,8 € par action[77].

[73] VNC = 114,9 M€ (terrains : 35,3 M€ + constructions : 79,6 M€).
[74] La Société ne procède à des expertises immobilières qu'en cas de cession envisagée ; en cas de vente à un investisseur financier, le prix de cession sera directement lié aux dispositions des contrats de location financement qui pourront ensuite être mis en place par le nouvel acquéreur.
[75] VNC = 307,6 M€.
[76] A la fin de la période d'amortissement, la valeur nette comptable du matériel de transport correspondra à la valeur de reprise.
[77] 664,1 M€ (capitaux propres part du Groupe) / |9.836.241 actions composant le capital social - 45.790 actions d'autocontrôle (7.212 au titre du contrat de liquidité et 38.578 affectées à la couverture d'options d'achat d'actions ou d'actions gratuites)|.

- 32 -

### 3.3   Référence au cours de bourse

#### 3.3.1   *Analyse historique du cours de bourse*

Les titres de la Société sont cotés sur le marché Euronext Paris (compartiment A) et
Euronext Londres.

Nous présentons ci-dessous l'évolution du titre Norbert Dentressangle depuis
mai 2013, par rapport au CAC 40[*] :



Les évenements ayant contribué aux principales évolutions du cours de bourse de
Norbert Dentressangle sont les suivants :

a) **16 juillet 2013** : annonce de l'acquisition de l'activité *freight forwarding* du
groupe Daher ;

b) **9 septembre 2013** : annonce de la signature d'un contrat de logistique pour
trois ans avec le groupe ASOS représentant un chiffre d'affaires de près de
117 M€ ;

c) **23 octobre 2013** : annonce du chiffre d'affaires des neufs premiers mois 2013, en
hausse de 2% en données publiées et de 1,3% à périmètre et taux de change
constants par rapport aux neuf premiers mois 2012 ;

---

[*] Le CAC 40 a été rebasé à la date du 20 mai 2013.

d) **19 décembre 2013** : annonce de l'émission obligataire par placement privé d'un montant de 235 M€ permettant au Groupe de diversifier ses sources de financement ;

e) **30 janvier 2014** : annonce du chiffre d'affaires 2013 de 4 Md€, en hausse de 3,9% en données publiées et de 2,4% à périmètre et taux de change constants par rapport à l'exercice 2012 ; Gilbert Dupont rehausse son objectif de cours de 99,4 € à 108,6 € ;

f) **26 février 2014** : annonce des résultats 2013 en ligne avec les objectifs stratégiques fixés par le Groupe ; le lendemain, la Société Générale rehausse son objectif de cours de 90 € à 120 € ;

g) **23 avril 2014** : annonce du chiffre d'affaires du premier trimestre 2014, en hausse de 13,6% en données publiées et de 5,5% à périmètre et taux de change constants par rapport au premier trimestre 2013 ;

h) **31 juillet 2014** : annonce de l'acquisition du groupe américain Jacobson, acteur majeur du marché américain du Transport et de la Logistique ;

i) **23 octobre 2014** : annonce du chiffre d'affaires des neufs premiers mois 2014, en hausse de 14,1% en données publiées et de 5,1% à périmètre et taux de change constants par rapport aux neufs premiers mois 2013 ;

j) **29 janvier 2015** : annonce du chiffre d'affaires annuel 2014 en hausse de 15,8% à 4,7 Md€ ;

k) **26 février 2015** : annonce des résultats 2014 ;

l) **28 avril 2015** : annonce de l'Opération extériorisant une prime conséquente par rapport au cours de bourse ; le titre réagit à l'annonce, en s'ajustant immédiatement[5].

---

[5] A la séance du 29 avril 2015, le cours de clôture s'établissait à 216,9 €.

Le tableau ci-dessous synthétise les primes induites par le prix d'Offre de 219,3 €
(coupon de 1,80 € attaché), en fonction de la moyenne des cours de bourse journaliers
pondérés par les volumes avant la date de l'annonce :

| Analyse du cours de bourse (€) | | |
| --- | --- | --- |
| Date de référence | 28-avr.-15 | Prime induite |
| Spot | 159,1 | 37,8% |
| Moyenne pondérée 1 mois | 155,4 | 41,1% |
| Moyenne pondérée 3 mois | 148,9 | 47,3% |
| Moyenne pondérée 6 mois | 135,2 | 62,2% |
| Moyenne pondérée 12 mois | 122,3 | 79,4% |
| + haut 12 mois | 164,4 | 33,4% |
| + bas 12 mois | 95,8 | 128,9% |

Sur une période de référence d'un an, le plus bas a été atteint le 23 juillet 2014 à 95,8 €
et le plus haut le 25 mars 2015 à 164,4 €.

Durant les douze derniers mois précédant l'annonce de l'Offre et avec un volume
d'échanges observés sur le flottant représentant environ 32% du capital, la rotation du
titre est estimée à environ 2 ans.

### 3.3.2   Cours cible

Nous avons recensé six analystes financiers assurant le suivi régulier du titre Norbert
Dentressangle. Le tableau ci-dessous synthétise les primes induites par le prix d'Offre
de 219,3 € (coupon de 1,80 € attaché), par rapport aux derniers objectifs de cours
précédant l'annonce de l'Opération :

| Synthèse des cours cible (€) | | | |
| --- | --- | --- | --- |
| Analyste | Date | Cours cible | Prime induite |
| Berenberg | 14-avr.-15 | 178,0 | 23,2% |
| Gilbert Dupont | 21-avr.-15 | 172,4 | 27,2% |
| Oddo MidCap | 23-avr.-15 | 173,0 | 26,8% |
| Exane | 23-avr.-15 | 150,0 | 46,2% |
| Société Générale | 23-avr.-15 | 174,0 | 26,0% |
| Edison | 27-avr.-15 | 190,0 | 15,4% |
| Médiane | | 173,5 | 26,4% |
| Moyenne | | 172,9 | 26,8% |

Nous notons que l'ensemble des objectifs de cours fixés par les analystes avant
l'annonce de l'Opération étaient inférieurs au prix d'Offre.

- 35 -

### 3.4 Valorisation intrinsèque par l'actualisation des flux de trésorerie prévisionnels ou *Discounted Cash-Flows* (DCF)

Nous avons recherché une valeur intrinsèque du titre Norbert Dentressangle en actualisant, à compter du 31 décembre 2014, les flux de trésorerie prévisionnels issus du plan d'affaires 2015-2018 que nous a présenté le management, pour en déduire une valeur d'entreprise et, sous déduction de l'endettement financier net, une valeur de capitaux propres.

#### 3.4.1  *Rappel des principes de la méthode DCF*

La méthode DCF repose sur l'estimation de la valeur de l'actif économique d'une entreprise *via* les flux de trésorerie d'exploitation disponibles[80] générés par son activité, lesquels sont actualisés à un taux correspondant à l'exigence de rendement attendu par les apporteurs de ressources.

Le calcul de la valeur résiduelle, estimée au-delà de la période explicite de prévisions, se fonde sur l'estimation d'un *cash-flow* libre durable et tient ainsi compte d'une hypothèse de continuité de l'exploitation et d'une estimation de croissance à long terme.

Afin d'obtenir la valeur de marché des fonds propres, est ajoutée à la valeur d'entreprise des activités opérationnelles, le cas échéant, la valeur des actifs hors exploitation, et en est déduit l'endettement financier net.

#### 3.4.2  *Plan d'affaires*

##### 3.4.2.1  *Plan d'affaires du management 2015-2018*

Le plan d'affaires, établi à l'été 2014, s'étend sur la période 2015-2018 (la « période explicite »). Nous avons ajusté le plan d'affaires, en y substituant pour la première année de prévisions, le budget 2015[81] présenté au Conseil de surveillance du 25 février 2015, après prise en compte d'ajustements identifiés par le management suite

---

[80] Résultat d'exploitation (EBIT) net d'impôt, retraité des charges calculées (dotations aux amortissements), déduction faite de la variation de Besoin en Fonds de Roulement (BFR) et des investissements (Capex).
[81] Le budget 2015 a été établi en décembre 2014.

aux réalisations 2015[62]. Le management nous a confirmé que ces réalisations ne remettaient pas en cause les prévisions 2016-2018 du plan d'affaires.

Le plan d'affaires, décliné sur les différentes activités du Groupe, est sous-tendu par les hypothèses suivantes sur la période 2015-2018[63] :

- **Transport** : croissance organique annuelle d'environ 3,0% et marge d'EBITA égale à environ 3,0% du chiffre d'affaires ;

- **Logistique** : croissance organique annuelle d'environ 4,5% et marge d'EBITA égale à environ 5,0% du chiffre d'affaires ;

- *Air & Sea* : croissance organique annuelle d'environ 3,6% et marge d'EBITA égale à environ 2,3% du chiffre d'affaires.

Après élimination des flux intragroupe, le plan d'affaires intègre sur la période explicite une croissance annuelle moyenne de l'ordre de 3,8 % et une marge d'EBITA d'environ 4,1% du chiffre d'affaires. Le plan d'affaires tient ainsi compte d'une amélioration de la profitabilité par rapport aux réalisations des derniers exercices clos (§ 2.3.1) notamment suite à l'intégration de Jacobson.

### 3.4.2.2   *Extrapolation et estimation de la valeur terminale*

Nous avons procédé à l'étirement du plan d'affaires 2015-2018 sur une période de transition de deux années supplémentaires jusqu'en 2020, afin d'appréhender la complète maturité du Groupe dans son périmètre actuel et d'aboutir à un niveau normatif de rentabilité des capitaux investis.

La prolongation du plan d'affaires sur la période de transition 2019-2020 et la détermination de la valeur terminale au-delà de 2020 ont été réalisées selon les hypothèses suivantes :

- une réduction progressive de la croissance du chiffre d'affaires tendant vers 2,0% en année terminale, et ce en lien avec les prévisions d'inflation à long terme[64] des principaux pays européens ou est implanté le Groupe et des États-Unis ;

---

[62] Au 30 avril 2015, les réalisations sont en avance par rapport au budget, notamment en raison d'une avance sur le volume d'activité et de l'effet favorable sur les prestations américaines et anglaises de l'évolution des taux de change du dollar et de la livre sterling.
[63] Les hypothèses sont présentées *pro forma* après prise en compte de l'incidence sur une année pleine de l'intégration de Jacobson.
[64] FMI, *"World Economic Outlook"*, avril 2015.

- 37 -

- un taux d'EBITDA de l'ordre de 6,9% du chiffre d'affaires consolidé, niveau résultant des taux de marge prévisionnels retenus par le management sur la période explicite ;

- un niveau de dotations aux amortissements convergeant progressivement vers le niveau des investissements estimé à 2,5% du chiffre d'affaires en valeur terminale ;

- une variation de BFR nulle.

Sur l'ensemble de la période de prévisions 2015-2020 et en année normative, nous avons retenu un taux d'impôt sur les sociétés de 30%, estimé à partir de la moyenne des taux d'impôt[35] pondérée par la contribution de chaque pays au chiffre d'affaires consolidé[36].

### 3.4.3  Taux d'actualisation

#### 3.4.3.1  Méthode directe ou coût du capital

Dans l'approche directe de calcul du taux d'actualisation, nous avons considéré que la valeur du Groupe n'était pas impactée par sa structure financière, l'économie d'impôts réalisée sur les charges d'intérêts étant compensée par les coûts, implicites ou explicites, attachés au recours à l'endettement.

Le taux d'actualisation est ainsi déterminé directement à partir du beta de l'actif économique moyen[37] ; celui-ci a été estimé à 0,90 sur l'échantillon des sociétés cotées comparables (§ 3.5.1).

Les autres éléments retenus pour la détermination du taux d'actualisation sont (i) un taux sans risque de 1,1% correspondant à la moyenne 12 mois des OAT 10 ans[38] et (ii) une prime de risque du marché français estimée à 7,9%[39].

Le taux d'actualisation a ainsi été estimé à 8,2% :

---

[35] Taux d'impôt société par pays, KPMG, [En ligne] http://www.kpmg.com/global/en/services/tax/tax-tools-and-resources/pages/corporate-tax-rates-table.aspx.

[36] Après prise en compte de l'incidence sur une année pleine de l'intégration de Jacobson, le Groupe réalise l'essentiel de son activité en France, au Royaume-Uni, aux Etats-Unis et en Espagne.

[37] Seuls les betas des comparables dont le rendement de l'action présente une corrélation satisfaisante avec le rendement du marché de référence ont été retenus.

[38] Source : www.banque-france.fr.

[39] Sur la base d'un rendement attendu du marché français estimé à 9%.

- 38 -

| Taux d'actualisation | |
|---|---|
| Coût du capital | |
| Taux sans risque | 1,1% |
| Beta de l'actif économique | 0,90 |
| Prime de risque | 7,9% |
| Taux d'actualisation | 8,2% |

### 3.4.3.2   Méthode indirecte ou Coût Moyen Pondéré du Capital (« CMPC »)

A titre de recoupement, nous avons calculé le taux d'actualisation selon l'approche indirecte du Coût Moyen Pondéré du Capital impliquant la détermination du coût des fonds propres et du coût de la dette par référence à :

- un *gearing* moyen du Groupe sur longue période[60] ;

- un beta réendetté en fonction du *gearing* précité ;

- un coût moyen de la dette avant impôt de 4,0%[61] ; l'incidence de la fiscalité sur le coût effectif de la dette a été calculée à partir d'un taux d'imposition normatif du Groupe de 30% (§ 3.4.2.2) et d'une hypothèse de non déductibilité de 25% de la charge financière nette[62].

| Taux d'actualisation | |
|---|---|
| CMPC | |
| Taux sans risque | 1,1% |
| Beta endetté | 1,43 |
| Prime de risque | 7,9% |
| Coût des fonds propres | 12,4% |
| Coût de la dette avant impôt | 4,0% |
| Taux d'impôt normatif | 30,0% |
| Réintégration charges financières nettes | 25,0% |
| Coût net de la dette | 3,1% |
| Taux d'actualisation | 8,4% |

L'analyse menée tend à montrer que la valeur du Groupe n'est pas affectée de manière significative par sa structure financière. Par simplification et afin d'éviter de préjuger de l'évolution des taux d'intérêt sur le marché, de la structure financière cible du

---

[60] Soit 76 % (source : *Bloomberg*).
[61] Pour mémoire, les émissions obligataires réalisées par Norbert Dentressangle en décembre 2013 comportaient deux tranches rémunérées par des coupons de 3,8 % et 4,0 % pour des maturités respectives de 6 et 7 ans.
[62] Conformément à l'article 212 bis du Code général des impôts.

