# Exhibit 7

Elliott Capital Advisors, L.P
40 West 57th Street
New York, NY 10019
United States of America

Norbert Dentressangle
192 avenue Thiers
69006 Lyon
France

For the attention of Mr. Hervé
Montjotin, président du
directoire

New-York, June 26, 2015

**Certified letter with acknowledgment of receipt requested**

RE: Disclosure of crossing of threshold

Dear Sir:

Pursuant to Section 9 of the by-laws of Norbert Dentressangle, we hereby inform you that, based on the number of shares disclosed by the company, i.e. 9,836,241, The Liverpool Limited Partnership, Elliott International, L.P. and Elliott Associates L.P., acting in concert, have crossed, on June 24, 2015, the threshold of 6% of the share capital of Norbert Dentressangle under the form (i) of shares held and (ii) *contracts for difference* (CFD) (assimilation pursuant to 4° bis of article L. 233-9 of the French *Code de commerce*) and that the underlying Norbert Dentressangle shares which are subject to these CFD amount to 613,509, as follows:

|  | Number of shares held | Number of CFDs held | Number of owned or underlying shares | % of share capital (based on 9,836,241 shares) |
|---|---|---|---|---|
| The Liverpool Limited Partnership et Elliott International, L.P. | 100 | - | 100 |  |
| Elliott International, L.P. et Elliott Associates, L.P. | - | 613,509 | 613,509 |  |
| Total |  |  | 613,609 | 6.24% |

Sincerely yours,

Elliott Capital Advisors, L.P

By: Elliot Greenberg
Its: Vice President