# Exhibit 9

Elliott Capital Advisors L.P.
C/o Elliott Management Corporation
40 West 57th Street
5th Floor
New York, NY 10019
United States



15 juillet 2015

A:  Hervé Montjotin
    Président du directoire de
    Norbert Dentressangle SA
    192 avenue Thiers
    69006 Lyon

A:  Bradley S. Jacobs
    Président du conseil de surveillance de
    Norbert Dentressangle SA
    192 avenue Thiers
    69006 Lyon

Messieurs,

Je vous écris en ma qualité de représentant d'Elliott Capital Advisors L.P., qui agit pour le compte de The Livepool Limited Partnership, L.P., Elliott International L.P. et Elliott Associates, L.P., ("**Elliott**"). Comme vous le savez, Elliott est actionnaire de Norbert Dentressangle SA ("**Norbert Dentressangle**" ou la "**Société**"). Nous souhaiterions, par la présente, réitérer notre attachement à la Société et vous faire part de certaines inquiétudes. Vous voudrez bien en conséquence transmettre une copie de cette lettre à chacun des membres du directoire et du conseil de surveillance de la Société.

La prise de participation d'Elliott dans Norbert Dentressangle a été motivée par la valeur (non encore réalisée) de la Société et son fort potentiel sur le long terme. C'est pourquoi nous avons indiqué que, sur la base des conditions actuelles de marché, nous n'avons pas l'intention d'apporter nos actions de la Société à l'offre publique lancée par XPO Logistics France SAS. Cette position a été adoptée après une analyse poussée des documents finaux relatifs à l'offre en considération de ce que nous estimons être à ce jour le meilleur intérêt de la Société, et d'Elliott. Nous ne souhaitons donc pas dévier de cette position, qui est en outre partagée par tous les autres actionnaires minoritaires qui n'apporteraient pas leur participation dans la Société à XPO Logistics France SAS.

Dans la mesure où, ayant pris la décision de ne pas apporter à l'offre, nous avons l'intention de demeurer actionnaires de la Société, soyez assurés que nous prêterons une grande attention à toutes ses activités, ainsi qu'à toutes les opérations et relations intragroupes qui pourraient être mises en place, notamment avec XPO Logistics, Inc. (qui est la société mère de XPO Logistics France SAS) ou ses filiales. Nous ne doutons pas que vous aurez à cœur de vous acquitter au mieux de vos obligations et notamment de protéger les droits des actionnaires minoritaires, et que vous privilégierez en toutes circonstances l'intérêt de la Société à toutes autres considérations.

Ceci constitue pour tous les membres des organes sociaux une obligation essentielle dont la loi sanctionne l'irrespect même pénalement dans certaines circonstances, outre une obligation éthique reprise dans le code de gouvernement d'entreprise des sociétés cotées publié par l'AFEP-MEDEF, plus particulièrement au regard des relations très étroites qui existent entre la direction de Norbert Dentressangle et celle de XPO Logistics, Inc.(notamment du fait que le Président du conseil de surveillance de la Société occupe également le poste de *Chairman of the Board* de XPO Logistics, Inc).

Nous craignons en effet que ces relations conduisent les dirigeants de Norbert Dentressangle à considérer d'autres intérêts que ceux de la Société, en particulier ceux de XPO Logistics. Dans ce contexte, nous invitons les membres indépendants du conseil de surveillance de la Société à faire preuve d'une vigilance renforcée et à prêter une attention particulière à toute opération entre sociétés liées, afin de s'assurer que les intérêts de la Société soient effectivement préservés.

Nous serons nous-mêmes particulièrement attentifs à la mise en œuvre des intentions qui ont été publiées par XPO Logistics dans la note d'information relative à l'offre publique. XPO Logistics y indique en effet se réserver la faculté de fusionner, à tout moment, certains actifs ou branches de la Société avec des sociétés du groupe XPO Logistics, de les transférer à des sociétés du groupe XPO Logistics (ou vice-versa), ou de conclure des contrats de licence portant sur certains droits de propriété intellectuelle, et notamment consentir une licence de la marque XPO à Norbert Dentressangle. Bien que le détail de ces opérations n'ait pas été porté à la connaissance du public, il apparaît clairement qu'elles ne pourront pas être réalisées dans le seul intérêt de XPO Logistics au détriment de tout autre avantage, y compris stratégique, pour la Société, notamment dans la mesure où Norbert Dentressangle n'aurait sans doute jamais conclu de telles opérations si elle était demeurée une entité autonome. La réalisation de telles opérations dans ce but avec des sociétés liées serait en effet de nature à porter une atteinte irréversible à la valeur et à la stratégie de Norbert Dentressangle, alors même que la Société demeurera cotée et que nous et bien d'autres en demeureront actionnaires minoritaires.

Nous souhaitons donc obtenir les informations nécessaires sur ces "actifs" et "branches d'activité" ainsi que sur le financement du groupe XPO Logistics lié à l'offre et à ses suites (y compris le refinancement de la Société), ainsi que sur le calendrier de réalisation de ces opérations et du contrat de licence, et savoir si les négociations entre Norbert Dentressangle et XPO Logistics ont commencé et à quelle date et si des accords ont déjà été conclus. Nous pensons qu'il serait opportun que nous nous réunissions avec la direction de Norbert Dentressangle, y compris les membres indépendants de son conseil de surveillance, dès que possible afin que nous puissions comprendre les raisons qui pourraient la conduire à décider la conclusion de telles opérations et les conséquences qu'elles emporteraient.

Nous ne doutons pas, évidemment, que les membres du conseil de surveillance de la Société qui ne seraient pas indépendants de XPO Logistics s'abstiendront de prendre part à de telles décisions, afin notamment d'éviter tout conflit d'intérêts et de respecter tant les contraintes légales que les meilleurs principes de bonne gouvernance afin que les décisions de la Société soient prises indépendamment de toutes considérations des intérêts propres de XPO Logistics ou du management de cette dernière. Nous sommes également convaincus que chacun des membres du directoire et du conseil de surveillance respectera en tous

2

points leurs obligations de loyauté envers la Société et ses actionnaires, en faisant toujours prévaloir l'intérêt de la Société et en protégeant les intérêts de tous les actionnaires, en particulier ceux des minoritaires.

Nous vous prions d'agréer, chers Messieurs, nos salutations distinguées.

Elliott Capital Advisors L.P.

3