# NOTE D'INFORMATION RELATIVE A L'OFFRE PUBLIQUE D'ACHAT SIMPLIFIEE VISANT LES ACTIONS DE LA SOCIETE



Initiée par



**XPO Logistics France SAS**

Présentée par

**Morgan Stanley**



---

**PRIX DE L'OFFRE : 217,50 euros par action Norbert Dentressangle SA**
**DUREE DE L'OFFRE : 16 jours de négociation**

---

**AMF** | AUTORITE DES MARCHES FINANCIERS

En application de l'article L. 621-8 du code monétaire et financier et de l'article 231-26 de son règlement général, l'Autorité des marchés financiers (« AMF ») a, en application de la décision de conformité de l'offre publique du 11 juin 2015, apposé le visa en date du 23 juin 2015 sur la présente note d'information. Cette note a été établie par la société XPO Logistics France et engage la responsabilité de ses signataires.

Le visa, conformément aux dispositions de l'article L. 621-8-1 I du code monétaire et financier, a été attribué après que l'Autorité des marchés financiers a vérifié « *si le document est complet et compréhensible, et si les informations qu'il contient sont cohérentes* ». Il n'implique ni approbation du prix ou de l'opportunité de l'opération, ni authentification des éléments comptables et financiers présentés.

---

**AVIS IMPORTANT**

Dans le cas où, à la clôture de la présente offre publique d'achat simplifiée, les actionnaires n'ayant pas apporté leurs titres à l'offre publique représenteraient moins de 5 % du capital et des droits de vote de Norbert Dentressangle SA, XPO Logistics France a l'intention de procéder, postérieurement à la clôture de cette offre publique, conformément aux articles L. 433-4 III du code monétaire et financier et 237-14 et suivants du règlement général de l'AMF, à une procédure de retrait obligatoire moyennant une indemnisation de 217,50 euros par action Norbert Dentressangle SA, étant précisé que cette procédure de retrait serait immédiatement suivie d'une demande à Euronext de radiation des actions Norbert Dentressangle SA.

---

La présente note d'information qui sera visée par l'AMF ainsi que les autres informations relatives aux caractéristiques, notamment juridiques, financières et comptables de XPO Logistics France seront mises gratuitement à disposition du public au siège de Morgan Stanley & Co. International PLC, 61 rue de Monceau, 75008 Paris (France) (« Morgan Stanley »), ainsi que sur les sites Internet de l'AMF (www.amf-france.org) et de XPO Logistics France (http://www.xpo.com), conformément à l'article 231-27 2° du règlement général de l'AMF. Un communiqué de presse sera diffusé conformément aux dispositions de l'article 221-3 du règlement général de l'AMF pour informer le public des modalités de mise à disposition de ces documents.

Conformément à l'article 231-28 du règlement général de l'AMF, les autres informations relatives aux caractéristiques, notamment juridiques, financières et comptables de XPO Logistics France et Norbert Dentressangle SA seront déposées auprès de l'AMF et mises à la disposition du public au plus tard la veille de l'ouverture de l'offre publique d'achat simplifiée.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

## TABLE DES MATIERES

1.   PRESENTATION DE L'OFFRE ............................................................................................. 4

1.1.   INTRODUCTION ............................................................................................................... 4

1.2.   CONTEXTE ET MOTIFS DE L'OPERATION ......................................................................... 4

1.2.1.   Contexte de l'opération ............................................................................................. 4

1.2.2.   Motifs de l'Achat de Bloc et de l'Offre subséquente ................................................ 12

1.2.3.   Avis du conseil d'administration d'XPO Logistics, Inc. et approbation par l'associé unique de l'Initiateur ............................................................................................................... 13

1.3.   INTENTIONS DE L'INITIATEUR POUR LES DOUZE MOIS A VENIR ........................................ 13

1.3.1.   Stratégie et activité future ...................................................................................... 13

1.3.2.   Intentions en matière d'emploi ............................................................................... 13

1.3.3.   Politique de distribution de dividendes .................................................................. 14

1.3.4.   Synergies ................................................................................................................ 14

1.3.5.   Retrait obligatoire - Radiation de la cote ............................................................... 14

1.3.6.   Intentions en matière de fusion et d'intégration .................................................... 15

1.3.7.   Composition du conseil de surveillance ................................................................. 15

1.3.8.   Avantages pour la Société, l'Initiateur et leurs actionnaires ................................. 16

1.4.   ACCORDS POUVANT AVOIR UN EFFET SIGNIFICATIF SUR L'APPRECIATION DE L'OFFRE OU SON ISSUE. 16

2.   CONDITIONS DE L'OFFRE ............................................................................................. 16

2.1.   TERMES DE L'OFFRE ..................................................................................................... 16

2.2.   NOMBRE ET NATURE DES TITRES VISES PAR L'OFFRE ................................................... 17

2.3.   PROCEDURE D'APPORT A L'OFFRE ............................................................................... 18

2.4.   CALENDRIER INDICATIF DE L'OFFRE ............................................................................ 19

2.5.   FINANCEMENT DE L'OFFRE .......................................................................................... 19

2.5.1.   Frais liés à l'Offre .................................................................................................. 19

2.5.2.   Modalités de financement de l'Offre ....................................................................... 20

2.6.   RESTRICTIONS CONCERNANT L'OFFRE A L'ETRANGER .................................................. 20

2.7.   TRAITEMENT FISCAL DE L'OFFRE ................................................................................. 21

2.7.1.   Actionnaires personnes physiques résidents fiscaux de France, agissant dans le cadre de la gestion de leur patrimoine privé et ne réalisant pas des opérations de bourse à titre habituel ........................... 21

2.7.2.   Actionnaires personnes morales résidents fiscaux de France et soumis à l'impôt sur les sociétés dans les conditions de droit commun ........................................................................................... 23

2.7.3.   Actionnaires non-résidents fiscaux de France ....................................................... 24

2.7.4.   Actionnaires soumis à un régime d'imposition différent ....................................... 24

2.7.5.   Droits d'enregistrement ou taxe sur les transactions financières ......................... 24

3.   CRITERES D'APPRECIATION DU PRIX DE L'OFFRE .................................................. 25

3.1.   APPRECIATION DU PRIX DE L'OFFRE ............................................................................ 25

3.2.   ÉLEMENTS FINANCIERS ................................................................................................ 25

3.2.1.   Données financières ............................................................................................... 25

3.2.2.   Passage de la valeur d'entreprise à la valeur des fonds propres ........................... 26

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

3.2.3.  Nombre de titres ..................................................................................................... 26

**3.3.   VALORISATION DE L'OFFRE** .................................................................................. 26

3.3.1.  Référence à l'acquisition du bloc d'actions majoritaire de ND par XPO (Achat de Bloc) ...................... 26

3.3.2.  Approche par les cours de bourse ................................................................................ 27

3.3.3.  Approche par les objectifs de cours des analystes de recherche ............................................. 28

3.3.4.  Approche par les multiples des sociétés comparables cotées ................................................. 28

3.3.5.  Approche par les multiples de transactions comparables ..................................................... 30

3.3.6.  Approche par les primes payées lors des Offres Publiques d'Achat (« OPA ») précédentes .................. 31

3.3.7.  Approche par l'actualisation des flux de trésorerie disponibles futurs (« DCF ») ........................ 32

3.3.8.  Synthèse des éléments d'appréciation de l'Offre ............................................................. 34

**4.      PERSONNES RESPONSABLES DU CONTENU DE LA NOTE D'INFORMATION** ................... 35

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

## 1. PRESENTATION DE L'OFFRE

### 1.1. Introduction

En application du Titre III du Livre II, et plus particulièrement des articles 233-1 2° et suivants et 234-2 du règlement général de l'AMF, XPO Logistics France SAS, une société par actions simplifiée à associé unique de droit français ayant un capital social de 10 000 euros, dont le siège social est situé au 23 rue du Roule, 75001 Paris, France et immatriculée au Registre du commerce et des sociétés de Paris sous le numéro 811 597 335 (« **XPO** » ou l'« **Initiateur** »), elle-même filiale à 100 % de XPO Logistics, Inc.[1], une société immatriculée au Delaware, dont le siège social est à Five Greenwich Office Park, Greenwich, Connecticut 06831 (Etats-Unis) et dont les actions sont négociées sur le *New York Stock Exchange* (NYSE : XPO) (« **XPO Logistics, Inc.** » et, ensemble avec XPO, « **XPO Logistics** »), s'est engagée irrévocablement auprès de l'AMF à offrir aux actionnaires de Norbert Dentressangle SA, une société anonyme de droit français ayant un capital social de 19 672 482 euros, dont le siège social est situé au 192, avenue Thiers, 69006 Lyon, France, immatriculée au Registre du commerce et des sociétés de Lyon sous le numéro 309 645 539 (« **ND** » ou la « **Société** ») et dont les actions sont admises aux négociations sur Euronext Paris - Eurolist Compartiment A (ISIN FR0000052870 ; code mnémonique : GND) et sur la Liste Officielle d'Euronext London, d'acquérir la totalité de leurs actions ND, au prix unitaire de 217,50 euros (l'« **Offre** »).

Conformément à l'article 233-1 2° du règlement général de l'AMF, l'Offre prend la forme d'une offre publique d'achat simplifiée.

L'Offre sera ouverte pendant une période de 16 jours de négociation.

L'Offre fait suite à l'acquisition par XPO (i) le 8 juin 2015, de 6 561 776 actions de ND auprès de plusieurs actionnaires par voie de cession de blocs hors marché (l'« **Achat de Bloc** »), représentant 66,71 % du capital et 66,38 % des droits de vote théoriques de la Société et (ii) le 8 juin 2015, de 110 000 Bons de Souscriptions d'Actions (comme définis ci-après) donnant droit à souscrire 110 000 actions ND. XPO détenait à la date de dépôt de l'Offre, 6 561 776 actions ND, représentant 66,71 % du capital et 66,38 % des droits de vote théoriques.

Conformément aux dispositions de l'article 231-13 I du règlement général de l'AMF, Morgan Stanley, agissant pour le compte de l'Initiateur, a déposé un projet de note d'information auprès de l'AMF le 11 juin 2015. Morgan Stanley, en tant qu'établissement présentateur, garantit la teneur et le caractère irrévocable des engagements pris par l'Initiateur.

L'Offre vise la totalité des actions non détenues directement ou indirectement par l'Initiateur à la date des présentes.

### 1.2. Contexte et motifs de l'opération

#### 1.2.1. Contexte de l'opération

#### *(i)    Acquisition par l'Initiateur d'une participation de 66,71 % dans ND*

Le 28 avril 2015, XPO Logistics, Inc. a conclu (i) un contrat de cession d'actions (le « **Contrat de Cession d'Actions** ») avec Dentressangle Initiatives, Messieurs Norbert Dentressangle et Pierre-Henri Dentressangle et Mesdames Evelyne Dentressangle et Marine Dentressangle (les « **Vendeurs Initiaux** »), (ii) un accord relatif à l'offre publique d'achat (« l'**Accord Relatif à l'Offre Publique**

---

[1] Le premier actionnaire de XPO Logistics, Inc. est Jacobs Private Equity, LLC, une société contrôlée par Monsieur Bradley Jacobs, Chairman de XPO Logistics, Inc., qui détient 17,015 % du capital de XPO Logistics, Inc.

d'Achat ») avec la Société et (iii) un accord d'intéressement avec les membres du directoire (le « **Plan d'Intéressement** ») régissant le traitement des plans d'intéressement existants et le futur plan d'intéressement qui sera octroyé aux dirigeants et salariés de la Société.

En application du Contrat de Cession d'Actions relatif à l'Achat de Bloc, XPO s'est engagée à acquérir 6 561 776 actions auprès des Vendeurs Initiaux, représentant environ 66,71 % du capital social de ND, au prix de 217,50 euros par action. Le prix d'acquisition prend en compte la distribution d'un dividende d'un montant de 1,80 euros par action intervenue au profit de tous les actionnaires de ND avant la réalisation de l'Achat de Bloc.

De plus, en application de l'Accord Relatif à l'Offre Publique d'Achat et du Plan d'Intéressement, XPO s'est engagée à acquérir, auprès de certains membres du directoire de la Société, les bons de souscription d'actions émis à leur profit par la Société, à un prix de 157,95 euros par bon de souscription, à savoir, (i) 80 000 bons de souscription au prix d'exercice de 59,55 euros (les « BSA A ») et (ii) 30 000 bons de souscription au prix d'exercice de 59,55 euros (les « BSA B ») (les BSA A et BSA B étant désignés, les « **BSA** » ou les « **Bons de Souscription d'Actions** »), à la seule condition que les conditions de « vesting » prévues dans les termes et conditions de ces Bons de Souscription d'Actions soient supprimées et que les périodes d'exercice soient ouvertes par anticipation, par décision des actionnaires de la Société à l'occasion de l'assemblée générale qui s'est tenue le 21 mai 2015.

XPO Logistics, Inc. et la Société ont annoncé l'Achat de Bloc le 28 avril 2015. XPO Logistics, Inc. a également annoncé qu'elle lancerait le processus d'acquisition de toutes les actions restantes de ND au prix de 217,50 euros par action.

