# APPENDICES

# XPO LOGISTICS LEGAL ORGANISATIONAL STRUCTURE AS AT 1/05/2015



## MEMBERS OF XPO LOGISTICS' BOARD OF DIRECTORS

| XPO Logistics Board of Directors - 7 members in May 2015 | | |
|---|---|---|
| Bradley S. Jacobs (Chairman and Chief Executive Officer) | Since Sept. 2011 | He is also founder and manager of Jacobs Private Equity, LLC, XPO Logistics' main shareholder |
| G. Chris Andersen | Since Sept. 2011 | Founder and partner of G.C. Andersen Partners, LLC. A specialist in mergers and acquisitions, he has been Vice President of Paine Webber (asset management between 1990 and 1995) and held senior management roles for 15 years at Drexel Burnham Lambert Inc, an investment bank specialising in large merger and acquisition transactions (which collapsed in 1990), member of the board of directors of Terex Corp. since 1992 |
| Michael G. Jesselson | Since Sept. 2011 | President of Jesselson Capital Corporation since 1994. Member of the Board of Directors of American Eagle Outfitters since 1997. |
| Adrian P. Kingshott | Since Sept. 2011 | Chief Executive Officer of Adson LLC since 2006 and Senior Advisor to Headwaters Merchant Bank since 2013. A specialist in corporate finance and mergers and acquisitions, he previously worked at Goldman Sachs & Co (between 1982 and 2002) |
| James J. Martell | Since 2006 | Former Chairman of Express-1 Expedited Solutions (became XPO Logistics in 2011). Has held executive management roles at various transportation and logistics companies (in particular SmartMail Services Inc, Uti Worldwide Inc, Burlington Air Express Canada) and previously held executive management positions at Fedex and UPS. |
| Jason D. Papastavrou | Since Sept. 2011 | Founder and Chief Investment Officer at ARIS Capital Management, LLC and co-founder of Empiric Asset Management, LLC. He headed up the Hedge Funds investment fund (speculative fund) of the Banc of America Capital Management group. He is also a director of United Rentals, Inc. |
| Oren G. Shaffer | Since Sept. 2011 | He was Vice Chairman and Chief Financial Officer of Qwest Communications International, Inc (now CenturyLink, Inc) between 2002 and 2007. Prior to this he was Chief Operating Officer of Sorrento Networks, Inc (between 2000 and 2002) and Chief Financial Officer of Ameritech Corporation Inc (between 1994 and 2000). He has been a member of the Board of Directors of Terex Corporation since 2007. |

## MAIN NAMED EXECUTIVE OFFICERS OF XPO LOGISTICS

| Main named executive officers of XPO Logistics - May 2015 | | |
|---|---|---|
| Bradley S. Jacobs | Chairman and Chief Executive Officer | Since Sept. 2011 |
| Hervé Montjotin | Chairman and Chief Executive Officer of XPO Logistics - Europe | Since May 2015 (currently Chairman of the Management Board of Norbert Dentressangle) |
| John J. Hardig | Chief Financial Officer | Since Feb. 2012 (previously investment banker specialising in transportation and logistics) |
| Troy A. Cooper | Chief Operating Officer | Since May 2014 (joined in September 2011 as Vice President - Finance. Previously at United Rentals and United Waste Systems, in charge of integrating a number of entities acquired) |
| Gordon E. Devens | Secretary, Senior Vice President and General Counsel | Since Nov. 2011 (specialist in mergers and acquisitions) |
| Scott B. Malatt | Chief Strategy Officer | Since July 2012 (joined XPO Logistics in October 2011, in charge of analysing acquisition opportunities and organising technology. Previously financial analysts at investment banks including: Goldman Sachs Group in the transportation sector, UBS, JPMorgan Chase & Co. |

**OFFRE PUBLIQUE D'ACHAT SIMPLIFIEE**

VISANT LES ACTIONS DE




INITIEE PAR

**XPOLogistics**

**XPO Logistics France SAS**

# NOTE EN REPONSE ETABLIE PAR NORBERT DENTRESSANGLE SA




En application de l'article L. 621-8 du code monétaire et financier et de l'article 231-26 de son règlement général, l'Autorité des marchés financiers (l'« **AMF** ») a apposé le visa n° 15-291 en date du 23 juin 2015 sur la présente note en réponse. Cette note en réponse a été établie par la société Norbert Dentressangle SA et engage la responsabilité de ses signataires.

Le visa, conformément aux dispositions de l'article L. 621-8-1 I du code monétaire et financier, a été attribué après que l'AMF ait vérifié « si le document est complet et compréhensible et si les informations qu'il contient sont cohérentes ». Il n'implique ni approbation de l'opportunité de l'opération, ni authentification des éléments comptables et financiers présentés.

**Avis Important**

En application des articles 261-1 et suivants du Règlement général de l'AMF, le rapport de Ledouble SAS, agissant en qualité d'expert indépendant, est inclus dans la présente note en réponse.

La présente note en réponse est disponible sur les sites internet de Norbert Dentressangle SA (http://www.norbert-dentressangle.fr) et de l'AMF (www.amf-france.org) et peut être obtenue sans frais auprès de :

**Norbert Dentressangle SA**
192, avenue Thiers - 69006 Lyon Cedex 44

Conformément à l'article 231-28 du Règlement général de l'AMF, les informations relatives aux caractéristiques notamment juridiques, financières et comptables de Norbert Dentressangle SA seront déposées auprès de l'AMF et mises à disposition du public, au plus tard la veille de l'ouverture de l'offre publique.

Un avis financier sera publié, au plus tard la veille de l'ouverture de l'offre publique pour informer le public des modalités de mise à disposition de ces documents.

## TABLE DES MATIERES

I.    RAPPEL DES CONDITIONS DE L'OFFRE ...................................................................................... 3

II.   CONTEXTE ET MOTIFS DE L'OPERATION ................................................................................. 4

    1.   *Contexte de l'opération* ................................................................................................. 4

        (i) *Acquisition par l'Initiateur d'une participation de 66,71% au capital de ND* ...................... 4

        (ii)*Clauses particulières du Contrat de Cession d'Actions entre l'Initiateur et les Vendeurs Initiaux* ....... 5

    2.   *Répartition du capital et des droits de vote de ND au 31 mai 2015* .................................. 5

        (i) *Titres donnant accès au capital de la Société (bons de souscription d'achats)* .................. 6

        (ii)*Actions attribuées gratuitement* .......................................................................................... 6

    3.   *Répartition du capital et des droits de vote de ND à la suite de l'Achat de Bloc le 8 juin 2015* ........ 7

    4.   *Répartition du capital et des droits de vote de ND à la date de la décision de conformité* .......... 7

        (i) *Déclarations de franchissements de seuils et des droits de vote* ...................................... 9

        (ii)*Engagements d'apport à l'Offre* ........................................................................................... 9

        (iii)*Autorisations réglementaires* ............................................................................................. 9

    5.   *Composition du Conseil de surveillance* ......................................................................... 9

III.  AVIS MOTIVE DU CONSEIL DE SURVEILLANCE DE NORBERT DENTRESSANGLE ..................... 10

IV.   INTENTIONS DES MEMBRES DU CONSEIL DE SURVEILLANCE DE NORBERT DENTRESSANGLE ... 12

V.    INTENTIONS DE LA SOCIETE RELATIVE AUX ACTIONS D'AUTOCONTROLE ............................ 12

VI.   ACCORDS SUSCEPTIBLES D'AVOIR UNE INCIDENCE SUR L'APPRECIATION OU L'ISSUE DE L'OFFRE ....... 12

VII.  ELEMENTS SUSCEPTIBLES D'AVOIR UNE INCIDENCE EN CAS D'OFFRE PUBLIQUE .................. 12

    1.   *Structure du capital de la Société* .................................................................................. 12

    2.   *Restrictions statutaires à l'exercice du droit de vote et au transfert d'Actions ou clauses des conventions portées à la connaissance de la Société en application de l'article L. 233-11 du Code de commerce* .................. 13

    3.   *Participations directes et indirectes dans le capital de la Société dont elle a connaissance en vertu des articles L. 233-7 et L. 233-12 du Code de commerce* ........................................................... 14

    4.   *Liste des détenteurs de tout titre comportant des droits de contrôle spéciaux et description de ceux-ci* ............. 14

    5.   *Mécanismes de contrôle prévus dans un éventuel système d'actionnariat du personnel quand les droits de contrôle ne sont pas exercés par ce dernier* ................................................................. 14

    6.   *Accords entre actionnaires dont la Société a connaissance et qui peuvent entraîner des restrictions au transfert d'Actions et à l'exercice des droits de vote* ............................................................ 14

    7.   *Règles applicables à la nomination et au remplacement des membres du Conseil de surveillance et à la modification des statuts de la Société* .................................................................................... 14

    8.   *Pouvoirs du Conseil de surveillance, en particulier en matière d'émission ou de rachat de titres* ...................... 15

    9.   *Impact d'un changement de contrôle sur les accords conclus par la Société* ...................... 17

    10.  *Accords prévoyant des indemnités pour les membres du Conseil de surveillance de Norbert Dentressangle ou les salariés, s'ils démissionnent ou sont licenciés sans cause réelle et sérieuse ou si leur emploi prend fin en raison d'une offre publique* 17

VIII. RAPPORT DE L'EXPERT INDEPENDANT DE L'ART. 261-1 DU REGLEMENT GENERAL DE L'AMF .............. 18

IX.   AVIS DU COMITE DE GROUPE DE NORBERT DENTRESSANGLE ............................................ 87

X.    MODALITES DE MISE A DISPOSITION DES INFORMATIONS RELATIVES A LA SOCIETE ............ 87

XI.   PERSONNES QUI ASSUMENT LA RESPONSABILITE DE LA NOTE EN REPONSE ........................ 88

ANNEXE I. RAPPORT DE L'EXPERT-COMPTABLE AU COMITE DE GROUPE .............................. 89

## I.   RAPPEL DES CONDITIONS DE L'OFFRE

En application du Titre III du Livre II et plus particulièrement des articles 233-1 2° et 234-2 et suivants du Règlement général de l'AMF, XPO Logistics France SAS, une société par actions simplifiée à associé unique ayant un capital social de 10.000 euros, dont le siège social est situé 23 rue du Roule, 75001 Paris France et immatriculée au Registre du commerce et des sociétés de Paris sous le numéro 811 597 335 (« **XPO** » ou l' « **Initiateur** »), elle-même filiale à 100% de la société XPO Logistics Inc., une société immatriculée au Delaware, dont le siège social est à Five Greenwich Office Park, Greenwich, Connecticut 06831 (Etats-Unis) (« **XPO Logistics, Inc.** » et, ensemble avec XPO, « **XPO Logistics** »), s'est engagée irrévocablement auprès de l'AMF à offrir aux actionnaires de la société Norbert Dentressangle, une société anonyme de droit français ayant un capital social de 19.672.482 euros divisé en 9.836.241 actions d'une valeur nominale de 2 euros chacune dont le siège social est situé au 192 avenue Thiers - 69006 Lyon, immatriculée au registre du commerce et des sociétés de Lyon sous le numéro 309 645 539 (« **ND** », « **Norbert Dentressangle** » ou la « **Société** »), et dont les actions sont admises aux négociations sur marché Euronext Paris – Eurolist Compartiment A (ISIN FR0000052870 ; code mnémonique : « GND ») et sur la Liste Officielle d'Euronext Londres, d'acquérir la totalité de leurs actions ND (les « **Actions** » ou les « **Titres** »), au prix unitaire de 217,50 euros.

Conformément à l'article 233-1 2° du règlement général de l'AMF, l'offre prend la forme d'une offre publique d'achat simplifiée.

L'Offre fait suite à l'acquisition par XPO (i) le 8 juin 2015, de 6.561.776 actions de ND auprès de plusieurs actionnaires par voie de cession de blocs hors marché (l' « **Achat de Bloc** »), représentant 66,71 % du capital et 66,38 % des droits de vote théoriques de la Société et (ii) le 8 juin 2015, de 110.000 bons de souscriptions (comme définis ci-après) donnant droit à souscrire à 110.000 actions ND.

XPO détient à la date de dépôt de l'Offre, 6.561.776 actions ND, représentant 66,71% du capital et 66,38 % des droits de vote théoriques.

Conformément aux dispositions de l'article 231-13 I du règlement général de l'AMF, Morgan Stanley, agissant pour le compte de l'Initiateur, a déposé un projet de note d'information auprès de l'AMF le 11 juin 2015. Morgan Stanley, en tant qu'établissement présentateur, garantit la teneur et le caractère irrévocable des engagements pris par l'Initiateur.

L'Offre vise la totalité des actions non détenues directement ou indirectement par l'Initiateur à la date des présentes.

Conformément aux articles 237-14 à 237-16 du règlement général de l'AMF, l'Initiateur demandera à l'AMF, dans un délai maximum de 3 mois à l'issue de la clôture de l'Offre, de mettre en œuvre une procédure de retrait obligatoire par le transfert des actions ND qui ne lui appartiennent pas et qui n'auraient pas été présentées à l'Offre (à condition qu'elles ne représentent pas plus de 5 % du capital ou des droits de vote de la Société), au prix de 217,50 euros par action.

## II.   CONTEXTE ET MOTIFS DE L'OPERATION

### 1.   Contexte de l'opération

#### (i)   Acquisition par l'Initiateur d'une participation de 66,71% au capital de ND

Le 28 avril 2015, XPO Logistics, Inc. a conclu (i) un contrat de cession d'actions (le « **Contrat de Cession d'Actions** ») avec Dentressangle Initiatives, Messieurs Norbert Dentressangle et Pierre-Henri Dentressangle et Mesdames Evelyne Dentressangle et Marine Dentressangle (les « **Vendeurs Initiaux** »), (ii) un accord relatif à l'offre publique d'achat (« **l'Accord Relatif à l'Offre Publique d'Achat** ») avec la Société et (iii) un accord d'intéressement avec les membres du Directoire (le « **Plan d'Intéressement** ») régissant le traitement des plans d'intéressement existants et le futur plan d'intéressement qui sera octroyé aux dirigeants et salariés de la Société.

En application du Contrat de Cession d'Actions, XPO s'est engagée à acquérir 6.561.776 actions auprès des Vendeurs Initiaux, représentant environ 66,71 % du capital social de ND, au prix de 217,50 euros par action (« **l'Achat de Bloc** »). Le prix d'acquisition prend en compte la distribution d'un dividende d'un montant de 1,80 euros par action intervenue au profit de tous les actionnaires de ND avant la réalisation de l'Achat de Bloc.

De plus, en application de l'Accord Relatif à l'Offre Publique d'Achat et du Plan d'Intéressement, XPO s'est engagée à acquérir, auprès de certains membres du directoire de la Société, les bons de souscription d'actions émis à leur profit par la Société, à un prix de 157,95 euros par bon de souscription, à savoir, (i) 80.000 bons de souscription au prix d'exercice de 59,55 euros (les « **BSA A** ») et (ii) 30.000 bons de souscription au prix d'exercice de 59,55 euros (les « **BSA B** ») (les BSA A et BSA B étant désignés, les « **BSA** » ou les « **Bons de Souscription d'Actions** »), à la seule condition que les conditions de « vesting » prévues dans les termes et conditions de ces Bons de Souscription d'Actions soient supprimées et que les périodes d'exercice soient ouvertes par anticipation, par décision des actionnaires de la Société lors de l'assemblée générale qui s'est tenue le 21 Mai 2015.

XPO Logistics, Inc. et la Société ont annoncé l'Achat de Bloc le 28 avril 2015. XPO Logistics, Inc. a également annoncé qu'elle lancerait le processus d'acquisition de toutes les actions restantes de ND au prix de 217,50 euros par action.