Groupe et de la valeur de marché des capitaux propres de la Société, l'approche directe a été privilégiée.

### 3.4.4  Synthèse de la valeur par le DCF

Nous présentons ci-après une analyse de sensibilité de la valeur d'entreprise et des capitaux propres du Groupe, ainsi que de la valeur de l'action Norbert Dentressangle aux variations croisées du taux d'actualisation et du taux de croissance à l'infini retenu pour le calcul de la valeur terminale :

| Analyse de sensibilité de la Valeur d'Entreprise (M€) | | | | | |
|---|---|---|---|---|---|
| Croissance | Taux d'actualisation | | | | |
| normative | 7,2% | 7,7% | 8,2% | 8,7% | 9,2% |
| 1,50% | 3 163 | 2 914 | 2 702 | 2 520 | 2 362 |
| 1,75% | 3 278 | 3 009 | 2 782 | 2 588 | 2 420 |
| 2,00% | 3 404 | 3 112 | 2 868 | 2 660 | 2 482 |
| 2,25% | 3 542 | 3 225 | 2 961 | 2 738 | 2 548 |
| 2,50% | 3 695 | 3 348 | 3 062 | 2 823 | 2 619 |

| Analyse de sensibilité de la valeur des Capitaux Propres (M€) | | | | | |
|---|---|---|---|---|---|
| Croissance | Taux d'actualisation | | | | |
| normative | 7,2% | 7,7% | 8,2% | 8,7% | 9,2% |
| 1,50% | 2 001 | 1 752 | 1 540 | 1 358 | 1 199 |
| 1,75% | 2 115 | 1 846 | 1 619 | 1 425 | 1 257 |
| 2,00% | 2 241 | 1 950 | 1 705 | 1 498 | 1 319 |
| 2,25% | 2 380 | 2 062 | 1 799 | 1 576 | 1 385 |
| 2,50% | 2 533 | 2 186 | 1 900 | 1 660 | 1 457 |

| Analyse de sensibilité de la valeur unitaire de l'action (€) | | | | | |
|---|---|---|---|---|---|
| Croissance | Taux d'actualisation | | | | |
| normative | 7,2% | 7,7% | 8,2% | 8,7% | 9,2% |
| 1,50% | 200 € | 175 € | 154 € | 136 € | 120 € |
| 1,75% | 211 € | 185 € | 162 € | 142 € | 126 € |
| 2,00% | 224 € | 195 € | 170 € | 150 € | 132 € |
| 2,25% | 238 € | 206 € | 180 € | 158 € | 138 € |
| 2,50% | 253 € | 218 € | 190 € | 166 € | 146 € |

La valeur centrale de l'action Norbert Dentressangle sur une base diluée ressort à 170 € et s'inscrit dans une fourchette de valeurs comprises entre 142 € et 206 €.

A titre d'information, la valeur centrale de l'action sur une base non diluée ressort à 173 € et s'inscrit dans une fourchette de valeurs comprises entre 145 € et 210 €.

- 40 -

### 3.5    Valorisation analogique par les comparables boursiers

Nous développons dans le présent chapitre la valorisation du titre Norbert Dentressangle par référence aux multiples d'excédent brut d'exploitation (EBITDA) et de résultat opérationnel avant amortissement des écarts d'acquisition et des relations clientèle (EBITA) d'un panel de comparables boursiers.

### 3.5.1   Étendue et composition de l'échantillon

Il n'existe pas à notre connaissance, de sociétés cotées totalement comparables à Norbert Dentressangle réunissant des caractéristiques strictement identiques en termes d'activité, de taille, de taux de marge d'exploitation et de zone géographique d'activité.

En considérant les critères de secteur d'activité, de taux de marge et de perspectives de croissance, nous avons constitué un panel étendu, composé de sociétés cotées évoluant dans les trois activités de Norbert Dentressangle que sont le Transport, la Logistique et le *Freight Forwarding* (*Air & Sea*), et présentant les capitalisations boursières moyennes 1 mois[69] suivantes :

| Comparables | | |
|---|---|---|
| Société | Pays | Capitalisation 1 mois (M€) |
| Norbert Dentressangle | France | 2 148 |
| C.H. Robinson | Etats-Unis | 8 447 |
| Landstar System | Etats-Unis | 2 520 |
| Con-Way | Etats-Unis | 2 158 |
| STEF | France | 748 |
| ID Logistics | France | 579 |
| Wincanton | Royaume-Uni | 268 |
| **Moyenne** | | **2 454** |

Les performances et le profil de ces comparables boursiers sont présentés en annexe 7 et en annexe 8.

---

[69] Source : *Bloomberg* (fin mai 2015).

### 3.5.2 Modalités de calcul des multiples d'EBITDA et d'EBITA par référence à la valeur d'entreprise (VE)

Nous avons écarté les multiples :

- de chiffre d'affaires, car il ne nous apparaît pas pertinent de valoriser le Groupe sur le seul critère du volume d'activité sans tenir compte du critère de rentabilité d'exploitation ;

- de résultat net (PER), qui ne tiennent pas compte des écarts de structure financière et de taux d'imposition.

Les multiples d'EBITDA étant affectés par les différences de politique de financement des entrepôts et des parcs de véhicules (*asset light*[55] vs *asset heavy*[56]), ceux-ci ne sont présentés ici qu'à titre d'information ; nous avons ainsi privilégié les multiples d'EBITA qui permettent de limiter l'incidence de ces différences[57].

Les multiples de l'échantillon pour 2015 et 2016 sont présentés ci-après :

| Multiples boursiers | | | | |
|---|---|---|---|---|
| | VE/EBITDA | | VE/EBITA | |
| Société | 2015 | 2016 | 2015 | 2016 |
| C.H. Robinson | 12,0x | 11,1x | 12,8x | 12,0x |
| Landstar System | 10,1x | 9,2x | 11,4x | 10,3x |
| Con-Way | 4,9x | 4,4x | 8,9x | 7,8x |
| STEF | 6,2x | 5,9x | 12,1x | 11,4x |
| ID Logistics | 11,0x | 10,2x | 16,5x | 15,4x |
| Wincanton | 3,8x | 4,0x | 5,1x | 5,1x |
| **Médiane** | **8,2x** | **7,6x** | **11,7x** | **10,9x** |
| **Moyenne** | **8,0x** | **7,5x** | **11,1x** | **10,3x** |

Nous avons déterminé, à fin mai 2015, les multiples de chacune des sociétés comparables sur la base de (i) la capitalisation boursière moyenne 1 mois des entités, minorée de leur endettement net comptable sous déduction de la valeur nette comptable des intérêts minoritaires et (ii) des estimations d'agrégats issues du consensus d'analystes[58], après calendarisation éventuelle de ces prévisions.

Afin d'extérioriser le maximum de valeur, nous n'avons pas tenu compte d'une éventuelle décote de taille qui pourrait trouver à s'appliquer, au regard d'une sélection de comparables en moyenne plus importants que le Groupe (§ 3.5.1).

---

[55] Recours à la location simple.

[56] Détention en pleine propriété ou financement en crédit-bail.

[57] Par construction, l'EBITA consolidé intègre les loyers relatifs aux biens pris en location simple et les amortissements attachés aux biens détenus en pleine propriété ou financés en crédit-bail.

[58] Source : *Bloomberg*.

- 42 -

### 3.5.3   *Synthèse*

Avec l'application des multiples médians appliqués aux agrégats prévisionnels 2015 et 2016, et sous déduction de l'endettement net retenu pour la méthode analogique (§ 3.1.5.2), la valeur diluée du titre Norbert Dentressangle se situe dans une fourchette de valeurs comprises :

- en multiples d'EBITA, entre 146 € et 171 € ;
- en multiples d'EBITDA, entre 185 € et 199 €.

A titre d'information, la valeur non diluée du titre se situe dans une fourchette de valeurs comprises :

- sur la base des multiples d'EBITA, entre 148 € et 175 € ;
- sur la base des multiples d'EBITDA, entre 188 € et 203 €.

### 3.6   Valorisation analogique par les transactions comparables

Nous développons dans le présent chapitre la valorisation du titre Norbert Dentressangle par référence aux transactions récentes intervenues dans les secteurs d'activité du Groupe. Le caractère parcellaire des informations publiques sur les mouvements capitalistiques dans le secteur du transport ne permet pas de disposer de paramètres de référence fiables.

Afin d'extérioriser le maximum de valeur, nous n'avons pas tenu compte d'un éventuel retraitement des primes de contrôle qui pourrait trouver à s'appliquer à notre échantillon de transactions comparables.

Nous avons appliqué une méthode similaire à celle développée dans l'évaluation par les multiples boursiers (§ 3.5) en déterminant les multiples d'EBITDA et d'EBITA extériorisés par des transactions intervenues dans l'industrie du Transport et de la Logistique depuis 2011.

- 43 -

Les transactions retenues sont les suivantes :

| Multiples transactionnels | | | | |
|---|---|---|---|---|
| Date | Acquéreur | Cible | VE / EBITDA | VE / EBITA |
| juil.-14 | Norbert Dentressangle | Jacobson | 9,9x | 17,4x |
| juil.-14 | TransForce | Contrans Group | 6,9x | 11,6x |
| juil.-14 | Singapore Post Ltd | F.S. Mackenzie Ltd | 8,3x | 8,4x |
| mai-14 | Suomen Transval Group | Vindea Oy | nc | 12,0x |
| avr.-14 | Emerge Vest Ltd | NFT Distribution Ltd | 6,2x | 12,4x |
| janv.-14 | Knight Transportation | Barr-Nunn Transportation | nc | 7,5x |
| nov.-13 | Park Ohio | Henry Halstead | nc | 7,1x |
| nov.-13 | Heartland Express | Gordon Trucking (GTI) | nc | 16,4x |
| sept.-11 | Imperial Holding | Lehnkering | 6,1x | 9,6x |
| **Médiane** | | | **6,9x** | **11,6x** |
| **Moyenne** | | | **7,5x** | **11,4x** |

Avec l'application du multiple médian appliqué aux agrégats 2014 *pro forma*[98] du Groupe, et sous déduction de l'endettement net retenu pour les méthodes d'évaluation analogique (§ 3.1.5.2), la valeur diluée du titre Norbert Dentressangle se situe entre 133 € et 136 €.

| Comparables transactionnels | | |
|---|---|---|
| | xEBITDA | xEBITA |
| Multiple médian | 6,9x | 11,6x |
| Agrégat | 337 | 203 |
| Valeur d'entreprise (M€) | 2 326 | 2 350 |
| Endettement net (M€) | (991) | (991) |
| *Fonds propres (M€)* | *1 335* | *1 359* |
| Nombre d'actions dilué | 10 003 891 | 10 003 891 |
| **Valeur par action** | **133 €** | **136 €** |

A titre d'information, la valeur non diluée de l'action se situe entre 136 € et 138 €.

---

[98] Prise en compte de l'impact de Jacobson sur 12 mois.

### 3.7 Synthèse de la valorisation multicritères du titre Norbert Dentressangle

Le prix de l'Offre est équivalent au prix offert pour l'acquisition du Bloc de Contrôle. Nos travaux mettent en avant l'existence d'une prime sur l'ensemble des autres approches d'évaluation ; nous présentons ci-après la prime déterminée à partir de la valeur centrale[*] du titre estimée selon ces différentes méthodes :



En raison du nombre restreint d'instruments dilutifs en proportion du capital social de la Société, la détermination de la valeur du titre sur une base non diluée n'a pas d'incidence significative sur le niveau des primes ainsi présentées.

---

[*] La valeur centrale présentée correspond pour l'approche :
- du cours de bourse, au cours moyen pondéré 1 mois ;
- des objectifs de cours, au cours cible médian ;
- DCF, à la valeur centrale issue de nos travaux ;
- des comparables boursiers et transactionnels, à la moyenne des fourchettes de valeurs obtenues.

## 4   ANALYSE DES ACCORDS CONCLUS DANS LE CADRE DE L'OFFRE

L'examen des accords conclus dans le cadre de l'Offre (§ 1.7) appelle de notre part les commentaires suivants ; il nous a été confirmé qu'aucun autre accord n'avait été ou ne serait conclu dans le cadre de l'Offre.

Au titre du Plan d'Intéressement :

- l'Initiateur s'engage à racheter les « BSA 2013 A » et « BSA 2013 B » sur la base du prix d'Offre minoré de leur prix d'exercice ; ces instruments, rendus exerçables et cessibles dès le 21 mai 2015 suite à une décision de l'assemblée générale des actionnaires à cette même date, sont actuellement fortement dans la monnaie, le cours de bourse de la Société s'étant ajusté rapidement après l'annonce de l'Opération du 28 avril 2015 aux alentours du prix d'Offre ;

- les actions de performance détenues par les *managers* européens seront annulées et compensées par le versement d'une somme de 217,50 € par action ; les réalisations historiques 2013 et 2014 et les dernières prévisions 2015 permettent de considérer que les conditions de performance des plans d'avril 2013 et d'avril 2014 attribués aux *managers* européens devraient être respectées ;

- les actions de performance détenues par les *managers* américains seront annulées et compensées par l'attribution d'instruments d'intéressement (*restricted stock units*) ayant pour sous-jacent l'action XPO Logistics, sur la base d'un rapport d'échange fondé sur des valeurs de marché, soit le prix d'Offre pour la Société et le cours de bourse pour XPO Logistics ; le plan mis en place par XPO Logistics aura une durée au moins égale à celle du plan de la Société[300] qu'il est amené à remplacer.

Les autres accords conclus dans le cadre de l'Offre n'appellent pas de commentaires de notre part.