Le conseil de surveillance de la Société, qui s'est tenu le 27 avril 2015, a émis un avis préliminaire favorable sur l'Achat de Bloc et sur l'Offre et a désigné Ledouble SAS, représentée par Messieurs Olivier Cretté et Sébastien Sancho, en qualité d'expert indépendant en charge de la rédaction du rapport portant sur les modalités financières d'une offre publique éventuellement suivie d'un retrait obligatoire.

Le 19 mai 2015, l'Initiateur a été constitué par son actionnaire unique, XPO Logistics, Inc., lequel a substitué l'Initiateur dans ses droits et obligations au titre du Contrat de Cession d'Actions et de l'Accord Relatif à l'Offre Publique d'Achat.

Le 16 mai 2015, XPO Logistics, Inc. et les Vendeurs Initiaux ont constaté la réalisation des conditions suspensives portant sur les autorisations règlementaires et, en conséquence, que l'ensemble des conditions suspensives prévues dans le Contrat de Cession d'Actions avaient été remplies.

Le 21 mai 2015, l'assemblée générale de la Société a approuvé la distribution d'un dividende d'un montant de 1,80 euros par action qui a été versé le 2 juin 2015 (la date de détachement étant intervenue le 29 mai 2015).

La Société a engagé les procédures d'information et de consultation du comité d'entreprise au niveau du groupe ND immédiatement après l'annonce de la signature du Contrat de Cession d'Actions. Le 28 mai 2015, le comité d'entreprise du groupe ND a émis un avis défavorable sur le projet d'Offre envisagé.

Le règlement-livraison relatif à l'Achat de Bloc prévu par le Contrat de Cession d'Actions a été réalisé hors marché le 8 juin 2015.

A la suite de l'Achat de Bloc, l'Initiateur est devenu propriétaire de 6 561 776 actions ND, représentant 66,71 % du capital social et 66,38 % des droits de vote théoriques de la Société.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

Le 8 juin 2015, au vu du rapport de l'expert indépendant, le conseil de surveillance de la Société a recommandé aux actionnaires d'apporter leurs titres à l'Offre.

De plus, le 8 juin 2015, l'Initiateur a acquis les BSA au prix de 157,95 euros par bon de souscription, correspondant au prix d'acquisition des actions dans le cadre de l'Achat de Bloc moins le prix d'exercice.

Enfin, depuis le dépôt du projet de note d'information et jusqu'au 23 juin 2015, l'Initiateur a acquis 189 525 actions de la Société, au prix de l'Offre (soit 217,50 euros), conformément à l'article 231-38 IV du règlement général de l'AMF.

*(ii)*    *Clauses particulières du Contrat de Cession d'Actions entre l'Initiateur et les Vendeurs Initiaux*

Le Contrat de Cession d'Actions prévoit l'obligation pour l'acquéreur de s'assurer que la Société cesse progressivement d'utiliser le nom commercial et la marque Norbert Dentressangle, le changement de nom commercial et de marque devant être intégralement réalisé dans les 36 mois qui suivent l'Achat de Bloc. Sous réserve de certaines conditions, des pénalités pourraient être dues en cas de manquement à ces obligations.

Le Contrat de Cession d'Actions ne contient pas de stipulations relatives à un complément de prix au profit des Vendeurs Initiaux, s'agissant de l'Achat de Bloc.

De plus, le Contrat de Cession d'Actions prévoit une obligation de non-concurrence et de non-sollicitation de 3 ans pour les Vendeurs Initiaux. Les Vendeurs Initiaux se sont également engagés à ne pas utiliser le nom commercial et la marque Norbert Dentressangle pour toute activité similaire à celle de la Société pendant une durée de 20 ans.

*(iii)*    *Répartition du capital et des droits de vote de ND*

*(A)*    *Répartition du capital et des droits de vote de ND avant l'Achat de Bloc*

Le capital social de ND s'élève, à la connaissance de l'Initiateur, à 19 672 482 euros divisé en 9 836 241 actions ordinaires de 2 euros de valeur nominale.

Le tableau ci-après présente, à la connaissance de l'Initiateur, la répartition du capital et des droits de vote avant la réalisation de l'Achat de Bloc, à la date du 31 mai 2015.

6

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Actionnaires | Nombre d'actions | % Capital | Nombre de droits de vote | % Droits de vote* |
|---|---|---|---|---|
| Famille Dentressangle | 240 482 | 2,44 | 480 944 | 2,96 |
| Dentressangle Initiatives (contrôlée par la famille Dentressangle) | 6 321 294 | 64,27 | 12 366 694 | 76,26 |
| Sous-total Famille Dentressangle | 6 561 776 | 66,71 | 12 847 638 | 79,22 |
| Salariés et public[2] | 3 230 018 | 32,84 | 3 325 298 | 20,50 |
| *Y compris les actions auto-détenues* | *38 578* | *0,39* | *38 578*** | *0,24*** |
| *Y compris les actions détenues dans le cadre d'un contrat de liquidité* | *5 869* | *0,06* | *5 869*** | *0,04*** |
| Total | 9 836 241 | 100 | 16 217 383 | 100 |

\* Conformément à l'article 233-11 du règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions auxquelles sont rattachés des droits de vote, en ce compris les actions dépourvues de droits de vote.

\*\* Droits de vote théoriques – les droits de vote attachés aux actions auto-détenues étant suspendus.

Ni l'Initiateur, ni l'une quelconque des sociétés appartenant au groupe de l'Initiateur ne détenait, directement ou indirectement, des actions ND avant l'Achat de Bloc et n'a acquis une quelconque action ND dans les 12 mois précédent l'annonce de l'Offre.

**(B)**     *Répartition du capital et des droits de vote de ND à la suite de l'Achat de Bloc*

Le tableau ci-après présente, à la connaissance de l'Initiateur, la répartition du capital et des droits de vote à la suite de la réalisation de l'Achat de Bloc.

---

[2] Dont 53 500 actions détenues par les membres du directoire.

7

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Actionnaires | Nombre d'actions | % Capital | Nombre de droits de vote | % Droits de vote |
|---|---|---|---|---|
| XPO Logistics France SAS | 6 561 776 | 66,71 | 6 561 776 | 66,38 |
| Salariés et public[3] | 3 230 018 | 32,84 | 3 279 575 | 33,17 |
| *Y compris les actions auto-détenues* | *38 578* | *0,39* | *38 578\*\** | *0,39\*\** |
| *Y compris les actions détenues dans le cadre d'un contrat de liquidité* | *5 869* | *0,06* | *5 869\*\** | *0,06\*\** |
| Total | 9 836 241 | 100 | 9 885 798 | 100 |

\* Conformément à l'article 233-11 du règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions auxquelles sont rattachés des droits de vote, en ce compris les actions dépourvues de droits de vote.

\*\* Droits de vote théoriques – les droits de vote attachés aux actions auto-détenues étant suspendus.

A l'exception de l'Achat de Bloc mentionné ci-dessus et de l'acquisition de Bons de Souscription d'Actions mentionnée ci-dessous, ni l'Initiateur, ni l'une quelconque des sociétés appartenant au groupe de l'Initiateur ne détenait, directement ou indirectement, des actions ND avant l'Achat de Bloc.

*(C)    Répartition du capital et des droits de vote de ND à la date de la décision de conformité*

Le tableau ci-après présente, à la connaissance de l'Initiateur, la répartition du capital et des droits de vote de ND du 23 juin 2015, compte tenu des achats d'actions de la Société effectuées par XPO (au prix de l'Offre) depuis le dépôt du projet de note d'information, conformément à l'article 231-38 IV du règlement général de l'AMF.

---

[3] Dont 53 500 actions détenues par les membres du directoire.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Actionnaires | Nombre d'actions | % Capital | Nombre de droits de vote | % Droits de vote |
|---|---|---|---|---|
| XPO Logistics France SAS | 6 751 301 | 68,64 | 6 751 301 | 68,29 |
| *Y compris les actions acquises depuis le 11 juin 2015* | *189 525* | *1,93* | *189 525* | *1,92* |
| Salariés et public[4] | 3 084 940 | 31,36 | 3 134 497 | 31,71 |
| *Y compris les actions auto-détenues* | *38 578* | *0,39* | *38 578\*\** | *0,39\*\** |
| *Y compris les actions détenues dans le cadre d'un contrat de liquidité* | *5 869* | *0,06* | *5 869\*\** | *0,06\*\** |
| **Total** | 9 836 241 | 100 | 9 885 798 | 100 |

\* Conformément à l'article 233-11 du règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions auxquelles sont rattachés des droits de vote, en ce compris les actions dépourvues de droits de vote.

\*\* Droits de vote théoriques – les droits de vote attachés aux actions auto-détenues étant suspendus.

**(iv)     *Titres donnant accès au capital de ND (Bons de Souscription d'Actions)***

En outre, au 8 juin 2015, les Bons de Souscription d'Actions existants donnant accès au capital de la Société, étaient répartis de la façon suivante :

---

[4] Dont 53 500 actions détenues par les membres du directoire.

9

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Catégorie | Nombre alloué par la Société | Total des Actions (en cas d'exercice) |
|---|---|---|
| BSA A – Emission en juillet 2013 | 80 000 | 80 000 |
| BSA B – Emission en juillet 2013 | 30 000 | 30 000 |
| Total | 110 000 | 110 000 |

Comme il est indiqué ci-dessus, l'Initiateur a acquis le 8 juin 2015, conformément à l'Accord Relatif à l'Offre Publique d'Achat et au Plan d'Intéressement, les Bons de Souscription d'Actions appartenant à Messieurs Montjotin (50 000 BSA), Bataillard (30 000 BSA)[5], Wilson (15 000 BSA) et Gomez (15 000 BSA) (membres du directoire), à un prix de 157,95 euros par action, ce montant correspondant au prix par action payé pour l'Achat de Bloc moins le prix d'exercice des Bons de Souscription d'Actions. Aucune clause de complément de prix n'a été prévue dans le cadre de ces cessions.

A la date des présentes, XPO détient 100 % des BSA. ND n'a par ailleurs émis aucune autre valeur mobilière donnant accès à son capital.

Lors de l'assemblée générale mixte des actionnaires du 21 mai 2015, les actionnaires de ND ont décidé de modifier les termes et conditions des Bons de Souscription d'Actions afin de (i) supprimer les conditions de présence et d'incessibilité qui y étaient prévues et (ii) anticiper l'ouverture de la période d'exercice à compter du 21 mai 2015 (la date de fin d'exercice prévue lors de l'émission restant inchangée).

*(v)     Actions attribuées gratuitement*

La Société a procédé à des attributions gratuites d'actions. Au 31 mai 2015, les actions attribuées gratuitement suivantes sont toujours en période d'acquisition et n'ont donc pas encore été émises et livrées à leurs bénéficiaires :

---

[5] Il est précisé qu'une partie des BSA détenus par Monsieur Bataillard et par Monsieur Montjotin a fait l'objet d'apports à des holdings patrimoniales leur appartenant et de donations-partages au profit de leurs enfants respectifs.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Catégorie | Nombre alloué par la Société | Total des Actions (en cas de remise des actions) |
|---|---|---|
| Actions attribuées gratuitement – Attribution de mai 2013 | 50 100 | 50 100 |
| Actions attribuées gratuitement – Attribution de mai 2014 | 21 000 | 21 000 |
| Actions attribuées gratuitement – Attribution d'octobre 2014 | 30 997 | 30 997 |
| **Total** | 102 097 | 102 097 |

Conformément au Plan d'Intéressement, XPO Logistics, Inc. a proposé ce qui suit aux bénéficiaires d'actions gratuites, étant rappelé que ces actions gratuites n'ont pas été émises à la date de l'Offre et ne sont donc pas visées par l'Offre.

Pour les bénéficiaires d'actions gratuites attribuées en avril 2013 et en avril 2014, dont la livraison interviendrait en avril 2016 et qui font l'objet d'un engagement de conservation jusqu'en avril 2018, XPO Logistics, Inc. et l'Initiateur proposeront à ces bénéficiaires de renoncer à ces actions gratuites en échange d'un bonus en numéraire (traité comme du salaire) pour un montant brut de 217,50 euros par action, payable en deux versements équivalents qui interviendraient 1 an et demi et 3 ans après la réalisation de l'Achat de Bloc (sans aucune condition de présence, de service ou de performance).

Les réalisations historiques 2013 et 2014 et le budget 2015 permettent de considérer que les conditions de performances prévues dans les plans d'attribution d'avril 2013 et d'avril 2014 seront bien atteintes.