Le conseil de surveillance de la Société, qui s'est tenu le 27 avril 2015, a émis un avis préliminaire favorable sur l'Achat de Bloc et sur l'Offre et a désigné Ledouble SAS, représenté par Messieurs Olivier Cretté et Sébastien Sancho, en qualité d'expert indépendant en charge de la rédaction du rapport portant sur les modalités financières d'une offre publique éventuellement suivie d'un retrait obligatoire.

Le 21 mai 2015, l'assemblée générale de la Société a approuvé la distribution d'un dividende d'un montant de 1,80 euros par action qui a été versé le 2 juin 2015 (la date de détachement étant intervenue le 29 mai 2015).

La Société a engagé les procédures d'information et de consultation du comité d'entreprise au niveau du groupe ND immédiatement après l'annonce de la signature du Contrat de Cession d'Actions. Le 28 mai 2015, le comité d'entreprise du groupe ND a émis un avis défavorable sur le projet d'Offre envisagé.

Le règlement livraison relatif à l'Achat de Bloc prévu par le Contrat de Cession d'Actions a été réalisé hors marché le 8 juin 2015.

A la suite de l'Achat de Bloc, l'Initiateur est devenu propriétaire de 6.561.776 actions ND, représentant 66,71 % du capital social et 66,38 % des droits de vote théoriques de la Société.

De plus, le 8 juin 2015, l'Initiateur a acquis les BSA au prix de 157,95 euros par bon de souscription, correspondant au prix d'acquisition des actions dans le cadre de l'Achat de Bloc moins le prix d'exercice.

      (ii)    **Clauses particulières du Contrat de Cession d'Actions entre l'Initiateur et les Vendeurs Initiaux**

Le Contrat de Cession d'Actions prévoit l'obligation pour l'acquéreur de s'assurer que la Société cesse progressivement d'utiliser le nom commercial et la marque Norbert Dentressangle, le changement de nom commercial et de marque devant être intégralement réalisé dans les 36 mois qui suivent l'Achat de Bloc. Sous réserve de certaines conditions, des pénalités pourraient être dues en cas de manquement à ces obligations.

De plus, le Contrat de Cession d'Actions prévoit une obligation de non-concurrence et de non-sollicitation de 3 ans pour les Vendeurs Initiaux. Les Vendeurs Initiaux se sont également engagés à ne pas utiliser le nom commercial et la marque Norbert Dentressangle pour toute activité similaire à celle de la Société pendant une durée de 20 ans.

    2.    **Répartition du capital et des droits de vote de ND au 31 mai 2015**

Le capital social de ND s'élève à 19.672.482 euros divisé en 9.836.241 actions ordinaires de 2 euros de valeur nominale.

Le tableau ci-après présente la répartition du capital et des droits de vote avant la réalisation de l'Achat de Bloc, au 31 mai 2015.

| Actionnaires | Nombre d'actions | % du capital | Nombre théorique de droits de vote | % Droits de vote[1] |
|---|---|---|---|---|
| Famille Dentressangle | 240.482 | 2,44 | 480.944 | 2,96 |
| Dentressangle Initiatives | 6.321.294 | 64,27 | 12.366.694 | 76,26 |
| Salariés et public[2] | 3.230.018 | 32,84 | 3.325.298 | 20,50 |
| Actions détenues par Norbert Dentressangle SA | 38.578 | 0,39 | 38.578 | 0,24 |
| Actions détenues au titre du contrat de liquidité | 5.869 | 0,06 | 5.869 | 0,04 |
| **Total** | 9.836.241 | 100,00 | 16.217.383 | 100,00 |

[1] Conformément à l'article 223-11 du Règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions à droits de vote sont attachés, y compris les actions privées de droit de vote.

[2] Incluant 53.500 actions détenues par les membres du directoire.

    (i)    **Titres donnant accès au capital de la Société (bons de souscription d'achats)**

En outre, à la date du 8 juin 2015, les Bons de Souscription d'Actions existants donnant accès au capital de la Société, étaient répartis de la façon suivante :

| Catégorie | Nombre de Bons de Souscription d'Actions alloué par la Société | Total des Actions (en cas d'exercice) |
|---|---|---|
| BSA A – Emission en juillet 2013 | 80 000 | 80 000 |
| BSA B – Emission en juillet 2013 | 30 000 | 30 000 |
| **Total** | 110 000 | 110 000 |

Comme il est indiqué ci-dessus, l'Initiateur a acquis le 8 juin 2015, conformément à l'Accord Relatif à l'Offre Publique d'Achat et au Plan d'Intéressement, les Bons de Souscription d'Actions appartenant à Messieurs Montjotin (50.000 BSA), Bataillard (30.000 BSA)[3], Wilson (15.000 BSA) et Gomez (15.000 BSA) (membres du directoire), à un prix de 157,95 euros par Bon de Souscription d'Action, ce montant correspondant au prix par action payé pour l'Achat du Bloc moins le prix d'exercice par Bon de Souscription d'Action.

Lors de l'assemblée générale mixte des actionnaires du 21 mai 2015, les actionnaires de ND ont modifié les termes et conditions des BSA 2013 afin de (i) supprimer les conditions de présence et d'incessibilité qui y étaient prévues, et (ii) anticiper l'ouverture de la période d'exercice à compter du 21 mai 2015 (la date de fin d'exercice prévue lors de l'émission restant inchangée).
Il est par ailleurs indiqué que, conformément aux termes de l'Accord Relatif à l'Offre Publique d'Achat, le Directoire n'a pas fait usage de l'autorisation d'émettre des BSA 2015 au profit de Messieurs Malcom Wilson et Luis Angel Gomez qui avait été votée lors de l'assemblée générale du 21 mai 2015.

    (ii)    **Actions attribuées gratuitement**

La Société a procédé à des attributions gratuites d'actions. Au 31 mai 2015, les actions attribuées gratuitement suivantes sont toujours en période d'acquisition et n'ont donc pas encore été émises ni livrées à leurs bénéficiaires :

---

[3] Il est précisé qu'une partie des BSA détenus par Monsieur Bataillard et par Monsieur Montjotin a fait l'objet d'apports à des holdings patrimoniales leur appartenant et de donations-partages au profit de leurs enfants respectifs.

| Catégorie | Nombre d'Actions alloué par la Société |
|---|---|
| Actions attribuées gratuitement – Attribution de mai 2013 | 50.100 |
| Actions attribuées gratuitement – Attribution de mai 2014 | 21.000 |
| Actions attribuées gratuitement – Attribution d'octobre 2014 | 30.997 |
| **Total** | **102.097** |

3.   **Répartition du capital et des droits de vote de ND à la suite de l'Achat de Bloc le 8 juin 2015**

Le tableau ci-après présente la répartition du capital et des droits de vote à la suite de la réalisation de l'Achat de Bloc le 8 juin 2015.

| Actionnaires | Nombre d'actions | % du capital | Nombre de droits de vote théoriques | % Droits de vote[4] |
|---|---|---|---|---|
| XPO Logistics France SAS | 6.561.776 | 66,71 | 6.561.776 | 66,38 |
| Salariés et public[5] | 3.230.018 | 32,84 | 3.279.575 | 33,17 |
| Actions détenues par Norbert Dentressangle SA | 38.578 | 0,39 | 38.578 | 0,39 |
| Actions détenues au titre du contrat de liquidité | 5.869 | 0,06 | 5.869 | 0,06 |
| **Total** | 9.836.241 | 100,00 | 9.885.798 | 100,00 |

4.   **Répartition du capital et des droits de vote de ND à la date de la décision de conformité**

Le tableau ci-après présente la répartition du capital et des droits de vote au 23 juin 2015, compte tenu des achats d'actions de la Société effectuées par XPO depuis le dépôt du projet de note en réponse.

---

[4] Conformément à l'article 223-11 du Règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions à droits de vote sont attachés, y compris les actions privées de droit de vote.

[5] Incluant 53.500 actions détenues par les membres du directoire.

| Actionnaires | Nombre d'actions | % du capital | Nombre de droits de vote théoriques | % Droits de vote[6] |
|---|---|---|---|---|
| XPO Logistics France SAS | 6.751.301 | 68,64 | 6.751.301 | 68,29 |
| Y compris les actions acquises depuis le 11 juin 2015 | 189.525 | 1,93 | 189.525 | 1,92 |
| Salariés et public[7] | 3.084.940 | 31,36 | 3.134.497 | 31,71 |
| Y compris les actions détenues par Norbert Dentressangle SA | 38.578 | 0,39 | 38.578 | 0,39 |
| Y compris les actions détenues au titre du contrat de liquidité | 5.869 | 0,06 | 5.869 | 0,06 |
| Total | 9.836.241 | 100 | 9.885.798 | 100 |

Conformément au Plan d'Intéressement, XPO Logistics, Inc. a proposé ce qui suit aux bénéficiaires d'actions gratuites, étant rappelé que ces actions gratuites n'ont pas été émises à la date de l'Offre et ne sont donc pas visées par l'Offre.

Pour les bénéficiaires d'actions gratuites attribuées en avril 2013 et en avril 2014, dont la livraison interviendrait en avril 2016 qui font l'objet d'un engagement de conservation jusqu'en avril 2018, XPO Logistics, Inc. et l'Initiateur proposeront à ces bénéficiaires de renoncer à ces actions gratuites en échange d'un bonus en numéraire (traité comme du salaire) pour un montant brut de 217,50 euros par action, payable en deux versements équivalents qui interviendraient 1 an et demi et 3 ans après la réalisation de l'Achat de Bloc (sans aucune condition de présence, de service ou de performance).

Les réalisations historiques 2013 et 2014 et le budget 2015 permettent de considérer que les conditions de performances attachées aux plans d'attribution d'avril 2013 et d'avril 2014 seront bien atteintes.

Pour les bénéficiaires d'actions gratuites attribuées en octobre 2014 aux managers de la société Jacobson (la filiale américaine de la Société, dont l'acquisition a été réalisée le 31 juillet 2014) dont les périodes d'acquisition et de conservation expirent toutes deux en octobre 2018, XPO Logistics, Inc. proposera, en contrepartie de la renonciation des bénéficiaires à ces actions gratuites, la mise en place d'un nouveau plan reposant sur l'évolution du cours de bourse XPO Logistics, Inc. et dont les objectifs de performance tiendraient compte de l'intégration au sein du groupe XPO. L'horizon de ce nouveau plan serait au moins égal à celui des actions gratuites qu'il remplacerait. La valeur des attributions au titre de ce nouveau plan ne serait en tout état de cause pas supérieure à la valeur des actions gratuites remplacées en prenant en compte, d'une part, le

---

[6] Conformément à l'article 223-11 du Règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions à droits de vote sont attachés, y compris les actions privées de droit de vote.

[7] Incluant 53.500 actions détenues par les membres du directoire.

prix de l'Offre pour déterminer la valeur des actions gratuites remplacées, et d'autre part, la valeur en bourse des actions XPO Logistics, Inc. sous-jacentes aux instruments remis en échange pour déterminer la valeur de ces derniers.

### (i)   Déclarations de franchissements de seuils et des droits de vote

Conformément aux articles 223-11 et suivants du règlement général de l'AMF et aux articles L. 233-7 et suivants du code de commerce, l'Initiateur a déclaré à l'AMF et à ND, par courriers en date de ce jour, qu'il avait, à la suite de l'Achat de Bloc, franchi à la hausse, le 8 juin 2015, tous les seuils légaux et statutaires compris entre zéro et $^2/_3$ du capital social et entre zéro et 50% des droits de vote de la Société suite à l'exécution du Contrat de Cession d'Actions relatif à l'Achat de Bloc.

Réciproquement, les membres de la famille Dentressangle et Dentressangle Initiatives ont déclaré, par des courriers à l'AMF et à ND, en date de ce jour, qu'ils avaient, agissant ensemble de concert, suite à l'Achat de Bloc, franchi à la baisse, le 8 juin 2015, tous les seuils légaux et statutaires compris entre $^2/_3$ jusqu'à zéro.

### (ii)   Engagements d'apport à l'Offre

Sans objet.

### (iii)   Autorisations réglementaires

L'Offre n'est soumise à aucune condition au titre du contrôle des concentrations.

L'Achat de Bloc a été autorisé (ou n'a pas donné lieu à objection) par les autorités de la concurrence aux Etats Unis d'Amérique, en Allemagne et en Russie.

Les autorisations ont été octroyées respectivement le 11 mai 2015 pour les Etats-Unis d'Amérique (*early termination*) et l'Allemagne et le 20 mai 2015 pour la Russie.

### 5.   Composition du Conseil de surveillance

Concomitamment à la réalisation de l'Achat de Bloc conformément au Contrat de Cession d'Actions, Messieurs Norbert Dentressangle, Pierre-Henri Dentressangle, Vincent Menez, Bruno Rousset, Jean-Bernard Lafonta et Madame Evelyne Dentressangle ont démissionné de leurs fonctions de membres du conseil de surveillance de ND avec effet au 8 juin 2015. Ces démissions sont intervenues après que le conseil de surveillance de ND ait recommandé l'Offre comme mentionné ci-dessus.

Le conseil de surveillance de la Société, réuni le 8 juin 2015, a coopté six nouveaux membres (Messieurs Bradley Jacobs, Troy Cooper, John Hardig, Gordon Devens, Tavio Headley et XPO Logistics, Inc., ayant pour représentant permanent Madame Angela Kirkby). Monsieur Bradley Jacobs a, en outre, été nommé président du conseil de surveillance, et Monsieur Gordon Devens a été nommé vice-président du conseil de surveillance.

Ces cooptations, qui ont pris effet le 8 juin 2015, seront soumises à la ratification de l'assemblée générale des actionnaires de la Société.

Le conseil de surveillance de la Société est désormais composé comme suit:

-   Bradley Jacobs, président (également président du conseil d'administration de XPO Logistics, Inc.),

-   Gordon Devens, vice-président (salarié de XPO),

-   Clare Chatfield (membre indépendant),

-   Henri Lachmann (membre indépendant),

-   Jean-Luc Poumarède (membre indépendant),

-   François-Marie Valentin (membre indépendant),

-   XPO Logistics, Inc., représentée par Angela Kirby,

-   Troy Cooper (salarié de XPO),

-   John Hardig (salarié de XPO),

-   Tavio Headley (salarié de XPO).


### III.   AVIS MOTIVE DU CONSEIL DE SURVEILLANCE DE NORBERT DENTRESSANGLE

Conformément aux dispositions de l'article 231-19 du Règlement général de l'AMF, les membres du Conseil de surveillance de la Société se sont réunis le 8 juin 2015, sur convocation faite conformément aux statuts de la Société, afin d'examiner, préalablement à la recomposition visée à la section II.5, le projet d'Offre. A l'exception de Monsieur Bruno Rousset, l'ensemble des membres du Conseil étaient présents, y compris les membres indépendants. Les débats et le vote sur l'avis motivé du Conseil de surveillance se sont tenus sous la présidence de Monsieur Norbert Dentressangle, en qualité de Président du Conseil de surveillance, conformément à l'article 22 des statuts de Norbert Dentressangle.

Préalablement à la réunion, les membres du Conseil de surveillance ont eu connaissance :

-   Le projet de note d'information établi par XPO Logistics France SAS contenant les caractéristiques du projet d'Offre, notamment les motifs et intentions de l'initiateur ainsi que les éléments d'appréciation du prix de l'Offre établis par Morgan Stanley en sa qualité de banque présentatrice de l'Offre ;

-   L'attestation de l'expert indépendant (Ledouble SAS), qui conclut au caractère équitable, pour les actionnaires minoritaires de la Société, du prix offert de 217,50 euros par action de la Société, notamment dans la perspective d'un retrait obligatoire ;

-   Le projet de note en réponse établi par la Société.

Le Conseil de Surveillance a par ailleurs pris acte que la procédure d'information-consultation préalable du comité de groupe sur les opérations envisagées dans le cadre de l'Offre s'est achevée le 28 mai 2015, le comité de groupe ayant émis un avis défavorable.