Nous n'avons pas identifié, à l'examen de l'ensemble des accords conclus dans le cadre de l'Offre, d'élément de nature à porter atteinte à l'objectivité ou à l'équité du prix d'Offre de 217,50 € par action (coupon de 1,80 € détaché), ainsi qu'à l'égalité entre actionnaires.

---

[300] Plan d'octobre 2014.

## 5 OBSERVATIONS SUR LES ELEMENTS DE VALORISATION DE L'ETABLISSEMENT PRESENTATEUR

Nous avons examiné la restitution des travaux d'évaluation du titre réalisés par Morgan Stanley.

Les méthodes d'évaluation que nous avons employées sont globalement comparables à celles auxquelles a eu recours l'établissement présentateur.

Il ressort de la comparaison de nos travaux de valorisation avec ceux effectués par Morgan Stanley les principaux points suivants.

### 5.1 Valorisation de l'action

#### 5.1.1 Nombre d'actions sur base diluée

Dans nos travaux, nous nous sommes appuyés sur le nombre d'actions et d'instruments donnant accès au capital au 31 mai 2015, l'établissement présentateur ayant retenu ces éléments en date du 31 décembre 2014.

| Nombre d'actions dilué | Ledouble | Morgan Stanley |
|---|---|---|
| Actions en circulation | 9 836 241 | 9 836 241 |
| Bons de souscription d'actions | 110 000 | 79 883 |
| Actions de performance | 102 097 | 111 463 |
| Actions propres | (44 447) | (38 578) |
| **Total** | **10 003 891** | **9 989 009** |

L'impact global[101] de l'exercice des 110.000 BSA au prix d'exercice de 59,55 € est pris en compte par l'établissement présentateur directement *via* le nombre d'actions, soit 79.883.

Dans le cadre de nos travaux, nous avons déduit le nombre total des actions d'autocontrôle en ce y compris les actions existantes au titre du contrat de liquidité[102].

Par ailleurs, nous avons présenté également, à titre d'information, les valeurs sur la base d'une structure de capital non diluée (§ 3.1.3).

---

[101] Celui-ci comprend l'entrée de trésorerie suite à l'exercice des BSA et l'impact dilutif lié aux actions nouvelles attribuées.
[102] DDR 2014, p.130, « *Les actions propres, quelle que soit leur destination, sont imputées sur les capitaux propres* ».

### 5.1.2  Endettement net

Morgan Stanley a retenu un endettement net de 1.054 M€ en valorisation intrinsèque et en valorisation analogique.

Nous raisonnons sur un endettement net de 1.162 M€ en valorisation intrinsèque et de 991 M€ en valorisation analogique (§ 3.1.5).

### 5.1.3  Valorisation intrinsèque

Les différences de mise en œuvre de l'approche DCF avec l'établissement présentateur portent essentiellement sur l'estimation du taux d'actualisation et de la valeur terminale. Pour déterminer celle-ci, l'établissement présentateur retient à titre principal un multiple de sortie ; nous avons capitalisé pour notre part le flux normatif sur un horizon infini à l'aide de la formule de Gordon Shapiro.

A titre d'information, la valeur terminale non actualisée que nous retenons correspond à un multiple implicite de sortie de 11,2x l'EBITA normatif, en ligne avec la moyenne 2015-2016 des multiples médians d'EBITA issus de notre échantillon de sociétés comparables (§ 3.5.2).

### 5.1.4  Valorisation analogique par les multiples boursiers

Notre panel de comparables boursiers englobe celui de Morgan Stanley à l'exception de Knight Transportation Inc. et de Heartland Express Inc. tout en intégrant Landstar System et C.H. Robinson.

- nous avons retenu dans notre échantillon les groupes américains Landstar et C.H. Robinson, qui se rapprochent du Groupe en termes d'activité, de croissance et de taux de marge ; privilégier les multiples d'EBITA nous permet de limiter l'incidence des politiques d'investissement (asset light vs asset heavy) ;

- nous avons écarté de notre sélection les transporteurs américains Knight Transportation Inc. et Heartland Express car les écarts de marge constatés entre ces sociétés et le Groupe ainsi que les autres sociétés de notre panel de comparables, traduisent des disparités en termes de modèle économique ; par ailleurs les retenir aurait conduit à surpondérer dans notre échantillon les sociétés implantées aux Etats-Unis[10].

---

[10] Après l'acquisition de Jacobson, Norbert Dentressangle réalise environ 15 % de son chiffre d'affaires aux Etats-Unis.

- 48 -

### 5.1.5  *Valorisation analogique par les transactions comparables*

Notre panel de transactions intègre des transactions postérieures à 2010 ; l'établissement présentateur se réfère également à des opérations antérieures.

### 5.2   Synthèse sur la valorisation du titre Norbert Dentressangle

La comparaison chiffrée de nos travaux avec ceux de l'établissement présentateur est présentée ci-après :

| Synthèse | Ledouble | | Morgan Stanley | |
|---|---|---|---|---|
| | Valeur centrale | Prime (%) | Valeur centrale | Prime (%) |
| **Acquisition du Bloc de Contrôle** | | | | |
| Prix du Bloc de Contrôle | 219 € | - | 219 € | - |
| **Cours de bourse** | | | | |
| Spot - 28 avril 2015 | 159 € | 37,8% | 159 € | 37,8% |
| Moyenne pondérée 1 mois | 155 € | 41,1% | 155 € | 41,1% |
| Moyenne pondérée 3 mois | 149 € | 47,3% | 149 € | 47,3% |
| Moyenne pondérée 6 mois | 135 € | 62,2% | 135 € | 62,2% |
| Moyenne pondérée 12 mois | 122 € | 79,4% | 122 € | 79,4% |
| **Objectifs de cours** | | | | |
| Cours cible | 174 € | 26,4% | 174 € | 26,4% |
| **Approche DCF** | | | | |
| DCF | 170 € | 28,6% | 192 € | 14,2% |
| **Multiples boursiers** | | | | |
| VE/EBITA - 2015 | 171 € | 27,9% | 170 € | 29,1% |
| VE/EBITA - 2016 | 146 € | 50,5% | 137 € | 59,9% |
| VE/EBITDA - 2015 | 199 € | 10,2% | 139 € | 58,1% |
| VE/EBITDA - 2016 | 185 € | 18,8% | 129 € | 69,4% |
| PER - 2015 | nc | nc | 202 € | 8,5% |
| PER - 2016 | nc | nc | 189 € | 16,0% |
| **Multiples transactionnels** | | | | |
| Transactions OPA en France | nc | nc | 195 € | 12,7% |
| Transactions comparables | 135 € | 62,9% | 138 € | 59,2% |

# 6 CONCLUSION

A l'issue de nos travaux de valorisation du titre Norbert Dentressangle, nous constatons que le prix d'Offre extériorise une prime sur l'ensemble des critères d'évaluation.

Les accords conclus dans le cadre de l'Offre sont sans incidence sur notre appréciation de l'équité du prix d'Offre.

Nous sommes d'avis que le prix proposé de 217,50 € (coupon de 1,80 € détaché) est équitable d'un point de vue financier pour les actionnaires de Norbert Dentressangle dans la perspective de mise en œuvre d'un retrait obligatoire.

Fait à Paris, le 10 juin 2015

LEDOUBLE SAS

Olivier CRETTE                    Sébastien SANCHO

- 50 -

## ANNEXES

- Programme de travail détaillé et rémunération de l'expert    Annexe 1

- Principales étapes de l'expertise    Annexe 2

- Liste de personnes rencontrées et/ou contactées par l'expert    Annexe 3

- Principales sources d'information exploitées    Annexe 4

- Composition de l'équipe Ledouble    Annexe 5

- Liste des expertises et analyses financières réalisées par Ledouble  Annexe 6

- Performances prévisionnelles des comparables boursiers    Annexe 7

- Présentation de l'activité des comparables    Annexe 8

<u>Annexe 1</u> : Programme de travail détaillé et rémunération de l'expert

**1.  Travaux préliminaires et prise de connaissance**

-  Revue de presse et recherches documentaires

-  Analyse de l'Opération et de son cadre juridique

-  Etude de l'évolution historique du titre de la Société et des objectifs de cours

-  Entretiens avec les représentants de la Société et de l'Initiateur, de l'établissement présentateur, ainsi que leurs conseils respectifs

**2.  Travaux de valorisation**

-  Revue des résultats historiques, de la structure financière et des événements marquants de la Société

-  Constitution d'un panel de comparables boursiers et transactionnels

-  Requêtes documentaires

-  Recherches d'informations sectorielles et financières dans les bases de données

-  Evaluation multicritères du titre de la Société

**3.  Rapport d'expertise indépendante**

-  Réunions et entretiens téléphoniques

-  Rédaction d'une lettre de mission

-  Rédaction d'une proposition de lettre d'affirmation à l'attention des représentants de la Société et de l'Initiateur

-  Rédaction du rapport

-  Administration et supervision de la mission

**4.  Rémunération**

Le montant global des honoraires aux termes de la lettre de mission de Ledouble en date du 7 mai 2015 s'établit entre 260.000 € et 280.000 € (hors taxes et débours), en fonction du temps passé.

**Annexe 2** : Principales étapes de l'expertise

⇒ **Semaine du 27 avril au 3 mai 2015**

- Contacts préalables
- Désignation de l'expert indépendant par le Conseil de surveillance de la Société
- Exploitation des informations publiques disponibles sur le site de la Société
- Examen des informations de la *data room* mises à disposition de l'Initiateur dans le cadre de ses diligences
- Étude de la documentation juridique relative à l'Offre

⇒ **Semaine du 4 mai au 10 mai 2015**

- Proposition de lettre de mission
- Requêtes documentaires
- Contacts, réunions et entretiens avec l'établissement présentateur et les Conseils
- Analyse de l'évolution du cours de bourse de la Société
- Recherches d'informations sectorielles et financières dans les bases de données
- Constitution d'un panel de comparables boursiers et transactionnels

⇒ **Semaine du 11 mai au 17 mai 2015**

- Exploitation des informations recueillies comprenant le plan d'affaires et mise en œuvre d'une évaluation multicritères
- Requêtes documentaires complémentaires
- Examen de la documentation juridique relative aux opérations d'apports préalables à l'Offre et entretiens avec le commissaire aux apports
- Rédaction de la trame du rapport d'expertise indépendante

⇒ **Semaine du 18 mai au 24 mai 2015**

- Entretiens avec les représentants de la Société
- Exploitation des informations reçues au titre de nos demandes d'informations complémentaires
- Examen du rapport du commissaire aux apports
- Exploitation du projet de note d'information de l'Initiateur
- Entretiens avec les Conseils

⇒ **Semaine du 25 au 31 mai 2015**

- Entretiens avec les représentants de l'Initiateur
- Contacts et entretiens avec les représentants de la Société et les Conseils
- Demandes d'informations complémentaires
- Finalisation des travaux d'évaluation
- Rédaction du rapport d'expertise indépendante

⇒ **Semaine du 1er au 7 juin 2015**

- Propositions de lettres d'affirmation
- Exploitation du projet de note d'information en réponse de la Société
- Levée des points en suspens
- Transmission du projet de rapport d'expertise indépendante

⇒ **Semaine du 8 au 14 juin 2015**

- Présentation du projet de rapport d'expertise indépendante
- Délivrance de l'attestation d'équité en vue du Conseil de Surveillance de la Société et du dépôt de la note d'information en réponse auprès de l'AMF

- 54 -

<u>Annexe 3</u> : Liste des principales personnes rencontrées et/ou contactées par l'expert

### 1) SOCIETE

| | |
|---|---|
| Jean-Luc Poumarède | Membre du Conseil de surveillance, Président de la Commission d'Audit |
| Vincent Menez | Membre du Conseil de surveillance, Membre de la Commission d'Audit |
| Patrick Bataillard | Membre du Directoire, Directeur Financier Groupe |
| Gaultier de la Rochebrochard | Directeur juridique Groupe |
| Cyril Trossat | Directeur de la consolidation |

### 2) GROUPE XPO

| | |
|---|---|
| Gordon Devens | *Senior Vice President and General Counsel* |
| John Hardig | *Chief Financial Officer* |

### 3) ETABLISSEMENT PRESENTATEUR

| | |
|---|---|
| Alban de La Sablière | *Managing Director* |
| Marie-Charlotte Etienne | *Executive Director* |
| Jean Dorcier | *Analyst* |

### 4) CONSEILS

<u>Rothschild</u>

| | |
|---|---|
| Cyril de Mont-Marin | Associé gérant |
| Pierre-Henri Chappaz | *Managing Director* |
| Pierre Boscher | *Assistant Director* |
| Oussama Lemsyeh | *Analyst* |

- 55 -

**JP Morgan**

| | |
|---|---|
| Edouard Debost | *Managing Director* |
| Olivier Simon | *Executive Director* |
| Benoit Hourdain | *Associate* |

**Bredin Prat**

| | |
|---|---|
| Olivier Assant | Avocat à la Cour |
| Karine Angel | Avocat à la Cour |
| Bena Mara | Avocat à la Cour |

**Darroy Villey Maillot Brochier**

| | |
|---|---|
| Olivier Huygues Despointes | Avocat associé |

5)   *COMMISSAIRE AUX APPORTS*

| | |
|---|---|
| Sylvain Mary | Commissaire aux apports |

- 56 -

**Annexe 4 : Principales sources d'information exploitées**

**Documentation relative à l'Opération**

- Projet de note d'information relative à l'Offre visant les actions de la Société initiée par XPO présentée par Morgan Stanley

- Note d'information en réponse de la Société relative à l'Offre visant les actions de la Société initiée par XPO

- Communication publique de l'Offre en date du 28 avril 2015

- Procès-verbal du Conseil de surveillance du 27 avril 2015 rappelant l'accueil favorable fait au projet d'Offre par le Conseil de surveillance et autorisant le Président du Directoire à conclure le TOA

- SPA conclu le 28 avril 2015 entre M. Norbert Dentressangle, Mme Evelyne Dentressangle, M. Pierre Henri Dentressangle, Mme Marine Denstressangle et XPO Logistics.

- TOA conclu le 28 avril 2015 entre la Société et XPO Logistics.