Pour les bénéficiaires d'actions gratuites attribuées en octobre 2014 aux managers de la société Jacobson (la filiale américaine de la Société, dont l'acquisition a été réalisée le 31 juillet 2014) dont les périodes d'acquisition et de conservation expirent toutes deux en octobre 2018, XPO Logistics, Inc. proposera, en contrepartie de la renonciation des bénéficiaires à ces actions gratuites, la mise en place d'un nouveau plan reposant sur l'évolution du cours de bourse XPO Logistics, Inc. et dont les objectifs de performance tiendraient compte de l'intégration au sein du groupe XPO. L'horizon de ce nouveau plan serait au moins égal à celui des actions gratuites qu'il remplacerait. La valeur des attributions au titre de ce nouveau plan ne serait en tout état de cause pas supérieure à la valeur des actions gratuites remplacées en prenant en compte, d'une part, le prix de l'Offre pour déterminer la valeur des actions gratuites remplacées, et d'autre part, la valeur en bourse des actions XPO Logistics, Inc. sous-jacentes aux instruments remis en échange pour déterminer la valeur de ces derniers. De la sorte, la contre-valeur de chaque action gratuite remplacée ne saurait être supérieure à 217,50 euros.

*(vi)     Déclarations de franchissement de seuils*

Conformément aux articles 223-11 et suivants du règlement général de l'AMF et aux articles L. 233-7 et suivants du code de commerce, l'Initiateur a déclaré à l'AMF et à ND, par courriers en date du 11 juin 2015, qu'il avait, à la suite de l'Achat de Bloc, franchi à la hausse, le 8 juin 2015, tous les seuils légaux compris entre zéro et 2/3 du capital social et entre zéro et 50 % des droits de vote de la Société suite à l'exécution du Contrat de Cession d'Actions relatif à l'Achat de Bloc.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

Ces déclarations ont donné lieu à un avis publié par l'AMF le 12 juin 2015 sous le visa 215C0813.

Réciproquement, les membres de la famille Dentressangle et Dentressangle Initiatives ont déclaré, par des courriers à l'AMF et à ND, en date du 11 juin 2015, qu'ils avaient, agissant ensemble de concert, suite à l'Achat de Bloc, franchi à la baisse tous les seuils légaux compris entre 2/3 jusqu'à zéro.

Ces déclarations ont donné lieu à un avis publié par l'AMF le 11 juin 2015 sous le visa 215C0803.

L'Initiateur a par ailleurs, compte tenu des actions acquises depuis le dépôt du projet d'Offre, déclaré à l'AMF et ND, le 16 juin 2015, qu'il avait franchi à la hausse, le 11 juin 2015, le seuil de 2/3 des droits de vote. Ces déclarations ont donné lieu à un avis publié par l'AMF le 16 juin 2015 sous le visa 215C0829.

*(vii)    Engagements d'apport à l'Offre*

Sans objet.

*(viii)   Autorisations réglementaires*

L'Offre n'est soumise à aucune condition au titre du contrôle des concentrations.

L'Achat de Bloc a été autorisé (ou n'a pas donné lieu à objection) par les autorités de la concurrence aux Etats-Unis d'Amérique, en Allemagne et en Russie. Les autorisations ont été octroyées respectivement le 11 mai 2015 pour les Etats-Unis d'Amérique (*early termination*) et l'Allemagne et le 20 mai 2015 pour la Russie.

### 1.2.2.   Motifs de l'Achat de Bloc et de l'Offre subséquente

XPO Logistics, Inc. est l'une des entreprises logistiques les plus importantes et bénéficiant d'une des plus fortes croissances en Amérique du Nord. Elle a déployé avec succès sa stratégie pour développer sa croissance organique et acquérir des activités de transport et de logistique performantes créatrices de valeur et évolutives. En conséquence de quoi, le segment transport de XPO Logistics, Inc. lui a conféré des positions de leader en Amérique du Nord dans le courtage de marchandises, le transport intermodal, la logistique de dernier kilomètre et l'expédition accélérée et globale de marchandises. En outre, XPO Logistics, Inc. est devenu le premier prestataire de logistique contractuelle, avec des solutions sophistiquées et à fort contenu technologique.

Les trois activités de ND (Logistique, Transport et Air & Mer) sont destinées à rester basées en France et seront la plateforme de développement pour toutes les activités européennes de XPO Logistics, Inc. XPO Logistics prévoit que cette acquisition lui permettra d'offrir aux 15 000 clients actuels de XPO Logistics, Inc. des services de premier rang en transport et en logistique en Europe. En outre, ND a constitué une base de clientèle fidèle qui comprend des sociétés multinationales, dont certaines ne sont actuellement pas desservies par XPO Logistics, Inc. Ces clients auront l'opportunité de consolider leurs relations au sein de la chaîne d'approvisionnement avec la nouvelle entité et accèderont ainsi aux services de XPO Logistics, Inc. en Amérique du Nord.

En outre, XPO Logistics prévoit d'investir dans la croissance de la nouvelle entité au travers de ses plateformes technologiques propriétaires qui permettent d'offrir une haute qualité de services. XPO Logistics (en ce compris ND) dispose d'un budget informatique 2015 d'environ 225 millions de dollars, qu'il considère comme étant parmi les plus élevés dans le secteur.

Enfin, la culture de ND, tout comme celle de XPO Logistics, Inc. est focalisée sur l'excellence opérationnelle et l'ambition de fournir des services d'un meilleur niveau mondial.

### 1.2.3. Avis du conseil d'administration d'XPO Logistics, Inc. et approbation par l'associé unique de l'Initiateur

Après un examen détaillé des conditions et des modalités de la transaction proposée lors de la réunion du conseil d'administration du 26 Avril 2015, le conseil d'administration de XPO Logistics, Inc. a approuvé la transaction, y compris l'Achat de Bloc et l'Offre, comme étant dans l'intérêt de XPO Logistics, Inc. et de ses actionnaires. Le conseil d'administration a, en outre, accordé les pouvoirs nécessaires à ses dirigeants pour prendre toute décision nécessaire à la réalisation de la transaction.

Le 4 Juin 2015, XPO Logistics, Inc. a, en sa qualité d'actionnaire unique de l'Initiateur, autorisé ce dernier à procéder à l'Achat de Bloc et au dépôt de l'Offre.

### 1.3. Intentions de l'Initiateur pour les douze mois à venir

### 1.3.1. Stratégie et activité future

Comme expliqué ci-dessus au paragraphe 1.2.2, l'Initiateur estime que les trois principales branches d'activité de ND sont en cohérence avec son propre portefeuille d'activités. ND sera la plateforme de développement pour l'ensemble des activités européennes de XPO Logistics, Inc. ND sera en mesure d'offrir ses services à plus de 15 000 clients actuels de XPO Logistics, Inc. qui ont des intérêts commerciaux en-dehors d'Amérique du Nord. L'Initiateur prévoit que le siège européen restera en France, d'où il développera les activités européennes du groupe. Pour une période de 5 ans à compter de la date de clôture, l'Initiateur a l'intention de conserver le siège social et le centre de décision de la division logistique européenne de ND à Paris et celui de la division transport dans la Drôme.

**En ce qui concerne la branche d'activité Logistique,** XPO Logistics, Inc. sera désormais en mesure d'offrir des services logistiques en Europe à l'ensemble de ses clients actuels. En outre, ND a constitué une clientèle fidèle qui comprend des sociétés multinationales, dont un nombre important n'est actuellement pas desservi par XPO Logistics, Inc. Les activités nord-américaines de ND devraient croître dans le cadre de la croissance des activités logistiques américaines de XPO Logistics, Inc. Dans l'ensemble, la transaction combinerait ces 11 millions de m$^2$ de surface d'entreposage de ND avec les 1,1 millions de m$^2$ de surface d'entreposage de XPO Logistics, Inc., ce qui ferait de XPO un des premiers fournisseurs de services logistiques dans le monde en termes de capacité d'entreposage.

**En ce qui concerne la branche d'activité Transport,** XPO Logistics, Inc. sera désormais en mesure d'offrir à l'ensemble de ses clients actuels des services de transport en Europe. Les clients multinationaux de ND auront également l'occasion de consolider leur « supply chain » avec XPO Logistics, Inc. et auront accès à la qualité de service proposée par XPO Logistics, Inc. en Amérique du Nord pour le courtage de fret, l'intermodal, la logistique de dernier kilomètre, les expéditions rapides et le « forwarding global ».

**En ce qui concerne la branche d'activité Air & Mer,** le rapprochement va porter les opérations de « fret forwarding » global de XPO Logistics à environ 500 millions de dollars. XPO pourra ainsi acheter des prestations de transport aérien et maritime de façon plus efficace pour ses clients.

### 1.3.2. Intentions en matière d'emploi

L'Initiateur estime qu'un élément clé de la réussite de ND tient à la préservation et au développement du talent et du capital intellectuel du personnel de ND. Dans ce contexte, l'Initiateur n'a pas l'intention de modifier la stratégie actuelle de ND en matière de ressources humaines.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

En outre, l'Initiateur a l'intention d'assurer la continuité du management de ND à la suite de la réalisation de l'Offre et de le fidéliser pour l'avenir. L'Initiateur a ainsi l'intention de mettre en œuvre un programme d'intéressement du management.

L'Initiateur a l'intention de ne pas réduire le nombre total d'employés à temps plein en France pour une période de 18 mois à compter de la date de l'Achat de Bloc (à savoir, à compter du 8 juin 2015).

L'Initiateur a l'intention de maintenir le siège européen des sociétés du groupe ND à Lyon, en France, et il s'est engagé aux termes de l'Accord Relatif à l'Offre Publique d'Achat à maintenir, pour une période de 5 ans courant à compter de la date de l'Achat de Bloc (à savoir, à compter du 8 juin 2015), le siège et le centre de décision des activités logistiques européennes de la Société à Paris et les activités transport de la Société dans le département de la Drôme.

L'Initiateur estime que le rapprochement de ND avec l'Initiateur à la suite de l'Offre ne devrait pas avoir d'incidence sur le statut individuel et collectif des employés de ND et de ses filiales.

### 1.3.3. Politique de distribution de dividendes

La politique de distribution sera examinée ultérieurement, au regard notamment des résultats de la Société, sa capacité financière pour une telle distribution et ses besoins de financement au titre de ses plans de développement.

### 1.3.4. Synergies

La consolidation de XPO Logistics, Inc. et de ND ne devrait pas générer des synergies de coûts significatives, notamment en raison du faible chevauchement des activités en Europe et de la complémentarité des activités américaines respectives de ND et de XPO Logistics, Inc. XPO Logistics s'est engagée à ne pas réduire le nombre total d'employés à temps plein en France pour une période d'au moins 18 mois à compter du *closing* et à maintenir le siège européen de ND à Lyon.

Les synergies de chiffre d'affaires devraient être tirées des opportunités de « ventes croisées » au sein du nouveau groupe afin de faire bénéficier les clients respectifs de XPO Logistics, Inc. et de ND des services offerts par l'autre partie. En outre, XPO Logistics a l'intention d'investir dans la croissance de ND par le biais de la technologie de manière à tirer parti de la taille du nouveau groupe.

Enfin, XPO Logistics disposera d'une plate-forme en Europe lui permettant de continuer à exécuter sa stratégie M&A, avec d'importantes opportunités sur un marché européen fragmenté.

### 1.3.5. Retrait obligatoire - Radiation de la cote

Conformément aux articles 237-14 à 237-16 du règlement général de l'AMF, l'Initiateur demandera à l'AMF, dans un délai maximum de 3 mois à l'issue de la clôture de l'Offre, de mettre en œuvre une procédure de retrait obligatoire par le transfert des actions ND qui ne lui appartiennent pas et qui n'auraient pas été présentées à l'Offre (à condition qu'elles ne représentent pas plus de 5 % du capital ou des droits de vote de la Société), au prix de 217,5 euros par action.

L'Initiateur se réserve également la faculté, dans l'hypothèse où il viendrait à détenir ultérieurement, directement ou indirectement, au moins 95 % du capital et des droits de vote de ND, et où un retrait obligatoire n'aurait pas été mis en œuvre dans les conditions visées ci-avant, de déposer auprès de l'AMF un projet d'offre publique de retrait suivie d'une procédure de retrait obligatoire visant les actions qui ne seront pas détenues directement ou indirectement par lui, dans les conditions des articles 236-1 et suivants et 237-14 et suivants du règlement général de l'AMF.

Hormis ce qui précède, l'Initiateur n'a pas l'intention, dans l'hypothèse où un retrait obligatoire n'aurait pas été mis en œuvre à l'issue de la clôture de l'Offre, de demander la radiation des actions ND d'Euronext Paris - Eurolist Compartiment A dans les 12 prochains mois. L'Initiateur se réserve, toutefois, la faculté de demander la radiation des actions ND de la Liste Officielle d'Euronext Londres.

### 1.3.6.   Intentions en matière de fusion et d'intégration

En fonction des résultats de l'Offre, l'Initiateur se réserve le droit d'envisager les meilleures façons d'intégrer ND au sein du groupe XPO Logistics. Dans ce contexte, l'Initiateur se réserve la faculté de fusionner, à tout moment, certains actifs ou branches de ND avec des sociétés du groupe XPO Logistics (en ce compris l'Initiateur) ou de les transférer à des sociétés du groupe XPO Logistics ou *vice versa*.

Les conditions de ces éventuelles opérations de fusion ou d'apport seront soumises aux instances représentatives du personnel compétentes pour consultation, en temps voulu et dans la mesure exigée par la loi, et seront examinés par l'AMF, le cas échéant, conformément à la réglementation en vigueur.