L'avis motivé suivant a été adopté à l'unanimité des membres du Conseil de surveillance, y compris ses membres indépendants :

« *Après en avoir débattu, et au vu des documents susvisés, les membres du Conseil de surveillance constatent que :*

- *le prix proposé de 217,50 euros par action offert aux actionnaires de la Société représente une prime de 34% (35% coupon attaché)% par rapport au cours de bourse de clôture du 27 avril 2015 qui s'élevait à 162,10 euros, avant l'annonce des principales caractéristiques du projet d'Offre ;*

- *le prix offert dans le cadre de l'Offre est identique au prix devant être payé par XPO Logistics France SAS pour acquérir les blocs de titres Norbert Dentressangle, représentant au total 66,71 % du capital de Norbert Dentressangle, auprès des actionnaires de contrôle de Norbert Dentressangle ;*

- *l'expert indépendant a relevé que le prix d'Offre extériorise une prime sur l'ensemble des critères d'évaluation retenus et que ce prix est équitable, d'un point de vue financier, pour les actionnaires de Norbert Dentressangle dans la perspective de mise en œuvre d'un retrait obligatoire ;*

- *XPO Logistics est un des leaders américains du secteur du transport et de la logistique en Amérique du Nord ; son développement, qui a connu une très forte croissance, s'est notamment appuyé au cours des dernières années sur des opérations de croissance externe. XPO Logistics dispose ainsi de positions solides dans le domaine du transport aux Etats-Unis, ainsi que dans celui de la logistique contractuelle sophistiquée et à fort contenu technologique.*

- *XPO Logistics prévoit que ce rapprochement générera d'importantes opportunités de ventes croisées à l'échelle du nouveau groupe. Les clients actuels de Norbert Dentressangle pourront ainsi bénéficier d'un point d'entrée unique pour les accompagner à l'échelle mondiale dans la gestion de leur supply-chain et auront accès aux services de premier plan que XPO Logistics France SAS peut offrir en Amérique du Nord ;*

- *XPO Logistics entend faire de Norbert Dentressangle sa plateforme de développement européenne. XPO Logistics déploiera en Europe sa plateforme propriétaire d'optimisation du fret pour améliorer le sourcing des transporteurs et le service client. De plus, XPO Logistics envisage de réaliser d'importants investissements de croissance dans ses nouvelles activités européennes, notamment dans le développement technologique ;*

- *Norbert Dentressangle et XPO Logistics n'ont pas identifié ni quantifié d'importantes synergies en raison de l'absence de recoupement de leurs activités en Europe et de la complémentarité de leurs activités en Amérique du Nord. L'essentiel des synergies attendues provient des opportunités de ventes croisées. Par conséquent, le rapprochement de ces deux sociétés devrait préserver l'intégrité des activités et du niveau d'emploi actuels de Norbert Dentressangle ;*

- *L'Offre s'inscrit dans une logique de poursuite de l'activité et du développement de la Société. A cet égard, XPO Logistics entend reprendre la quasi-totalité du management de Norbert Dentressangle, pour lequel il mettra en place des programmes d'intéressement. De plus, XPO Logistics entend maintenir à son niveau actuel le nombre d'employés à temps plein en France, sur une période minimum de 18 mois à compter de la clôture de l'acquisition. XPO Logistics estime que le rapprochement des deux sociétés ne devrait pas se traduire par une modification significative du statut individuel et collectif des employés de Norbert Dentressangle et de ses filiales ;*

- *XPO Logistics entend maintenir les centres de décision européens de Norbert Dentressangle en France, à Lyon pour le siège social, Malakoff (Hauts-de-Seine) pour la Logistique et Beausemblant (Drôme) pour le Transport, ce pendant une durée de 5 ans à compter de l'acquisition de bloc ;*

- *dans l'hypothèse où les actionnaires minoritaires ne détiendraient pas plus de 5 % du capital ou des droits de vote de la Société à l'issue de l'Offre, l'Initiateur procédera à un retrait obligatoire, moyennant une indemnité égale au prix de l'Offre, et, si les conditions à la mise en œuvre du retrait obligatoires ne sont réunies, n'envisage pas de retirer de la cote parisienne les actions de la Société dans les douze mois suivant l'Offre, mais s'autorise la possibilité d'étudier leur retrait de la cote londonienne et réfléchira aux meilleurs moyens d'intégrer la Société dans le nouveau groupe, notamment via la réalisation d'opérations de fusion ou d'apports.*

*Au vu de ces éléments, après en avoir délibéré, le Conseil de surveillance, statuant à l'unanimité de ses membres, en ce compris les membres indépendants, décide d'émettre un avis favorable sur le projet d'Offre tel qu'il lui a été présenté, et considère que l'Offre est conforme aux intérêts de la Société, de ses actionnaires et de ses salariés.*

*Compte tenu de l'opportunité de liquidité immédiate que cette offre représente, à un prix particulièrement attractif, y compris dans la perspective d'un éventuel retrait obligatoire, le Conseil de surveillance, à l'unanimité, en ce compris les membres indépendants, recommande aux actionnaires de la Société d'apporter leurs actions à l'Offre.*

*A cet égard, les membres qui détiennent des actions Norbert Dentressangle (autres que les cédants du bloc de contrôle) indiquent qu'ils ont l'intention de les apporter à l'Offre à l'exception de celles dont la détention est imposée par les statuts.*

*En outre, le Conseil de surveillance décide que les 44.447 actions autodétenues par la Société ne seront pas apportées à l'Offre conformément aux termes du Tender Offer Agreement. ».*

## IV. INTENTIONS DES MEMBRES DU CONSEIL DE SURVEILLANCE DE NORBERT DENTRESSANGLE

Les membres du Conseil de surveillance de Norbert Dentressangle qui ne sont pas parties au Contrat de Cession ont indiqué leur intention d'apporter à l'Offre lesdites Actions à l'exception de celles dont la détention est imposée par les statuts.

## V. INTENTIONS DE LA SOCIETE RELATIVE AUX ACTIONS D'AUTOCONTROLE

Conformément au *Tender Offer Agreement*, le Conseil de surveillance a décidé de ne pas apporter à l'Offre les 44.447 Actions auto-détenues par la Société.

## VI. ACCORDS SUSCEPTIBLES D'AVOIR UNE INCIDENCE SUR L'APPRECIATION OU L'ISSUE DE L'OFFRE

A l'exception du Contrat de Cession de Bloc et du Tender Offer Agreement, il n'existe aucun accord susceptible d'avoir une incidence sur l'appréciation ou l'issue de l'Offre.

## VII. ELEMENTS SUSCEPTIBLES D'AVOIR UNE INCIDENCE EN CAS D'OFFRE PUBLIQUE

### 1. Structure du capital de la Société

Le capital social de Norbert Dentressangle, d'un montant de 19.672.482 euros, est divisé en 9.836.241 Actions, d'une valeur nominale de 2 euros chacune, entièrement libérées et toutes de même catégorie.

Le capital de Norbert Dentressangle était réparti, immédiatement avant la cession du Bloc de Contrôle, tel qu'indiqué à la Section II.1 ci-dessus.

A la suite de la cession du Bloc de Contrôle et à la date du présent document, le capital et les droits de vote de Norbert Dentressangle sont répartis comme suit :

| Actionnaires | Nombre d'actions | % du capital | Nombre de droits de vote théoriques | % Droits de vote[8] |
|---|---|---|---|---|
| XPO Logistics | 6.751.301 | 68,64 | 6.751.301 | 68,29 |
| Y compris les actions acquises depuis le 11 juin 2015 | 189.525 | 1,93 | 189.525 | 1,92 |
| Salariés et public[9] | 3.084.940 | 31,36 | 3.134.497 | 31,71 |
| Y compris les actions détenues par Norbert Dentressangle SA | 38.578 | 0,39 | 38.578 | 0,39 |
| Y compris les actions détenues au titre du contrat de liquidité | 5.869 | 0,06 | 5.869 | 0,06 |
| Total | 9.836.241 | 100 | 9.885.798 | 100 |

**2. Restrictions statutaires à l'exercice du droit de vote et au transfert d'Actions ou clauses des conventions portées à la connaissance de la Société en application de l'article L. 233-11 du Code de commerce**

Aucune restriction statutaire n'est applicable à l'exercice des droits de vote et aux transferts d'Actions. L'article 9 des statuts de la Société prévoit cependant qu'en cas de franchissement à la hausse ou à la baisse du seuil de 2% du capital ou des droits de vote ou un multiple de ce pourcentage et jusqu'au seuil de 50%, tout actionnaire, agissant seul ou de concert, est tenu d'en informer la Société au plus tard le quatrième jour de négociation suivant le jour du franchissement de chacun des seuils par lettre recommandée avec accusé de réception.

Le non respect de cette obligation peut être sanctionné de la privation du droit de vote pour les Actions excédant la fraction non déclarée pour toute assemblée d'actionnaires qui se tiendra jusqu'à l'expiration d'un délai de deux ans suivant la date de régularisation de la notification.

---

[8] Conformément à l'article 223-11 du Règlement général de l'AMF, le nombre total de droits de vote est calculé sur la base de toutes les actions à droits de vote sont attachés, y compris les actions privées de droit de vote.

[9] Incluant 53.500 actions détenues par les membres du directoire.

Cette sanction ne peut être exercée qu'à la demande, consignée dans le procès-verbal de l'assemblée générale, d'un ou plusieurs actionnaires détenant 5% du capital ou des droits de vote de la société.

Aucune convention en vigueur n'a été portée à la connaissance de la Société en application de l'article L. 233-11 du Code de commerce.

3. **Participations directes et indirectes dans le capital de la Société dont elle a connaissance en vertu des articles L. 233-7 et L. 233-12 du Code de commerce**

Postérieurement à la cession du Bloc de Contrôle, l'Initiateur détient 6.561.776 Actions représentant autant de droits de vote, soit 66,71% du capital et 66,38 % des droits de vote (sur la base d'un capital composé de 9.836.241 Actions représentant 9.885.798 droits de vote, calculés conformément à l'article 223-11 du Règlement général de l'AMF).

A la connaissance de la Société, les actionnaires suivants détiennent plus de 2% de son capital ou de ses droits de vote à la date de la présente note en réponse :

- Financière de l'Echiquier a déclaré, le 30 mars 2015, détenir pour le compte des fonds dont elle assure la gestion, 483.055 Actions représentant autant de droits de vote, soit 4,91% du capital et 2,93% des droits de vote.

4. **Liste des détenteurs de tout titre comportant des droits de contrôle spéciaux et description de ceux-ci**

L'article 9 des statuts de la Société prévoit l'octroi d'un droit de vote double aux titulaires d'Actions nominatives entièrement libérées lorsque celles-ci sont inscrites depuis quatre (4) ans au moins au nom du même actionnaire.

Toute conversion en actions au porteur, ou transfert de propriété des Actions entraîne la perte du droit de vote double, sauf transmission à un ayant droit par suite de succession, liquidation de communauté de biens entre époux ou donation entre vifs au profit d'un conjoint ou d'un parent au degré successible, laquelle n'interrompt pas le délai nécessaire à l'acquisition du droit de vote double.

5. **Mécanismes de contrôle prévus dans un éventuel système d'actionnariat du personnel quand les droits de contrôle ne sont pas exercés par ce dernier**

La Société n'a connaissance d'aucun mécanisme de contrôle en vigueur à ce jour prévu dans un système d'actionnariat du personnel dont les droits de contrôle ne seraient pas exercés par ce dernier.

6. **Accords entre actionnaires dont la Société a connaissance et qui peuvent entraîner des restrictions au transfert d'Actions et à l'exercice des droits de vote**

La Société n'a connaissance d'aucun accord entre actionnaires en vigueur à ce jour pouvant entraîner des restrictions au transfert d'Actions et à l'exercice des droits de vote.

7. **Règles applicables à la nomination et au remplacement des membres du Conseil de surveillance et à la modification des statuts de la Société**

A l'exception de l'obligation pour le membre du Conseil de surveillance d'être propriétaire d'au moins cent (100) actions de la Société imposée par les articles 6 III et 19 de ses statuts, aucune clause statutaire ne prévoit de dispositions différentes de celles prévues par la loi en ce qui concerne la nomination et le remplacement des membres ou la modification des statuts.

8. **Pouvoirs du Conseil de surveillance, en particulier en matière d'émission ou de rachat de titres**

En dehors des pouvoirs généraux prévus par la loi et les statuts, le Conseil de surveillance de la Société dispose des délégations suivantes :

| Date de l'Assemblée ayant octroyé ou modifié l'autorisation | Contenu de l'autorisation | Date limite de validité | Utilisation effective de ces autorisations | Montant maximal autorisé |
|---|---|---|---|---|
| 21 mai 2015 (10e résolution) | Émission de valeurs mobilières donnant accès au capital avec maintien du droit préférentiel de souscription des actionnaires | 20 juillet 2017 | | Plafond nominal de l'augmentation de capital : 20 000 000 E Plafond de valeur mobilière représentative de créances : 500 000 000 € |
| 21 mai 2015 (11e résolution) | Émission de valeurs mobilières donnant accès au capital sans droit préférentiel de souscription des actionnaires | 20 juillet 2017 | | Plafond nominal de l'augmentation de capital : 20 000 000 € Plafond de valeur mobilière représentative de créances : 500 000 000 € |
| 21 mai 2015 (12e résolution) | Émission de valeurs mobilières donnant droit à des titres de créance ou d'augmenter le capital dans le cadre d'une offre visée au II de l'article L.411-2 du Code monétaire et financier | 20 juillet 2017 | | Plafond nominal de l'augmentation de capital : 20 % du capital social par an. Plafond de valeur mobilière représentative de créances : 500 000 000 € |
| 21 mai 2015 (13e résolution) | Autorisation donnée au Directoire pour, en cas d'émission sans droit préférentiel de souscription, fixer le prix selon les modalités fixées par l'Assemblée Générale | 20 juillet 2017 | | 10 % du capital social |
| 21 mai 2015 (14e résolution) | Augmentation du nombre de titres à émettre en cas d'augmentation de capital avec ou sans droit préférentiel de souscription | 20 juillet 2017 | | 15% de l'émission initiale |
| 21 mai 2015 (15e résolution) | Augmentation du capital social par incorporation de primes, réserves, bénéfices ou autres | 20 juillet 2017 | | Plafond nominal de l'augmentation de capital : 20 000 000 € |
| 21 mai 2015 (16e résolution) | Émission d'actions ordinaires, de valeurs mobilières donnant accès au capital, sans droit préférentiel de souscription des actionnaires, en rémunération d'apports en nature portant sur des titres de capital ou des valeurs mobilières donnant accès au capital | 20 juillet 2017 | | 10% du capital |
| 21 mai 2012 (23e résolution) | Autorisation pour attribuer des actions gratuites | 38 mois à compter du 21 | Attributions d'actions par le | Plafond d'attribution fixé à 2% du capital social |

| Date de l'Assemblée ayant octroyé ou modifié l'autorisation | Contenu de l'autorisation | Date limite de validité | Utilisation effective de ces autorisations | Montant maximal autorisé |
|---|---|---|---|---|
| 23 mai 2013 (13e résolution) | | mai 2014 ou à défaut de l'Assemblée Générale statuant sur les comptes de l'exercice 2014 | Directoire (24/04/2013, puis le 23/04/2014 et le 20/10/2014) sous condition de performance et de présence | |
| 21 mai 2015 (17e résolution) | Augmentations de capital réservées aux salariés dans le cadre des dispositions du Code de commerce et des articles L.3332-18 et suivants du Code du travail | 20 juillet 2017 | | 393 000 € |
| 23 mai 2013 (9e résolution) | Émission de 110 000 BSA au profit des personnes dénommées | | Émission de 110 000 BSA (décision du Directoire du 29/07/2013) et souscription par les bénéficiaires | 110 000 BSA — Autorisation entièrement utilisée |
| 21 mai 2015 (9e résolution) | Annulation des actions acquises par la Société et réduction du capital social à due concurrence | 20 mai 2017 | | 10% du capital social |
| 21 mai 2015 (18e résolution) | Émission de bons de souscription d'actions nouvelles et/ou existantes au profit de personnes dénommées, avec suppression du droit préférentiel de souscription | 30 septembre 2015 | | 20.000 BSA |

16/110

9.  **Impact d'un changement de contrôle sur les accords conclus par la Société**

Certains contrats comportent une clause de changement de contrôle pouvant entraîner la résiliation dudit accord, et feront en conséquence l'objet d'un refinancement par l'Initiateur dans les délais contractuels prévus par chacune de ces conventions en cas de changement de contrôle. Il s'agit notamment des contrats suivants:

-   Convention de Crédit Renouvelable Multidevises en date du 23 décembre 2013 pour un montant maximal de 400.000.000€, qui offre aux créanciers un droit de remboursement anticipé en cas de changement de contrôle;

-   Convention de Crédit en date du 1er août 2014 pour un montant maximal de 250.000.000€ ;

-   Convention de Crédit EURO PP en date du 5 février 2013 pour un montant maximal de 75.000.000€ ;

-   Obligations EURO PP pour 75.000.000€ à 3.80 pour cent émises par Norbert Dentressangle, dues le 20 décembre 2019 en vertu d'un prospectus en date du 18 décembre 2013;

-   Obligations EURO PP pour 160.000.000€ à 4.00 pour cent émises par Norbert Dentressangle, dues le 20 décembre 2020 en vertu d'un prospectus en date du 18 décembre 2013.