- Plan d'Intéressement conclu entre XPO Logistics et l'ensemble des membres du Directoire et annexé au TOA

- Projet de traité d'apport du 15 mai 2015 entre M. Norbert Dentressangle, Mme Evelyne Dentressangle et DI SAS

- Projet de rapport d'évaluation initial de Morgan Stanley et mises à jour ultérieures

**Documentation juridique de la Société**

- Procès-verbaux du Directoire de 2013, 2014 et 2015

- Procès-verbaux du Conseil de Surveillance de 2013, 2014 et 2015

- Projet de texte des résolutions proposées aux Assemblées générales 2013, 2014 et 2015

- Nombre total d'actions et de droits de vote composant le capital social de la Société au 31 mai 2015

- Nombre de bons de souscription d'actions en circulation au 31 mai 2015

- Nombre d'actions de performance au 31 mai 2015

**Documentation comptable et financière de la Société**

-   Documents de référence[104]

-   Communiqué de presse présentant l'Opération[105]

-   Présentation des résultats 2014[106]

-   Tests d'*impairment* au 31 décembre 2014

-   Présentation du budget 2015[107]

-   Plan d'affaires 2015-2018

-   Présentation des résultats au 31 mars 2015[108] et au 30 avril 2015

-   Notes de brokers les plus récentes[109]

**Documentation de l'Initiateur**

-   Documents de référence[110]

-   Communiqué de presse présentant l'Opération[111]

-   *Conference call* présentant l'Opération[112]

-   Notes de brokers[113]

**Documentation sectorielle**

-   Xerfi, « Le *freight forwarding* », août 2014.

-   Xerfi, « Le transport routier de marchandises », février 2014

-   Xerfi, « L'entreposage frigorifique et non frigorifique », février 2014

-   Xerfi, "*Logistics Groups – World, Market Analysis – 2014-2019 Trends*", août 2014

---

[104] http://www.norbert-dentressangle.com/fr/Investisseurs.
[105] http://www.norbert-dentressangle.com/fr/Presse/Actualites.
[106] http://www.norbert-dentressangle.com/fr/Investisseurs/Informations-Financieres.
[107] « Book budget 2015 – Group Finance ».
[108] Document de la Société intitulé « Commission d'audit – le 19 mai 2015 ».
[109] ThomsonOne, notes communiquées par la Société et son conseil financier.
[110] http://investors.xpologistics.com/phoenix.zhtml?c=204615&p=irol-reportsannual.
[111] http://investors.xpologistics.com.
[112] http://investors.xpologistics.com/phoenix.zhtml?c=204615&p=irol-newsArticle&ID=2041131 ; "XPO
Logistics will hold a conference call to discuss the proposed transaction on Wednesday, April 29, 2015".
[113] ThomsonOne.

- 58 -


**Bases de données**

- *Bloomberg*
- *ThomsonOne*
- *Infinancials*
- *Xerfi*

**Informations en ligne**[114]

- Revue de presse (Factiva, La Tribune, La Dépêche, Le Monde, Les Echos, *The Financial Times*, Marketwatch.com)
- Site d'information de la Société : http://www.norbert-dentressangle.com/fr/
- Site d'information de XPO Logistics : http://www.xpologistics.com/
- Site d'information de l'AMF : http://www.amf-france.org/
- Site d'information de la Banque de France : www.banque-france.fr.
- Damodaran, « *Transportation* », janvier 2015: http://people.stern.nyu.edu/adamodar/New_Home_Page/datafile/Betas.html
- KPMG, « *Q3 2014 Transportation and logistics M&A update* »: https://www.kpmg.com/NL/nl/IssuesAndInsights/ArticlesPublications/Documents/PDF/Transactions-Restructuring/MA-TL-Sector-update-Q3-2014.pdf.
- FMI, *"World Economic Outlook"*, avril 2015: http://www.imf.org/external/pubs/ft/weo/2015/01/pdf/text.pdf

---

[114] Liens Web au 8 juin 2015.

<u>Annexe 5</u> : Composition de l'équipe Ledouble

Ledouble est un cabinet spécialisé dans l'expertise financière. A ce titre, il a réalisé de nombreuses missions d'expertise indépendante, notamment dans le cadre d'offres publiques. Les principales missions d'expertise et d'analyses financières indépendantes effectuées dans ce domaine de 2008 à 2015 figurent en annexe 6. Ledouble est membre fondateur de l'Association Professionnelle des Experts Indépendants (APEI), association professionnelle agréée par l'AMF en application de l'article 263-1 de son règlement général, de la Société Française des Évaluateurs (SFEV), et suit les règles déontologiques décrites sur son site Internet : http://www.ledouble.fr.

**Olivier CRETTÉ, Associé**

- Expert-comptable et commissaire aux comptes, EM Lyon, docteur en sciences de gestion
- Membre du Comité directeur de l'APEI
- Membre de la SFEV
- Membre de la Commission Evaluation de l'association des Directeurs Financiers et Contrôleurs de Gestion (DFCG)
- Membre de la Commission des Normes Professionnelles de la Compagnie Nationale des Commissaires aux Comptes (CNCC)
- Conduit régulièrement des missions d'expertise indépendante et d'évaluation
- Professeur associé au Conservatoire National des Arts et Metiers (CNAM), chargé de cours à l'Institut d'Administration des Entreprises (IAE) de Paris et à l'Université Paris IX – Dauphine

**Sébastien SANCHO, Associé**

- Expert-comptable et commissaire aux comptes, Master 225 « Finance d'entreprise et d'ingénierie financière » de l'Université Paris IX – Dauphine, MSTCF Paris IX – Dauphine, certifié « Islamic Qualification »
- Membre de la SFEV
- Membre de la Commission Evaluation de l'association nationale des Directeurs Financiers et de Contrôle de Gestion (DFCG)
- Conduit régulièrement des missions d'expertise indépendante et d'évaluation

**Romain DELAFONT, Responsable de mission**

- Master 225 « Finance d'entreprise et d'ingénierie financière » de l'Université Paris IX – Dauphine
- Diplôme Supérieur de Comptabilité et de Gestion
- Membre de la SFEV
- Intervient régulièrement dans des missions d'expertise indépendante et d'évaluation

**Edouard HAYOT, Analyste**

- Neoma Business School
- Intervient régulièrement dans des missions d'expertise indépendante et d'évaluation

**Dominique LEDOUBLE, en charge de la revue indépendante**

*Dominique Ledouble n'a pas pris part directement aux travaux diligentés dans le cadre de l'expertise indépendante ; il est intervenu au titre de contrôleur qualité interne au sein de Ledouble conformément à l'article 2 de l'instruction AMF 2006-08.*

- HEC, expert-comptable et commissaire aux comptes, docteur en droit
- Président de la Fédération Française des Experts en Evaluation (FFEE)
- Fondateur et Président d'honneur de l'APEI
- Membre de la SFEV
- Intervient régulièrement dans des missions d'expertise indépendante et d'évaluation
- Chargé de cours à Sciences-Po

**Annexe 6** : Liste des expertises et analyses financières réalisées par Ledouble

| Année | Société | Etablissement présentateur |
|---|---|---|
| 2015 | Euro Disney SCA | BNP Paribas |
| 2014 | Euro Disney SCA | [113] |
| 2014 | Siic de Paris | Natixis |
| 2014 | Bull | Rothschild |
| 2013 | Global Graphics | |
| 2013 | Sam | Société Générale |
| 2013 | Etam | Natixis |
| 2013 | Tesfran | Oddo Corporate Finance |
| 2013 | Monceau Fleurs | Omega Capital Market |
| 2013 | Sical | Arkeon Finance |
| 2013 | Auto Escape | Portzampare |
| 2013 | Klemurs | Morgan Stanley |
| 2013 | Foncière Sépric | Crédit Agricole CIB |
| 2013 | Elixens | Banque Palatine |
| 2012 | Orchestra Kazibao | Arkeon Finance |
| 2012 | Leguide.com | Natixis |
| 2011 | Xiring | Oddo Corporate Finance |
| 2011 | Maurel et Prom Nigeria | |
| 2011 | Eurosic | BNP Paribas, CM CIC Securities, CACIB, Natixis |
| 2011 | Metrologic | HSBC |
| 2011 | Merci Plus | Oddo Corporate Finance |
| 2010 | Stallergenes | Deutsche Bank |
| 2010 | Initiative et Finance | Rothschild |
| 2010 | Sperian Protection | BNP Paribas |
| 2010 | Sodifrance | Portzampare |
| 2010 | Radiall | Oddo Corporate Finance |
| 2009 | Foncière Développement Logement | Société Générale et Calyon |
| 2009 | L'Inventoriste | Dexia Securities France |
| 2009 | GiFi | Société Générale |
| 2009 | Homair Vacances | Arkeon Finance |
| 2008 | Keyrus | Calyon |
| 2008 | Réponse SA | Rothschild Transaction R |
| 2008 | SASA | Oddo Corporate Finance |
| 2008 | Sodexo | Lazard |
| 2008 | Alain Afflelou | Lazard |
| 2008 | Cedip | Oddo Corporate Finance |

---

[113] Augmentations de capital réservées (article 261-2 du règlement général de l'AMF).

· 62 ·

**Annexe 7 : Performances prévisionnelles des comparables boursiers**

| Comparables boursiers | | % croissance du CA | | | EBITDA (% CA) | | | EBITA (% CA) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Société | Référence annexe 8 | 2015 | 2016 | 2017 | 2015 | 2016 | 2017 | 2015 | 2016 | 2017 |
| C.H. Robinson | §8.1 | 6% | 7% | 6% | 6% | 6% | 6% | 6% | 6% | 6% |
| Landstar System | §8.2 | 6% | 7% | 8% | 8% | 8% | 8% | 7% | 7% | 8% |
| Con-Way | §8.3 | 2% | 6% | 5% | 9% | 10% | 10% | 5% | 6% | 6% |
| STEF | §8.4 | 3% | 3% | 3% | 7% | 7% | 8% | 4% | 4% | nc |
| ID Logistics | §8.5 | 8% | 8% | 6% | 7% | 7% | 7% | 5% | 5% | 5% |
| Wincanton | §8.6 | 1% | 2% | 2% | 6% | 6% | 6% | 5% | 4% | 6% |
| **Médiane** | | **4%** | **7%** | **6%** | **7%** | **7%** | **8%** | **5%** | **5%** | **6%** |
| **Moyenne** | | **4%** | **6%** | **5%** | **7%** | **7%** | **8%** | **5%** | **5%** | **6%** |

<u>Annexe 8 : Présentation de l'activité des comparables[116]</u>

| 8.1    C.H. Robinson |
|---|

Groupe américain spécialisé dans les services de transport et de logistique.

C.H. Robinson est structuré en trois divisions :

- la division « *Transportation* » regroupe des activités de transport (routier, international, fret) et de logistique ;
- la division « *Sourcing* » correspond à l'achat et la vente de denrées périssables ;
- l'activité « *Payment Services* », qui reste très marginale, tire ses revenus des avances de paiement octroyées à ses clients.

Le groupe exploite un réseau de près de 280 bureaux répartis en Amérique du Nord, en Europe, en Asie et en Amérique du Sud.



---

[116] Dans l'ordre de présentation de l'annexe 7.

| 8.2 | Landstar System |
|---|---|

Groupe américain spécialisé dans les services de transport et de logistique.

Landstar est structuré en deux divisions :

- la division « *Transportation / Logistics* » englobe les services de transport (essentiellement routier) et de logistique ;
- la division « *Insurance* » propose des services de gestion des risques à ses clients.

Le groupe opère essentiellement sur le marché nord-américain. Au 31 décembre 2014, il exploitait 8.953 semi-remorques dont 852 sous contrat de crédit-bail et 3.927 fournis par des indépendants.



- 65 -

| 8.3 | Con-Way |
| --- | --- |

Groupe américain spécialisé dans les services de transport et de logistique.

Con-Way est structuré en trois divisions :

- l'activité fret à travers sa filiale « *Con-way freight* » fournit des services régionaux et internationaux essentiellement en Amérique du Nord ;
- l'activité logistique à travers sa filiale « *Menlo Worldwide Logistic* » ; en 2014, le groupe exploitait 78 entrepôts en Amérique du Nord et 81 hors Amérique du Nord ;
- le transport routier ou « *Truckload* » avec une flotte de 7 800 semi-remorques et 2 600 tracteurs.

Con-Way est présent dans plus de 500 sites en Amérique du Nord ainsi que dans 20 autres pays répartis sur les 5 continents. Con-Way détient en propre 146 centres sur les 297 centres exploités.



| 8.4 | STEF |
|---|---|

Groupe français et acteur de premier ordre en Europe, STEF est le *leader* européen du transport et de la logistique de produits alimentaires frais et surgelés. Son activité est segmentée comme suit :

- le « Transport France » assure le transport routier de denrées périssables alimentaires (produits carnés, laitiers, boissons,…) et de produits pharmaceutiques et cosmétiques ;
- le pôle « International » regroupe les activités de transport et de logistique à l'étranger ;
- le pôle « Logistique » avec un patrimoine de 225 entrepôts et plateformes pour un volume global d'entreposage de 6.767.000 m³ ;
- le pôle « Maritime » assure le transport maritime de passagers et de fret entre le port de Marseille et les ports de Corse.
- les autres activités regroupent deux pôles d'expertise : Pôle Systèmes d'Information (informatique client, informatique gestion,…) et Pôle Immobilier (gérant le patrimoine immobilier du groupe).

Les principaux marchés clients du groupe sont l'agroalimentaire, la grande distribution, l'industrie pharmaceutique et cosmétique, les producteurs de fleurs.

Le groupe privilégie une politique de détention de ses actifs immobiliers.





| 8.5 | ID Logistics |
|---|---|

Groupe français « *Pure Player* » de la logistique contractuelle, ID Logistic est devenu l'un des *leaders* du secteur e-commerce en France et en Europe.

Le groupe a deux activités principales :

- la logistique, qui représente l'essentiel de son activité, consiste en l'entreposage, la préparation de commandes mais aussi en des solutions de *freight forwarding* et de transport avec sa filiale La Flèche ;
- la gestion de la *supply chain* (activité transversale) correspond au pilotage de la *supply chain*, la gestion des flux en amont et aval, et au suivi d'indicateurs.