Il est prévu que le groupe ND soit intégré sous la marque XPO dans les meilleurs délais. Pour une période initiale de 3 mois, cette licence de marque sera conférée à titre gratuit, après quoi XPO Logistics, Inc. et ND négocieront l'octroi par XPO Logistics, Inc à ND d'une licence de marque rémunérée en ligne avec les pratiques du marché.

### 1.3.7.   Composition du conseil de surveillance

Concomitamment à la réalisation de l'Achat de Bloc conformément au Contrat de Cession d'Actions, Monsieur Norbert Dentressangle, Madame Evelyne Dentressangle, Monsieur Pierre-Henri Dentressangle, Monsieur Vincent Ménez, Monsieur Jean-Bernard Lafonta et Monsieur Bruno Rousset ont démissionné de leurs fonctions de membres du conseil de surveillance de ND le 8 juin 2015. Ces démissions sont intervenues après que le conseil de surveillance de ND ait recommandé l'Offre comme mentionné ci-dessus.

Le conseil de surveillance de la Société, réuni le 8 juin 2015, a coopté six nouveaux membres du conseil de surveillance (Bradley Jacobs, XPO Logistics, Inc. représentée par Angela Kirby, Troy Cooper, John Hardig, Gordon Devens et Tavio Headley). Monsieur Bradley Jacobs a, en outre, été nommé président du conseil de surveillance et Monsieur Gordon Devens a été nommé vice-président du conseil de surveillance.

Ces cooptations, qui ont pris effet le 8 juin 2015, seront soumises à la ratification des actionnaires de la Société réunis en assemblée générale.

Le conseil de surveillance de la Société est désormais composé comme suit :

–   Bradley Jacobs, président (également président du conseil d'administration de XPO Logistics, Inc.),

–   Gordon Devens, vice-président (salarié de XPO),

–   Clare Chatfield (membre indépendant),

–   Henri Lachmann (membre indépendant),

–   Jean-Luc Poumarède (membre indépendant),

–   François-Marie Valentin (membre indépendant),

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

- XPO Logistics, Inc., représentée par Angela Kirby,
- Troy Cooper, (salarié de XPO),
- John Hardig (salarié de XPO),
- Tavio Headley (salarié de XPO).

### 1.3.8. Avantages pour la Société, l'Initiateur et leurs actionnaires

XPO Logistics, Inc. appartient au Top 10 mondial des prestataires de « supply chain », offrant des solutions à la pointe de l'innovation aux entreprises les plus performantes. XPO Logistics, Inc. propose des services à haute valeur ajoutée en transport - notamment affrètement, multimodal, logistique du dernier kilomètre et expéditions urgentes, solutions logistiques à fort contenu technologique, entreposage et distribution, ainsi que le « global forwarding » par voies terrestre, aérienne et maritime.

XPO Logistics, en ce compris les activités de ND à la suite de l'Achat de Bloc du 8 juin 2015, sert désormais plus de 30 000 clients et dispose de 863 agences dans 27 pays et d'un réseau hautement intégré qui compte environ 52 350 employés.

Avec 201 agences et environ 10 000 salariés, XPO Logistics, Inc. était, avant intégration de ND, l'un des acteurs de la logistique les plus actifs d'Amérique du Nord.

#### (i) Intérêt de l'opération pour la Société et ses actionnaires

L'Initiateur propose aux actionnaires de ND qui apporteront leurs actions à l'Offre une liquidité immédiate pour la totalité de leur participation au même prix que celui offert aux Vendeurs Initiaux, à savoir 217,50 euros par action. Cette opération permettra aux actionnaires qui ont participé au développement de ND de bénéficier d'une liquidité pour leurs actions à un prix présentant une prime de 62,2 % par rapport au cours moyen de l'action pondéré sur 6 mois.

#### (ii) Intérêt de l'opération pour l'Initiateur et ses actionnaires

L'Initiateur considère que cette acquisition s'intègre dans sa stratégie visant à acquérir des entreprises de logistique de premier plan et de devenir un fournisseur global de services de transport et de logistique. La nouvelle entité sera un acteur mondial dynamique, global, avec des positions de leader dans la logistique et le transport. Les clients bénéficieront de la large gamme de services offerte par la nouvelle entité, de sa technologie de pointe, de son accès facilité aux capacités de transport et à son engagement au service du client.

### 1.4. Accords pouvant avoir un effet significatif sur l'appréciation de l'Offre ou son issue

Sous réserve des dispositions du Contrat de Cession d'Actions relatif à l'Achat de Bloc telles que décrites ci-dessus, l'Initiateur n'a connaissance d'aucun accord et n'est partie à aucun accord lié à l'Offre ou susceptible d'avoir un effet significatif sur l'appréciation de l'Offre ou sur son issue.

### 2. CONDITIONS DE L'OFFRE

### 2.1. Termes de l'Offre

En application de l'article 231-13 du règlement général de l'AMF, Morgan Stanley, agissant pour le compte de l'Initiateur, a déposé un projet de note d'information auprès de l'AMF le 11 juin 2015.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

L'AMF a publié, le 11 juin 2015, un avis de dépôt concernant l'Offre sur son site Internet (www.amf-france.org) sous le visa 215C0799.

Morgan Stanley, agissant en tant qu'établissement présentateur, garantit la teneur et le caractère irrévocable des engagements pris par l'Initiateur.

Conformément à l'article 233-1 2° du règlement général de l'AMF, l'Offre prend la forme d'une offre publique d'achat simplifiée.

L'Initiateur s'engage irrévocablement à acquérir auprès des actionnaires de ND les actions de la Société qui seront apportées à l'Offre, au prix de 217,50 euros par action, pendant une période de 16 jours de négociation.

Conformément à l'article 231-16° du règlement général de l'AMF, un communiqué de presse concernant les conditions de l'Offre a été publié le 11 juin 2015 par l'Initiateur et rendu public sur le site Internet de l'Initiateur (http: // www.xpo.com). Le projet de note d'information a été rendu public sur les sites Internet de l'AMF (www.amf-france.org) et XPO Logistics France (http://www.xpo.com) et peut être obtenu gratuitement sur simple demande auprès de Morgan Stanley & Co. International PLC, 61 rue de Monceau, 75008 Paris (France).

Le 23 juin 2015, l'AMF a déclaré l'Offre conforme après s'être assurée de sa conformité aux dispositions légales et règlementaires qui lui sont applicables et a publié sur son site (www.amf-france.org) une déclaration de conformité motivée. Cette déclaration de conformité emporte visa de la présente note d'information.

La note d'information ayant ainsi reçu le visa de l'AMF, conjointement avec le document intitulé « Autres Informations » relatif aux caractéristiques juridiques, financières et comptables de l'Initiateur, seront tenus gratuitement à la disposition du public, au plus tard la veille de l'ouverture de l'Offre, au siège de Morgan Stanley. Ces documents seront aussi rendus publics sur les sites Internet de XPO (http://www.xpo.com), de ND (http://www.norbert-dentressangle.com/) et de l'AMF (www.amf-france.org).

Un communiqué de presse sera publié afin de préciser les conditions dans lesquelles ces documents seront rendus publics conformément à l'article 221-4 IV du règlement général de l'AMF.

Préalablement à l'ouverture de l'Offre, l'AMF publiera un avis d'ouverture et de calendrier de l'Offre, et Euronext Paris publiera un avis rappelant la teneur de l'Offre et précisant le calendrier et les modalités de sa réalisation.

## 2.2.    Nombre et nature des Titres visés par l'Offre

L'Offre porte sur l'ensemble des valeurs mobilières donnant accès au capital et des droits de vote de la Société, à savoir les 9 836 241 actions émises à la date de dépôt de la présente Offre, à l'exclusion (i) des 6 561 776 actions acquises par l'Initiateur le 8 juin 2015 dans le cadre de l'Achat de Bloc et des 189 525 actions acquises par XPO depuis le dépôt du projet d'Offre conformément à l'article 231-38 IV du règlement général de l'AMF et (ii) des 110 000 Bons de Souscription d'Actions acquis par l'Initiateur le 8 juin 2015, étant précisé que ND s'est elle-même engagée à ne pas apporter à l'Offre les actions auto-détenues (44 447 actions en date du 8 juin 2015).

En conséquence, l'Offre porte sur un maximum de 3 040 493 actions de la Société, représentant 30,91 % du capital de la Société.

17

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

Il est précisé que :

- l'Offre ne vise pas les actions sous-jacentes aux 110 000 Bons de Souscription d'Actions émis par la Société dans la mesure où l'Initiateur a déjà acquis ces BSA ;

- au 11 juin 2015, le nombre total des actions attribuées gratuitement est de 102 097 ; ces actions sont en période d'acquisition (c'est-à-dire qu'elles n'ont pas été livrées à leurs bénéficiaires) à cette date et seront, après leur livraison, indisponibles pour une période de 2 ans conformément à leurs termes et conditions. Les actions attribuées gratuitement ne peuvent donc pas être apportées à l'Offre.

A la connaissance de l'Initiateur, il n'existe actuellement aucun titre de participation ou d'instrument financier donnant accès, immédiatement ou à terme, au capital social ou aux droits de vote de la Société, à l'exception des titres et droits mentionnés ci-dessus.

**2.3.     Procédure d'apport à l'Offre**

Les Actions apportées à l'Offre devront être librement négociables et libres de tout privilège, gage, nantissement, ou toute autre sûreté ou restriction de quelque nature que ce soit restreignant le libre transfert de leur propriété. L'Initiateur se réserve le droit d'écarter toutes les Actions apportées qui ne répondraient pas à cette condition.

L'Offre sera ouverte pendant une période de 16 jours de bourse.

Les actions de la Société détenues sous forme nominative doivent être converties et détenues au porteur pour pouvoir être apportées à l'Offre. Par conséquent, les actionnaires détenant leurs actions sous forme nominative et qui souhaitent les apporter à l'Offre devront demander la conversion de ces actions au porteur dans les meilleurs délais. Les actionnaires perdront donc les avantages attachés à la forme nominative pour les actions qui seront alors converties au porteur.

Les actionnaires de la Société dont les actions sont inscrites sur un compte géré par un intermédiaire financier (ce qui inclut les traders, les banques et les institutions financières) et qui souhaitent apporter leurs actions de la Société à l'Offre devront délivrer un ordre de virement irrévocable de leurs actions à leur intermédiaire financier, conformément aux formulaires standards fournis par leur intermédiaire financier au plus tard le dernier jour d'ouverture de l'Offre et en temps opportun afin que leur ordre puisse être exécuté. Chaque intermédiaire financier devra transférer les actions de la Société qu'il a reçu l'ordre d'apporter à l'Offre.

Conformément à la loi, Morgan Stanley, en sa qualité de membre de marché acheteur et d'intermédiaire agissant pour le compte de l'Initiateur, se portera acquéreur des actions de la Société apportées à l'Offre.

Les actionnaires de la Société qui souhaitent apporter leurs actions à l'Offre peuvent :

- soit vendre leurs actions sur le marché, auquel cas le règlement et le transfert des actions cédées (y compris le paiement du prix) auront lieu le deuxième jour de bourse suivant l'exécution des ordres, et les frais de négociation (y compris les frais de courtage et la TVA correspondante) relatifs à ces transactions seront entièrement supportés par les actionnaires vendeurs ;

- soit vendre leurs actions dans le cadre de la procédure semi-centralisée coordonnée par Euronext Paris, auquel cas le règlement et le transfert des actions cédées (y compris le paiement du prix) auront lieu après l'achèvement des opérations de semi-centralisation après la clôture de l'Offre. L'Initiateur remboursera les frais de négociation (frais de courtage et TVA

correspondante) encourus par les actionnaires apportant leurs actions à la procédure semi-centralisée, et ce jusqu'à 0,2 % du prix d'achat (TTC) sous réserve d'un montant maximal de 100 euros TTC par transaction ; étant précisé toutefois que, si l'Offre est déclarée nulle pour une raison quelconque, les actionnaires de la Société ne pourront demander aucun remboursement.

Seuls les actionnaires apportant leurs actions à la procédure semi-centralisée dont les actions sont inscrites dans un compte à la veille de l'ouverture de l'Offre pourront être remboursés de ces frais de négociation par l'Initiateur.

Les demandes de remboursement des frais mentionnés ci-dessus seront acceptées et traitées par les intermédiaires financiers pendant une période de 25 jours ouvrables à partir du dernier jour d'ouverture de l'Offre. Après l'expiration de ce délai, Morgan Stanley, en sa qualité de membre de marché acheteur, cessera de rembourser les frais mentionnés ci-dessus.

A l'exception du remboursement par l'Initiateur aux actionnaires de certains frais de courtage tels que décrits ci-dessus, aucune commission ne sera payée par l'Initiateur aux intermédiaires financiers à travers lesquels les actionnaires apporteront leurs actions à l'Offre.