Un certain nombre de contrats commerciaux signés par la Société et/ou ses filiales, qui intègrent des clauses offrant au client ou au partenaire la possibilité de résilier le contrat en cas de changement de contrôle.

A la date de la présente note en réponse, aucun des cocontractants n'a informé la Société de sa volonté de résilier le contrat du fait du changement de contrôle.

10.  **Accords prévoyant des indemnités pour les membres du Conseil de surveillance de Norbert Dentressangle ou les salariés, s'ils démissionnent ou sont licenciés sans cause réelle et sérieuse ou si leur emploi prend fin en raison d'une offre publique**

Il n'existe au sein de la Société ou de ses filiales aucun accord portant engagement de verser des indemnités de départ au profit de dirigeants ou de salariés, en cas de démission ou de licenciement sans cause réelle et sérieuse, ou encore en cas d'offre publique visant les titres de la Société.

## VIII. RAPPORT DE L'EXPERT INDEPENDANT DE L'ART. 261-1 DU REGLEMENT GENERAL DE L'AMF

# Ledouble

## NORBERT DENTRESSANGLE

Offre Publique d'Achat Simplifiée

suivie d'un Retrait Obligatoire

initiée par XPO Logistics France SAS

## ATTESTATION D'EQUITE

Dans la perspective de l'Offre Publique d'Achat Simplifiée suivie d'un Retrait Obligatoire (« l'Offre » ou « l'Opération ») initiée par XPO Logistics France SAS[1] (« XPO » ou « l'Initiateur ») sur les actions Norbert Dentressangle SA (« Norbert Dentressangle », « la Société » ou « la Cible »), Ledouble SAS (« Ledouble ») a été chargé, en qualité d'expert indépendant désigné par le Conseil de Surveillance de la Société du 27 avril 2015, de se prononcer sur le caractère équitable du prix d'Offre de 217,50 € par action (coupon de 1,80 € détaché).

### Cadre réglementaire

La désignation de Ledouble s'inscrit dans le cadre des dispositions de l'article 261.1 1 1[2] et 2[3] et II[4] du Règlement Général de l'AMF et de son instruction d'application n°2006-08, elle-même complétée des recommandations AMF du 28 septembre 2006[5].

La présente attestation d'équité s'entend au sens de l'article 262-1.I[6] du Règlement Général de l'AMF.

### Indépendance

Ledouble est indépendant de la Société, de l'Initiateur, de l'établissement présentateur de l'Offre[7] et des conseils juridiques[8] et financiers[9] des parties (les conseils juridiques de la Société et de l'Initiateur et le conseil financier de la Société sont désignés ci-après « les Conseils ») :

---

[1] Filiale à 100 % de XPO Logistics, Inc. (« XPO Logistics »), société immatriculée au Delaware, dont le siège social est à Five Greenwich Office Park, Greenwich, Connecticut 06831 (Etats-Unis) et dont les actions sont négociées sur le New York Stock Exchange (NYSE : XPO).

[2] La Cible sera contrôlée par l'Initiateur, au sens de l'article L. 233-3 du Code de commerce, avant le lancement de l'Opération.

[3] En présence d'accords conclus entre les dirigeants de la Cible et l'Initiateur.

[4] Dans la perspective de la mise en œuvre d'un retrait obligatoire.

[5] Recommandations modifiées le 19 octobre 2006 et le 27 juillet 2010.

[6] Extrait de l'article 262-1.I du règlement général de l'AMF : « L'expert indépendant établit un rapport sur les conditions financières de l'offre ou de l'opération dont le contenu est précisé par une instruction de l'AMF. Ce rapport contient notamment la déclaration d'indépendance ..., une description des diligences effectuées et une évaluation de la société concernée. La conclusion du rapport est présentée sous la forme d'une attestation d'équité ».

[7] Morgan Stanley.

[8] Bredin Prat en tant que conseil juridique de la Société, et Wachtell, Lipton, Rosen & Katz et Darrois Villey Maillot Brochier en tant que conseils juridiques de l'Initiateur.

[9] Rothschild et JP Morgan en qualité de conseils financiers de la Société.

2

- Ledouble n'a aucun lien juridique ou financier avec les parties susmentionnées ;

- nous ne nous trouvons dans aucune des situations de conflit d'intérêt au sens des articles 261-4 du Règlement Général de l'AMF et de l'instruction AMF n° 2006-08 susmentionnée ; à titre informatif, figure en **annexe 6** la liste des expertises et analyses financières indépendantes les plus récentes réalisées par Ledouble, avec l'indication des établissements présentateurs des opérations concernées[10] ;

- nous considérons que la mission qui nous est confiée ne nous conduit pas à intervenir de façon récurrente avec l'établissement présentateur et les Conseils[11].

Conformément à l'article 261-4 du Règlement Général de l'AMF, nous attestons donc de l'absence de tout lien passé, présent ou futur connu avec les personnes concernées par l'Offre et les Conseils, susceptible d'affecter notre indépendance et l'objectivité de notre jugement lors de l'exercice de notre mission ; nous avons donc été en mesure d'accomplir cette mission en toute indépendance.

Les compétences de l'équipe qui a réalisé l'expertise sont mentionnées en **annexe 5**.

### Diligences effectuées

Nous avons effectué nos diligences conformément aux dispositions des articles 262-1 et suivants du Règlement Général de l'AMF, de son instruction d'application n°2006-08 du 25 juillet 2006 relative à l'expertise indépendante et des recommandations de l'AMF du 28 septembre 2006[12]. Le programme de travail mis en œuvre et le montant des honoraires perçus dans le cadre de la présente mission sont indiqués en **annexe 1** et le calendrier d'intervention en **annexe 2**.

La base documentaire ayant servi de support à nos travaux figure en **annexe 4**.

Pour l'essentiel, nos diligences ont consisté en la prise de connaissance de l'activité et de l'environnement de la Société et de ses filiales (le « **Groupe** ») et, au terme d'un diagnostic à partir de ces informations, en une valorisation multicritères du Groupe, ainsi qu'en une analyse de la prime induite par le prix d'Offre de 217,50 € par action de la Société (coupon de 1,80 € détaché) sur les différents critères d'évaluation.

---

[10] Cette déclaration d'indépendance vaut pour l'ensemble des intervenants au sein de Ledouble, dont les profils figurent en **annexe 5**.
[11] Au sens de l'article 261-4 I du règlement général de l'AMF.
[12] Recommandation AMF n°2006-15 « Expertise indépendante dans le cadre d'opérations financières » ; document créé le 28 septembre 2006, modifié le 19 octobre 2006 et le 27 juillet 2010.

3 ·

Ces diligences ont comporté notamment :

- des contacts et réunions avec les personnes en charge de l'Opération au sein du Groupe, des membres du Directoire et du Conseil de surveillance de la Société, ainsi qu'avec les Conseils et des représentants de l'Initiateur et de l'établissement présentateur ; la liste de nos contacts figure en **annexe 3** ;

- l'analyse des modalités de déroulement de l'Offre, sur la base de ces entretiens et des projets de note d'information de l'Initiateur et de note d'information en réponse de la Cible destinées à l'AMF ;

- la revue des accords conclus dans le cadre de l'Offre[13] ;

- l'examen du dispositif de financement du Bloc de Contrôle[14] et de l'Offre ;

- l'exploitation de l'information publique et réglementée de la Société et de XPO Logistics ;

- le recensement des faits ayant marqué la vie sociale de la Société au cours des derniers exercices écoulés et de l'exercice en cours ;

- l'exploitation des études de marché et sectorielles récentes dans le domaine d'activité du Groupe ;

- l'analyse des notes de *brokers* en charge du suivi du titre Norbert Dentressangle et du titre de XPO Logistics ;

- l'analyse des autres informations concernant le Groupe issues de nos propres bases de données, notamment des notes et consensus d'analystes, ainsi que des multiples boursiers et transactionnels ressortant d'un échantillon de sociétés réputées comparables présentées en **annexe 7** et en **annexe 8** ;

- l'intégration dans nos modèles de valorisation intrinsèque[15] et analogique[16] des données prévisionnelles issues du plan d'affaires établi par le management de la Société, que nous avons examiné de façon détaillée et contradictoire, en relation avec nos interlocuteurs au sein du Groupe ;

---

[13] Notamment le *Share Purchase Agreement* (« **SPA** ») conclu le 28 avril 2015, portant cession à XPO des actions de la Société détenues par M. Norbert Dentressangle et sa famille, et le *Tender Offer Agreement* (« **TOA** ») conclu le 28 avril 2015 entre la Société et l'Initiateur.

[14] Le terme de Bloc de Contrôle est défini au § 1.7.1.

[15] Actualisation des flux prévisionnels de trésorerie ou *Discounted Cash Flows* (DCF).

[16] Application de multiples boursiers et transactionnels aux agrégats du plan d'affaires.

4

- l'étude des conditions des transactions réalisées par la Société antérieurement à l'Offre et des multiples de valorisation qui en découlent ;

- la revue des travaux de l'établissement présentateur et la confrontation avec nos propres travaux de son évaluation multicritères.

**Affirmations obtenues et limites de la mission**

Nous avons obtenu des confirmations du management de la Cible et des représentants de l'Initiateur, sur l'absence :

- d'éléments de nature à porter atteinte à l'objectivité du prix d'Offre et à modifier substantiellement la valeur des actions visées par l'Offre ;

- de tout dispositif pouvant s'assimiler à un complément de prix qui pourrait ne pas bénéficier aux actionnaires minoritaires, et qui aurait pu avoir été conclu lors de l'acquisition du Bloc de Contrôle préalable à l'Offre.

Il nous a été confirmé que la documentation recensée dans les notes d'information destinées à l'AMF reflète l'intégralité des engagements pris à l'égard de l'ensemble des actionnaires au titre de l'Offre.

Conformément à la pratique usuelle en matière d'expertise indépendante, nos travaux d'évaluation n'avaient pas pour objet de valider les informations historiques et prévisionnelles utilisées, dont nous nous sommes limités à vérifier la vraisemblance et la cohérence. A cet égard, nous avons considéré que l'ensemble des informations qui nous ont été communiquées dans le cadre de notre mission était fiable et transmis de bonne foi, en particulier les données budgétaires et prévisionnelles.

Le présent rapport n'a pas valeur de recommandation à l'Offre.

**Plan du rapport**

Nous présenterons successivement :

- le dispositif de l'Offre (§ 1) ;

- l'activité et l'environnement du Groupe (§ 2) ;

- notre évaluation multicritères de l'action Norbert Dentressangle (§ 3) ;

- notre analyse des accords conclus dans le cadre de l'Offre (§ 4) ;

- nos observations sur les éléments de valorisation de l'établissement présentateur (§ 5).

La conclusion constitue l'attestation d'équité pour les actionnaires visés par l'Offre (§ 6).

5

**Conventions de présentation**

Les montants présentés ci-après sont susceptibles d'être exprimés en :

- euros (€ / devise) ;
- milliers d'euros (K€ / devise) ;
- millions d'euros (M€ / devise) ;
- milliards d'euros (Md€ / devise).

Les renvois entre parties et chapitres du rapport sont matérialisés entre parenthèses par le signe §.

6

# 1   PRESENTATION DE L'OFFRE

## 1.1   Sociétés prenant part à l'Offre

### 1.1.1   Cible

Norbert Dentressangle, dont les actions sont visées par l'Offre, est une société anonyme au capital de 19.672.482 € divisé en 9.836.241 actions d'une valeur nominale unitaire de 2 €, sise 192 avenue Thiers à Lyon (69006).

La Société, dont les actions sont admises aux négociations sur le marché Euronext Paris (compartiment A)[17] et Euronext Londres[18], est représentée par M. Hervé Montjotin, Président du Directoire.

Avec un effectif de plus de 42.000 collaborateurs et un chiffre d'affaires réalisé en 2014 de 4,7 Md€, principalement en France et au Royaume-Uni, le groupe, dont Norbert Dentressangle est la société faîtière (le « **Groupe** »), est un *leader* mondial dans la logistique, le transport, l'affrètement ainsi que le *freight forwarding*.

Depuis sa création en 1979, le Groupe s'est progressivement développé en partie *via* de nombreuses opérations de croissance externe, dont l'acquisition aux États-Unis, en juillet 2014, de l'opérateur de logistique et de transport Jacobson Companies (« **Jacobson** ») ; il gère actuellement l'un des principaux réseaux de transport en Europe.

### 1.1.2   Initiateur

XPO est filiale à 100 % de XPO Logistics, société mère du Groupe XPO[19], un des *leaders* américains du secteur du transport et de la logistique en Amérique du Nord, et dont le développement s'est appuyé ces dernières années sur des opérations de croissance externe.

Avec un effectif d'environ 10.000 employés, le Groupe XPO a réalisé en 2014 un chiffre d'affaires de 2,4 MdUSD, principalement aux États-Unis, dont 2,1 MdUSD imputables au segment opérationnel *Transportation*[20].

---

[17] Sous le code FR0000052870.
[18] Code mnémonique : GND.
[19] Le « Groupe XPO » se compose de XPO Logistics et ses filiales.
[20] Le segment opérationnel *Logistics*, dont le chiffre d'affaires s'établit en 2014 à 0,2 MdUSD, n'a été créé que récemment suite à l'acquisition de la société *New Breed* en septembre 2014.

7

**1.2    Objectifs de l'Offre et intentions de l'Initiateur**

L'opération de rapprochement, rendue publique le 28 avril 2015 par le Groupe XPO[21] et la Société[22], doit permettre, en raison d'une complémentarité des offres de services et des implantations géographiques du Groupe et de l'Initiateur, de générer des synergies commerciales auprès d'un large portefeuille de clients internationaux.

Le potentiel synergétique de ce rapprochement n'a cependant fait l'objet d'aucune estimation par l'Initiateur.