Le groupe réalise la majeure partie de son chiffre d'affaires avec des enseignes de distribution (Carrefour, Auchan, Fnac) en France et en Europe. Il est aussi présent en Chine, au Brésil et en Indonésie. A fin 2014, le groupe exploitait 184 entrepôts dans le monde pour une surface de 3,6 millions de mètres carrés.





| 8.6 | Wincanton |
|-----|-----------|

Groupe anglais spécialisé dans les services de logistique et de transport, Wincanton intervient essentiellement au Royaume-Uni à travers plus de 200 sites et exploite près de 13 millions de mètres carrés d'espace d'entreposage et près de 3.600 véhicules utilitaires.

L'activité du groupe se décompose en deux pôles :

- « *the contract logistics* » (85% du chiffre d'affaires en 2014) consistant en des offres de services tels que le transport routier, l'entreposage, et la livraison ;
- « *the specialist business* » consistant en des offres de transport en conteneurs, de fret et de maintenance (via notamment Pullman et Wincanton Records Management).




### IX.   AVIS DU COMITE DE GROUPE DE NORBERT DENTRESSANGLE

*Réunion de Comité de groupe extraordinaire du 28 mai 2015*

*Les membres du comité de groupe Norbert Dentressangle réuni ce jour en réunion extraordinaire en vue de sa consultation au titre d'une Offre publique d'Achat portant sur la société Norbert Dentressangle S.A, ont :*

- *Procédé à l'audition du rapport de l'expert mandaté le 4 mai 2015 dans le cadre de l'article L.2323-21 du Code de Travail ;*
- *Entendu les informations et explications apportées par la Direction de Norbert Dentressangle et par Gordon Devens, représentant de XPO Logistics, auteur de l'Offre ;*
- *Après en avoir débattu, décidé de rendre leur avis sur le projet d'Offre soumis à leur consultation.*

*A l'issue du vote, le comité de groupe Norbert Dentressangle à rendu l'avis suivant à la majorité de ses membres présents :*

*Compte tenu d'un montage financier permanent à ce jour non bouclé, de la logique de l'investisseur et de sa stratégie de faire monter l'action pour une revente à moyen terme.*

*Compte tenu d'un refus de réponse positive à l'ensemble des demandes d'engagement du Comité de Groupe.*

*Les membres du Comité de Groupe CFDT, CGT, FO, UNSA, FNCR rendent un avis défavorable au rachat de ND par XPO.*

*Compte tenu des incertitudes persistantes sur les perspectives détaillées découlant du rachat de ND par XPO logistique, les membres du Comité de groupe CFTC et les membres candidat Libre et CFE CGC ne peuvent rendre un avis.*

Le rapport de l'expert-comptable au comité de groupe se trouve en Annexe 1 de la présente note.

### X.   MODALITES DE MISE A DISPOSITION DES INFORMATIONS RELATIVES A LA SOCIETE

Les autres informations relatives aux caractéristiques, notamment juridiques, financières et comptables de la Société seront déposées auprès de l'AMF au plus tard la veille de l'ouverture de l'Offre. En application de l'article 231-28 du Règlement général, elles seront disponibles sur les sites Internet de Norbert Dentressangle (www.norbert-dentressangle.fr) et de l'AMF (www.amf-france.org), la veille de l'ouverture de l'Offre et pourront être obtenues sans frais auprès de Norbert Dentressangle Groupe - 192, avenue Thiers - 69006 Lyon Cedex 44.

### XI.   PERSONNES QUI ASSUMENT LA RESPONSABILITE DE LA NOTE EN REPONSE

*« A ma connaissance, les données de la présente note en réponse sont conformes à la réalité et ne comportent pas d'omission de nature à en altérer la portée. »*

Monsieur Hervé Montjotin
Président du Directoire de Norbert Dentressangle

**ANNEXE I. RAPPORT DE L'EXPERT-COMPTABLE AU COMITE DE GROUPE**

**GROUPE
NORBERT
DENTRESSANGLE**

Rapport sur l'Offre Publique
d'Acquisition de XPO Logistics

**GROUPE NORBERT DENTRESSANGLE
192 AVENUE THIERS
69457 LYON CEDEX 6 FRANCE**

Mesdames, Messieurs,

Nous avons été désignés par les élus du Comité de Groupe de Norbert Dentressangle, en date du 4 mai 2015, pour les assister sur l'analyse de l'OPA réalisée par XPO Logistics sur Norbert Dentressangle SA dans le cadre de l'article L.2325-35.

Cette désignation a fait l'objet d'une lettre de mission passée avec le Comité de Groupe en date du 4 mai 2015 et d'un courrier à la Direction du Groupe Norbert Dentressangle en date du 5 mai 2015.

Nous renvoyons également, pour ces travaux, à notre note flash réalisée pour le comité de groupe sur le rachat de GND datée du 29 avril 2015 et à notre note de travail sur l'audition du repreneur XPO Logistics datée du 6 mai 2015.

Nous nous sommes appuyés pour la réalisation de cette note sur :

- De la documentation externe à l'entreprise (informations économiques, articles de presse, études statistiques...) ;
- De la documentation interne publique (rapports financiers).

Nous remercions les élus du Comité de Groupe pour la confiance renouvelée qu'ils nous témoignent.

Nous nous tenons à votre disposition pour vous apporter toutes explications complémentaires et approfondir les points que vous estimeriez nécessaires et vous prions de recevoir l'expression de notre meilleure considération.

Paris, le 27 mai 2015

Catherine Ferrière                          Grégory Djaouk
Expert comptable                            Carl Guinet
                                            Benjamin Pierre
                                            Martine Pindard



Groupe Norbert Dentressangle – Rapport sur l'OPA
de XPO Logistics – 2015

2

## PRÉAMBULE : RAPPELS SUR LE CADRE LÉGAL DE L'INFORMATION/CONSULTATION DU COMITÉ DE GROUPE (1/4)

- o Convocation de la première réunion d'information sur l'OPA :
  - Article L.2323-21 du Code du travail :
    - « *Lors du dépôt d'une offre publique d'acquisition, l'employeur de l'entreprise sur laquelle porte l'offre et l'employeur qui est l'auteur de cette offre réunissent immédiatement leur comité d'entreprise respectif pour l'en informer. [...]*
    - *Au cours de la réunion du comité de l'entreprise qui fait l'objet de l'offre, l'employeur indique si l'offre a été sollicitée ou non. Le comité d'entreprise décide s'il souhaite procéder à l'audition de l'auteur de l'offre et désigner un expert-comptable dans les conditions prévues à l'article L.2325-35. Il peut également se prononcer sur le caractère amical ou hostile de l'offre.* »
  - Article L.2323-23-1 du Code du travail :
    - « *I. — A la demande de l'employeur auteur de l'offre, l'employeur de l'entreprise sur laquelle porte l'offre peut réunir son comité d'entreprise dans les deux jours ouvrables suivant l'annonce de cette offre. Les articles L. 2323-21 à L. 2323-23 s'appliquent. Les délais prévus à ces mêmes articles courent à compter de l'annonce de l'offre. [...]* »
- o L'audition du repreneur :
  - Article L.2323-21-1 du Code du travail :
    - L'audition de l'auteur de l'offre mentionnée au dernier alinéa de l'article L.2323-21 se tient dans un délai d'une semaine à compter du dépôt du projet d'offre publique d'acquisition.
    - Lors de son audition, l'auteur de l'offre peut se faire assister des personnes de son choix. Il présente au comité d'entreprise sa politique industrielle et financière, ses plans stratégiques pour la société concernée et les répercussions de la mise en œuvre de l'offre sur l'ensemble des intérêts, l'emploi, les sites d'activité et la localisation des centres de décision de cette société.
    - Le comité d'entreprise peut se faire assister de l'expert-comptable désigné en application du dernier alinéa du même article L.2323-21.



3

## PRÉAMBULE : RAPPELS SUR LE CADRE LÉGAL DE L'INFORMATION/CONSULTATION DU COMITÉ DE GROUPE (2/4)

- o Réunion de consultation et avis du comité :
  - Article L.2323-23 :
    - « *I. — Préalablement à l'avis motivé rendu par le conseil d'administration ou le conseil de surveillance sur l'intérêt de l'offre et sur les conséquences de celle-ci pour la société visée, ses actionnaires et ses salariés, le comité de l'entreprise faisant l'objet de l'offre est réuni et consulté sur le projet d'offre. Au cours de cette réunion, il examine le rapport établi par l'expert-comptable en application de l'article L.2323-22-1 et peut demander la présence de l'auteur de l'offre.*
    - *Le comité d'entreprise émet son avis dans un délai d'un mois à compter du dépôt du projet d'offre publique d'acquisition. En l'absence d'avis dans ces délais, il est réputé avoir été consulté.*
    - *L'avis du comité d'entreprise ainsi que le rapport de l'expert-comptable sont reproduits dans la note en réponse établie par la société faisant l'objet de l'offre ou, s'il y a lieu, dans la note d'information commune établie par l'auteur de l'offre et la société faisant l'objet de l'offre. [...]* »
- o Rapport de l'expert-comptable du comité :
  - Article L.2323-22-1 :
    - « *L'expert-comptable désigné en application du dernier alinéa de l'article L.2323-21 établit un rapport qui évalue la politique industrielle et financière et les plans stratégiques que l'auteur de l'offre envisage d'appliquer à la société objet de l'offre, ainsi que les répercussions de leur mise en œuvre sur l'ensemble des intérêts, l'emploi, les sites d'activité et la localisation des centres de décision de cette dernière société. [...]* »

4

Groupe Herbert Desmarsanglé – Rapport sur l'OPA de XPO Logistics – 2015

## PRÉAMBULE : RAPPELS SUR LE CADRE LÉGAL DE L'INFORMATION/CONSULTATION DU COMITÉ DE GROUPE (3/4)

- ❑ Suivi des engagements formulés par le repreneur :
  - Article L.2323-26-1:
    - *Si, à l'issue de l'offre publique, l'auteur de l'offre a acquis le contrôle de l'entreprise faisant l'objet de l'offre au sens des articles L. 233-1, L. 233-3 et L. 233-16 du code de commerce, il rend compte au comité d'entreprise de cette société, au cours du sixième, du douzième et du vingt-quatrième mois suivant la clôture de l'offre, de la manière dont il a mis en œuvre les déclarations d'intention et, le cas échéant, les engagements qu'il a pris auprès du comité d'entreprise, dans le cadre des auditions prévues aux articles L. 2323-21-1 et L. 2323-23 du présent code, en matière d'emploi, de maintien des sites d'activité et de localisation des centres de décision exprimés dans la note d'information mentionnée au IX de l'article L. 621-8 du code monétaire et financier. [...] »*



Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

5

---

## PRÉAMBULE : MODALITÉS DE RÉALISATION DE LA MISSION (4/4)

- ❑ A la date de rédaction de ce rapport et en dépit de nos demandes, les informations ci-dessous restent manquantes :
  - Conclusions du rapport de l'expert indépendant (M. Ledouble) sur le projet d'OPA : la Direction précise que ce document sera disponible seulement début juin ;
  - Hypothèses chiffrées en matière de croissance externe par zone géographique et métier ainsi que le calendrier prévu ;
  - Business plan détaillé à 3 ans de XPO Logistics faisant suite au rachat du Groupe Norbert Dentressangle : la Direction précise que cet élément sera construit avec le futur repreneur et sera disponible en mars 2016 ;
  - Détail du montage financier finalement retenu (augmentation de capital et recours au marché des obligations) permettant le rachat du Groupe Norbert Dentressangle : ;
  - Organigramme actuel et cible du pilotage opérationnel et financier du groupe XPO Logistics, par pays et métier ;
  - Organigramme juridique cible du groupe XPO Logistics, par pays et métier.
    - La Direction précise qu'aucun organigramme cible juridique et opérationnel n'a encore été défini.
  - ➔ Par ailleurs, nous avons reçu des éléments jusqu'au 26 mai 2015.
- ❑ Ces informations factuelles sont indispensables pour comprendre le projet d'ensemble du repreneur. Nous ne pouvons que regretter cette situation qui rend notre analyse forcément partielle sur « *la politique industrielle et financière et les plans stratégiques que l'auteur de l'offre envisage d'appliquer à la société objet de l'offre, ainsi que les répercussions de leur mise en œuvre sur l'ensemble des intérêts, l'emploi, les sites d'activité et la localisation des centres de décision de cette dernière société.* »(Article L.2323-26-1 du Code du travail).



Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

6

# SOMMAIRE DU RAPPORT

| | Pages |
|---|---|
| Points clés | 8 |
| Rapport d'analyse | 12 |
| 1. Retour sur les principales modalités de l'acquisition et financement de l'opération | 13 |
| 2. Quelques éléments sur le marché de la supply-chain en Europe et sur le repreneur | 17 |
| 3. Approche croisée du groupe XPO Logistics et Norbert Dentressangle | 25 |
| 4. Vision synthétique des risques et points de vigilance | 36 |
| Annexes | 40 |

Groupe Norbert Dentressangle – Rapport sur l'OPA
de XPO Logistics – 2015



7

# POINTS CLÉS

Groupe Norbert Dentressangle – Rapport sur l'OPA
de XPO Logistics – 2015



8

*Points clés*

## POINTS CLÉS (1/3)

- L'annonce de l'opération de rachat du Groupe Norbert Dentressangle par XPO Logistics le 28 avril 2015 rompt avec un discours traditionnel de la présidence du Groupe Norbert Dentressangle, mettant encore en avant, jusqu'en mars 2015, les opportunités liées à l'actionnariat familial et la longue histoire du groupe :
    - Cf. interview du président du Directoire de ND du 23 mars 2015 dans le Parisien Economie :
        - A la question « *comment passe-t-on d'une TPE à un mastodonte, en gardant une dimension humaine* » , le président du Directoire répond : « *Malgré notre croissance continue depuis 35 ans, avec 67 % du capital détenu par la famille Dentressangle, notre entreprise a gardé son esprit familial* ».
        - Les clés du succès : « *c'est une histoire de continuité, de qualité d'exécution des opérations et de responsabilité individuelle* ».
        - La visibilité de la marque unique historique est mise en avant.
- La décision de vente par l'actionnaire familial répond, selon la communication officielle, à la question de la succession de Norbert Dentressangle pour assurer la pérennité et le développement long terme des activités du groupe...
- ...Néanmoins, cette question de succession se règle de façon « soudaine et inattendue » générant un choc pour l'ensemble des salariés dont les éventuelles conséquences ne doivent pas être sous-estimées
    - Ce sentiment est accentué par une visibilité limitée sur les perspectives : selon la Direction la stratégie européenne, le calendrier et les moyens alloués à la réalisation de cette stratégie et le Business Plan restent à élaborer.
- La solidité et la stabilité du Groupe Norbert Dentressangle renforcées par son type d'actionnariat tranchent avec le modèle de croissance effrénée de XPO Logistics, s'appuyant sur une logique fortement tournée vers le marché financier et la création de valeur pour l'actionnaire par la hausse du cours de bourse.

*Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015*



9

*Points clés*

## POINTS CLÉS (2/3)

- Ce modèle de XPO Logistics présente des risques non négligeables :
    - A date le financement permanent de l'opération d'acquisition n'est toujours pas trouvé et les modalités actuelles d'endettement déstabilisent fortement la structure financière du groupe XPO Logistics ;
    - Le projet de levée de fonds par augmentation de capital, initialement annoncé de 1 à 1,5 milliard de dollars, serait insuffisant pour garantir une structure financière équilibrée et permettre la réalisation d'autres opérations de croissance externe en Europe : objectif stratégique annoncé ;
    - Le coût de la dette initiale de XPO logistics (proche de 0% en 2014) est très au-dessus du standard actuel de Norbert Dentressangle (environ 3% en 2014) traduisant une prise de risque plus importante ;
    - Cette stratégie financière des actionnaires de XPO Logistics est portée par l'effervescence actuelle des opérations de fusion/acquisition aux Etats-Unis et en Europe, dans un marché financier qui abonde de liquidités ;
    - Empilement de sociétés/groupes non intégrés sans partage d'une vision commune. Ce risque est accentué par les différences culturelles des deux groupes.
- Cette marche importante franchie par XPO Logistics s'appuyant initialement sur une complémentarité géographique certaine (hormis aux Etats-Unis) vise à terme une concentration en Europe du secteur du transport et de la logistique avec un impact organisationnel et social important.

*Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015*

10

## POINTS CLÉS (3/3)

○ Au-delà des engagements annoncés (maintien de l'emploi et des centres de décision en France)...

- Selon le projet d'OPA simplifiée communiqué le 25 mai 2015, une entité XPO France SAS (de droit français) est en cours d'immatriculation pour mener l'opération d'acquisition. Bradley Jacobs en sera le président du conseil de Surveillance ;

- La Direction indique qu'il n'est pas prévu de changement sur la localisation et la présidence des holdings de détention des entités européennes (NDT, NDO et NDU). «*Les seules modifications envisagées pour ces entités concernant potentiellement leur dénomination juridique. (Source mail de la Direction du 26 mai 2015)*»

○ ...dont la portée reste limitée, des incertitudes persistent :

- Quelles conséquences sur l'emploi à court terme des fonctions support notamment sur l'informatique et commerciales ?

- Quelle répartition entre emploi interne/externe ?

- Quelle répartition de l'emploi par pays ?

- Quelles conséquences sociales des restructurations de l'organigramme juridique envisagées ?

- Quelles exigences en terme de retour sur investissement pour les actionnaires ? Avec quelles conséquences sur les modes de pilotage de l'activité et sur la gestion des ressources humaines ?
  - Le projet d'OPA simplifiée précise que l'acquéreur prévoit la mise en place d'une politique de rémunération variable pour le management destinée à le fidéliser.

- Comment faire face à la croissance externe, à l'investissement métier et dans les ressources humaines, et à la nécessaire rentabilité à terme des capitaux engagés dans un secteur à faible marge ?
  - Le seul élément avancé est l'engagement d'un niveau d'investissement global en immobilisation d'exploitation de 2 à 2,5% du chiffre d'affaires (2,5%, point bas atteint en 2014 dans l'historique des investissements de ND depuis 2009). Notons également que la communication officielle met uniquement en avant l'investissement sur des moyens informatiques.

11

# RAPPORT D'ANALYSE



12



# 1-RETOUR SUR LES PRINCIPALES MODALITÉS DE L'ACQUISITION ET FINANCEMENT DE L'OPÉRATION

13

---

## RAPPELS DES PRINCIPALES MODALITÉS DE L'ACQUISITION

- ○ Le prix d'achat est de 3,24 milliards d'euros, incluant une dette nette de 1,08 milliard d'euros :
  - Par action, cela représente 219,3 euros (coupon inclus) pour 9,9 millions d'actions soit 2,17 milliards d'euros ; la prime offerte aux actionnaires est d'environ 35% (référence : cours du 27 avril 2015).
  - Ce prix d'acquisition représente 9,1x EBITDA (sur une base 2015 estimée à 357 M€) du Groupe Norbert Dentressangle pour un cours moyen de février 2015 indiquant implicitement un multiple de 6,8 x EBITDA à fin 2014 (cf. p29 du document de référence 2014)
- ○ Acquisition en deux phases :
  - Phase 1 : rachat des parts détenues par la famille Dentressangle (cela représente 1,4 milliard d'euros) ;
  - Phase 2 : offre publique d'achat (OPA) sur les actions cotées en bourse ;
  - L'objectif de la finalisation de l'opération est début juin 2015.
- ○ Principales conditions suspensives et clauses connues à l'opération :
  - Aval des autorités de la concurrence américaine (à date cette autorisation a été donnée) et allemande ;
  - Suite à l'OPA, XPO Logistics doit détenir au moins 95% du capital de ND SA pour déclencher une obligation de vente pour les actionnaires restants ;
  - Non-concurrence dans un délai de 3 ans des actionnaires actuels.
- ○ Financement de l'opération par XPO Logistics :
  - Financement à vocation temporaire obtenu jusqu'à 2,4 milliards d'euros auprès de la banque Morgan Stanley ;
    - Le taux qui commence à 4,25% augmente tous les 89 jours pour atteindre 7,00% un an après la clôture de l'acquisition (le taux moyen de la dette du Groupe Norbert Dentressangle est proche de 3% en 2014) ;
    - Le remboursement du montant de la dette doit se faire dans 5 ans, hors d'éventuels remboursements anticipés.
  - Liquidité à fin mars 2015 d'environ 1 milliard d'euros pour un endettement financier total d'environ 0,9 milliard d'euros ;
  - Ligne de crédit non tirée d'environ 0,4 milliard d'euros avec une garantie sur des actifs.
- ➔ La Direction de ND et le repreneur indiquent qu'il n'existe aucun risque sur la réalisation de l'opération au regard d'un financement déjà finalisé et aucun problème majeur d'entrave à la concurrence.

14



Groupe Norbert Dentressangle – Rapport sur l'OPA
de XPO Logistics – 2015
1. Retour sur les principales Modalités de l'acquisition et financement de l'opération

## UN FINANCEMENT DE L'OPÉRATION FINALISÉ, MAIS QUI DÉSTABILISERAIT LA STRUCTURE FINANCIÈRE DU GROUPE XPO (1/2)

| Données 2014 en M€* | XPO Logistics | ND | Futur Ensemble** |
|---|---|---|---|
| Capitaux propres consolidés (A) | 1 368 | 691 | 1 368 |
| Endettement financier total (B) | 491 | 1 212 | 3 731 |
| Endettement net (+1/Trésorerie nette(-) (C) | -42 | 1 017 | |
| ratio d'endettement (B)/(A) (limite 250%) | 36% | 175% | 273% |

*Conversion au cours du 31/12/2014, 1$=0,82638
**Estimation Tandem sur l'endettement total : prix achat + dette antérieure XPO

o  Dans un premier temps, le poids important à court terme des intérêts et une maturité assez courte à 5 ans du prêt temporaire auprès de Morgan Stanley seraient préjudiciables pour les équilibres financiers du groupe :

   • Notons également que le taux d'intérêt de la dette principale de XPO Logistics est déjà très élevé à 7,9% et pèse lourdement sur les comptes du groupe : 40 M€ pour une perte opérationnelle de -34 M€.

o  Dans un second temps, en cas de financement par la dette de l'opération, le niveau d'endettement atteint par le nouvel ensemble amène à une structure financière très déséquilibrée au regard des capitaux propres actuels du groupe XPO et de la pression certaine qui sera mise sur la trésorerie générée par l'exploitation :

   • Le ratio endettement financier total/capitaux propres consolidés dépasserait le seuil limite des 250 % marquant une prédominance anormale de la dette financière au regard des capitaux apportés par l'actionnaire ;

   • Le ratio de leverage (Dette nette/EBITDA) serait pour le nouvel ensemble supérieur à 7 : ce ratio exprime en combien d'années le groupe est capable de rembourser sa dette au moyen de son EBITDA, soit ici 7 années :

      • Rappelons que le seuil limite accepté par les prêteurs du Groupe Norbert Dentressangle était de 3,5 ;

      • Le repreneur, lors de son audition (confirmé auprès des investisseurs), a indiqué un objectif sur ce ratio en dessous de 3, avec un niveau idéal jugé à 1.



15

## UN FINANCEMENT DE L'OPÉRATION FINALISÉ, MAIS QUI DÉSTABILISERAIT LA STRUCTURE FINANCIÈRE DU GROUPE XPO (2/2)

o  Le repreneur indique la volonté d'une levée de fonds, par augmentation de capital, rapide d'environ 1 à 1,5 milliard de dollars pour faire face à cette problématique d'endettement. Toutefois, cette levée de fonds serait insuffisante pour ramener l'endettement à des niveaux acceptables. La Direction annonce également le recours au marché obligataire pour lever des fonds.

➔  Au final, à date, un financement long terme permettant une structure financière équilibrée reste à trouver.

16

# 2-QUELQUES ÉLÉMENTS SUR LE MARCHÉ DE LA SUPPLY-CHAIN EN EUROPE ET PRÉSENTATION DU REPRENEUR



17

---

## TRANSPORT EUROPÉEN ET FRANÇAIS*

o  Sur le plan européen en 2013 (dernières données disponibles) :

- Après avoir reculé de 4,2% en 2012, le transport routier de marchandises européen progresse de 2,4% en 2013, tiré par l'activité internationale des pavillons (+6,2%) notamment celle des pays de l'Est (+9,7%).
- Le cabotage poursuit son augmentation (+18,0% en 2013 contre +10,5% en 2012) notamment en Allemagne. En France, sa part atteint 4,5% du transport national en 2013.

| Évolutions (en millions de t.km en %) | 2013/12 | 2014/13 |
|---|---|---|
| **Selon l'activité** | | |
| Compte d'autrui en France | -2,1% | -4,7% |
| Compte propre en France | 8,5% | 1,1% |
| **Selon le périmètre géographique** | | |
| National | -0,9% | -3,2% |
| International en France | 1,9% | -9,8% |
| **Selon la classe de distance en charge** | | |
| À moins de 150 km | 0,2% | -2,0% |
| À 150 km ou plus | -0,4% | -4,3% |
| **Selon la nature de marchandise** | | |
| Produits agricoles et agroalimentaires | -2,1% | 0,0% |
| Produits pétroliers | -8,6% | NC |
| Biens intermédiaires | -3,0% | -4,2% |
| Construction | -1,2% | -3,8% |
| Produits manufacturés | 4,1% | -4,0% |
| **Total** | -0,7% | -3,6% |

*Source gouvernementale-ministère du développement durable

o  Le transport en France :

- Sur 2014, les variations en volume et en chiffre d'affaires sont identiques, car les prix sont stables entre 2013 et 2014 ;
- Les données sectorielles font état d'un repli de 3,6% sur 2014 du transport routier de marchandises en France contre une quasi-stabilité entre 2012 et 2013 :
  - On relève une croissance du transport pour compte propre (+1,1% après avoir progressé de 8,5% en 2013) qui traduit un moindre recours à l'externalisation.
- La longue distance pâtit davantage (-4,3%) que la courte distance (-2,0%) du ralentissement de l'activité en 2014 ;
- Nous identifions une stabilité de l'acheminement des produits agricoles et agroalimentaires qui contraste avec le repli des biens intermédiaires (-4,2% en 2014 après -3,0% en 2013).

18





## PRÉSENTATION DU REPRENEUR (1/2)

- La stratégie de développement de XPO Logistics est mise en œuvre depuis septembre 2011 (reprise de Express 1 par Bradley Jacobs et ses équipes pour un investissement initial de 150 M$).
- Particulièrement offensive et ambitieuse, elle vise à construire un acteur de taille mondiale et à créer de la valeur pour les actionnaires, dans un délai très rapide
  - Mise en œuvre dans un secteur très fragmenté, de taille importante et présentant des perspectives de croissance (tendance à l'externalisation du transport et de la logistique vers des prestataires 3PL)
  - Via de nombreuses et importantes acquisitions permettant la recomposition du secteur (« roll-up strategy »)
- Selon G. Devens, senior Vice président de XPO Logistics, auditionné par le comité du groupe le 7 mai 2015 dans le cadre de l'OPA annoncée, l'édifice actuellement en cours de construction par l'équipe dirigeante de XPO dispose de « solides fondations »
- La stratégie de XPO est conforme à celle déployée dans les entreprises précédemment fondées et dirigées par Bradley Jacobs aux USA
  - Amerex Oil Associates (créée en 1979) : courtage pétrolier, 4,7 Mrds$ de CA annuel
  - Hamilton Ressources (créée en 1984), société de trading de pétrole,   1 Mrd$ de CA
  - United Waste Systems (créée en 1989), devenue n° 5 du traitement de déchet en Amérique du Nord. Introduite au NASDAQ en 1992, elle a été revendue 6 ans plus tard en août 1997 à USA Waste Services pour 2 milliards de $
  - United Rentals (créée en 1997), Location d'équipements industriels , 5,9Mrds$ de CA, 13.000 salariés.
    Bradley Jacobs en a été le dirigeant (CEO) pendant 6 ans, jusqu'à fin 2003, date à laquelle il a abandonné cette fonction pour devenir Président exécutif en charge de la stratégie, des ressources humaines et des opérations de fusions et acquisitions. Il a en parallèle annoncé son intention d'investir dans un nouveau secteur d'activité pour y déployer une stratégie de même type, et a créé à cette fin en décembre 2003, son propre fonds d'investissement (Jacobs Private Equity, LLC).