## 2.4.    Calendrier indicatif de l'Offre

Préalablement à l'ouverture de l'Offre, l'AMF et Euronext publieront des avis annonçant la date d'ouverture et le calendrier de l'Offre. À titre purement indicatif, un calendrier de l'Offre figure ci-après :

| | |
|---|---|
| 11 juin 2015 | Dépôt du projet d'Offre auprès de l'AMF |
| 11 juin 2015 | Dépôt du projet de note en réponse de la Société |
| 23 juin 2015 | Déclaration de conformité de l'Offre par l'AMF |
| 24 juin 2015 | Mise à disposition du public de la note d'information de l'Initiateur et de la note en réponse de la Société |
| 25 juin 2015 | Mise à disposition du public des autres informations de l'Initiateur et des autres informations de la Société |
| 26 juin 2015 | Ouverture de l'Offre |
| 17 juillet 2015 | Clôture de l'Offre |
| 23 juillet 2015 | Publication de l'avis de résultat |
| 27 juillet 2015 | Date indicative de mise en œuvre du retrait obligatoire (si les conditions sont réunies) |

## 2.5.    Financement de l'Offre

### 2.5.1.    Frais liés à l'Offre

Les frais engagés par l'Initiateur dans le cadre de l'Offre, (incluant en particulier les frais liés aux conseils financiers, juridiques et comptables et de toute autre expert ou consultant ainsi que les coûts de publicité et de communication, mais excluant les frais liés à l'Achat de Bloc) sont estimés à 2 millions d'euros environ (hors taxes).

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

#### 2.5.2. Modalités de financement de l'Offre

Le prix d'acquisition par l'Initiateur des actions ND en circulation et non détenues par l'Initiateur au 23 juin 2015 (sur la base du capital social de la Société à la date de dépôt du projet d'Offre, en prenant pour hypothèse que toutes les actions de ND visées par l'Offre seraient apportées à celle-ci et sur la base du Prix de l'Offre) s'élèverait à un total de 661 307 227,50 euros.

Le financement des sommes dues par l'Initiateur dans le cadre de l'Offre sera réalisé sur ses fonds propres et au moyen de prêts d'actionnaires. XPO Logistics, Inc. financera l'Initiateur dans le cadre de l'Offre au moyen de ses fonds propres et, le cas échéant, de ses lignes bancaires existantes.

#### 2.6. Restrictions concernant l'Offre à l'étranger

L'Offre est faite exclusivement en France.

La présente note d'information n'est pas destinée à être distribuée dans des pays autres que la France.

L'Offre n'a fait l'objet d'aucun enregistrement ni d'aucun visa en dehors de la France. Les actionnaires de ND en dehors de France ne peuvent participer à l'Offre, à moins que la loi et la réglementation qui leur sont applicables ne le leur permettent sans qu'aucune autre formalité ou publicité ne soit requise de la part de l'Initiateur. En effet, la participation à l'Offre et la distribution de la présente note d'information peuvent faire l'objet de restrictions en dehors de France. L'Offre ne s'adresse pas aux personnes faisant l'objet de telles restrictions, directement ou indirectement, et n'est pas susceptible d'acceptation s'agissant d'ordres émanant de pays au sein desquels l'Offre fait l'objet de restrictions. Les personnes en possession de la présente note d'information doivent se conformer aux restrictions en vigueur au sein de leur pays. Le non-respect de ces restrictions peut constituer une violation des lois et règlements applicables aux places de marché des pays en question.

L'Initiateur rejette toute responsabilité dans l'hypothèse de la violation par toute personne de restrictions qui lui sont applicables.

La présente note d'information ainsi que les autres documents relatifs à l'Offre ne constituent ni une offre de vente, ni une sollicitation, ni une offre d'achat de titres dans un pays au sein duquel l'Offre serait illégale. L'Offre n'a fait l'objet d'aucune formalité, enregistrement ou visa en dehors de France.

Cette note d'information ne constitue pas une extension de l'Offre aux États-Unis et l'Offre n'est pas proposée, directement ou indirectement, aux États-Unis, aux personnes résidant aux États-Unis, par les moyens des services postaux ou par tout moyen de communication ou de commerce (incluant de manière non limitative la transmission par fax, téléphone et par courrier électronique) aux États-Unis, ou par l'intermédiaire des services d'une bourse de valeurs des États-Unis. En conséquence, aucun exemplaire de la présente note d'information, aucun autre document lié à la présente note d'information ni aucun document relatif à l'Offre ne peut être envoyé par la poste, communiqué ou publié par un intermédiaire ou n'importe quelle autre personne aux États-Unis sous quelque forme que ce soit. Aucun actionnaire de la Société ne peut apporter ses actions à l'Offre, s'il n'est pas en mesure de déclarer : (i) qu'il n'a pas reçu aux États-Unis une copie de la présente note d'information, ou de quelque autre document lié à l'Offre, et qu'il n'a pas envoyé de tels documents vers les États-Unis, (ii) qu'il n'a pas utilisé, directement ou indirectement les services postaux, les moyens de télécommunication ou d'autres instruments de commerce ou encore les services d'une bourse de valeurs aux États-Unis en lien avec l'Offre, (iii) qu'il n'était pas aux États-Unis lorsqu'il a accepté les termes de l'Offre ou communiqué l'ordre de transfert de ses actions et (iv) qu'il n'est ni mandataire ni représentant agissant pour le compte d'une autre personne qui lui aurait communiqué des instructions en dehors des États-Unis. Les intermédiaires habilités n'auront pas le droit d'accepter d'ordre de transfert d'actions qui ne respecteraient pas les dispositions précitées (à moins d'une autorisation ou

d'un ordre contraire de la part de l'Initiateur, ou fait en son nom, et laissé à sa discrétion). En ce qui concerne l'interprétation du paragraphe ci-dessus, les États-Unis correspondent aux États-Unis d'Amérique, ses territoires et possessions, tous ses États, ainsi que le district de Columbia.

## 2.7. Traitement fiscal de l'Offre

En l'état actuel de la législation française, les développements suivants décrivent les conséquences fiscales susceptibles de s'appliquer aux actionnaires de la Société qui participeront à l'Offre.

L'attention de ces derniers est toutefois appelée sur le fait que ces informations ne constituent qu'un simple résumé du régime fiscal en vigueur et qu'elles n'ont pas vocation à constituer une analyse exhaustive de l'ensemble des effets fiscaux susceptibles de s'appliquer à eux. Ils sont donc invités à prendre contact avec leur conseiller fiscal habituel afin de s'informer du régime fiscal applicable à leur situation particulière.

Ce résumé est fondé sur les dispositions légales françaises en vigueur à la date de la présente note d'information et est donc susceptible d'être affecté par d'éventuelles modifications des règles fiscales françaises, qui pourraient être assorties d'un effet rétroactif ou s'appliquer à l'année ou à l'exercice en cours et de leur interprétation par l'administration fiscale française.

Les personnes n'ayant pas leur résidence fiscale en France doivent se conformer à la législation fiscale en vigueur dans leur Etat de résidence et, le cas échéant, aux stipulations de la convention fiscale signée entre la France et cet Etat.

### 2.7.1. Actionnaires personnes physiques résidents fiscaux de France, agissant dans le cadre de la gestion de leur patrimoine privé et ne réalisant pas des opérations de bourse à titre habituel

#### (i) *Régime de droit commun*

##### (a) <u>Impôt sur le revenu des personnes physiques</u>

Conformément aux dispositions des articles 150-0 A et suivants et 200 A du code général des impôts (« CGI »), les gains nets de cessions des valeurs mobilières réalisées par les personnes physiques sont, sauf exception, pris en compte pour la détermination du revenu net global soumis au barème progressif de l'impôt sur le revenu après application d'un abattement pour durée de détention prévu à l'article 150-0 D égal à :

x)   50 % de leur montant lorsque les actions sont détenues depuis au moins 2 ans et moins de 8 ans, à la date de la cession ;

y)   65 % de leur montant lorsque les actions sont détenues depuis au moins 8 ans, à la date de la cession.

Pour l'application de cet abattement, la durée de détention est, sauf cas particuliers, décomptée à partir de la date de souscription ou d'acquisition des actions.

Les personnes disposant de moins-values nettes reportables ou réalisant une moins-value lors de la cession des actions de la Société dans le cadre de l'Offre sont invitées à se rapprocher de leur conseiller fiscal habituel pour étudier les conditions d'utilisation de ces moins-values.

L'apport des actions de la Société à l'Offre est susceptible d'avoir pour effet de mettre fin à un éventuel sursis ou report d'imposition dont auraient pu bénéficier les titulaires de ces actions dans le cadre d'opérations antérieures.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

(b) Prélèvements sociaux

Les gains nets de cession de valeurs mobilières sont, en outre, soumis aux contributions sociales, avant application de l'abattement pour durée de détention énoncé ci-avant, au taux global de 15,5 % réparties comme suit :

- 8,2 % au titre de la contribution sociale généralisée (« CSG »),

- 0,5 % au titre de la contribution pour le remboursement de la dette sociale (« CRDS »),

- 4,8 % au titre du prélèvement social et de sa contribution additionnelle, et

- 2 % au titre du prélèvement de solidarité.

Hormis la CSG, déductible à hauteur de 5,1 points du revenu global imposable l'année de son paiement, ces contributions sociales ne sont pas déductibles du revenu imposable.

(c) Autres contributions

L'article 223 sexies du CGI institue à la charge des contribuables passibles de l'impôt sur le revenu une contribution exceptionnelle sur les hauts revenus applicable lorsque le revenu fiscal de référence du contribuable concerné excède certaines limites.

Cette contribution est calculée en appliquant un taux de :

- 3 % à la fraction du revenu fiscal de référence comprise entre 250 000 et 500 000 euros pour les contribuables célibataires, veufs, séparés ou divorcés et à la fraction du revenu fiscal de référence comprise entre 500 000 et 1 000 000 euros pour les contribuables soumis à imposition commune ;

- 4 % à la fraction du revenu fiscal de référence supérieure à 500 000 euros pour les contribuables célibataires, veufs, séparés ou divorcés et à la fraction du revenu fiscal de référence supérieure à 1 000 000 euros pour les contribuables soumis à imposition commune.

Le revenu fiscal de référence du foyer fiscal dont il est fait mention ci-dessus, est défini conformément aux dispositions du 1° du IV de l'article 1417 du CGI, sans qu'il soit fait application des règles de quotient définies à l'article 163-0 A du CGI. Le revenu fiscal de référence visé comprend notamment les gains nets de cession de valeurs mobilières réalisés par les contribuables concernés, avant application de l'abattement pour durée de détention.

*(ii)*     *Cas des actions détenues dans le cadre d'un plan d'épargne en actions (« PEA »)*

Les personnes qui détiennent des actions de la Société dans le cadre d'un PEA pourront participer à l'Offre.

Le PEA ouvre droit, sous certaines conditions, (i) pendant la durée du PEA, à une exonération d'impôt sur le revenu et de prélèvements sociaux à raison des produits et des plus-values générés par les placements effectués dans le cadre du PEA, sous réserve notamment que ces produits et plus-values demeurent investis dans le PEA et (ii) au moment de la clôture du PEA (si elle intervient plus de 5 ans après la date d'ouverture du PEA, y compris du fait d'un retrait partiel intervenant après 5 ans et avant 8 ans) ou lors d'un retrait partiel (s'il intervient plus de 8 ans après la date d'ouverture du PEA), à une exonération d'impôt sur le revenu à raison du gain net réalisé depuis l'ouverture du plan, ledit gain net n'étant de surcroît pas pris en compte pour le calcul de la contribution exceptionnelle sur les hauts revenus décrite au paragraphe (iii) du (a) ci-avant mais restant néanmoins soumis aux prélèvements sociaux décrits au paragraphe (ii) du (a) ci-avant (étant toutefois précisé que le taux effectif de ces prélèvements sociaux est susceptible de varier (entre 0 % et 15,5 %) selon la date à laquelle ce gain a été acquis ou constaté).

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

Des dispositions particulières, non-décrites dans la présente note d'information, sont applicables en cas de réalisation de moins-values, de clôture du plan avant l'expiration de la cinquième année qui suit l'ouverture du PEA, ou en cas de sortie du PEA sous forme de rente viagère. Les personnes concernées sont invitées à se rapprocher de leur conseiller fiscal habituel.

### 2.7.2. Actionnaires personnes morales résidents fiscaux de France et soumis à l'impôt sur les sociétés dans les conditions de droit commun

#### (i)  Régime de droit commun

Les plus-values réalisées à l'occasion de la cession d'actions sont en principe comprises dans le résultat soumis à l'impôt sur les sociétés au taux de droit commun (actuellement 33,1/3 %) majoré, le cas échéant, de la contribution sociale de 3,3 % (article 235 ter ZC du CGI), qui s'applique au montant de l'impôt sur les sociétés diminué d'un abattement qui ne peut excéder 763 000 euros par période de 12 mois.

Les redevables de l'impôt sur les sociétés réalisant un chiffre d'affaires supérieur à 250 000 000 euros sont en outre assujettis à une contribution exceptionnelle égale à 10,7 % de l'impôt sur les sociétés dû (déterminé avant imputation des réductions, crédits d'impôts et des créances fiscales de toute nature (article 235 ter ZAA du CGI)).