**1.3    Répartition du capital et des droits de vote avant l'Offre**

*1.3.1   Nombre d'actions et de droits de vote*

Au 31 mai 2015, suite aux opérations d'apports préalables de titres décrites *infra* (§ 1.7.3), le nombre d'actions en circulation et le nombre de droits de vote théoriques de Norbert Dentressangle se répartissent comme suit :

| Structure du capital et des droits de vote | | | | |
|---|---|---|---|---|
| | Nombre d'actions | % capital | Droits de vote théoriques | % droits de vote |
| Dentressangle Initiatives | 6 321 294 | 64,27% | 12 366 694 | 76,26% |
| Pierre-Henri Dentressangle | 120 241 | 1,22% | 240 472 | 1,48% |
| Marine Dentressangle | 120 241 | 1,22% | 240 472 | 1,48% |
| **Famille Dentressangle** | **6 561 776** | **66,71%** | **12 847 638** | **79,22%** |
| Salariés et public | 3 230 018 | 32,84% | 3 325 298 | 20,50% |
| Actions propres #1 (a) | 38 578 | 0,39% | 38 578 | 0,24% |
| Actions propres #2 (b) | 5 869 | 0,06% | 5 869 | 0,04% |
| **Total** | **9 836 241** | **100%** | **16 217 383** | **100%** |

*(a) Affectées à la couverture d'options d'achats ou d'actions gratuites.*

*(b) Au titre du contrat de liquidité.*

---

[21] Communiqué de XPO Logistics. [En ligne], http://investors.xpologistics.com/phoenix.zhtml?c=204615&p-irol-newsArticle_print&ID=2041131

[22] Communiqué de Norbert Dentressangle. [En ligne], http://www.norbert-dentressangle.fr/Actualites-en-France/Acquisition-de-Norbert-Dentressangle-par-XPO-Logistics

8

### 1.3.2   *Instruments donnant accès au capital*

Les instruments donnant accès au capital sont constitués (i) des bons de souscription d'actions détenus par des membres du Directoire et (ii) des plans d'actions de performance attribués aux *managers* européens de Norbert Dentressangle et aux anciens *managers* américains de Jacobson.

### 1.3.2.1   *Bons de souscription d'actions (« BSA »)*

Au 31 mai 2015, les 110.000 BSA de la Société en circulation, émis le 29 juillet 2013, se composent de 80.000 BSA dits « BSA 2013 A » et 30.000 BSA dits « BSA 2013 B » et se répartissent comme suit entre les différents bénéficiaires, membres du Directoire[23]:

| Répartition des BSA 2013 | BSA A | BSA B | Total |
|---|---|---|---|
| M. Hervé Montjotin et famille | 30 000 | 20 000 | 50 000 |
| M. Patrick Bataillard et famille | 20 000 | 10 000 | 30 000 |
| M. Malcom Wilson | 15 000 | - | 15 000 |
| M. Luis Angel Gomez | 15 000 | - | 15 000 |
| **Total** | **80 000** | **30 000** | **110 000** |

L'assemblée générale des actionnaires du 21 mai 2015, dans sa 19ème résolution, a modifié les termes et conditions de ces BSA définis lors de leur émission, conduisant ainsi à :

- la levée de la double condition d'exercice : à la date d'exercice, le titulaire des BSA n'est plus soumis à l'obligation, (i) d'une part, d'exercer un mandat de membre du Directoire dans la Société et, (ii) d'autre part, de n'être ni partie, ni en demande ni en défense, à une instance arbitrale ou juridictionnelle avec la Société ou l'une de ses filiales ;

- l'anticipation de l'ouverture de la période d'exercice des « BSA 2013 A » et « BSA 2013 B » au 21 mai 2015[24] ; la date de fin d'exercice prévue lors de leur émission reste inchangée, soit respectivement le 31 mai 2019 et le 31 mai 2021 ;

- les rendre immédiatement cessibles.

---

[23] Préalablement à l'Opération, une partie des BSA détenus par Monsieur Bataillard et par Monsieur Montjotin ont fait l'objet d'apport à des holdings patrimoniales leur appartenant et de donations-partages au profit de leurs enfants respectifs.

[24] À leur émission, les « BSA 2013 A » et « BSA 2013 B » devaient être exerçables respectivement à partir du 1er juin 2016 et du 1er juin 2019.

- 9 -

*1.3.2.2   Plans d'actions de performance*

Au 31 mai 2015, les plans d'actions de performance en vigueur se ventilent comme suit :

| Actions de performance | | | |
|---|---|---|---|
| **Plans** | **31-déc.-14** | **Variation** | **31-mai-15** |
| Avril 2013 | 52 300 | (2 200) | 50 100 |
| Avril 2014 | 21 500 | (500) | 21 000 |
| Octobre 2014 | 37 663 | (6 666) | 30 997 |
| **Total** | **111 463** | **(9 366)** | **102 097** |

Les plans d'avril 2013[25] et d'avril 2014[26] sont les deux tranches d'un plan d'intéressement à long terme visant le personnel européen, mis en place afin d'accompagner la réalisation du *business plan* triennal 2013-2015 du Groupe :

-   le plan d'avril 2013 s'adresse à environ 200 *managers* et collaborateurs clés du Groupe, avec comme objectif l'attribution d'actions à chacun des bénéficiaires à l'issue d'une période d'acquisition de trois ans (du 1er mai 2013 au 30 avril 2016), et ce sous réserve de l'atteinte d'un objectif de ratio moyen d'EBITA[27] Groupe rapporté au chiffre d'affaires, sur la période 2013 à 2015, supérieur ou égal à 3,25% ;

-   le plan d'avril 2014 concerne environ 40 personnes, les actions étant attribuables à l'issue d'une période d'acquisition de deux ans (du 1er mai 2014 au 30 avril 2016) et ce, sous réserve de l'atteinte d'un objectif d'EBITA Groupe en 2015 supérieur ou égal à 213 M€ ; pour une réalisation de l'objectif comprise entre 80% et 100%, le nombre d'actions attribuées est proportionnellement et linéairement ajusté.

Pour les seuls bénéficiaires résidant en France, la période d'acquisition est suivie d'une période de conservation de deux ans (du 1er mai 2016 au 30 avril 2018).

Les réalisations historiques 2013 et 2014 et les dernières prévisions 2015 permettent de considérer que les conditions de performances attachées aux plans d'avril 2013 et d'avril 2014 devraient être respectées.

Suite à l'acquisition de Jacobson, la Société a décidé d'étendre en octobre 2014[28] le plan d'intéressement à 12 *managers* américains de Jacobson, avec l'attribution à l'issue d'une période de quatre années, soit le 21 octobre 2018, et ce sous conditions de performance,

---

[25] Décision du Directoire du 24 avril 2013.
[26] Décision du Directoire du 23 avril 2014.
[27] Résultat opérationnel avant amortissement des écarts d'acquisition et des relations clientèle.
[28] Décision du Directoire du 20 octobre 2014.

10

d'un maximum de 3.333 actions gratuites de la Société dont 1.333 au titre de la tranche A et 2.000 au titre de la tranche B :

- la tranche A est soumise à la réalisation par les activités américaines de Jacobson d'un résultat opérationnel annuel supérieur ou égal à 84,7 MUSD sur la période 2015-2017 ;

- la tranche B est soumise à une double condition de performance, (i) d'une part, la réalisation de la condition de performance de la tranche A pour chacune des années 2015 à 2017 et, (ii) d'autre part, la réalisation par les activités américaines de Jacobson d'un résultat opérationnel annuel 2017 supérieur ou égal à 92,2 MUSD ; pour une réalisation de cet objectif comprise entre 90% et 100%, le nombre d'actions attribuées est proportionnellement et linéairement ajusté.

L'attribution des actions de performance au titre des différents plans est soumise à une condition de présence à la date d'attribution.

### 1.3.2.3   Traitement spécifique des instruments dilutifs avant l'Offre

Un accord conclu entre XPO Logistics[29] et l'ensemble des membres du Directoire[30] (« **Plan d'Intéressement** »), annexé au TOA décrit *infra* (§ 1.7.2), prévoit que d'ici l'Offre, les instruments dilutifs susmentionnés soient traités comme suit :

- pour les BSA, XPO s'est engagé à acquérir, dans les cinq jours ouvrés suivant le changement de contrôle de la Société, et en tout état de cause préalablement à l'Offre, l'ensemble des « BSA 2013 A » et « BSA 2013 B » encore en circulation, et ce au prix de 157,95 €, soit le prix d'Offre de 217,50 € (coupon de 1,80 € détaché) minoré de leur prix d'exercice de 59,55 € ; l'acquisition de ces BSA est prévue le 8 juin 2015 ;

- pour les actions de performance, la Société demandera aux bénéficiaires des différents plans d'y renoncer et accordera en compensation (i) pour les *managers* européens des plans d'avril 2013 et d'avril 2014, le versement d'un bonus en numéraire de 217,50 € par action[31] et (ii) pour les *managers* américains du plan d'octobre 2014, l'attribution d'instruments d'intéressement (*restricted stock units*) ayant pour sous-jacent l'action XPO Logistics, sur la base d'un rapport d'échange fondé sur une valeur de l'action de la Société équivalente au

---

[29] Représentée par M. Bradley S. Jacobs, en sa qualité de *Chairman* et *Chief Executive Officer*.

[30] MM. Hervé Montjotin, Patrick Bataillard, Luis Angel Gomez, Malcom Wilson et Ludovic Oster.

[31] La somme sera versée dans les 3 ans de l'acquisition du Bloc de Contrôle dont 50% dans les 18 mois.

prix d'Offre et une valeur de marché de l'action XPO Logistics appréciée *via* son cours de bourse ; l'horizon de ce nouveau plan sera au moins égal à celui du plan de la Société qu'il est amené à remplacer[32].

### 1.4   Périmètre de l'Offre

L'Offre porte sur un nombre maximum de 3.230.018 actions correspondant à l'ensemble des actions composant le capital de la Société, soit 9.836.241 actions (§ 1.3.1), exception faite (i) des 6.561.776 actions représentatives du Bloc de Contrôle (§ 1.7.1) acquises le 8 juin 2015 par XPO et (ii) des 44.447[33] actions d'autocontrôle (§ 1.3.1) non apportées à l'Offre.

*A contrario*, l'Offre ne porte pas sur les 110.000 BSA 2013 (§ 1.3.2.1) qui seront acquis par XPO préalablement à l'Offre, ni sur les 102.097 actions de performance de la Société dès lors que celles-ci sont encore en période d'acquisition (§ 1.3.2.2).

### 1.5   Retrait obligatoire, intentions en matière de fusion et d'intégration

Les conditions de retrait obligatoire et les intentions en matière de fusion et d'intégration sont définies aux chapitres 1.3.5. et 1.3.6. du projet de note d'information établie par XPO. Si les conditions nécessaires à la mise en œuvre d'un retrait obligatoire ne sont pas réunies, l'Initiateur :

- n'envisage pas de retirer de la cote parisienne[34] les actions de la Société dans les douze mois suivant l'Offre, mais se réserve la possibilité d'étudier leur retrait de la cote londonienne[35] ;

- réfléchira aux meilleurs moyens d'intégrer la Société dans le nouveau groupe, notamment *via* la réalisation d'opérations de fusion ou d'apports.

---

[32] Plan d'octobre 2014.
[33] 38.578 actions affectées à la couverture d'options d'achats ou d'actions gratuites et 5.869 actions au titre du contrat de liquidité.
[34] Euronext Paris (compartiment A).
[35] Euronext Londres.

12

### 1.6    Financement de l'Offre

XPO financera l'Opération sur ses fonds propres et au moyen de prêts d'actionnaires ; XPO Logistics ayant notamment fait appel récemment au marché *via* une augmentation de capital de 1,26 MdUSD[36] et l'émission d'une dette obligataire de l'ordre de 2 MdUSD[37].

### 1.7    Accords conclus dans le cadre de l'Offre

#### 1.7.1  *SPA*

Au titre de ce protocole d'accord conclu le 28 avril 2015 avec Dentressangle Initiatives (« **DI SAS** »)[38] et les membres de la famille Dentressangle[39], XPO Logistics *via* sa filiale XPO, s'est engagé à acquérir irrévocablement l'intégralité des 6.561.776 titres de la Société (« le Bloc de Contrôle ») détenus directement et indirectement par la famille Dentressangle, représentatifs de 66,71% du capital et de 79,22% des droits de vote de la Société (§ 1.3.1).

Conformément au SPA, l'acquisition du Bloc de Contrôle prévue au prix de 217,50 € par action (coupon de 1,80 € détaché), devra être réalisée dans les cinq jours ouvrés suivant l'obtention de l'accord des autorités de la concurrence américaine et allemande[40], mais ne pourra en tout état de cause être antérieure au 2 juin 2015, date de mise en paiement du dividende de 1,80 € proposé à l'assemblée générale du 21 mai 2015.

Les accords des autorités américaines et allemandes ont été obtenus le 11 mai 2015 ; l'accord des autorités russes, qui n'était pas une condition suspensive à l'acquisition du Bloc de Contrôle, a été obtenu le 20 mai 2015.

Le SPA prévoit, à compter de la date d'acquisition du Bloc de Contrôle, soit le 8 juin 2015 :

---

[36] Communiqué de XPO Logistics, 1er juin 2015. [En ligne]. http://www.xpologistics.com/content/xpo-logistics-raises-126-billion-equity

[37] Communiqué de XPO Logistics, 1er juin 2015. [En ligne]. http://www.xpologistics.com/content/xpo-logistics-announces-proposed-20-billion-us-dollar-equivalent-senior-notes-offering

Communiqué de XPO Logistics, 4 juin 2015. [En ligne]. http://www.xpologistics.com/content/xpo-logistics-announces-pricing-private-placement-notes-offering

[38] Société détenue à 100 % par la famille Dentressangle.

[39] M. Norbert Dentressangle, Mme Evelyne Dentressangle, M. Pierre-Henri Dentressangle et Mme Marine Dentressangle (« les Parties »).

[40] La date limite d'obtention de ces autorisations est prévue au 31 octobre 2015.

- 13 -

- l'obligation pour le Groupe XPO de s'assurer que la Société cesse progressivement d'exploiter la marque Norbert Dentressangle, au plus tard dans une période de trois ans ;

- un engagement de la part des Parties (i) pour une période de trois ans, de non-concurrence, de non-dénigrement de la Société et d'absence de démarchage de son personnel et (ii) pour une période de vingt ans, de non-utilisation de la marque Norbert Dentressangle dans le cadre d'une activité similaire à celle de la Société.

### 1.7.2   TOA

Concomitamment au SPA, la Société[41] et XPO Logistics[42] ont également conclu le 28 avril 2015 un accord en vue de déterminer les principales caractéristiques de l'Offre et les principes que les parties se doivent de respecter dans ce cadre.

Le TOA prévoit notamment que l'Offre Publique d'Achat Simplifiée qui sera déposée par XPO suite à l'acquisition du Bloc de Contrôle (i) sera entièrement en numéraire pour un prix équivalent à celui payé pour l'acquisition du Bloc de Contrôle, soit 217,50 € par action (coupon de 1,80 € détaché) et (ii) visera le solde des actions de la Société en circulation à la date de l'Offre, à l'exception des actions propres, ainsi que les actions de performance dont les périodes d'acquisition et de conservation seraient terminées[43].

Le TOA présente également l'intention de l'Initiateur de ne pas réduire les emplois à temps plein de la Société en France dans les dix-huit mois suivant l'acquisition du Bloc de Contrôle et son intention de maintenir le siège social des activités européennes du Groupe à Lyon, et au moins pendant cinq ans les centres de décision européens actuels[44].

Par ailleurs, le Plan d'Intéressement annexé au TOA :

- précise les modalités de traitement, préalablement à l'Offre, des « BSA 2013 A », des « BSA 2013 B » et des plans d'actions de performance ; celles-ci sont détaillées *supra* (§ 1.3.2.3) ;

---

[41] Représentée par M. Hervé Montjotin, en sa qualité de Président du Directoire.
[42] Représentée par M. Bradley S. Jacobs, en sa qualité de *Chairman* et *Chief Executive Officer*.
[43] A la date de l'Offre, aucune action de performance ne répondra à ces critères.
[44] Pour la logistique, centre de Malakoff (Hauts-de-Seine) et pour le transport, centre de Beausemblant (Drôme).