21

## PRÉSENTATION DU REPRENEUR (2/2)

- **United Rentals (créée en1997), Location d'équipements industriels** *(suite)*

  Bradley Jacobs a définitivement quitté US Rentals en août 2007, après l'annonce de la signature en juillet 2007 d'un accord de cession de US Rentals au fonds d'investissement Cerberus Capital Management pour un montant d'une valeur d'une dette de 2,6 milliards de $.

  Le projet n'a finalement pu être mené à son terme : Cerberus a renoncé à l'acquisition en novembre 2007, dans un contexte de contraction de l'offre de crédit, pour non-obtention des financements. Le fonds a dû s'acquitter du versement d'une indemnité de 100 M$ à US Rentals

  Il est à noter que
  - United Rentals a fait l'objet d'une enquête de la SEC (Stock Echange Commission) en 2004 portant sur certaines de ses pratiques comptables (relatives à la comptabilisation de certaines opérations de ventes d'équipements en leaseback). Elle a dû apporter des corrections à ses comptes pour les exercices 2002 et 2003, a destitué en août 2005 son directeur financier, et a accepté en 2008, le paiement d'une amende de plusieurs millions de $ pour mettre fin à l'enquête.



22

Groupe Norbert Dentressangle – Rapport sur l'OPA
de 3PD Logistics – 2015

2-Quelques éléments sur le marché de la Supply-Chain
en Europe et présentation du repreneur

## LA STRATÉGIE TRÈS OFFENSIVE DE CROISSANCE EXTERNE DE XPO LOGISTICS (1/2)

o En 3,5 ans, le total des acquisitions réalisées (ou en cours de réalisation), atteint 5,2 milliards de $
  - 1,5 milliard de $ de 2012 à 2014 ;
  - 3,7 milliards de $ au premier semestre 2015

o Avec deux acquisitions majeures sur la période récente, qui marquent l'entrée de XPO sur le segment de la logistique contractuelle ainsi que le début de son expansion hors du continent européen
  - New Breed (616 M$) en septembre 2014 : logistique contractuelle en Amérique du Nord
  - Norbert Dentressangle (3,5 milliards $ , soit 3,2 milliards €) au 1er semestre 2015, qui est à ce jour, de très loin la plus grosse cible visée par le groupe XPO

o Depuis l'investissement initial de 150 M$ en septembre 2011 dans Express-1 (support d'investissement de Bradley Jacobs dans le secteur du transport, devenu XPO Logistics), il est à noter que 4 augmentations de capital successives ont été réalisées entre mars 2012 et septembre 2014. Elles ont permis de lever un total de 1,5 milliard de $
  - Dont près de 700 M€ en septembre 2014, avec l'entrée au capital de 3 actionnaires institutionnels de référence : PSP Investments, GIC, et Ontario Teachers' Pension Plan





23

Groupe Norbert Dentressangle – Rapport sur l'OPA
de 3PD Logistics – 2015

2-Quelques éléments sur le marché de la Supply-Chain
en Europe et présentation du repreneur

## LA STRATÉGIE TRÈS OFFENSIVE DE CROISSANCE EXTERNE DE XPO LOGISTICS (2/2)

**XPO Logistics - Acquisitions 2012-2015**

| Société | Activité | Date d'acquisition | Prix d'achat (en M$) |
|---|---|---|---|
| **Acquisitions en 2012** | | | |
| Continental Freight Services | Courtage transport routier | mai-12 | 3,8 |
| Kelron | Courtage transport routier | août-12 | 8,0 |
| Turbo Logistics & BirDog Logistics | Courtage transport routier | oct-12 | 49,9 |
| **Acquisitions en 2013** | | | |
| East Coast Air Charter | Courtage affrètement aérien | févr-13 | 9,3 |
| Covered Logistics and Transportation | Courtage transport routier | févr-13 | 11,0 |
| Interide Logistics | Courtage transport routier | mai-13 | 3,7 |
| 3PD | Dernier kilomètre | août-13 | 364,3 |
| Optima Services solutions | Dernier kilomètre | nov-13 | 26,6 |
| NLM | Gestion de solutions de transport online | déc-13 | 87,0 |
| **Acquisitions en 2014** | | | |
| Pacer International | Transport multimodal | mars-14 | 331,5 |
| Atlantic Central Logistics | Dernier kilomètre | juil-14 | 36,2 |
| New Breed | Logistique | sept-14 | 615,9 |
| **Acquisitions depuis début 2015** | | | |
| UX Specialized Logistics | Dernier kilomètre | févr-15 | 58,9 |
| Norbert Dentressangle | Transport, logistique, Freight forwarding | 1er sem. 15 | 3 530,0 |
| Bridge Terminal Transport | Transport multimodal | 1er sem. 15 | 100,0 |

24

# 3-APPROCHE CROISÉE DU GROUPE XPO LOGISTICS ET NORBERT DENTRESSANGLE

*tandem*

25

## UNE STRATÉGIE SIMILAIRE POUR LES DEUX GROUPES, MAIS LE RYTHME, LA MÉTHODE ET LA FINALITÉ DIFFÈRENT





*Au taux de conversion du dollar au 31/12/14

o ND, acteur historique, s'est engagé dans une stratégie de croissance externe accompagnée d'une internationalisation depuis plus de 10 ans. Cette stratégie :

- Correspond à la réponse des autres acteurs face à l'évolution du marché de la supply chain et s'inscrit pour ND prioritairement dans une logique métier ;

- S'est réalisée par une croissance rapide, mais avec un temps certain laissé à l'intégration : multiplication par 2,6 du chiffre d'affaires en 10 ans, mais avec une période de 3,5 ans en moyenne entre les plus grosses acquisitions (Christian Salvesen, TDG, Jacobson) ;

- S'est accompagnée d'un résultat opérationnel positif et en croissance quasi continue en valeur sur 10 ans.

XPO Logistics, acteur récent de la supply-chain (moins de 5 ans), est engagée dans la même stratégie que ND. Toutefois, cette stratégie :

- Est menée par une croissance effrénée sans base solide sur un métier historique : multiplication par 13,3 du chiffre d'affaires en 4 ans, amenant le groupe au niveau d'un acteur majeur aux Etats-Unis ;

- S'accompagne d'une logique financière prédominante, puisque la finalité est l'augmentation du cours de bourse afin, à moyen terme, de réaliser une forte plus-value à la revente pour ses actionnaires ;

- Se traduit pour l'instant par des pertes opérationnelles répétées.



26

3. Approche croisée du groupe XPO Logistics et Norbert Dentressangle

Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

## UNE PERFORMANCE DE L'ACTION NORBERT DENTRESSANGLE QUI S'INSCRIT DANS LA DURÉE

○ Elle affiche des hausses successives de +8% en 2012 ; +60% en 2013 ; +30% en 2014 et +30% sur les 4 premiers mois de 2015
   ▪ 159,1 € le 28/04/2015 avant annonce du rachat par XPO Logistics, contre 54 € fin 2011
○ La capitalisation boursière a franchi le seuil de 1 Milliard d'€ en 2014, pour atteindre
   ▪ 1,2 Milliard € fin décembre 2014
   ▪ 1,6 Milliard € le 28/04/2015 avant l'annonce du rachat
   ▪ 2,1 Milliards € début mai 2015 (soit 2,4 milliards de $), incluant la prime de contrôle offerte par XPO Logistics aux actionnaires de Norbert Dentressangle SA



Cours de l'action GND : Période 2003-2015 (en €)

## UNE ENVOLÉE DU COURS DE L'ACTION XPO LOGISTICS ET UNE CAPITALISATION BOURSIÈRE PROCHE DE 4 MILLIARDS $

○ Malgré des pertes opérationnelles récurrentes, des anticipations très positives des investisseurs sur la valeur future de XPO Logistics
○ Elles se reflètent dans la forte croissance du cours de l'action
   ▪ Multipliée par plus de 4 depuis septembre 2011
   ▪ Avec un cours proche de 50 $ début mai 2015
○ La capitalisation boursière atteint 3,9 Milliards $ début mai 2015 (contre 0,6 mds$ en septembre 2013)



XPO Logistics : Capitalisation boursière (en millions de $)



Cours de l'action XPO Logistics : septembre 2011-mai 2015 (en $)

3-Approche croisée du groupe XPO Logistics et Norbert Dentressangle

# UNE LÉGITIMITÉ MÉTIER POUR ND VS UNE LÉGITIMITÉ FINANCIÈRE POUR XPO ISSUE DE LA TYPOLOGIE DE L'ACTIONNARIAT

**Répartition du capital des deux groupes à fin 2014**



- Investisseurs divers
- Fonds d'investissement > 5%
- Famille ou Managers*

*y compris 19,5% détenu par le fonds Jacobs Private Equity propriété du PDG Bradley Jacobs.

c  Le capital de Norbert Dentressangle est principalement détenu par un actionnaire familial historique (67% du capital à fin 2014) :

➔ La légitimité de ND s'appuie sur une marque patronymique et provient d'un savoir-faire métier construit sur la durée à partir du transport puis combiné à la logistique.

c  Le capital de XPO logistics est détenu majoritairement par des fonds d'investissement. Ce poids des fonds d'investissement devrait à nouveau augmenter suite à la nouvelle levée de fonds prévue.

   ▪ Notons que le PDG Bradley S. Jacobs détient indirectement 19,5% du capital par son fonds Jacobs Private Equity et 0,2% directement (soit près de 800 M€).

➔ L'ascension rapide du groupe XPO logistics repose sur la confiance apportée au milieu financier par l'expérience dans les fusions/acquisitions de son PDG/actionnaire.



Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

29

---

3-Approche croisée du groupe XPO Logistics et Norbert Dentressangle

# PRINCIPAUX ACTIONNAIRES DE XPO LOGISTICS (AVRIL 2015)

| Jacobs Private Equity, LLC 19,5% du capital | PSP Investment Board 14,4% du capital | Coral Blue Investment, LLD 10,3% du capital | FMR LLC 6,1% du capital | Ontario Teachers' Pension Plan Board 4,1% du capital |
|---|---|---|---|---|
| • JPE, a été créé par Bradley Jacobs en décembre 2003. Il a investi en septembre 2011, dans le rachat de Express-1 Expedited Solutions (devenu XPO Logistics). A priori pas d'autres participations.<br><br>• Bradley Jacobs est depuis septembre 2011, Chairman of the Board et Chief Executive Officer (CEO) de XPO. Il détient en avril 2015 une participation totale (directe + indirecte via JPE LLC) de 19,7% dans XPO Logistics | • Public Sector Pension Investment Board est l'un des plus grands gestionnaires de fonds pour des caisses de retraite au Canada. Il investit des capitaux pour les régimes de pension de la fonction publique, des Forces canadiennes, de la Gendarmerie royale du Canada et de la Force de réserve.<br>93,7 milliards de dollars en actif sous gestion au 31 mars 2014 | • Fonds d'investissement de GIC Private Limited, fonds souverain domicilié à Singapour. Créé en 1981, pour gérer les réserves de change de Singapour.<br>• Pas d'information disponible sur le montant des actifs gérés | • Fidelity Investments ou Fidelity Management and Research (FMR LLC) est une multinationale spécialisée dans la gestion d'actifs pour compte de tiers, l'un des leaders mondiaux en ce domaine.<br>• FMR est dirigée par Edward C. Johnson III, et sa fille, Abigail Johnson, siège au conseil d'administration. Son siège social est situé à Boston. Peter Lynch est un gestionnaire associé ayant la plus grande notoriété.<br>• 4 900 Mrds€ d'actifs sous gestion | • Le régime de retraite des enseignants et enseignantes de l'Ontario, est le plus important régime s'adressant à une seule profession au Canada. Il gère les placements et administre des prestations de retraite pour le compte de ses participants (182 000 enseignants actifs et 129 000 enseignants retraités de la province de l'Ontario).<br><br>•Actifs sous gestion : 154,5 milliards de dollars canadiens au 31/12/2014 |
| |  | | | |
| Sources :<br>✓ http://jpe.com/<br>✓ rapports annuels XPO Logistics | Source :<br>http://www.investpsp.ca/ | Source :<br>http://www.gic.com.sg/ | Source :<br>http://www.fidelity.com/ | Source : https://www.otpp.com/ |

Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

30

## PRINCIPAUX ACTIONNAIRES DE XPO LOGISTICS (AVRIL 2015)

| Principaux Actionnaires (Avril 2015) | % |
|---|---|
| Jacobs Private Equity, LLC | 19,5% |
| PSP Investment Board | 14,4% |
| Coral Blue Investment, LLD (GHC) | 10,3% |
| FMR LLC | 6,1% |
| The Vanguard Group, Inc | 4,6% |
| Orbis Investment Management, Ltd | 4,5% |
| Ontario Teachers' Pension Plan Board | 4,1% |
| BlackRock Fund Advisors | 3,4% |
| Peter R. Kellogg & co, Inc. | 3,4% |
| Spruce House Investment Management, LLC | 3,1% |
| Morgan Stanley Investment Management, Inc | 2,8% |
| Autres | 23,8% |

- o Il est à noter qu'en avril 2015, le management de XPO Logistics, détient 21,1% du capital de XPO Logistics
  - Dont Bradley Jacobs 19,7% (directement, et indirectement au travers de Jacobs Private Equity, LLC)



31

## UNE CULTURE GROUPE DIFFÉRENTE À BIEN DES ÉGARDS

- o Groupe Norbert Dentressangle
  - Actionnariat historique familial s'inscrivant dans une vision long terme
  - Des valeurs promulguées en interne personnifiées par l'actionnaire Norbert Dentressangle

  - Equipe dirigeante à dominante métier

  - Culture européenne avec ancrage des centres de décision en France et une présence sur l'ensemble de l'hémisphère nord

  - Gestion opérationnelle décentralisée s'appuyant principalement sur la diffusion d'une logique entrepreneuriale des encadrants à de nombreux niveaux hiérarchiques

- o Groupe XPO Logistics
  - Actionnariat financier s'inscrivant dans une vision moyen voire court terme

  - Equipe dirigeante à dominante financière et juridique, spécialisée dans les fusions/acquisitions

  - Culture nord-américaine avec des centres de décision aux Etats-Unis et une présence uniquement nord-américaine

  - A priori, une gestion opérationnelle décentralisée s'appuyant plus amplement sur le déploiement d'un système d'information performant



32

## UNE NOUVELLE CULTURE A INTÉGRER POUR PLUS DE 42 000 SALARIÉS À TRAVERS LE MONDE



Effectif des deux groupes en 2014
(en nombre de salariés)*

*Source : document de référence 2014 (léger écart constaté avec les données du fichier « effectif groupe1212.xls » fourni par la DRH)

o Le Groupe Norbert Dentressangle compte plus de 4 fois plus de salariés que XPO Logistics : 42 468 salariés dont 12 588 en France contre 10 000 salariés pour XPO Logistics.

o Le Groupe Norbert Dentressangle également dans une stratégie de croissance externe et d'internationalisation rapide devait déjà faire face au défi de la diffusion d'une culture groupe et d'un projet commun :

  ▪ Rappelons que cette condition est essentielle pour concrétiser l'offre globale et mondiale promise au client.

o Dès lors, l'intégration de plus de 42 000 salariés sur un vaste territoire, marquant de fait une transformation sans précédent pour XPO Logistics, constitue un enjeu majeur.