Cependant, les sociétés dont le chiffre d'affaires (hors taxes) est inférieur à 7 630 000 euros, et dont le capital social, entièrement libéré, a été détenu de façon continue à hauteur d'au moins 75 % pendant l'exercice fiscal en question par des personnes physiques ou par des sociétés remplissant elles-mêmes ces conditions, bénéficient d'un taux réduit d'impôt sur les sociétés de 15 %, dans la limite d'un bénéfice imposable de 38 120 euros pour une période de 12 mois. Ces sociétés sont également exonérées des contributions additionnelles de 3,3 % et 10,7 %.

Les moins-values réalisées lors de la cession d'actions viennent, en principe, en déduction des résultats imposables à l'impôt sur les sociétés de la personne morale.

Il est enfin précisé que l'apport des actions de la Société à l'Offre est susceptible d'avoir pour effet de mettre fin à un éventuel report ou sursis d'imposition dont auraient pu bénéficier les titulaires de ces actions dans le cadre d'opérations antérieures.

#### (ii)  Régime spécial des plus-values à long terme (plus-values de cession des titres de participation)

Conformément aux dispositions de l'article 219 I-a quinquies du CGI, les plus-values nettes réalisées à l'occasion de la cession de « titres de participation » détenus depuis au moins 2 ans sont exonérées d'impôt sur les sociétés, sous réserve de la réintégration, dans les résultats imposables à l'impôt sur les sociétés, d'une quote-part de frais et charges égale à 12 % du montant brut des plus-values ainsi réalisées.

Constituent des titres de participation au sens de l'article 219 I-a quinquies du CGI (a) les actions revêtant ce caractère sur le plan comptable, (b) les actions acquises en exécution d'une offre publique d'achat ou d'échange par l'entreprise qui en est l'initiatrice, ainsi que (c) les titres ouvrant droit au régime fiscal des sociétés mères (tel que défini aux articles 145 et 216 du CGI) si ces titres sont inscrits en comptabilité au compte de titres de participation ou à une subdivision spéciale d'un autre compte du bilan correspondant à leur qualification comptable, à l'exception des titres de sociétés à prépondérance immobilière.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

Les personnes susceptibles d'être concernées sont invitées à se rapprocher de leur conseiller fiscal habituel afin de s'assurer que les actions qu'ils détiennent constituent des titres de participation au sens de l'article 219 I-a quinquies du CGI.

Les conditions d'utilisation et de report des moins-values à long terme obéissent à des règles spécifiques et les contribuables sont invités à se rapprocher de leur conseiller fiscal habituel.

### 2.7.3. Actionnaires non-résidents fiscaux de France

Sous réserve des dispositions des conventions fiscales internationales éventuellement applicables, les plus-values réalisées à l'occasion de la cession d'actions par les personnes qui ne sont pas fiscalement domiciliées en France au sens de l'article 4 B du CGI, ou dont le siège social est situé hors de France (sans que la propriété de ces actions soit rattachable à une base fixe ou à un établissement stable soumis à l'impôt en France à l'actif duquel seraient inscrites ces actions), sont généralement exonérées d'impôt en France, sous réserve (i) que les droits dans les bénéfices sociaux de la société détenus, directement ou indirectement, par le cédant, avec son conjoint, leurs ascendants et leurs descendants, n'aient, à aucun moment au cours des 5 années qui précèdent la cession, dépassé ensemble 25 % de ces bénéfices (articles 244 bis B et C du CGI) et (ii) que le cédant ne soit pas domicilié, établi ou constitué dans un Etat ou territoire non coopératif au sens de l'article 238-0 A du CGI. Dans ce dernier cas, quel que soit le pourcentage de droits détenus dans les bénéfices de la société, les plus-values sur les actions de cette société qui sont cédés sont imposées au taux forfaitaire de 75 %, sous réserve des dispositions des conventions fiscales internationales éventuellement applicables. La liste des Etats ou territoires non coopératifs est publiée par arrêté ministériel et mise à jour annuellement.

Les personnes qui ne rempliraient pas les conditions pour bénéficier de l'exonération sont invitées à se rapprocher de leur conseiller fiscal habituel.

Les porteurs d'actions de la Société non-résidents fiscaux de France sont toutefois invités à étudier leur situation fiscale particulière avec leur conseiller fiscal habituel afin notamment de prendre en considération le régime d'imposition applicable dans leur pays de résidence fiscale.

### 2.7.4. Actionnaires soumis à un régime d'imposition différent

Les actionnaires soumis à un régime d'imposition autre que ceux visés ci-dessus et qui participent à l'Offre, notamment les contribuables dont les opérations portant sur des valeurs mobilières dépassent la simple gestion de portefeuille ou qui ont inscrit ces actions à l'actif de leur bilan commercial sont invités à étudier leur situation fiscale particulière avec leur conseiller fiscal habituel.

### 2.7.5. Droits d'enregistrement ou taxe sur les transactions financières

ND étant une société dont le siège social est situé en France et dont la capitalisation boursière excédait un milliard d'euros au 1er décembre 2014, l'acquisition par XPO des actions de la Société sera soumise à la taxe sur les transactions financières prévue à l'article 235 ter ZD du CGI (dont le taux est actuellement fixé à 0,2 %) assise sur le prix de cession ; les actionnaires de la Société ne seront pas soumis à cette taxe à raison de la cession de leurs actions de la Société dans le cadre de l'Offre.

En principe, aucun droit d'enregistrement n'est dû en France à raison de la cession d'actions d'une société dont les titres sont négociés sur un marché réglementé d'instruments financiers ou sur un système multilatéral de négociation, à moins que cette cession ne soit constatée par un acte. Dans ce dernier cas, la cession des actions doit faire l'objet d'un enregistrement dans le mois de sa date et cet enregistrement donne lieu au paiement d'un droit. Néanmoins, lorsque la cession est soumise à la taxe sur les transactions financières mentionnée ci-dessus, ce droit d'enregistrement n'est pas dû (article 726 II d) du CGI).

**3.     CRITERES D'APPRECIATION DU PRIX DE L'OFFRE**

**3.1.     Appréciation du prix de l'Offre**

Le prix offert par l'Initiateur est de 217,50€ en numéraire par action, après détachement du dividende de 1,80€ par action déboursé avant la réalisation de l'Achat de Bloc et le dépôt de la présente note d'information. L'appréciation du prix de l'Offre est basée sur un prix théorique de 219,30€ par action payable en numéraire, dividende attaché. Le prix de l'Offre est équivalent au prix offert pour l'Achat de Bloc.

Les éléments d'appréciation du Prix de l'Offre ont été établis par Morgan Stanley, pour l'Initiateur au moyen des méthodes de valorisation usuelles, sur la base d'informations publiques concernant ND, son secteur d'activité et ses concurrents, ainsi que d'informations non-publiques reçues au cours de la phase de due diligence. Le Prix de l'Offre a été apprécié selon une approche multicritères reposant sur les méthodes suivantes :

- Référence à l'acquisition du bloc d'actions majoritaire de ND par XPO (Achat de Bloc) ;
- Approche par les cours de bourse ;
- Approche par les objectifs de cours des analystes de recherche ;
- Approche par les multiples des sociétés comparables cotées ;
- Approche par les multiples de transactions comparables ;
- Approche par les primes payées lors des Offres Publiques d'Achat précédentes ;
- Approche par l'actualisation des flux de trésorerie futurs (« DCF »).

Les autres méthodes de valorisation ont été écartées pour l'évaluation de ND :

- Approche par l'actualisation des dividendes futurs : cette méthodologie est fortement liée au taux de distribution, qui dépend de la stratégie financière fixée par la direction / le conseil de surveillance. Cette décision interne peut ainsi être totalement décorrélée de la capacité de la société à générer des flux de trésorerie pour l'actionnaire ;
- Approche par l'Actif Net Comptable (« ANC ») : cette méthode ne permet pas d'appréhender la valeur réelle des actifs incorporels (parts de marché, relation-client, marques, etc.) et le potentiel de performance future de l'entreprise. A titre indicatif, l'ANC ressort à 67.78€ par action au 31 décembre 2014, sur une base non diluée de 9 797 663 actions (9 836 241 actions émises, moins 38 578 actions propres de la Société) ;
- Approche par l'Actif Net Réévalué : cette méthode est généralement utilisée dans le cas de holdings diversifiés ou de sociétés détentrices d'actifs diversifiés, et ne reflète pas la valeur d'une société opérationnelle.

**3.2.     Éléments financiers**

**3.2.1.   Données financières**

Les données historiques utilisées pour évaluer les termes et conditions de l'Offre sont issues des comptes consolidés de ND, en particulier pour l'exercice financier se clôturant le 31 décembre 2014.

Les données financières projetées utilisées pour évaluer les termes et conditions de l'Offre sont issues de projections financières communiquées par la direction de ND lors de la due diligence ayant eu lieu du 17 au 28 avril 2015, soit principalement :

- Budget de la direction de ND pour 2015E, préparé en décembre 2014 et mis à jour en avril 2015 prenant en compte la performance financière récente de l'entreprise (« Budget révisé »)

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

- Plan d'affaires de la direction de ND pour les années 2015E à 2018E préparé au courant de l'été 2014 (« Plan d'affaires »). Selon nos informations, le plan d'affaires, fourni par la direction de ND au moment de la due diligence demeure représentatif de la performance financière future de la société.

Les projections financières communiquées par la direction de ND ont été retenues dans le cadre de l'approche par les multiples des sociétés comparables cotées (section 3.3.3) et sont en ligne avec les projections publiées par les analystes de recherche.

### 3.2.2.   Passage de la valeur d'entreprise à la valeur des fonds propres

La valeur d'entreprise de ND est déterminée comme étant la valeur de ses fonds propres ajustée selon les éléments suivants provenant des comptes consolidés pour l'exercice financier se clôturant le 31 décembre 2014 :

- Plus : Passifs financiers de 1,226.2m€
- Moins : Trésorerie et équivalents de trésorerie de 209.1m€
- Plus : Provisions pour indemnités de fin de carrière nette des surplus et nette d'impôts de 54.5m€ (87.8m€ de provisions ajustées pour un taux d'imposition statutaire de 38.0 % applicable en France en 2014 et 2015)
- Moins : Autres actifs financiers non courants de 55.8m€
- Moins : Participations dans les entreprises associées de 2.1m€
- Plus : Autres provisions de 13.1m€ (5.5m€ relatifs à des provisions de restructurations, et 7.6m€ de provisions pour sinistres encourus mais non encore déclarés)
- Plus: Participations ne donnant pas le contrôle de 27.2m€.

Sur la base des éléments ci-dessus, la dette nette après ajustements a été établie à 1,054.0m€.

### 3.2.3.   Nombre de titres

Le calcul du prix de l'Offre repose sur un nombre de 9 989 009 titres, établi comme suit :

- Nombre d'actions émises de 9 836 241 au 31 décembre 2014
- Moins : 38 578 actions propres de la société
- Plus : 111 463 actions de performance en date du 31 décembre 2014, traitées comme des instruments dilutifs
- Plus : impact dilutif de 79 883 lié aux 110 000 bons de souscription d'action, suivant la méthode du rachat d'actions sur la base d'un prix d'exercice de 59.55€ par action et un prix offert de 217.50€ par action (dividende détaché), qui ont été acquis par l'Initiateur. Il est à noter que selon la méthode de rachat d'actions, l'impact dilutif des bons de souscription est une fonction de la valeur implicite des fonds propres de ND établi selon la méthode de valorisation retenue et a donc été ajustée en conséquence dans l'évaluation financière ci-jointe.

### 3.3.   Valorisation de l'offre

### 3.3.1.   Référence à l'acquisition du bloc d'actions majoritaire de ND par XPO (Achat de Bloc)

Le prix payé par XPO pour l'Achat de Bloc est considéré comme un point de référence pertinent, car déterminé à l'issue d'une négociation entre personnes indépendantes pour la cession du contrôle de la Société.

Le prix offert pour l'Achat de Bloc de 217.50€ par action exclut le dividende de 1,80€ par action détaché avant la réalisation de l'Achat de Bloc (et qui a donc bénéficié aux Vendeurs Initiaux) et

correspond donc à un prix dividende attaché de 219,30€ par action. Le prix de l'Offre est donc équivalent au prix payé par XPO pour l'acquisition de ce bloc d'actions majoritaire.

### 3.3.2.  Approche par les cours de bourse

L'action de ND est cotée sur les marchés Euronext de Paris et Euronext de Londres. Sur la période de 6 mois se terminant le 28 avril 2015, le volume cumulatif échangé représentait 22.9 % du capital flottant (défini comme étant le nombre total d'actions émises excluant celles détenues par la famille Dentressangle ainsi que les actions propres de la société).

Pour les besoins de cette analyse, les cours des actions jusqu'au jour précédant l'annonce de la transaction (acquisition de 66.71 % de ND par XPO le 28 avril 2015) ont été retenus. Le bloc d'actions de 66.71 % est composé des actions détenues par Norbert Dentressangle Initiatives SA (64.27 %), Monsieur Pierre-Henri Dentressangle (1.22 %) ainsi que Madame Marine Dentressangle (1.22 %). Depuis le 29 avril 2015, le cours de l'action de ND a évolué en ligne avec l'Offre de XPO.