14

- envisage la souscription par la Société d'un contrat d'assurance chômage au profit des membres du Directoire salariés garantissant une couverture identique à celle dont bénéficie actuellement le Président du Directoire, M. Hervé Montjotin ;

- prévoit la mise en place par l'Initiateur d'un programme d'intéressement d'un montant global de 18 M€, attribuable aux membres du Directoire de la Société et à d'autres managers, sous la forme d'actions gratuites ou de *phantom shares*, et ce en fonction des performances réalisées.

### 1.7.3   *Apports à DI SAS*

En date du 26 mai 2015, les associés de DI SAS ont approuvé l'opération d'apport réalisé à cette société par M. Norbert Dentressangle et Mme Evelyne Dentressangle, de respectivement 257.474 et 688 actions de la Société, soit un total de 258.162 actions ; cette opération d'apport, qui revêt un caractère technique, a donné lieu à l'établissement d'un traité d'apport et d'un rapport du commissaire aux apports en date du 15 mai 2015.

Ces apports ont été réalisés en valeur réelle, conforme à celle retenue dans le cadre du SPA, soit 219,30 € par action (coupon de 1,80 € attaché).

- 15 -

## 2  PRESENTATION DE L'ACTIVITE ET DE L'ENVIRONNEMENT DU GROUPE

Nous nous sommes attachés, préalablement à l'évaluation multicritères du Groupe et du titre Norbert Dentressangle, à établir un diagnostic à partir d'informations sectorielles, de marché et financières, afin de dégager les principales forces et faiblesses du Groupe, ainsi que les opportunités et menaces auxquelles il est confronté sur son marché[45].

### 2.1  Positionnement du Groupe sur son secteur

Le Groupe se positionne aujourd'hui comme un *leader* mondial de la logistique, du transport, de l'affrètement ainsi que du *freight forwarding* ; il emploie environ 42.500 collaborateurs répartis dans 25 pays, avec un fort ancrage des activités en Europe.

Les activités du Groupe sont structurées autour de trois divisions métier que sont le Transport, la Logistique et l'*Air & Sea* :

-   **Transport** : les sociétés de la division Transport exploitent un parc de véhicules poids lourds et fournissent des prestations de transports routiers nationaux et internationaux ;

-   **Logistique** : l'activité Logistique consiste en la gestion des stocks de marchandises pour le compte de clients à partir d'entrepôts dédiés ou multi-clients ; la gestion recouvre notamment des prestations d'entreposage, de conditionnement, de distribution et de mise sur le marché des produits ;

-   *Air & Sea* : les sociétés de l'activité de commissionnement de transport international (ou *freight forwarding*) fournissent des prestations d'organisation de transport de marchandises à travers le monde et prennent en charge les formalités douanières associées.

Sur l'exercice 2014, le chiffre d'affaires par métier et par zone géographique s'est réparti comme suit :

---

[45] L'analyse est résumée à la fin de cette partie du rapport sous la forme d'une matrice *Swot* (§ 2.4).

16



Le développement du Groupe résulte d'une croissance organique et d'une politique de croissance externe ; au cours des dix dernières années, le Groupe a notamment réalisé les acquisitions suivantes :

- en 2007, il consolide sa position au Royaume-Uni et double quasiment de taille en réalisant une OPA amicale sur le transporteur et opérateur logistique britannique Christian Salvesen, *leader* européen dans le secteur de la température contrôlée ;

- en 2010, il se dote de l'activité *Air & Sea* en prenant le contrôle du groupe américain Schneider National implanté à la fois aux Etats-Unis et en Chine ;

- en 2011, il acquiert le groupe britannique TDG, acteur européen majeur du transport, de la logistique et du *freight forwarding* ; la même année est finalisée l'acquisition de la société chinoise de *freight forwarding* APC Beijing International ;

- en 2013, il fait l'acquisition des activités *Air & Sea* du groupe Daher en France et en Russie ainsi que des activités de logistique et de transport du groupe Fiege en Espagne, en Italie et au Portugal ;

- en 2014, il étend sa présence géographique sur le marché américain en réalisant l'acquisition stratégique aux Etats-Unis de Jacobson, cinquième opérateur de logistique et de transport outre-Atlantique.

D'envergure internationale, le Groupe s'efforce d'être un partenaire économique local au travers de ses agences de transport ou de ses sites logistiques[46]. Il propose une large gamme de services à ses clients répartis sur l'ensemble des grands secteurs industriels :



## 2.2   Caractéristiques des marchés Transport, Logistique et *Air & Sea*

Nous présentons ci-après les caractéristiques des marchés français et européen, sur lesquels le Groupe réalise la majeure partie de son chiffre d'affaires.

### 2.2.1   *Le marché Transport*

Le transport de marchandises peut être segmenté selon (i) le mode de transport utilisé (routier, ferroviaire, maritime, aérien), (ii) le caractère domestique ou transfrontalier du transport, (iii) la nature de l'offre proposée (messagerie palettisée domestique, transport par camions complets, transport par lot ou groupe de lots), (iv) le mode de conditionnement (transport de marchandises en vrac ou conditionnées) ou encore (v) le type de produits transportés (matières dangereuses, marchandises sous température contrôlée).

En France et au Royaume-Uni, principaux marchés du Groupe, le transport routier s'impose comme le principal mode d'acheminement des marchandises et représente plus de 80 % du trafic total de fret (hors aérien)[47].

D'après l'organisme statistique officiel de l'Union Européenne Eurostat, « *la croissance rapide du commerce mondial jusqu'au début de la crise économique et financière et l'approfondissement de l'intégration dans une Union Européenne élargie, parallèlement à une série de pratiques économiques (dont la concentration de la production sur un nombre réduit de sites afin de tirer profit des économies d'échelle, la délocalisation et les livraisons «juste à* 

---

[46] 662 sites au 31 décembre 2014.
[47] Source : Eurostat. [En ligne]. http://ec.europa.eu/eurostat/web/transport/data/main-tables.

*temps»), peuvent expliquer la croissance relativement rapide du transport de marchandises au sein de l'Union européenne ».*

Le transport de marchandises a cependant été fortement affecté par l'éclatement de la crise économique et financière mondiale ayant conduit à une phase de consolidation[48] qui a permis à certains acteurs d'accéder à de nouveaux débouchés, de tirer profit d'économies d'échelles et de renforcer leur maillage territorial. Malgré le phénomène de concentrations observé depuis quelques années, le marché du Transport demeure particulièrement atomisé.

Sur longue période, le marché français du Transport a surperformé l'économie nationale[49] :



Le coût du transport est affecté par les évolutions réglementaires et par le cours du pétrole. Les revalorisations tarifaires restent limitées en raison d'une concurrence à la fois intra-sectorielle, intersectorielle et en provenance de l'étranger, qui pénalise les nombreuses TPE-PME du marché. Les opérateurs français doivent par ailleurs composer avec une fiscalité et une législation salariale moins favorable que celle de leurs homologues et concurrents européens.

Gefco, Geodis, STEF et Transalliance font partie des principaux concurrents du Groupe sur ce marché.

---

[48] Source : Xerfi, « Le transport routier de marchandises », février 2014 ; « *Profitant des opportunités offertes, les transporteurs ayant une assise financière suffisante ont multiplié les opérations de croissance externe pour sécuriser leurs périmètres d'activités ou pour accéder à de nouveaux débouchés* ».
[49] Appréciée au regard du critère du PIB.

19

### 2.2.2   *Le marché Logistique*

Le développement et la complexification des réseaux commerciaux conduisent les entreprises à externaliser une part croissante des activités logistiques à des fournisseurs de services extérieurs.

Les acteurs de la logistique interviennent à différents stades du processus de distribution, en amont de l'activité des chargeurs (assemblage, *co-manufacturing*, contrôle qualité, stockage, conditionnement, préparation de commandes) et en aval (organisation du transport des marchandises, service après-vente, gestion des retours de marchandises).

Les prestations logistiques ainsi que les relations nouées entre le prestataire et l'entreprise cliente sont qualifiées en fonction du degré d'externalisation, de la simple sous-traitance du transport (« 1PL[50] ») jusqu'à l'externalisation complète de la *supply chain*[51] (5PL). Il est également d'usage de distinguer le marché de la logistique à température ambiante de celui de la logistique sous température dirigée[52].

Le marché de la Logistique, davantage concentré[53] que celui du Transport, est segmenté entre d'une part, l'offre des prestataires généralistes (parmi lesquels Geodis, Kuehne Nagel et Norbert Dentressangle, qui dominent le marché) et, d'autre part, les spécialistes de la logistique (parmi lesquels FM Logistic et ID Logistics). A l'instar du Transport, le métier de la Logistique est caractérisé par une forte intensité capitalistique (liée au coût d'acquisition des entrepôts et du matériel) constituant une barrière à l'entrée.

Bien que les activités de Logistique soient, au même titre que le Transport, dépendantes de la conjoncture économique, l'externalisation accrue des services logistiques des chargeurs[54] permet de limiter l'impact d'un retournement conjoncturel[55].

Sur longue période, le marché français de la Logistique a évolué dans les mêmes proportions que l'économie nationale[56]:

---

[50] *First Party Logistics.*
[51] Chaîne de valeur de la Logistique.
[52] Source : Xerfi, « L'entreposage frigorifique et non frigorifique », février 2014 : le segment frigorifique représente en France environ 8 % du marché total.
[53] En particulier sur le segment de la logistique sous température dirigée, largement dominé en France par le groupe STEF.
[54] Au sein de l'Union Européenne, le Royaume-Uni et la France sont les pays ayant le plus externalisé la fonction Logistique. Il ressort des études sectorielles un taux d'externalisation moyen d'environ 50 % en Europe ; aux Etats-Unis, ce taux est généralement estimé à 30 %.
[55] La recherche par les entreprises d'une flexibilité opérationnelle dans un contexte économique fragile fait partie des facteurs d'externalisation.
[56] Appréciée au regard du critère du PIB.



**Activité Logistique en France** *(Source : INSEE)*

------ Chiffre d'affaires Logistique (France - base 100 en janvier 2000)
▫ PIB à prix courants (France - base 100 en 2000)
▽ Indice de la Production Industrielle (France - base 100 en 2000)

Certains secteurs comme le e-commerce, offrent également des débouchés dynamiques pour les acteurs ayant su adapter leur offre.

Le marché est également sujet aux mouvements de concentration : « *les opérations de croissance externe sont notamment motivées par la volonté d'intégrer de nouvelles activités, d'optimiser le maillage territorial, de proposer de nouveaux services ou encore de pénétrer de nouveaux marchés* »[57]. Sur un marché fortement concurrentiel, les acteurs trouvent des relais de croissance en s'implantant à l'international[58] et en intégrant des services en amont ou en aval de la *supply chain*.

### 2.2.3   Le marché Air & Sea

Le commissionnement de transport consiste pour le prestataire à « *[étudier] les meilleures combinaisons aériennes, maritimes et terrestres et [maîtriser] les formalités administratives, notamment douanières* »[59]. Du fait de sa connexité avec le métier de la Logistique, le *freight forwarding* est pratiqué par les acteurs *leaders* DHL, Kuehne Nagel et Geodis intégrés sur l'ensemble de la chaîne logistique. Des spécialistes comme Panalpina et SDV interviennent également sur cette activité.

Particulièrement sensibles à la conjoncture internationale, les commissionnaires subissent également une concurrence intra-sectorielle intense, qui résulte notamment de barrières à l'entrée limitées ; le commissionnement de transport requiert en effet peu d'investissements et se caractérise par une structure de coûts essentiellement variables.

---

[57] Source : Xerfi, « L'entreposage frigorifique et non frigorifique », février 2014.
[58] Source : Xerfi, *"Logistics Groups – World, Market Analysis – 2014-2019 Trends"*, août 2014: *"To tap into growth opportunities, logistics groups will therefore position themselves in emerging economies to ensure that they benefit from this change in trade patterns. Such moves are typically orchestrated through joint ventures and mergers and acquisitions, leading to some industry consolidation".*
[59] Source : Xerfi, « Le *Freight forwarding* », août 2014.

21

L'activité de fret est également sensible aux fluctuations du cours du pétrole :




## 2.3   Analyse historique de la performance du Groupe

### 2.3.1   *Analyse de l'activité et de la profitabilité*

L'activité et la profitabilité du Groupe sur la période 2009-2014 se présentent comme suit :



Les opérations de croissance externe, en particulier celles de TDG et de Jacobson finalisées respectivement en 2011 et 2014, ont permis au Groupe d'enregistrer une croissance annuelle moyenne globale de 11,4 % sur la période 2009-2014.

En 2014, année d'intégration du groupe Jacobson, le pôle Logistique représente la première activité du Groupe et contribue au chiffre d'affaires consolidé à hauteur de 50 %.

- 22



Après une année 2009 où des efforts de réduction des coûts ont dû être consentis dans un contexte de détérioration significative de l'activité[60], le Groupe est parvenu à stabiliser son taux de marge d'EBITA. En 2011, l'acquisition du Groupe TDG permet au Groupe d'atteindre l'équilibre financier sur la division *Air & Sea* ; l'activité Logistique demeure historiquement la plus profitable.



---

[60] Pour mémoire, l'activité Transport du Groupe a été la plus affectée en 2009, avec une baisse de 14,8% du chiffre d'affaires consolidé en données publiées.

- 23 -

### 2.3.2   *Structure bilancielle*

Nous présentons ci-après l'évolution de la structure bilancielle simplifiée du Groupe depuis 2009 :



### 2.3.2.1   *Emplois*

Les opérations stratégiques de croissance externe réalisées par le Groupe au cours des dernières années se traduisent par une part croissante des écarts d'acquisition dans le bilan comptable consolidé.

L'actif immobilisé consolidé se compose essentiellement du matériel roulant[1] utilisé pour l'activité Transport, détenu en pleine propriété ou *via* des contrats de location-financement[2]. Les entrepôts exploités par l'activité Logistique sont principalement loués.

Historiquement, le Groupe clôture ses comptes en position de ressource de financement (BFR négatif). L'acquisition de Jacobson a entraîné la reconnaissance d'un besoin en fonds de roulement positif au 31 décembre 2014, dont le montant demeure toutefois non significatif au regard de la structure bilancielle du Groupe.

---

[1] Tracteurs, porteurs et remorques (citernes spécialisées).
[2] La Société a également recours dans le cadre de son activité Transport à de la location simple de matériel roulant ; conformément aux principes comptables ces actifs ne sont pas immobilisés.

2.3.2.2  *Ressources*

Le passif du Groupe est essentiellement constitué des capitaux propres et des dettes financières. Au 31 décembre 2014, le multiple de l'endettement net financier consolidé (*Leverage ratio*), rapporté à l'EBITDA consolidé retraité de l'EBITDA *pro forma* de Jacobson sur les 12 mois de l'année 2014, s'établit à 3,0x.



La part accrue de l'endettement net à la clôture 2014 résulte (i) d'une part, du tirage de 431 MUSD utilisé pour financer l'acquisition de Jacobson et (ii) d'autre part, d'un effet change qui se traduit par une appréciation comptable du montant de la dette.

La diminution à la clôture de l'exercice 2014 des provisions, majoritairement constituées des avantages au personnel, est essentiellement liée à la réduction actuarielle des déficits des deux fonds de pension britanniques.