33

---

## DES ARBITRAGES COMPLEXES POUR MENER DE FRONT UNE CROISSANCE EXTERNE ET L'INVESTISSEMENT INTERNE NÉCESSAIRE



Répartition de l'actif immobilisé des deux groupes à fin 2014

▪ Immobilisations corporelles**
▪ Immobilisations incorporelles*
▪ Écarts d'acquisition

Actif immobilisé GND        Actif immobilisé XPO

*Principalement relations clients

** dont 46% liés aux camions pour GND, soit 553 M€ (quasi nul pour XPO Logistics)

Ratio d'investissement de GND

Acquisition immo.corporelles/CA

2009   2010   2011   2012   2013   2014

Nous n'avons pas ce détail de données pour XPO, mais ce ratio est nécessairement moindre compte tenu du poids des immobilisations corporelles.

o L'actif immobilisé du Groupe Norbert Dentressangle (GND) est :

  ▪ En premier lieu, marqué par ses immobilisations corporelles 46% de l'actif immobilisé à fin 2014, dont près de la moitié concerne le parc de véhicule

  ▪ En second lieu marqué par sa stratégie de croissance externe puisque les écarts d'acquisition représentent 38% de l'actif immobilisé.

o L'actif immobilisé du groupe XPO Logistics est marqué principalement par sa stratégie de croissance externe, 68% de l'actif immobilisé à fin 2014.

➔ Cette composition des actifs et ce choix opérationnel du parc propre imposent une politique d'investissement non négligeable dans le parc...

➔ Toutefois, cette nécessaire politique d'investissement imposée par ce choix opérationnel du parc propre est déjà difficilement compatible avec une croissance rapide

  ▪ L'historique du ratio d'investissement présenté sur le graphique de droite montre une baisse tendancielle liée en partie aux choix de gestion entre parc loué/parc propre et part sous-traitance/part interne, mais également liée aux arbitrages entre croissance externe et investissement.

34





# 4- VISION SYNTHÉTIQUE DES RISQUES ET POINTS DE VIGILANCE



## STRATÉGIE ET POLITIQUE INDUSTRIELLE

| Thématique : Stratégie et politique industrielle | Risques identifiés | Réponses apportées par la Direction et le repreneur | Points de vigilance et questions en suspens identifiés par Tandem |
|---|---|---|---|
| • Croissance externe et internationalisation<br>• Développement rapide d'un acteur mondial reconnu<br>• Un projet d'entreprise au service d'un objectif financier à moyen voire court terme<br>• Volonté de faire de XPO un acteur mondial reconnu sur l'ensemble des métiers de la supply-chain<br>• S'appuyer sur des investissements informatiques annoncés importants<br>• Volonté d'avoir un modèle s'appuyant sur des ressources humaines flexibles | • Empilement de sociétés/groupes non intégrés sans partage d'une vision commune<br>• Choc culturel<br>• Crise de croissance<br>• Marché européen plus complexe dans une approche réglementaire<br>• Pilotage court-termiste axé sur la hausse du cours de bourse au détriment de la logique métier<br>• Inexpérience de l'équipe actuelle de XPO Logistics sur le marché de la supply-chain et sur le territoire européen<br>• Groupe XPO Logistics et marque associés peu connus<br>• Investissements insuffisants pour assurer à la fois la croissance externe et interne | • Déploiement rapide de la nouvelle marque XPO en Europe<br>• Maintien du management de ND<br>• Maintien des centres décisions européens en France pendant 5ans<br>• Expérience poussée du PDG/actionnaire dans ce type de développement<br>• Approche décentralisée par zone géographique | • Insuffisance des moyens mis en œuvre pour faire face à la croissance externe, à l'investissement net dans les ressources humaines et à la nécessaire rentabilité à terme des coûts non engagés.<br>• Quelles prévision chiffrée à 3 ans détaillée par métier et zone géographiques sur les thématiques citées ci-dessus ?<br>• Quelle stabilité de l'actionnariat sur le moyen terme ?<br>• Quelles marges de manœuvre pour l'équipe dirigeante en Europe ?<br>• Quelle stabilité pour l'équipe dirigeant en Europe ? |



17

## ACTIVITÉ, RÉSULTATS ET STRUCTURE FINANCIÈRE

| Thématique : activité, résultats et structure financière | Risques identifiés | Réponses apportées par la Direction et le repreneur | Points de vigilance et questions en suspens identifiés par Tandem |
|---|---|---|---|
| • La croissance du chiffre d'affaires XPO est très rapide liée à sa politique offensive de croissance externe<br>• Le groupe XPO affiche une perte d'exploitation récurrente et une lourde charge financière due à son endettement<br>• A date, le projet de financement de l'opération par endettement déstabiliserait fortement la structure financière du futur ensemble<br>• Volonté d'avoir un groupe ayant un recours limité à des investissements industriels lourds | • Des résultats futurs insuffisants pour faire face aux exigences des institutions financières, des actionnaires et des nécessaires investissements<br>• Un endettement anormalement élevée dans la durée<br>• Équilibres financiers insuffisants pour faire face à des aléas fortement défavorables (dégradation des performances, difficultés d'intégration, retour sur investissement des acquisitions inférieur aux attentes, nouvelle dégradation importante de l'environnement économique...)<br>• Développement accru de la sous-traitance et de la flexibilité des ressources humaines | • Levée de fonds prévue de 1,5 milliard de dollars<br>• Objectif fixé d'un retour à un ratio de leverage inférieur à 3<br>• Contrainte de la politique d'investissement (entre 2 et 2,5% du chiffre d'affaires en capex net en tendance annuelle, cf. ratio p.34) | • Présentation d'un Business plan<br>• Quelles exigences en terme d'objectif de résultat ?<br>• Quelles exigences en terme de retour sur investissement pour les actionnaires ?<br>• Quelles synergies attendues à court terme sur les fonctions supports et commerciales ?<br>• Quelles synergies attendues sur le moyen terme sur les ressources opérationnelles dans une logique de poursuite de la croissance externe en Europe ?<br>• La référence indiquée en terme d'effort d'investissement constitue un point bas dans l'historique de GND : ce niveau annoncé d'investissement sera-t-il suffisant ? Quelle répartition par activité, métier et zone géographique ? Quel niveau d'investissement opérationnel ? |



38

## ORGANISATION ET ASPECTS SOCIAUX



| Thématique : organisation et aspects sociaux | Risques identifiés | Réponses apportées par la Direction et le repreneur | Points de vigilance et questions en suspens identifiés par Tandem |
|---|---|---|---|
| • Modèle d'organisation décentralisée<br>• Privilégier une adaptation des organisations aux réalités des différents marchés<br>• Flexibilité accrue de la main d'œuvre<br>• Politique de rémunération axée sur une part variable importante | • Restructuration des différentes activités avec destruction d'emploi<br>• Développement accru de la sous-traitance et de la flexibilité des ressources humaines<br>• Incertitude sur les centres de décisions pour l'Europe<br>• Autonomie limitée des équipes de management<br>• Déploiement du Système d'information de XPO Logistics uniformisant le pilotage de l'activité<br>• Pilotage financier ne reflétant pas l'engagement des ressources humaines au projet d'entreprise<br>• Individualisation des objectifs au détriment de la performance globale et collective | • Un engagement de 18 mois sur le maintien de l'emploi en équivalent temps plein en France à partir de la clôture de l'acquisition ;<br>• Le maintien des centres de décision pour l'Europe pendant 5 ans sur les 3 sites français (Lyon, Beausemblant et Malakoff) à partir de la clôture de l'acquisition.<br>• Simplification juridique de l'organigramme | • Un engagement à portée limitée sur l'emploi :<br>✓ Cet engagement n'est pas assorti de sanction<br>✓ Il n'implique pas le maintien des emplois par contrat et par poste<br>✓ Cette formulation vague ne distingue pas les différents types de contrat (CDI, CDD, intérim, franchise...)<br>✓ Il n'empêche pas la mise en place de plans de restructuration<br>• Un engagement sur des centres de décision sans présentation d'une organisation juridique et opérationnelle cible<br>• Quelles conséquences sur l'emploi à court terme des fonctions support notamment sur l'informatique et commerciales<br>• Quelle répartition entre emploi interne/externe ?<br>• Quelle répartition de l'emploi par pays ? |

39

# ANNEXES

108/110

## ORGANIGRAMME JURIDIQUE DE XPO LOGISTICS AU 1/05/2015



Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

41

## COMPOSITION DU CONSEIL D'ADMINISTRATION DE XPO LOGISTICS

| Conseil d'administration de XPO Logistics (Board of Directors) - 7 membres en Mai 2015 | | |
|---|---|---|
| Bradley S. Jacobs (Président et directeur général) | Depuis sept. 2011 | Il est également fondateur et dirigeant de Jacobs Private Equity, LLC, principal actionnaire de XPO Logistics |
| G. Chris Andersen | Depuis sept. 2011 | Fondateur et associé de G.C. Andersen Partners, LLC. Spécialiste des fusions acquisitions, il a notamment été vice président de Paine Webber (gestion d'actifs entre 1990 et 1995), a eu des fonctions de direction pendant 15 ans à la Drexel Burnham Lambert Inc, banque d'affaires spécialisée dans de grosses opérations de fusions acquisitions (qui a fait faillite en 1990), membre du conseil d'administration de Terex Cop. depuis 1992 |
| Michael G. Jesselson | Depuis sept. 2011 | Président de Jesselson Capital Corporation depuis 1994. Il est membre du conseil d'administration de American Eagle Outfitters depuis 1997. |
| Adrian P. Kingshott | Depuis sept. 2011 | Directeur général de Adson LLC depuis 2006, et senior advisor à Headwaters Merchant Bank depuis 2013. Spécialiste de la finance d'entreprise et des fusions acquisitions, il a notamment exercé des fonctions à Goldman Sachs & Co (entre 1982 et 2002) |
| James J. Martell | Depuis 2006 | Ancien président de Express-1 Expedited Solutions (devenu XPO Logistics en 2011). A eu des fonctions de dirigeant dans diverses entreprises de transport et logistique (notamment SmartMail Services Inc, Uti Worldwide Inc, Burlington Air Express Canada) et occupé précédemment des fonctions de direction à Fedex et UPS. |
| Jason D. Papastavrou | Depuis sept. 2011 | Fondateur et directeur des investissements de ARIS Capital Management, LLC et cofondateur de Empiric Asset Management, LLC. Il a notamment dirigé le fonds d'investissements Hedge Funds (fonds spéculatif) du groupe Banc of America Capital Management. Il est également administrateur de United Rentals, Inc. |
| Oren G. Shaffer | Depuis sept. 2011 | Il a notamment été Vice président et directeur général de Qwest Communications International, Inc (devenu CenturyLink, Inc) entre 2002 et 2007. Précédemment, il a occupé des fonctions de Directeur des opérations de Sorrento Networks, Inc (entre 2000 et 2002), directeur financier de Ameritech Corporation Inc (entre 1994 et 2000). Il est membre du conseil d'administration de Terex Corporation depuis 2007 |

Groupe Norbert Dentressangle – Rapport sur l'OPA de XPO Logistics – 2015

42

## PRINCIPAUX DIRIGEANTS DE XPO LOGISTICS

| Principaux dirigeants de XPO Logistics (Named Executive Officers) - Mai 2015 | | |
|---|---|---|
| Bradley S. Jacobs | Président et directeur général | Depuis sept. 2011 |
| Hervé Montjotin | Président et directeur général de XPO Logistics – Europe | Depuis mai 2015 (actuellement Président du directoire de Norbert Dentressangle) |
| John J. Hardig | Directeur financier | Depuis fév. 2012 (précédemment banquier d'investissement spécialisé dans le transport et la logistique) |
| Troy A. Cooper | Directeur des Opérations | Depuis mai 2014 (entré en septembre 2011 comme Vice président Finances. Précédemment à United Rentals et United Waste Systems, en charge de l'intégration des nombreuses entités achetées) |
| Gordon E. Devens | Senior Vice President, Directeur Juridique et Sécrétaire général | Depuis nov. 2011 (spécialiste des opérations de fusions et acquisitions) |
| Scott B. Malatt | Directeur de la Stratégie | Depuis juillet 2012 (entré à XPO Logistics en octobre 2011, il est en charge de l'analyse des opportunités d'acquisitions et l'organisation de la technologie. Précédemment analyste financier dans des banques d'affaires dont : Goldman Sachs Group dans le secteur des transports, UBS, JPMorgan Chase &Co. |

Annexe en
Groupe Norbert Dentressangle – Rapport 1 sur l'OPA
de XPO Logistics – 2015



43