Le tableau ci-dessous présente la prime induite par le Prix de l'Offre sur le cours de clôture du 28 avril 2015, ainsi que sur les cours moyens pondérés des volumes échangés (« CMPVE ») sur différentes périodes jusqu'à cette date.

| Prime induite par le Prix d'Offre de 219,30€ (dividende attaché) | | |
|---|---|---|
| Cours de clôture du 28 avril 2015 | €159.10 | 37.8% |
| CMPVE 1 mois | €155.41 | 41.1% |
| CMPVE 2 mois | €154.78 | 41.7% |
| CMPVE 3 mois | €148.87 | 47.3% |
| CMPVE 6 mois | €135.19 | 62.2% |
| CMPVE 9 mois | €125.83 | 74.3% |
| CMPVE 12 mois | €122.27 | 79.4% |
| Cours le plus haut - 12 derniers mois | €164.95 | 32.9% |
| Cours le plus bas - 12 derniers mois | €95.80 | 128.9% |

Source: Capital IQ

Le tableau ci-dessous présente les volumes journaliers moyens échangés en date du 28 avril 2015 sur différentes périodes jusqu'à cette date.

| Volumes journaliers moyens échangés (en actions) | |
|---|---|
| Moyenne 1-mois | 8,910 |
| Moyenne 2-mois | 7,310 |
| Moyenne 3-mois | 6,400 |
| Moyenne 6-mois | 5,870 |
| Moyenne 9-mois | 6,070 |
| Moyenne 12-mois | 5,890 |

Source: Capital IQ

Le Prix de l'Offre (dividende attaché) induit une prime de 37.8 % sur le cours du 28 avril 2015 et 41.1 % sur le CMPVE du mois précédent. Il induit également d'une prime de 32.9 % sur le cours le plus haut des 12 derniers mois à compter du 28 avril 2015, et une prime de 128.9 % sur le cours le plus bas sur la même période.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*



Il est à noter que l'Initiateur n'a pas acheté de titres de ND sur les marchés jusqu'au dépôt du projet d'Offre.

### 3.3.3.   Approche par les objectifs de cours des analystes de recherche

Le tableau ci-dessous présente les objectifs de cours des analystes de recherche couvrant ND avant la date de l'annonce de l'Offre.

| Analyste | Date | Recommandation | Objectif de cours |
|---|---|---|---|
| Gilbert Dupont | 21-avr.-15 | Acheter | 172.4 |
| Oddo Securities | 23-avr.-15 | Acheter | 173.0 |
| Exane BNP Paribas | 23-avr.-15 | Neutre | 150.0 |
| Société Générale Cross Asset Research | 23-avr.-15 | Conserver | 174.0 |
| Berenberg | 14-avr.-15 | Acheter | 178.0 |
| Edison Investment Research | 07-avr.-15 | Pas de recommandation | 190.0 |
| Moyenne | | | 172.9 |
| Médiane | | | 173.5 |
| Prix d'Offre (dividende attaché) | | | 219.3 |
| Prime sur la médiane des objectifs de cours | | | 26.4% |

Source: Rapports des analystes de recherche

Le Prix de l'Offre (dividende attaché) représente une prime de 26.4 % sur la médiane des objectifs de cours publiés par les analystes avant l'annonce de la transaction en date du 28 avril 2015.

### 3.3.4.   Approche par les multiples des sociétés comparables cotées

La méthode d'évaluation par les multiples boursiers consiste à appliquer aux agrégats financiers de ND les multiples de valorisation observés sur un échantillon de sociétés cotées comparables, notamment en termes de secteur d'activité et marchés desservis.

Un échantillon élargi d'entreprises de logistiques internationales (principalement américaines et européennes) avec une forte activité en logistique contractuelle et / ou en transport, soit un profil

similaire aux activités principales de ND a été considéré. Les sociétés cotées suivantes ont été exclues de l'échantillon :

- Les entreprises opérant principalement en tant que transitaire (en dépit d'un certain niveau d'activité en logistique de contrat et transport), telles que DSV A/S et Kuehne + Nagel Inc. ;

- Les entreprises agissant principalement en tant que courtiers de services de transports (en dépit d'un certain niveau d'activité en transport), telles que Echo Global Logistics Inc., CH Robinson Worldwide Inc., Landstar System Inc. et Forward Air Corp. ;

- Deutsche Post AG en raison de l'importance de ses divisions express et courrier et de leur impact sur sa valorisation, ainsi que Ryder Systems Inc. dont l'activité principale est la location de camions.

L'échantillon résultant de cette analyse est composé de 6 sociétés comparables en logistique contractuelle et / ou en transport.

| Entreprise | Siège social | Chiffre d'affaires 2014(1) | Catégorie | Description |
|---|---|---|---|---|
| Stef SA | France | 2,765 | Logistique contractuelle et transport | Transport et gestion du fret pour les produits frais et surgelés pour l'industrie de l'alimentation |
| ID Logistics Group SA | France | 875 | Logistique contractuelle | Chaîne d'approvisionnement, gestion du transport, gestion et optimisation de l'inventaire, préparation et distribution des commandes |
| Wincanton plc | Royaume-Uni | 1,522 | Logistique contractuelle et transport | Transport incluant transport routier, ferroviaire, maritime, vrac et service de livraison à domicile, ainsi qu'entreposage |
| Con-way Inc. | États-Unis | 5,168 | Logistique contractuelle et transport | Transport, logistique et gestion de la chaîne d'approvisionnement pour clients du secteur manufacturier, industriel et de détail |
| Knight Transportation Inc. | États-Unis | 824 | Transport | Transport général de commodités par camions sur distances courtes et moyennes, principalement aux États-Unis |
| Heartland Express Inc. | États-Unis | 776 | Transport | Transport général de commodités par camions sur distances courtes et moyennes, principalement aux États-Unis et au Canada |

(1) Chiffre d'affaires 2014 calendarisés en Euros
Source: Capital IQ

Les multiples habituellement utilisés pour valoriser les sociétés du secteur de la logistique contractuelle et / ou du transport sont le multiple d'excédent brut d'exploitation (Valeur d'Entreprise (« VE ») / EBITDA), le multiple d'excédent brut d'exploitation après dépréciation (VE / EBITA) et le multiple de cours de bourse/bénéfice par action (« PER »).

De manière générale, les investisseurs fondent leurs décisions d'investissement sur les bénéfices futurs et les sociétés cotées sont suivies par des analystes de recherche qui fournissent des projections financières. 2015E et 2016E sont actuellement considérées comme étant les périodes les plus pertinentes. Les sociétés comparables retenues sont suivies par des analystes de recherche et un consensus des estimations pour les périodes pertinentes sont disponibles. Les estimations d'EBITA ont été extrapolées à partir du consensus des estimations d'EBIT rehaussées des chiffres d'amortissement historiques.

Le tableau ci-dessous présente les moyennes des multiples retenus sur la base d'une valeur de marché à la clôture du 28 avril 2015 pour l'échantillon sélectionné de sociétés comparables et sur la base du consensus des estimations d'EBITDA, d'EBITA et de résultat net calendarisés pour refléter une clôture d'exercice financier au 31 décembre.

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Entreprise | Géographie | Valeurs Marché (USD MM) | | Dette fin. nette / EBITDA 2015E | VE/EBITDA | | VE/EBITA | | PER | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Capital. boursière | VE | | 2015E | 2016E | 2015E | 2016E | 2015E | 2016E |
| Staf SA | France | 846 | 1,342 | 2.1x | 6.0x | 5.7x | 11.2x | 10.4x | 10.6x | 9.8x |
| ID Logistics Group SA | France | 592 | 665 | 0.8x | 8.9x | 8.2x | 13.0x | 11.9x | 21.5x | 16.4x |
| Wincanton plc | Royaume-Uni | 303 | 579 | 1.0x | 5.9x | 5.8x | 7.8x | 7.5x | 9.8x | 9.0x |
| Con-way Inc. | États-Unis | 2,583 | 3,022 | 0.5x | 5.3x | 4.8x | 9.3x | 8.2x | 15.9x | 13.5x |
| Knight Transportation Inc. | États-Unis | 2,582 | 2,593 | 0.1x | 8.2x | 7.3x | 12.9x | 11.1x | 20.7x | 18.2x |
| Heartland Express, Inc. | États-Unis | 1,882 | 1,830 | (0.2x) | 7.3x | 6.7x | 12.7x | 11.2x | 21.2x | 18.5x |
| Moyenne | | | | | 6.8x | 6.4x | 11.1x | 10.0x | 16.6x | 14.6x |
| Médiane | | | | | 6.7x | 6.2x | 11.9x | 10.7x | 18.3x | 15.9x |
| Minimum | | | | | 5.3x | 4.8x | 7.8x | 7.5x | 9.8x | 9.0x |
| Maximum | | | | | 8.9x | 8.2x | 13.0x | 11.9x | 21.5x | 18.5x |
| Valeur par action de ND induite par l'application des médianes de multiples | | | | | 138.71 | 129.45 | 169.91 | 137.19 | 202.11 | 169.12 |
| Prime induite sur le Prix d'Offre (dividende attaché) | | | | | 58.1% | 69.4% | 29.1% | 59.8% | 8.5% | 16.0% |

*Source: Capital IQ, Publications des sociétés, estimations Thomson*

Le PER est affecté par les structures financières respectives des sociétés comparables. ND étant largement plus endettée que les autres sociétés de l'échantillon, une valorisation de ND sur la base du PER de ces sociétés ne semble pas pertinente.

Le Prix de l'Offre (dividende attaché) fait ressortir une prime de 58.1 % par rapport à la valeur par action induite par l'application de la médiane du multiple VE/EBITDA de 2015E, une prime de 29.1 % par rapport à la valeur induite par l'application de la médiane du multiple VE/EBITA de 2015E et une prime de 8.5 % sur la valeur induite par la médiane du multiple PER de 2015E.

### 3.3.5.  Approche par les multiples de transactions comparables

La méthode des multiples de transactions consiste à appliquer aux agrégats financiers de ND les multiples de valorisation observés sur un échantillon de transactions intervenues dans le même secteur d'activité.

La difficulté de cette méthode réside dans le choix des transactions retenues comme références de valorisation alors que :

- La qualité et la fiabilité de l'information varient fortement d'une transaction à l'autre en fonction du statut des sociétés rachetées (cotées, privées, filiales d'un groupe) et du niveau de confidentialité de la transaction ;

- Les sociétés acquises ne sont jamais parfaitement comparables à l'objet de l'évaluation du fait de leur taille, de leur positionnement, de leur présence géographique, de leur rentabilité, de leurs perspectives de croissance ; et

- L'intérêt stratégique d'une acquisition varie et le prix payé en conséquence peut inclure une prime de contrôle plus ou moins élevée.

Sous réserve de ces conditions, l'échantillon retenu est constitué de 9 transactions présentées dans le tableau ci-dessous :

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

| Date de l'annonce | Acquéreur | Cible | Target Short Description | Valeur d'entrep. ($ MM) | VE/EBITDA (12 dern. mois) |
|---|---|---|---|---|---|
| 29-sept.-14 | Goldman Sachs, Rhones Capital | Neovia | Logistique contractuelle globale pour l'industrie automobile | 1,000 | 7.7 x |
| 31-juil.-14 | Norbert Dentressangle | Jacobson Companies | Logistique contractuelle, basé aux É-U | 750 | 9.9 x |
| 29-juil.-14 | XPO Logistics | New Breed | Logistique contractuelle, basé aux É-U | 615 | 8.0 x |
| 26-juil.-12 | Universal Truckload Services | Linc Logistics | Logistique contractuelle, basé aux É-U | 335 | 6.5 x |
| 29-nov.-10 | Norbert Dentressangle | TDG | Logistique contractuelle, basé au Royaume-Uni | 313 | 6.1 x |
| 19-juil.-10 | Genco Holdings I | ATC Technology Corporation | Logistique contractuelle, basé aux É-U | 403 | 5.2 x |
| 04-juil.-08 | Laxey Partners | TDG | Logistique contractuelle, basé au Royaume-Uni | 436 | 5.9 x |
| 06-avr.-08 | SNCF Participations | Geodis | Divers services de transport et logistique contractuelle en Europe | 2,431 | 7.2 x |
| 02-oct.-07 | Norbert Dentressangle | Christian Salvesen | Divers services de transport et logistique contractuelle en Europe | 614 | 8.0 x |
| **Minimum** | | | | | **5.2 x** |
| **Maximum** | | | | | **9.9 x** |
| **Médiane** | | | | | **7.2 x** |

Source: Presse, Publications des sociétés

L'application des multiples de transactions comparables à l'EBITDA 2014 pro-forma (incluant 12 mois de consolidation des activités de Jacobson Companies) de ND donne les paramètres suivants :

| Multiple minimum de VE/EBITDA de transactions comparables (x) | 5.2 x |
|---|---|
| EBITDA 2014 de Norbert Dentressangle, pro forma consolidé pour 12 mois de Jacobson (€ MM) | 337.1 |
| Valeur par action induite (€) | 70.4 |
| Prime induite par le Prix d'Offre (dividende attaché) / (Décote) (%) | 211.4% |
| | |
| **Maximum EBITDA multiple from comparable precedent transactions** | **9.9 x** |
| EBITDA 2014 de Norbert Dentressangle, pro forma consolidé pour 12 mois de Jacobson (€ MM) | 337.1 |
| Valeur par action induite (€) | 228.6 |
| Prime induite par le Prix d'Offre (dividende attaché) / (Décote) (%) | (4.1%) |
| | |
| **Median EBITDA multiple from comparable precedent transactions** | **7.2 x** |
| EBITDA 2014 de Norbert Dentressangle, pro forma consolidé pour 12 mois de Jacobson (€ MM) | 337.1 |
| Valeur par action induite (€) | 137.7 |
| Prime induite par le Prix d'Offre (dividende attaché) / (Décote) (%) | 59.2% |

Le Prix de l'Offre (dividende attaché) fait ressortir une prime de 59.2 % par rapport à la valeur par action induite par l'application des multiples médians de VE/EBITDA (12 derniers mois) de transactions comparables, une prime de 211.4 % en appliquant le multiple minimum de VE/EBITDA (12 derniers mois) et une décote de (4.1) % en appliquant le multiple maximum de VE/EBITDA (12 derniers mois).