## 2.4 Matrice *SWOT*

En synthèse, la matrice ci-dessous résume les forces et faiblesses du Groupe, ainsi que les menaces et opportunités auxquelles il est confronté sur son marché :

| Forces | Faiblesses |
|---|---|
| - Acteur multi-spécialiste proposant une offre intégrée sur l'ensemble de la chaîne de valeur du Transport et de la Logistique<br>- Exploitation en propre du premier parc de poids lourds en Europe<br>- Capacité du *management* à identifier les cibles de croissance externe et à intégrer les activités acquises<br>- Génération de *cash flow* qui permet de financer le développement du Groupe<br>- Position stratégique aux Etats-Unis où le Groupe se positionne désormais comme le 4ème opérateur logistique du marché<br>- *Leadership* sur les marchés France, UK et Espagne | - Chiffre d'affaires du Groupe encore fortement concentré sur le marché européen<br>- Maturité des principaux marchés géographiques du Groupe (France, UK) où un nombre important d'entreprises ont déjà externalisé la fonction Logistique<br>- Détention en propre d'une part importante du parc de véhicules et recours limité à la sous-traitance augmentant la part des coûts fixes supportés par le Groupe<br>- Position d'*outsider* sur le marché du *freight forwarding* |

| Opportunités | Menaces |
|---|---|
| - Opportunités de croissance sur le marché des Etats-Unis, caractérisé par un taux d'externalisation plus faible qu'en Europe<br>- Développement et amélioration de la marge opérationnelle de la division *Air & Sea*<br>- Dynamisme de l'activité e-commerce qui représente environ 10 % du chiffre d'affaires de la division Logistique<br>- Evolution vers un modèle plus « *asset light* » en Transport | - Risque de dégradation de la conjoncture économique, en particulier sur les marchés français et britannique qui représentent plus de la moitié du chiffre d'affaires consolidé<br>- Marchés fragmentés et caractérisés par une forte intensité concurrentielle entraînant un risque d'érosion des taux de marge<br>- Evolution réglementaire défavorable, notamment en matière de fiscalité et de régime salarial, susceptible de réduire les marges du Groupe<br>- Exposition au risque de change, en particulier sur les devises USD et GBP |

- 26 -

## 3   EVALUATION DE L'ACTION NORBERT DENTRESSANGLE

Conformément aux recommandations de l'AMF, nous avons mis en œuvre une approche d'évaluation multicritères. Ainsi, après avoir recensé les principales caractéristiques comptables, financières et fiscales du Groupe (§ 3.1), nous exposons ci-après les méthodes d'évaluation écartées (§ 3.2) puis les approches de valorisation qui nous sont apparues les plus pertinentes afin d'apprécier le caractère équitable du prix de l'action proposé dans le cadre de l'Offre (§ 3.3 et suivants).

La date que nous avons retenue pour la référence au cours de bourse de l'action Norbert Dentressangle est le 28 avril 2015, dernière journée de cotation avant l'annonce de l'Opération.

Les données de marché utilisées pour l'évaluation multicritères du titre Norbert Dentressangle, telles que les multiples des comparables (§ 3.5) et le taux d'actualisation du plan d'affaires (§ 3.4.3) sont arrêtées à fin mai 2015.

Le prix d'Offre de 217,50 € s'entend coupon de 1,80 € détaché. Afin d'être homogène avec l'approche retenue par l'établissement présentateur, nous ne tenons pas compte dans nos travaux de l'impact du décaissement de dividendes du 2 juin 2015. La valeur de l'action de la Société obtenue selon les différentes approches de valorisation mises en œuvre est donc présentée coupon attaché et comparée à 219,30 €, soit le prix d'Offre de 217,50 € majoré du coupon de 1,80 €.

### 3.1   Caractéristiques comptables, financières et fiscales

#### 3.1.1   Référentiel comptable

Le Groupe établit ses comptes consolidés selon le référentiel des normes comptables internationales (IFRS) s'imposant aux sociétés cotées.

Les comptes consolidés au titre du dernier exercice clos le 31 décembre 2014 ont été certifiés sans réserve par les commissaires aux comptes.

#### 3.1.2   Date d'évaluation

L'évaluation multicritères du titre Norbert Dentressangle a été réalisée en date du 31 décembre 2014.

27

### 3.1.3   Nombre d'actions

Nous avons retenu pour le calcul de la valeur unitaire du titre Norbert Dentressangle un volant de **10.003.891 actions**, calculé sur une base totalement diluée à la date la plus récente, soit le 31 mai 2015 qui intègre :

- les 9.836.241 titres en circulation ;

- les 110.000 actions susceptibles d'être émises en cas d'exercice des BSA 2013 ;

- les 102.097 actions de performance ;

- sous déduction des 44.447 actions propres.

| Nombre d'actions dilué | |
| --- | --- |
| 31-mai-15 | Nombre |
| Actions en circulation | 9 836 241 |
| Bons de souscription d'actions | 110 000 |
| Actions de performance | 102 097 |
| Actions propres | (44 447) |
| **Total** | **10 003 891** |

A titre d'information, nous présenterons en synthèse de chacune des méthodes d'évaluation retenues, la valeur unitaire du titre de la Société après et avant impact de la dilution théorique résultant de l'exercice des BSA et de l'attribution des actions de performance ; l'impact dilutif de 2,1%[43], calculé en nombre d'actions, reste néanmoins marginal[44].

### 3.1.4   Déficits fiscaux

Norbert Dentressangle dispose d'un stock de déficits reportables d'environ 169 M€ à fin 2014. Conformément à IAS 12, un impôt différé actif de 27,4 M€ a été reconnu dans les comptes consolidés sur une base réduite à 84 M€.

Dans nos travaux de valorisation, nous avons tenu compte de l'économie d'impôt attachée à l'imputation de l'ensemble des déficits reportables sur les résultats dégagés par le plan d'affaires (§ 3.4.2) après prise en compte de l'effet d'actualisation.

---

[43] (110.000 + 102.097) / 10.003.891.
[44] Au 31 mai 2015, le nombre d'actions non dilué est de 9.791.794 actions soit 9.836.241 actions composant le capital social déduction faite des 44.447 actions propres.

### 3.1.5   Endettement net

Nos travaux de valorisation se fondent sur un endettement net au 31 décembre 2014[46].

Nous avons différencié le calcul de l'endettement net à déduire de la valeur d'entreprise obtenue, selon la méthode de valorisation intrinsèque par l'actualisation des flux prévisionnels de trésorerie ou les méthodes de valorisation analogique, pour aboutir à la valeur des capitaux propres.

### 3.1.5.1   Endettement net en valorisation intrinsèque

L'endettement financier consolidé retraité que nous retenons pour la valorisation intrinsèque, d'un montant de 1.162 M€, est détaillé ci-après :

| Endettement net financier - DCF | |
|---|---|
| Nature | M€ |
| **Endettement net comptable** | **1 017** |
| Provisions avantages au personnel | 93,7 |
| Actifs de retraite | (5,8) |
| IDA sur engagements de retraite | (14,8) |
| Engagements de retraite | 73,1 |
| Intérêts minoritaires (JV) | 36,7 |
| Compléments de prix | 28,7 |
| Juste valeur des instruments dérivés | 13,6 |
| IDA sur instruments dérivés | (5,1) |
| Instruments dérivés | 8,5 |
| Provisions pour restructuration | 5,5 |
| IDA sur provisions pour restructuration | (1,7) |
| Put sur intérêts minoritaires | 2,5 |
| Participations dans les entreprises associées (JV) | (1,6) |
| Titres de sociétés non consolidées | (0,1) |
| Autres actifs et passifs | 4,7 |
| Exercice BSA | (6,6) |
| **Endettement net financier - DCF** | **1 162** |

Il est constitué de l'endettement net comptable publié au 31 décembre 2014 corrigé :

-   des provisions liées aux avantages au personnel, nettes d'actifs de retraite et des impôts différés attachés comptabilisés ;

---

[46] Dans nos travaux, nous n'avons pas ajusté l'endettement net comptable du 31 décembre 2014 de l'impact de trésorerie attaché à la variation du nombre d'actions d'autocontrôle entre le 31 décembre 2014 et le 31 mai 2015, celui-ci étant peu significatif.

- 29 -

- de la valeur de marché des intérêts minoritaires déterminée sur la base d'une estimation de la valeur de la principale filiale Salvesen Logistica par l'application du multiple médian de résultat opérationnel issu de notre panel de sociétés cotées comparables (§ 3.5.2) et après prise en compte d'une décote au titre d'une moindre liquidité ; les autres participations ne donnant pas le contrôle étant non significatives, nous avons assimilé leur valeur nette comptable à leur valeur de marché ;

- des engagements du Groupe relatifs aux compléments de prix des dernières acquisitions ;

- de la juste valeur des instruments dérivés souscrits par le Groupe en couverture des dettes financières[48], nette des impôts différés attachés comptabilisés ;

- d'autres éléments d'actifs et de passifs intégrant (i) les provisions pour restructuration nettes d'impôts différés estimés[49], (ii) la valeur des *puts* sur des participations ne donnant pas le contrôle et (iii) la juste valeur des titres non consolidés et des participations dans les entreprises associées ;

- de la trésorerie qui résulterait de l'exercice des BSA 2013[50].

L'économie d'impôt attachée aux déficits reportables est intégrée par ailleurs dans les flux du modèle DCF.

### 3.1.5.2   Endettement net en valorisation analogique

Par souci d'homogénéité avec la construction de l'endettement net des comparables issu de nos bases de données, la dette financière que nous retenons en valorisation analogique se compose de l'endettement net comptable consolidé au 31 décembre 2014 majoré de la valeur nette comptable des intérêts minoritaires et minoré de l'impact de l'exercice des BSA[51].

Nous avons par ailleurs ajusté la dette financière d'une estimation de la valeur actualisée de l'économie d'impôt attachée aux déficits reportables selon la consommation prise en compte dans l'approche DCF ; afin d'extérioriser le maximum de valeur sur le titre de la Société, nous n'avons pas tenu compte de la situation particulière de chacun des comparables en termes de reports déficitaires.

L'endettement net en valorisation analogique est ainsi estimé à 991 M€.

---

[48] Contrats de swap de taux d'intérêts.
[49] Sur la base d'un taux d'impôt société de 30% (§ 3.4.2.2).
[50] Soit 110.000 BSA au prix d'exercice de 59,55 €.
[51] Les valeurs présentées sur une base non diluée au titre des différentes approches de valorisation ne tiennent pas compte de l'impact de l'exercice des BSA.

| Endettement net financier - analogique | |
|---|---|
| Nature | M€ |
| **Endettement net comptable** | **1 017** |
| Intérêts minoritaires (VNC) | 27,2 |
| Valeur actualisée déficits reportables | (47,0) |
| Exercice BSA | (6,6) |
| **Endettement net financier - analogique** | **991** |

**3.2   Méthodes d'évaluation écartées**

Nous justifions, ci-après, l'absence de prise en compte, en tant que méthodes d'évaluation, de l'actualisation des dividendes et de l'actif net comptable, rappelé pour mémoire.

**3.2.1   *Actualisation des dividendes (DDM)***

La méthode d'actualisation des dividendes permet d'apprécier la valeur de rendement de titres minoritaires. Sa mise en œuvre conduirait à une valeur inférieure à celle obtenue par la méthode des *Discounted Cash-Flows* (DCF).

**3.2.2   *Actif Net Réévalué***

La méthode de l'Actif Net Réévalué (ANR) consisterait à corriger l'Actif Net Comptable (ANC) des plus ou moins-values latentes identifiées à l'actif ou au passif à ce jour.

Les actifs immobilisés de la Société sont essentiellement affectés à l'exploitation et se composent principalement au 31 décembre 2014 :

- des écarts d'acquisition[70] : en tant qu'actif incorporel à durée de vie indéfinie, ceux-ci font l'objet de tests de dépréciation au moins une fois par an et les éventuelles pertes de valeurs constatées sont ainsi comptabilisés ;

- des relations clientèle[71] : ces actifs sont amortis linéairement[72] et les contrats spécifiques à durée de vie indéfinie font l'objet de tests de dépréciation au moins une fois par an ;

---

[70] VNC = 975,1 M€.
[71] VNC = 342,3 M€.
[72] Sur une durée de 11 à 20 ans.

- d'actifs immobiliers[73] : ceux-ci correspondent principalement aux entrepôts
  détenus par la Société, affectés entièrement à l'exploitation, et pour lesquels
  aucune cession à court terme n'est envisagée ; à ce titre, aucune réévaluation
  potentielle significative n'a été portée à notre connaissance[74] ;

- du matériel roulant[75] : celui-ci est amorti sur la durée d'utilisation estimée des
  véhicules avec prise en compte des conditions de reprise accordées par les
  constructeurs[76] ; à ce titre aucune réévaluation potentielle significative n'est
  attendue ;

Sur la base de ces éléments, nous n'avons pas envisagé de procéder à la réévaluation
de l'ANC qui ressort au 31 décembre 2014, sur une base non diluée, à environ 67,8 €
par action[77].

---

[73] VNC = 114,9 M€ (terrains : 35,3 M€ + constructions : 79,6 M€).
[74] La Société ne procède à des expertises immobilières qu'en cas de cession envisagée ; en cas de vente à un investisseur financier, le prix de cession sera directement lié aux dispositions des contrats de location financement qui pourront ensuite être mis en place par le nouvel acquéreur.
[75] VNC = 307,6 M€.
[76] A la fin de la période d'amortissement, la valeur nette comptable du matériel de transport correspondra à la valeur de reprise.
[77] 664,1 M€ (capitaux propres part du Groupe) / [9.836.241 actions composant le capital social - 45.790 actions d'autocontrôle (7.212 au titre du contrat de liquidité et 38.578 affectées à la couverture d'options d'achat d'actions ou d'actions gratuites)].

**3.3   Référence au cours de bourse**

*3.3.1   Analyse historique du cours de bourse*

Les titres de la Société sont cotés sur le marché Euronext Paris (compartiment A) et Euronext Londres.

Nous présentons ci-dessous l'évolution du titre Norbert Dentressangle depuis mai 2013, par rapport au CAC 40* :



Les évènements ayant contribué aux principales évolutions du cours de bourse de Norbert Dentressangle sont les suivants :

a) **16 juillet 2013** : annonce de l'acquisition de l'activité *freight forwarding* du groupe Daher ;

b) **9 septembre 2013** : annonce de la signature d'un contrat de logistique pour trois ans avec le groupe ASOS représentant un chiffre d'affaires de près de 117 M€ ;

c) **23 octobre 2013** : annonce du chiffre d'affaires des neufs premiers mois 2013, en hausse de 2% en données publiées et de 1,3% à périmètre et taux de change constants par rapport aux neuf premiers mois 2012 ;

---

* Le CAC 40 a été rebasé à la date du 20 mai 2013.

d) **19 décembre 2013** : annonce de l'émission obligataire par placement privé d'un montant de 235 M€ permettant au Groupe de diversifier ses sources de financement ;

e) **30 janvier 2014** : annonce du chiffre d'affaires 2013 de 4 Md€, en hausse de 3,9% en données publiées et de 2,4% à périmètre et taux de change constants par rapport à l'exercice 2012 ; Gilbert Dupont rehausse son objectif de cours de 99,4 € à 108,6 € ;

f) **26 février 2014** : annonce des résultats 2013 en ligne avec les objectifs stratégiques fixés par le Groupe ; le lendemain, la Société Générale rehausse son objectif de cours de 90 € à 120 € ;

g) **23 avril 2014** : annonce du chiffre d'affaires du premier trimestre 2014, en hausse de 13,6% en données publiées et de 5,5% à périmètre et taux de change constants par rapport au premier trimestre 2013 ;

h) **31 juillet 2014** : annonce de l'acquisition du groupe américain Jacobson, acteur majeur du marché américain du Transport et de la Logistique ;

i) **23 octobre 2014** : annonce du chiffre d'affaires des neufs premiers mois 2014, en hausse de 14,1% en données publiées et de 5,1% à périmètre et taux de change constants par rapport aux neufs premiers mois 2013 ;

j) **29 janvier 2015** : annonce du chiffre d'affaires annuel 2014 en hausse de 15,8% à 4,7 Md€ ;

k) **26 février 2015** : annonce des résultats 2014 ;

l) **28 avril 2015** : annonce de l'Opération extériorisant une prime conséquente par rapport au cours de bourse ; le titre réagit à l'annonce, en s'ajustant immédiatement[79].