### 3.3.6. Approche par les primes payées lors des Offres Publiques d'Achat (« OPA ») précédentes

L'approche par les primes payées consiste à appliquer au cours de l'action ND les primes observées sur un échantillon d'OPA précédentes sur des sociétés cibles cotées en France.

L'échantillon de transactions retenu inclut uniquement les transactions depuis 1998 avec une valeur des fonds propres pour 100 % des actions en excès de 100m€. De plus, seules les transactions à la suite desquelles l'Initiateur détenait plus de 50 % des actions de l'entreprise cible ont été retenues. Sur la base de ces critères, un total de 69 transactions ont été retenues.

31

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

La médiane des primes observées sur la moyenne 1-mois des cours des actions cibles ressort à 24.3 % sur la base d'informations Morgan Stanley. L'application de cette prime sur la moyenne 1-mois du cours de l'action de ND en date du 28 avril 2015 (156.53€ par action) fait ressortir une valeur de 194.57€ par action.

Il est à noter que le prix de l'Offre (dividende attaché) représente une prime de 40.1 % sur la moyenne 1-mois du cours de l'action de ND en date du 28 avril 2015.

### 3.3.7.  Approche par l'actualisation des flux de trésorerie disponibles futurs (« DCF »)

Cette méthode consiste à déterminer la valeur de l'actif économique de ND par actualisation des flux de trésorerie disponibles prévisionnels. Cette méthode est extrêmement sensible aux hypothèses retenues dans les projections.

La valeur d'entreprise au 31 décembre 2014 a été obtenue par l'actualisation des flux de trésorerie disponibles futurs au coût moyen pondéré du capital (« CMPC ») pour la période de 2015E à 2019E, ainsi qu'une valeur terminale correspondant à un multiple de l'EBITDA 2019E actualisée.

Le Budget révisé pour 2015E préparé par la direction de ND a servi de base pour le chiffre d'affaires, l'EBITDA, l'EBIT et le taux d'imposition effectif retenus pour 2015E. Les flux de trésorerie (investissements et variations du besoin en fonds de roulement) ne sont pas inclus dans le Budget révisé et ont donc été fondés sur le plan d'affaires. De plus il est à noter que 2015E inclus une charge non-récurrente de (39.3)m€ pour un versement complémentaire conditionnel en lien avec l'acquisition de Jacobson Companies en 2014, ce montant n'étant pas reflété comme un passif au bilan.

Pour les années 2016E à 2018E, le plan d'affaires a servi de base pour les prévisions utilisées dans le DCF. Les principales hypothèses sont les suivantes :

- Croissance annuelle du chiffre d'affaires variant de 3.7 % à 3.8 % ;
- Marges d'EBITDA et d'EBIT constantes sur l'ensemble de la période prévisionnelle à 6.9 % et 4.0 % des revenus, respectivement ;
- Taux d'imposition effectif constant sur l'ensemble de la période prévisionnelle à 33.4 % ;
- Investissements représentant 2.6 % du chiffre d'affaires ;
- Variation du besoin en fonds de roulement représentant (0.3) % de la variation du chiffre d'affaires ;

Les prévisions pour 2019E sont fondées sur une extrapolation du plan d'affaires, avec une croissance du chiffre d'affaires en ligne avec les années précédentes et des marges constantes. Le rapport des investissements sur le chiffre d'affaires ainsi que la variation du besoin en fonds de roulement sont également en ligne avec les années précédentes.

- Valeur terminale basée sur un multiple de sortie : établie sur la base de l'EBITDA 2019E et sur un multiple de 7.5x l'EBITDA, soit un multiple supérieur à la médiane des transactions comparables de 7.2x, la moyenne historique des multiples boursiers de VE / EBITDA des 12 derniers mois flottants des sociétés comparables de 7.1x, et également supérieur aux multiples historiques moyens de ND de 5.7x sur les 5 dernières années.

Le CMPC est calculé comme la moyenne pondérée du coût des fonds propres (estimé à partir du Modèle d'Équilibre des Actifs Financiers, « MEDAF ») et du coût de la dette. Le CMPC de ND retenu est de 6.5 %, en lien avec les conditions économique actuelles, et plus particulièrement un environnement de faible taux d'intérêts :

- Prime de marché de 6.0 % (hypothèse globale standard Morgan Stanley) ;
- Taux sans risque correspondant aux taux de rendement obligataire actuel des emprunts publics allemands à 30 ans de 1.6 % ;

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

- Beta de 1.24 basé sur la base de données Barra Global Predicted Beta ;
- Coût de la dette avant impôts basé sur le coupon des obligations 2020 Euro PP de ND de 4.0 % ;
- Taux d'imposition effectif de 33.4 % ;
- Dette nette / capitalisation totale de 39.0 %[6].

Les tables ci-dessous illustrent la sensibilité du cours par action pour un CMPC compris entre 6.5 % +/- 50 points de base ainsi qu'un multiple de valeur terminale de 7.5x l'EBITDA +/- 0.5x.

| Sensibilité du cours de l'action € | | Valeur terminale - multiple | | | | Prime induite sur le Prix d'Offre[1] % | | Valeur terminale - multiple | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7.0 x | 7.5 x | 8.0 x | | | | 7.0 x | 7.5 x | 8.0 x |
| CMPC | 6.0% | 182.7 | 198.3 | 213.9 | | CMPC | 6.0% | 20.0% | 10.6% | 2.5% |
| | 6.3% | 179.7 | 195.2 | 210.6 | | | 6.3% | 22.0% | 12.4% | 4.1% |
| | 6.5% | 176.8 | 192.0 | 207.3 | | | 6.5% | 24.0% | 14.2% | 5.8% |
| | 6.8% | 173.9 | 189.0 | 204.0 | | | 6.8% | 26.1% | 16.0% | 7.5% |
| | 7.0% | 171.1 | 186.0 | 200.8 | | | 7.0% | 28.2% | 17.9% | 9.2% |

[1] Prix d'Offre avec dividende attaché

Dans le cas central, la valeur terminale représente 76.8 % de la valeur d'entreprise calculée, et correspond à un taux de croissance à l'infini implicite de 0.6 %. Sur la base de cette analyse, la valeur par action selon la méthode DCF est de 192.05€. Le Prix de l'Offre (dividende attaché) induit une prime de 14.2 % par rapport à cette valeur.

A titre indicatif, une valorisation sur la base d'une valeur terminale calculée à partir d'un taux de croissance à l'infini des flux de trésorerie est présentée dans les tables ci-dessous. Ces tables illustrent la sensibilité du cours par action pour un CMPC compris entre 6.5 % +/- 50 points de base ainsi qu'un taux de croissance à l'infini compris entre 0.5% +/- 50 points de base.

| Sensibilité du cours de l'action € | | Valeur terminale - croissance infinie | | | | | Prime induite sur le Prix d'Offre[1] % | | Valeur terminale - croissance infinie | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00% | 0.25% | 0.50% | 0.75% | 1.00% | | | 0.00% | 0.25% | 0.50% | 0.75% | 1.00% |
| CMPC | 6.0% | 192.7 | 203.1 | 214.5 | 227.0 | 240.7 | | CMPC | 6.0% | 13.8% | 8.0% | 2.2% | (3.4%) | (8.9%) |
| | 6.3% | 180.9 | 190.4 | 200.8 | 212.1 | 224.5 | | | 6.3% | 21.2% | 15.2% | 9.2% | 3.4% | (2.3%) |
| | 6.5% | 170.0 | 178.8 | 188.2 | 198.5 | 209.7 | | | 6.5% | 29.0% | 22.7% | 16.5% | 10.5% | 4.6% |
| | 6.8% | 159.9 | 168.0 | 176.6 | 186.0 | 196.2 | | | 6.8% | 37.1% | 30.6% | 24.2% | 17.9% | 11.8% |
| | 7.0% | 150.6 | 158.0 | 165.9 | 174.5 | 183.8 | | | 7.0% | 45.7% | 38.8% | 32.2% | 25.7% | 19.3% |

[1] Prix d'Offre avec dividende attaché

---

[6] Dette nette en date du 31 décembre 2014 (selon les états financiers consolidés) sur la capitalisation (selon le prix du marché non affecté en date du 28 avril 2015).

*Note d'information relative à l'offre publique d'achat simplifiée visant les actions de Norbert Dentressangle SA*

### 3.3.8.  Synthèse des éléments d'appréciation de l'Offre

| | | % Prime |
|---|---|---|
| **Achat de Bloc** | | |
| Prix payé (dividende attaché) pour l'acquisition du bloc majoritaire [1] | €219.30 | 0.0% |
| **Cours de bourse (CMPVE)** | | |
| Cours de clôture du 28 avril 2015 | €159.10 | 37.8% |
| CMPVE 1 mois | €155.41 | 41.1% |
| CMPVE 2 mois | €154.78 | 41.7% |
| CMPVE 3 mois | €148.87 | 47.3% |
| CMPVE 6 mois | €135.19 | 62.2% |
| CMPVE 9 mois | €125.83 | 74.3% |
| CMPVE 12 mois | €122.27 | 79.4% |
| Cours le plus haut - 12 derniers mois | €164.95 | 32.9% |
| Cours le plus bas - 12 derniers mois | €95.80 | 128.9% |
| **Objectifs de cours des analystes de recherche [2]** | | |
| Médiane des objectifs de cours | €173.50 | 26.4% |
| **Multiples de sociétés comparables cotées [3]** | | |
| VE / EBITDA 2015E | €138.71 | 58.1% |
| VE / EBITDA 2016E | €129.45 | 69.4% |
| VE / EBITA 2015E | €169.91 | 29.1% |
| VE / EBITA 2016E | €137.19 | 59.9% |
| PER 2015E [3] | €202.11 | 8.5% |
| PER 2016E [3] | €189.12 | 16.0% |
| **Actualisation des flux de trésorerie disponibles futurs** | | |
| CMPC de 6.5% / Multiple de valeur terminale de 7.5x | €192.05 | 14.2% |
| **Transactions comparables [3]** | | |
| Transactions OPA en France - prime observée [4] | €194.57 | 12.7% |
| Transactions comparables (médiane VE / EBITDA (12 dern. mois) de 7.2x) | €137.72 | 59.2% |

[1] Correspond à un prix payé dividende détaché pour l'Achat de Bloc de 217.50€ par action, soit un prix équivalent au prix de l'Offre.

[2] Les prix indiqués représentent la médiane des étendus de valorisation.

[3] Le multiple PER est affecté par la structure financière des sociétés comparables. ND ayant une plus grande proportion de dette que ces sociétés, cette méthode de valorisation pourrait être ne pas être pertinente.

[4] Médiane observée de 24.3 % appliqué au cours moyen sur 1 mois de l'action de ND en date du 28 avril 2015 (156.53€ par action). Il est à noter que le Prix de l'Offre (dividende attaché) représente une prime de 40.1 % sur la moyenne d'un mois du cours de l'action de ND en date du 28 avril 2015 (156.53€ par action).

**4.    PERSONNES RESPONSABLES DU CONTENU DE LA NOTE D'INFORMATION**

**Initiateur**

*« À ma connaissance, les données de la présente note d'information sont conformes à la réalité et ne comportent pas d'omission de nature à en altérer la portée. »*

Le 23 juin 2015

**XPO Logistics France SAS**

Monsieur John Hardig

**Établissement présentateur**

*« Conformément à l'article 231-18 du règlement général de l'AMF, Morgan Stanley, établissement présentateur de l'Offre, atteste qu'à sa connaissance, la présentation de l'Offre qu'il a examinée sur la base des informations communiquées par l'Initiateur, et les éléments d'appréciation du prix proposé, sont conformes à la réalité et ne comportent pas d'omission de nature à en altérer la portée ».*

Le 23 juin 2015

**Morgan Stanley**