---

[79] A la séance du 29 avril 2015, le cours de clôture s'établissait à 216,9 €.

Le tableau ci-dessous synthétise les primes induites par le prix d'Offre de 219,3 €
(coupon de 1,80 € attaché), en fonction de la moyenne des cours de bourse journaliers
pondérés par les volumes avant la date de l'annonce :

| Analyse du cours de bourse (€) | | |
|---|---|---|
| Date de référence | 28-avr.-15 | Prime induite |
| Spot | 159,1 | 37,8% |
| Moyenne pondérée 1 mois | 155,4 | 41,1% |
| Moyenne pondérée 3 mois | 148,9 | 47,3% |
| Moyenne pondérée 6 mois | 135,2 | 62,2% |
| Moyenne pondérée 12 mois | 122,3 | 79,4% |
| + haut 12 mois | 164,4 | 33,4% |
| + bas 12 mois | 95,8 | 128,9% |

Sur une période de référence d'un an, le plus bas a été atteint le 23 juillet 2014 à 95,8 €
et le plus haut le 25 mars 2015 à 164,4 €.

Durant les douze derniers mois précédant l'annonce de l'Offre et avec un volume
d'échanges observés sur le flottant représentant environ 32% du capital, la rotation du
titre est estimée à environ 2 ans.

### 3.3.2   Cours cible

Nous avons recensé six analystes financiers assurant le suivi régulier du titre Norbert
Dentressangle. Le tableau ci-dessous synthétise les primes induites par le prix d'Offre
de 219,3 € (coupon de 1,80 € attaché), par rapport aux derniers objectifs de cours
précédant l'annonce de l'Opération :

| Synthèse des cours cible (€) | | | |
|---|---|---|---|
| Analyste | Date | Cours cible | Prime induite |
| Berenberg | 14-avr.-15 | 178,0 | 23,2% |
| Gilbert Dupont | 21-avr.-15 | 172,4 | 27,2% |
| Oddo MidCap | 23-avr.-15 | 173,0 | 26,8% |
| Exane | 23-avr.-15 | 150,0 | 46,2% |
| Société Générale | 23-avr.-15 | 174,0 | 26,0% |
| Edison | 27-avr.-15 | 190,0 | 15,4% |
| Médiane | | 173,5 | 26,4% |
| Moyenne | | 172,9 | 26,8% |

Nous notons que l'ensemble des objectifs de cours fixés par les analystes avant
l'annonce de l'Opération étaient inférieurs au prix d'Offre.

- 35 -

### 3.4 Valorisation intrinsèque par l'actualisation des flux de trésorerie prévisionnels ou *Discounted Cash-Flows* (DCF)

Nous avons recherché une valeur intrinsèque du titre Norbert Dentressangle en actualisant, à compter du 31 décembre 2014, les flux de trésorerie prévisionnels issus du plan d'affaires 2015-2018 que nous a présenté le management, pour en déduire une valeur d'entreprise et, sous déduction de l'endettement financier net, une valeur de capitaux propres.

#### 3.4.1 *Rappel des principes de la méthode DCF*

La méthode DCF repose sur l'estimation de la valeur de l'actif économique d'une entreprise *via* les flux de trésorerie d'exploitation disponibles[80] générés par son activité, lesquels sont actualisés à un taux correspondant à l'exigence de rendement attendu par les apporteurs de ressources.

Le calcul de la valeur résiduelle, estimée au-delà de la période explicite de prévisions, se fonde sur l'estimation d'un *cash-flow* libre durable et tient ainsi compte d'une hypothèse de continuité de l'exploitation et d'une estimation de croissance à long terme.

Afin d'obtenir la valeur de marché des fonds propres, est ajoutée à la valeur d'entreprise des activités opérationnelles, le cas échéant, la valeur des actifs hors exploitation, et en est déduit l'endettement financier net.

#### 3.4.2 *Plan d'affaires*

##### 3.4.2.1 *Plan d'affaires du management 2015-2018*

Le plan d'affaires, établi à l'été 2014, s'étend sur la période 2015-2018 (la « période explicite »). Nous avons ajusté le plan d'affaires, en y substituant pour la première année de prévisions, le budget 2015[81] présenté au Conseil de surveillance du 25 février 2015, après prise en compte d'ajustements identifiés par le management suite

---

[80] Résultat d'exploitation (EBIT) net d'impôt, retraité des charges calculées (dotations aux amortissements), déduction faite de la variation de Besoin en Fonds de Roulement (BFR) et des investissements (Capex).
[81] Le budget 2015 a été établi en décembre 2014.

aux réalisations 2015[62]. Le management nous a confirmé que ces réalisations ne remettaient pas en cause les prévisions 2016-2018 du plan d'affaires.

Le plan d'affaires, décliné sur les différentes activités du Groupe, est sous-tendu par les hypothèses suivantes sur la période 2015-2018[63] :

- **Transport** : croissance organique annuelle d'environ 3,0% et marge d'EBITA égale à environ 3,0% du chiffre d'affaires ;

- **Logistique** : croissance organique annuelle d'environ 4,5% et marge d'EBITA égale à environ 5,0% du chiffre d'affaires ;

- *Air & Sea* : croissance organique annuelle d'environ 3,6% et marge d'EBITA égale à environ 2,3% du chiffre d'affaires.

Après élimination des flux intragroupe, le plan d'affaires intègre sur la période explicite une croissance annuelle moyenne de l'ordre de 3,8 % et une marge d'EBITA d'environ 4,1% du chiffre d'affaires. Le plan d'affaires tient ainsi compte d'une amélioration de la profitabilité par rapport aux réalisations des derniers exercices clos (§ 2.3.1) notamment suite à l'intégration de Jacobson.

### 3.4.2.2   Extrapolation et estimation de la valeur terminale

Nous avons procédé à l'étirement du plan d'affaires 2015-2018 sur une période de transition de deux années supplémentaires jusqu'en 2020, afin d'appréhender la complète maturité du Groupe dans son périmètre actuel et d'aboutir à un niveau normatif de rentabilité des capitaux investis.

La prolongation du plan d'affaires sur la période de transition 2019-2020 et la détermination de la valeur terminale au-delà de 2020 ont été réalisées selon les hypothèses suivantes :

- une réduction progressive de la croissance du chiffre d'affaires tendant vers 2,0% en année terminale, et ce en lien avec les prévisions d'inflation à long terme[64] des principaux pays européens où est implanté le Groupe et des États-Unis ;

---

[62] Au 30 avril 2015, les réalisations sont en avance par rapport au budget, notamment en raison d'une avance sur le volume d'activité et de l'effet favorable sur les prestations américaines et anglaises de l'évolution des taux de change du dollar et de la livre sterling.
[63] Les hypothèses sont présentées *pro forma* après prise en compte de l'incidence sur une année pleine de l'intégration de Jacobson.
[64] FMI, "*World Economic Outlook*", avril 2015.

- 37 -

- un taux d'EBITDA de l'ordre de 6,9% du chiffre d'affaires consolidé, niveau résultant des taux de marge prévisionnels retenus par le management sur la période explicite ;

- un niveau de dotations aux amortissements convergeant progressivement vers le niveau des investissements estimé à 2,5% du chiffre d'affaires en valeur terminale ;

- une variation de BFR nulle.

Sur l'ensemble de la période de prévisions 2015-2020 et en année normative, nous avons retenu un taux d'impôt sur les sociétés de 30%, estimé à partir de la moyenne des taux d'impôt[65] pondérée par la contribution de chaque pays au chiffre d'affaires consolidé[66].

### 3.4.3  Taux d'actualisation

#### 3.4.3.1  Méthode directe ou coût du capital

Dans l'approche directe de calcul du taux d'actualisation, nous avons considéré que la valeur du Groupe n'était pas impactée par sa structure financière, l'économie d'impôts réalisée sur les charges d'intérêts étant compensée par les coûts, implicites ou explicites, attachés au recours à l'endettement.

Le taux d'actualisation est ainsi déterminé directement à partir du beta de l'actif économique moyen[67] ; celui-ci a été estimé à 0,90 sur l'échantillon des sociétés cotées comparables (§ 3.5.1).

Les autres éléments retenus pour la détermination du taux d'actualisation sont (i) un taux sans risque de 1,1% correspondant à la moyenne 12 mois des OAT 10 ans[68] et (ii) une prime de risque du marché français estimée à 7,9%[69].

Le taux d'actualisation a ainsi été estimé à 8,2% :

---

[65] Taux d'impôt société par pays, KPMG, [En ligne] http://www.kpmg.com/global/en/services/tax/tax-tools-and-resources/pages/corporate-tax-rates-table.aspx.

[66] Après prise en compte de l'incidence sur une année pleine de l'intégration de Jacobson, le Groupe réalise l'essentiel de son activité en France, au Royaume-Uni, aux Etats-Unis et en Espagne.

[67] Seuls les betas des comparables dont le rendement de l'action présente une corrélation satisfaisante avec le rendement du marché de référence ont été retenus.

[68] Source : www.banque-france.fr.

[69] Sur la base d'un rendement attendu du marché français estimé à 9%.

- 38 -

| Taux d'actualisation | |
|---|---|
| Coût du capital | |
| Taux sans risque | 1,1% |
| Beta de l'actif économique | 0,90 |
| Prime de risque | 7,9% |
| **Taux d'actualisation** | **8,2%** |

### 3.4.3.2  Méthode indirecte ou Coût Moyen Pondéré du Capital (« CMPC »)

A titre de recoupement, nous avons calculé le taux d'actualisation selon l'approche indirecte du Coût Moyen Pondéré du Capital impliquant la détermination du coût des fonds propres et du coût de la dette par référence à :

- un *gearing* moyen du Groupe sur longue période[90] ;

- un beta réendetté en fonction du *gearing* précité ;

- un coût moyen de la dette avant impôt de 4,0%[91] ; l'incidence de la fiscalité sur le coût effectif de la dette a été calculée à partir d'un taux d'imposition normatif du Groupe de 30% (§ 3.4.2.2) et d'une hypothèse de non déductibilité de 25% de la charge financière nette[92].

| Taux d'actualisation | |
|---|---|
| CMPC | |
| Taux sans risque | 1,1% |
| Beta endetté | 1,43 |
| Prime de risque | 7,9% |
| *Coût des fonds propres* | *12,4%* |
| Coût de la dette avant impôt | 4,0% |
| Taux d'impôt normatif | 30,0% |
| Réintégration charges financières nettes | 25,0% |
| *Coût net de la dette* | *3,1%* |
| **Taux d'actualisation** | **8,4%** |

L'analyse menée tend à montrer que la valeur du Groupe n'est pas affectée de manière significative par sa structure financière. Par simplification et afin d'éviter de préjuger de l'évolution des taux d'intérêt sur le marché, de la structure financière cible du

---

[90] Soit 76 % (source : *Bloomberg*).
[91] Pour mémoire, les émissions obligataires réalisées par Norbert Dentressangle en décembre 2013 comportaient deux tranches rémunérées par des coupons de 3,8 % et 4,0 % pour des maturités respectives de 6 et 7 ans.
[92] Conformément à l'article 212 bis du Code général des impôts.

Groupe et de la valeur de marché des capitaux propres de la Société, l'approche directe a été privilégiée.

### 3.4.4  Synthèse de la valeur par le DCF

Nous présentons ci-après une analyse de sensibilité de la valeur d'entreprise et des capitaux propres du Groupe, ainsi que de la valeur de l'action Norbert Dentressangle aux variations croisées du taux d'actualisation et du taux de croissance à l'infini retenu pour le calcul de la valeur terminale :

**Analyse de sensibilité de la Valeur d'Entreprise (M€)**

| Croissance normative | Taux d'actualisation | | | | |
|---|---|---|---|---|---|
| | 7,2% | 7,7% | 8,2% | 8,7% | 9,2% |
| 1,50% | 3 163 | 2 914 | 2 702 | 2 520 | 2 362 |
| 1,75% | 3 278 | 3 009 | 2 782 | 2 588 | 2 420 |
| 2,00% | 3 404 | 3 112 | 2 868 | 2 660 | 2 482 |
| 2,25% | 3 542 | 3 225 | 2 961 | 2 738 | 2 548 |
| 2,50% | 3 695 | 3 348 | 3 062 | 2 823 | 2 619 |

**Analyse de sensibilité de la valeur des Capitaux Propres (M€)**

| Croissance normative | Taux d'actualisation | | | | |
|---|---|---|---|---|---|
| | 7,2% | 7,7% | 8,2% | 8,7% | 9,2% |
| 1,50% | 2 001 | 1 752 | 1 540 | 1 358 | 1 199 |
| 1,75% | 2 115 | 1 846 | 1 619 | 1 425 | 1 257 |
| 2,00% | 2 241 | 1 950 | 1 705 | 1 498 | 1 319 |
| 2,25% | 2 380 | 2 062 | 1 799 | 1 576 | 1 385 |
| 2,50% | 2 533 | 2 186 | 1 900 | 1 660 | 1 457 |

**Analyse de sensibilité de la valeur unitaire de l'action (€)**

| Croissance normative | Taux d'actualisation | | | | |
|---|---|---|---|---|---|
| | 7,2% | 7,7% | 8,2% | 8,7% | 9,2% |
| 1,50% | 200 € | 175 € | 154 € | 136 € | 120 € |
| 1,75% | 211 € | 185 € | 162 € | 142 € | 126 € |
| 2,00% | 224 € | 195 € | 170 € | 150 € | 132 € |
| 2,25% | 238 € | 206 € | 180 € | 158 € | 138 € |
| 2,50% | 253 € | 218 € | 190 € | 166 € | 146 € |

La valeur centrale de l'action Norbert Dentressangle sur une base diluée ressort à 170 € et s'inscrit dans une fourchette de valeurs comprises entre 142 € et 206 €.

A titre d'information, la valeur centrale de l'action sur une base non diluée ressort à 173 € et s'inscrit dans une fourchette de valeurs comprises entre 145 € et 210 €.

- 40 -

### 3.5   Valorisation analogique par les comparables boursiers

Nous développons dans le présent chapitre la valorisation du titre Norbert
Dentressangle par référence aux multiples d'excédent brut d'exploitation (EBITDA) et
de résultat opérationnel avant amortissement des écarts d'acquisition et des relations
clientèle (EBITA) d'un panel de comparables boursiers.

#### 3.5.1   Étendue et composition de l'échantillon

Il n'existe pas à notre connaissance, de sociétés cotées totalement comparables à
Norbert Dentressangle réunissant des caractéristiques strictement identiques en
termes d'activité, de taille, de taux de marge d'exploitation et de zone géographique
d'activité.

En considérant les critères de secteur d'activité, de taux de marge et de perspectives
de croissance, nous avons constitué un panel étendu, composé de sociétés cotées
évoluant dans les trois activités de Norbert Dentressangle que sont le Transport, la
Logistique et le *Freight Forwarding* (*Air & Sea*), et présentant les capitalisations
boursières moyennes 1 mois[9] suivantes :

| Comparables | | |
|---|---|---|
| Société | Pays | Capitalisation 1 mois (M€) |
| Norbert Dentressangle | France | 2 148 |
| C.H. Robinson | Etats-Unis | 8 447 |
| Landstar System | Etats-Unis | 2 520 |
| Con-Way | Etats-Unis | 2 158 |
| STEF | France | 748 |
| ID Logistics | France | 579 |
| Wincanton | Royaume-Uni | 268 |
| **Moyenne** | | **2 454** |

Les performances et le profil de ces comparables boursiers sont présentés en annexe 7
et en annexe 8.

---

[9] Source : *Bloomberg* (fin mai 2015).